# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roland G Harris, et al., | No. CV-20-00078-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's Complaint. (Doc. 1.) The Court notes that it references the minor(s) by name in violation of Federal Rule of Civil Procedure 5.2(a)(3).

Accordingly,

**IT IS ORDERED** that Plaintiff shall submit a corrected version of the complaint, redacting the minor's names, in accordance with Federal Rule of Civil Procedure 5.2(a)(3), no later than **January 21, 2020**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Doc. 1) is to be sealed. The Clerk of the Court is to seal the Plaintiff's Complaint (Doc. 1).

**IT IS FURTHER ORDERED** that future filings in this matter referencing the minor(s) shall comply with Federal Rule of Civil Procedure 5.2(a)(3).

Dated this 13th day of January, 2020.

Douglas L. Rayes
United States District Judge