Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1095 West Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix, Norman and Bertz*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Roland G. Harris, Jessica Perez; and Rodasia White, as Mother and Next Friend of A.H. and J.H, the minor children of victim, as beneficiaries for the wrongful death in and violation of civil rights of Jacob Michael Harris,<br><br>Plaintiffs,<br><br>v.<br><br>City of Phoenix, Kristopher and Jane Doe Bertz, David and Jane Doe Norman, John and Jane Does 1-10, Entities 1-10,<br><br>Defendants. | NO. 2:20-cv-00078-DLR<br><br>**DEFENDANTS' NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM** |

NOTICE IS HEREBY PROVIDED that, pursuant to Fed.R.Civ.P. 45, Defendants City of Phoenix, Norman and Bertz intend to serve a Subpoena to Produce Documents upon the following:

1. Maricopa County Office of the Medical Examiner

DATED this 20th day of April 2020.

                        WIENEKE LAW GROUP, PLC

              By:   */s/ Christina Retts*
                    Kathleen L. Wieneke
                    Christina Retts
                    1095 West Rio Salado Parkway, Suite 209
                    Tempe, AZ 85281
                    *Attorneys for Defendants City of Phoenix, Norman and Bertz*

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Thomas C. Home
>HORNE SLATON, PLLC
>6720 North Scottsdale Road, Suite 285
>Scottsdale, AZ 85253
>Attorney for Plaintiffs

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is a registered participant of the CM/ECF System:

>N/A

By: */s/ Mica Mahler*