Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1095 West Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix, Norman and Bertz*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Roland G. Harris, Jessica Perez; and Rodasia White, as Mother and Next Friend of A.H. and J.H, the minor children of victim, as beneficiaries for the wrongful death in and violation of civil rights of Jacob Michael Harris,<br><br>Plaintiffs,<br><br>v.<br><br>City of Phoenix, Kristopher and Jane Doe Bertz, David and Jane Doe Norman, John and Jane Does 1-10, Entities 1-10,<br><br>Defendants. | NO. 2:20-cv-00078-DLR<br><br>**DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN Defendants City of Phoenix, Norman and Bertz have served their Second Supplemental Mandatory Initial Discovery Responses on this date, via electronic mail, to all counsel of record.

DATED this 23rd day of April 2020.

        WIENEKE LAW GROUP, PLC

     By: */s/ Christina Retts*
       Kathleen L. Wieneke
       Christina Retts
       1095 West Rio Salado Parkway, Suite 209
       Tempe, AZ 85281
       *Attorneys for Defendants City of Phoenix, Norman and Bertz*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Thomas C. Horne
> HORNE SLATON, PLLC
> 6720 North Scottsdale Road, Suite 285
> Scottsdale, AZ 85253
> Attorney for Plaintiffs

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is a registered participant of the CM/ECF System:

> N/A

By: /s/ Mica Mahler