# INDEX OF EXHIBITS – DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

*Harris, et al. v. City of Phoenix, et al.*

Case No. 2:20-cv-00078-DLR

| | |
|---|---|
| 1 | Whataburger Employment Documents |
| 2 | Photos |
| 3 | Mass Bandit Bulletins |
| 4 | Harris Apartment Photos |
| 5 | Triplett Plea Agreement |
| 6 | Reed Plea Agreement |
| 7 | Busani Plea Agreement |
| 8 | Bertz Deposition Transcript |
| 9 | Air Unit CAD |
| 10 | Full CAD |
| 11 | Surviellance Photos |
| 12 | Winter Deposition Transcript |
| 13 | Police Surveillance Video (Non-Electronic and Under Seal) |
| 14 | Transcript of Police Department Radio |
| 15 | Norman Deposition Transcript |
| 16 | Phoenix Police Department Scene photos |
| 17 | Tempe Police Juvenile Report (Under Seal) |
| 18 | Bundy Deposition Transcript |
| 19 | Video (Non-Electronic and Under Seal) |
| 20 | Plaintiff's Request for Admissions Responses |
| 21 | Keen Report |