# EXHIBIT 5

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>      Plaintiff,<br><br>vs.<br><br>JEREMIAH L TRIPLETT,<br>aka JEREMIAH LYNN TRIPLETT<br><br>DOB: 11/12/1998<br>Booking #: T519327<br><br>      Defendant. | CR2019-007275-001<br><br><br><br>PLEA AGREEMENT |

**THIS OFFER MAY BE REVOKED AT ANY TIME UNLESS ACCEPTED IN COURT**

The State of Arizona and the Defendant hereby agree to the following disposition of this case:

<u>Plea</u>:    The Defendant agrees to plead **GUILTY** to:

<u>COUNT 1:</u>
**CONSPIRACY TO COMMIT ARMED ROBBERY (13-1904A1), A CLASS 2 FELONY, in violation of A.R.S. §§ 13-1003; 13-1901; 13-1904; 12-116.04; 12-269; 13-610; 13-805; 13-701; 13-702; 13-801; and 13-105, committed on November 2, 2018 through and including January 12, 2019.**

This is a non-dangerous, non-repetitive, offense under the criminal code.

<u>COUNT 24:</u>
**ARMED ROBBERY (13-1904A1), A CLASS 2 DANGEROUS FELONY, in violation of A.R.S. §§ 13-1904; 13-1901; 13-1902; 13-301; 13-302; 13-303; 13-304; 13-704; 13-706; 13-706(F)(1)(h); 13-706(F)(2)(q); 12-116.04; 12-269; 13-610; 13-805; 13-3105; 13-701; 13-702; 13-801; and 13-105, committed on November 29, 2018.**

This is a dangerous, non-repetitive, offense under the criminal code.

<u>COUNT 52:</u>
**ARMED ROBBERY (13-1904A1), A CLASS 2 DANGEROUS FELONY, in violation of A.R.S. §§ 13-1904; 13-1901; 13-1902; 13-301; 13-302; 13-303; 13-304; 13-704; 13-706; 13-706(F)(1)(h); 13-706(F)(2)(q); 12-116.04; 12-269; 13-610; 13-805; 13-3105; 13-701; 13-702; 13-801; and 13-105, committed on December 14, 2018.**

This is a dangerous, non-repetitive, offense under the criminal code.

STATE OF ARIZONA VS. JEREMIAH L TRIPLETT
CR2019-007275-001
PLEA AGREEMENT

**COUNT 107:**
**ARMED ROBBERY (13-1904A1), A CLASS 2 DANGEROUS FELONY, in violation of A.R.S.**
**§§ 13-1904; 13-1901; 13-1902; 13-301; 13-302; 13-303; 13-304; 13-704; 13-706;**
**13-706(F)(1)(h); 13-706(F)(2)(q); 12-116.04; 12-269; 13-610; 13-805; 13-3105; 13-701;**
**13-702; 13-801; and 13-105, committed on January 2, 2019.**

**This is a dangerous, non-repetitive, offense under the criminal code.**

Terms: On the following understandings, terms, and conditions:



1.  **COUNT 1:**
    The crime carries a presumptive sentence of **5 Years**; a minimum sentence of **4 Years**; a mitigated sentence of **3 Years**; a maximum sentence of **10 Years**; and an aggravated sentence of **12.5 Years**. Probation **IS** available.

    Restitution of economic loss to the victim and waiver of extradition for probation revocation procedures are required. Restitution includes payment to parties who have reimbursed victims for loss, including, but not limited to insurance companies and MCAO victim compensation. Pursuant to A.R.S. §13-805 at the time restitution is ordered the court may enter a criminal restitution order including interest and collection fees. **The maximum fine that can be imposed is $150,000.00 plus a 78% surcharge, plus a $20.00 probation fee pursuant to A.R.S. §12-269, plus a $13.00 assessment pursuant to A.R.S. §12-116.04, plus a $9.00 assessment pursuant to A.R.S. §12-116.08, plus a $2.00 assessment pursuant to A.R.S. §12-116.09.** If the Defendant is sentenced to prison, the Defendant shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of community supervision, the Defendant can be required to serve the remaining term of community supervision in prison. Within 30 days of being sentenced, pursuant to A.R.S. §13-610, the Defendant shall provide a sufficient sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law enforcement identification purposes and/or for use in a criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are:

    **Pursuant to A.R.S. §13-902, probation may continue for 7-years.  Pursuant to A.R.S. §13-3105, the Defendant shall forfeit all interest in the weapon to the State.**

    **COUNT 24:**
    The crime carries a presumptive sentence of **10.5 Calendar Years**; a minimum sentence of **7 Calendar Years**; and a maximum sentence of **21 Calendar Years**. Probation **IS NOT** available.

    Restitution of economic loss to the victim and waiver of extradition for probation revocation procedures are required. Restitution includes payment to parties who have reimbursed victims for loss, including, but not limited to insurance companies and MCAO victim compensation. Pursuant to A.R.S. §13-805 at the time restitution is ordered the court may enter a criminal restitution order including interest and collection fees. **The maximum fine that can be imposed is $150,000.00 plus a 78% surcharge,**

plus a $20.00 probation fee pursuant to A.R.S. §12-269, plus a $13.00 assessment pursuant to A.R.S. §12-116.04, plus a $9.00 assessment pursuant to A.R.S. §12-116.08, plus a $2.00 assessment pursuant to A.R.S. §12-116.09. If the Defendant is sentenced to prison, the Defendant shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of community supervision, the Defendant can be required to serve the remaining term of community supervision in prison. Within 30 days of being sentenced, pursuant to A.R.S. §13-610, the Defendant shall provide a sufficient sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law enforcement identification purposes and/or for use in a criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are:

**Pursuant to A.R.S. §13-3105, the Defendant shall forfeit all interest in the weapon to the State.**

**COUNT 52:**
The crime carries a presumptive sentence of **10.5 Calendar Years**; a minimum sentence of **7 Calendar Years**; and a maximum sentence of **21 Calendar Years**. Probation **IS NOT** available.

Restitution of economic loss to the victim and waiver of extradition for probation revocation procedures are required. Restitution includes payment to parties who have reimbursed victims for loss, including, but not limited to insurance companies and MCAO victim compensation. Pursuant to A.R.S. §13-805 at the time restitution is ordered the court may enter a criminal restitution order including interest and collection fees. **The maximum fine that can be imposed is $150,000.00 plus a 78% surcharge, plus a $20.00 probation fee pursuant to A.R.S. §12-269, plus a $13.00 assessment pursuant to A.R.S. §12-116.04, plus a $9.00 assessment pursuant to A.R.S. §12-116.08, plus a $2.00 assessment pursuant to A.R.S. §12-116.09.** If the Defendant is sentenced to prison, the Defendant shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of community supervision, the Defendant can be required to serve the remaining term of community supervision in prison. Within 30 days of being sentenced, pursuant to A.R.S. §13-610, the Defendant shall provide a sufficient sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law enforcement identification purposes and/or for use in a criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are:

**Pursuant to A.R.S. §13-3105, the Defendant shall forfeit all interest in the weapon to the State.**

**COUNT 107:**
The crime carries a presumptive sentence of **10.5 Calendar Years**; a minimum sentence of **7 Calendar Years**; and a maximum sentence of **21 Calendar Years**. Probation **IS NOT** available.

Restitution of economic loss to the victim and waiver of extradition for probation revocation procedures are required. Restitution includes payment to parties who have reimbursed victims for loss, including,

but not limited to insurance companies and MCAO victim compensation. Pursuant to A.R.S. §13-805 at the time restitution is ordered the court may enter a criminal restitution order including interest and collection fees. **The maximum fine that can be imposed is $150,000.00 plus a 78% surcharge, plus a $20.00 probation fee pursuant to A.R.S. §12-269, plus a $13.00 assessment pursuant to A.R.S. §12-116.04, plus a $9.00 assessment pursuant to A.R.S. §12-116.08, plus a $2.00 assessment pursuant to A.R.S. §12-116.09.** If the Defendant is sentenced to prison, the Defendant shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of community supervision, the Defendant can be required to serve the remaining term of community supervision in prison. Within 30 days of being sentenced, pursuant to A.R.S. §13-610, the Defendant shall provide a sufficient sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law enforcement identification purposes and/or for use in a criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are:

> **Pursuant to A.R.S. §13-3105, the Defendant shall forfeit all interest in the weapon to the State.**



2.  The parties stipulate to the following additional terms, subject to court approval at the time of sentencing as set forth in paragraph 7:

> **FOR COUNT 1:**
> **The Defendant shall be sentenced to the Arizona Department of Corrections for a term of not less than 5-years, but not to exceed 10-years. This sentence shall run concurrent with the sentence imposed in COUNT 24, COUNT 52, and COUNT 107. This sentence shall run concurrent with the sentence imposed in Maricopa County Superior Court Cause Number: CR2019-101931-001.**

> **FOR COUNT 24:**
> **The Defendant shall be sentenced to the Arizona Department of Corrections for a term of not less than 10 calendar years, but not to exceed 15 calendar years. This sentence shall run concurrent with the sentence imposed in COUNT 1, COUNT 52, and COUNT 107. This sentence shall run concurrent with the sentence imposed in Maricopa County Superior Court Cause Number: CR2019-101931-001.**

> **FOR COUNT 52:**
> **The Defendant shall be sentenced to the Arizona Department of Corrections for a term of not less than 10 calendar years, but not to exceed 15 calendar years. This sentence shall run concurrent with the sentence imposed in COUNT 1, COUNT 24, and COUNT 107. This sentence shall run concurrent with the sentence imposed in Maricopa County Superior Court Cause Number: CR2019-101931-001.**

///

**FOR COUNT 107:**

> The Defendant shall be sentenced to the Arizona Department of Corrections for a term of not less than 12 calendar years, but not to exceed 15 calendar years. This sentence shall run concurrent with the sentence imposed in COUNT 1, COUNT 24, and COUNT 52. This sentence shall run consecutive to the sentences imposed in Maricopa County Superior Court Cause Number: CR2019-101931-001.

**FOR ALL COUNTS:**

> The Defendant shall have no contact with any victim whatsoever. The Defendant shall not return to the scene of the offense. The Defendant shall pay restitution for all economic loss to all victims and/or their insurance companies, and/or MCAO Victims Compensation Bureau, for all counts and/or events, including dismissed, amended and/or uncharged counts or events, resulting from Phoenix Police Department Report Numbers: 201800001948874; 201800001974137; 201800002067788; 201800002113476; 201800002138498; 201800002138598; 201800002151503; 201800002269959; 201800002294671; 201900000057909; 201900000071303; 201900000004090; 201900000005036; 201900000005562; 201900000005631; 201900000045909, and 201900000052444, including any supplemental reports from these report numbers; MCSO Department Report Numbers: 18035037 and 18036260, including any supplemental reports from these report numbers; Tolleson Police Department Report Number: 181214044, including any supplemental reports from this report number; Tempe Police Department Report Numbers: 18142661; 18142664; and 18152554, including any supplemental reports from these report numbers; Avondale Police Department Report Numbers: 1854369, 1855366, and 1858905, including any supplemental reports from these report numbers; Peoria Police Department Report Numbers: 201800090751, 201900000192, and 201900000826, including any supplemental reports from these report numbers; Mesa Police Department Report Number: 20183400114, including any supplemental reports from this report number; and Goodyear Police Department Report Number: 201847477, including any supplemental reports from this report number, regardless of whether the loss was caused by the Defendant or any accomplice.

> The Defendant shall forfeit all interest in any weapons, ammunition, and any weapon accessories seized in Phoenix Police Department Report Numbers: 201800001948874; 201800001974137; 201800002067788; 201800002113476; 201800002138498; 201800002138598; 201800002151503; 201800002269959; 201800002294671; 201900000057909; 201900000071303; 201900000004090; 201900000005036; 201900000005562; 201900000005631; 201900000045909, and 201900000052444, including any supplemental reports from these report numbers; MCSO Department Report Numbers: 18035037 and 18036260, including any supplemental reports from these report numbers; Tolleson Police Department Report Number: 181214044, including any supplemental reports from this report number; Tempe Police Department Report Numbers: 18142661; 18142664; and

18152554, including any supplemental reports from these report numbers; Avondale Police Department Report Numbers: 1854369, 1855366, and 1858905, including any supplemental reports from these report numbers; Peoria Police Department Report Numbers: 201800090751, 201900000192, and 201900000826, including any supplemental reports from these report numbers; Mesa Police Department Report Number: 20183400114, including any supplemental reports from this report number; and Goodyear Police Department Report Number: 201847477, including any supplemental reports from this report number.

This plea is contingent upon the Defendant's entry into, and the Court's acceptance of, a plea agreement with the State in Maricopa County Superior Court Cause Number: CR2019-101931-001. The State shall be permitted to revoke and/or withdraw from this plea agreement if the Defendant does not enter into, or either party is permitted to withdraw from, or the Court rejects, a plea agreement with the State in Maricopa County Superior Court Cause Number: CR2019-101931-001.

The parties stipulate the court may revoke the Defendant's probation grant and if done, the court may either impose a sentence that runs concurrent to any and/or all counts from this cause number, or in the alternative, impose a sentence that runs consecutively to any and/or all counts from this cause number.

3. The following charges and/or allegations are dismissed, or if not yet filed, shall not be brought against the Defendant by the Maricopa County Attorney's Office:

COUNTS 2 through 23; COUNTS 25 through 51; COUNTS 53 through 90; COUNTS 94 through 106, and COUNTS 108 through 128; Allegation of §13-702.02 multiple offenses/multiple counts; and Allegation the Defendant was on felony probation at the time of the offenses as it relates to the counts being dismissed.

4. This agreement serves to amend the complaint, indictment, or information to charge the offense to which the Defendant pleads, without the filing of any additional pleading. However, if the plea is rejected by the court or withdrawn by either party, or if the conviction is subsequently reversed, the original charges and any charges that are dismissed by reason of this plea agreement are automatically reinstated.

5. If the Defendant is charged with a felony, he hereby waives and gives up his rights to a preliminary hearing or other probable cause determination on the charges to which he pleads. The Defendant agrees that this agreement shall not be binding on the State should the Defendant be charged with or commit a crime between the time of this agreement and the time for sentencing in this cause; nor shall this agreement be binding on the State until the State confirms all representations made by the Defendant and his attorney, to-wit: The Defendant avows that he has NO MORE THAN 1 prior felony conviction, in any jurisdiction, under any name. The Defendant avows that he WAS NOT on felony release, parole, or community supervision, at the time of these offenses, but WAS on felony probation in Maricopa County Superior Court Cause Number: CR2018-144258-001. The Defendant avows that he HAS NO other pending felony matters, in any jurisdiction, under any

**name, EXCEPT for Maricopa County Superior Court Cause Number: CR2019-101931-001.** Although the State may have agreed to dismiss or not file sentencing enhancement allegations under Paragraph 3, Defendant is advised that any dismissed allegation may be considered in aggravation of any sentence permissible under the plea agreement. If the Defendant fails to appear for sentencing, the court may disregard the stipulated sentence and impose any lawful sentence which is the same as or exceeds the stipulated sentence in the plea agreement. In the event the court rejects the plea, or either the State or the Defendant withdraws the plea, the Defendant hereby waives and gives up his right to a preliminary hearing or other probable cause determination on the original charges.



6. Unless this plea is rejected by the court or withdrawn by either party, the Defendant hereby waives and gives up any and all motions, defenses, objections, or requests which he has made or raised, or could assert hereafter, to the court's entry of judgment against him and imposition of a sentence upon him consistent with this agreement. By entering this agreement, the Defendant further waives and gives up the right to appeal.



7. The parties hereto fully and completely understand and agree that by entering into a plea agreement, the Defendant consents to judicial fact finding by preponderance of the evidence as to any aspect or enhancement of sentence and that any sentence either stipulated to or recommended herein in paragraph two is not binding on the court. In making the sentencing determination, the court is not bound by the rules of evidence. The State's participation in this plea agreement is conditional upon the Court's acceptance of its terms, conditions, or provisions. If after accepting this plea the court concludes that any of the plea agreement's terms, conditions, or provisions regarding the sentence or any other aspect of this plea agreement are inappropriate, it can reject the plea. If the court decides to reject any of the plea agreement's terms, conditions, or provisions, it must give both the State and the Defendant an opportunity to withdraw from the plea agreement. Should the Court reject this plea agreement, or the State withdraws from the agreement, the Defendant hereby waives all claims of double jeopardy and all original charges will automatically be reinstated. The Defendant in such case waives and gives up his right to a probable cause determination on the original charges.



8. If the court decides to reject the plea agreement provisions regarding sentencing and neither the State nor the Defendant elects to withdraw the plea agreement, then any sentence either stipulated to or recommended herein in paragraph 2 is not binding upon the court, and the court is bound only by the sentencing limits set forth in paragraph 1 and the applicable statutes.



9. This plea agreement in no way affects any forfeiture proceedings pursuant to A.R.S. §13-4301 et seq., §13-2314, or §32-1993, if applicable, nor does the plea agreement in any way compromise or abrogate any civil actions, including actions pursuant to A.R.S. §13-2301 et seq. or §13-4301 et seq., or the provisions of A.R.S. §13-2314 or A.R.S. §13-4310.



10. I understand that if I am not a citizen of the United States, or was not a citizen at the time of the commission of the offense to which I am pleading, that my decision to go to trial or enter into a plea agreement may have immigration consequences. Specifically, I understand that pleading guilty or no contest to a crime may affect my immigration status. Admitting guilt may result in deportation even if the charge is later dismissed. My plea or admission of guilt could result in my deportation or removal, could prevent me from ever being able to get legal status in the United States, or could prevent me

STATE OF ARIZONA VS. JEREMIAH L TRIPLETT
CR2019-007275-001
PLEA AGREEMENT

from becoming a United States citizen. I understand that I am not required to disclose my legal status in the United States to the court.

*JT*

11. I have read and understand the provisions of this entire agreement. I have discussed the case and my constitutional rights with my lawyer. My lawyer has explained the nature of the charges and the elements of the crimes to which I am pleading. I understand that by pleading **GUILTY** I will be waiving and giving up my right to a determination of probable cause, to a trial by jury to determine guilt and to determine any fact used to impose a sentence within the range stated above in paragraph one, to confront, cross-examine, and compel the attendance of witnesses, to present evidence in my behalf, my right to remain silent, my privilege against self-incrimination, presumption of innocence and right to appeal. I agree to enter my plea as indicated above on the terms and conditions set forth herein. I fully understand that if, as part of this plea agreement, I am granted probation by the court, the terms and conditions thereof are subject to modification at any time during the period of probation. I understand that if I violate any of the written conditions of my probation, my probation may be terminated and I can be sentenced to any term or terms stated above in paragraph one, without limitation.

I have personally and voluntarily placed my initials beside each of the above paragraphs and signed the signature line below to indicate that I read, or had read to me, understood and approved all of the previous paragraphs in this agreement, both individually and as a total binding agreement. My plea is voluntary and not the result of force, or threat, or promises other than those contained in the plea agreement.

**DO NOT SIGN THIS FORM UNLESS YOU HAVE READ IT COMPLETELY, OR HAD IT READ TO YOU AND UNDERSTAND IT FULLY.**

1/7/22      Defendant
Date                                                  JEREMIAH L TRIPLETT

I have discussed this case with my client in detail and advised my client of his constitutional rights and all possible defenses. I believe that the Defendant's plea is knowing, intelligent, and voluntary and that the plea and disposition are consistent with law.

1/7/22      Defense Counsel
Date                                                  Pamela Nicholson, #010071

I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

10/11/2021      Prosecutor
Date                                                  Josh Maxwell, #031585
                                                      Deputy County Attorney

I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

10/11/2021      Prosecutor
Date                                                  Mitch Rand, #011951
                                                      Deputy County Attorney

8

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

THE STATE OF ARIZONA,

      Plaintiff,

vs.

JEREMIAH L TRIPLETT,
aka JEREMIAH LYNN TRIPLETT

DOB: 11/12/1998
Booking #: T519327

      Defendant.

CR2019-007275-001

**FACTUAL BASIS ADDENDUM**

The parties stipulate and agree to the following factual basis as reflected below:

1.  On or about and between November 2, 2018 through and including January 12, 2019, Defendant, Co-Defendants, and Jacob Michael Harris [collectively hereafter "Mass Bandits"], conspired with each other to forcibly take money from people working at businesses throughout Maricopa County.

2.  Mass Bandits agreed to assist each other in committing armed robberies of people working inside businesses within Maricopa County and Defendant intended to promote or assist in the commission of such conduct.

3.  This conduct constitutes the crime of Armed Robbery in violation of Arizona Revised Statutes, §13-904.

4.  Mass Bandits specifically created a list of places to rob, facilitated access to weapons, specifically a handgun or handguns, facilitated access to vehicles, specifically a Mazda 6 and/or a Honda Passport, and/or arrived at different businesses with each other inside the same vehicle, before an armed robbery occurred. [Count 1]

5.  On or about November 29, 2018, Defendant entered a Subway Store located at 12958 W. Indian School Road, Maricopa County, while armed with a handgun, and while inside the store, forcibly took money from Victim Riley Warf and/or Victim Carrie Stephenson.  Defendant fled the store and the area after forcibly taking the money.  [Count 24]

6.  On or about December 14, 2018, Defendant entered a Circle K Store located at 298 North 83rd Avenue, Maricopa County, while armed with a handgun, and while inside the store, forcibly took money from Victim Nick Richard.  Defendant fled the store and the area after forcibly taking the money.  [Count 52]

7.   On or about January 2, 2019, Defendant entered a Whataburger Store, located at 8922 W. Bell Road, Maricopa County, while armed with a handgun, and while inside the store, forcibly took money from Victim Patrick Flanagan.  Defendant fled the store and the area after forcibly taking the money.  [Count 107]

| 1/7/22 | Defendant | |
|---|---|---|
| Date | | JEREMIAH L TRIPLETT |

| 1/7/22 | Defense Counsel | |
|---|---|---|
| Date | | Pamela Nicholson, #010071 |

| 01/07/2022 | Prosecutor | |
|---|---|---|
| Date | | Josh Maxwell, #031585 |
| | | Deputy County Attorney |

| 01/07/2022 | Prosecutor | |
|---|---|---|
| Date | | Mitch Rand, #011951 |
| | | Deputy County Attorney |

2

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | CR2019-101931-001 |
| Plaintiff, | |
| vs. | |
| JEREMIAH L TRIPLETT, aka JEREMIAH LYNN TRIPLETT | **PLEA AGREEMENT** |
| DOB: 11/12/1998 Booking #: T519327 | |
| Defendant. | |

**THIS OFFER MAY BE REVOKED AT ANY TIME UNLESS ACCEPTED IN COURT**

The State of Arizona and the Defendant hereby agree to the following disposition of this case:

Plea:   The Defendant agrees to plead **GUILTY** to:

**COUNT 1 (AS AMENDED):**
**MANSLAUGHTER (13-1103A1), A CLASS 2 DANGEROUS FELONY**, in violation of A.R.S. §§ 13-1101; 13-1103; 13-301; 13-302; 13-303; 13-304; 13-704; 13-706; 13-706(F)(1)(c); 12-116.04; 13-805; 13-610; 12-269; 13-3105; 13-701; 13-702; 13-801; and 13-105, committed on January 11, 2019 through and including January 12, 2019.

This is a dangerous, non-repetitive, offense under the criminal code.

**COUNT 3:**
**ARMED ROBBERY (13-1904A1), A CLASS 2 DANGEROUS FELONY**, in violation of A.R.S. §§ 13-1904; 13-1901; 13-1902; 13-301; 13-302; 13-303; 13-304; 13-704; 13-706; 13-706(F)(1)(h); 13-706(F)(2)(q); 12-116.04; 12-269; 13-610; 13-805; 13-3105; 13-701; 13-702; 13-801; and 13-105, committed on January 11, 2019 through and including January 12, 2019.

This is a dangerous, non-repetitive, offense under the criminal code.

Terms: On the following understandings, terms, and conditions:

1.  **COUNT 1 (AS AMENDED):**
    The crime carries a presumptive sentence of **10.5 Calendar Years**; a minimum sentence of **7 Calendar Years**; and a maximum sentence of **21 Calendar Years**.  Probation **IS NOT** available.

Restitution of economic loss to the victim and waiver of extradition for probation revocation procedures are required. Restitution includes payment to parties who have reimbursed victims for loss, including, but not limited to insurance companies and MCAO victim compensation. Pursuant to A.R.S. §13-805 at the time restitution is ordered the court may enter a criminal restitution order including interest and collection fees. **The maximum fine that can be imposed is <u>$150,000.00</u> plus a 78% surcharge, plus a $20.00 probation fee pursuant to A.R.S. §12-269, plus a $13.00 assessment pursuant to A.R.S. §12-116.04, plus a $9.00 assessment pursuant to A.R.S. §12-116.08, plus a $2.00 assessment pursuant to A.R.S. §12-116.09.** If the Defendant is sentenced to prison, the Defendant shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of community supervision, the Defendant can be required to serve the remaining term of community supervision in prison. Within 30 days of being sentenced, pursuant to A.R.S. §13-610, the Defendant shall provide a sufficient sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law enforcement identification purposes and/or for use in a criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are:

> **<u>Pursuant to A.R.S. §13-3105, the Defendant shall forfeit all interest in the weapon to the State.</u>**

**<u>COUNT 3:</u>**
The crime carries a presumptive sentence of **10.5 Calendar Years**; a minimum sentence of **7 Calendar Years**; and a maximum sentence of **21 Calendar Years**. Probation **IS NOT** available.

Restitution of economic loss to the victim and waiver of extradition for probation revocation procedures are required. Restitution includes payment to parties who have reimbursed victims for loss, including, but not limited to insurance companies and MCAO victim compensation. Pursuant to A.R.S. §13-805 at the time restitution is ordered the court may enter a criminal restitution order including interest and collection fees. **The maximum fine that can be imposed is <u>$150,000.00</u> plus a 78% surcharge, plus a $20.00 probation fee pursuant to A.R.S. §12-269, plus a $13.00 assessment pursuant to A.R.S. §12-116.04, plus a $9.00 assessment pursuant to A.R.S. §12-116.08, plus a $2.00 assessment pursuant to A.R.S. §12-116.09.** If the Defendant is sentenced to prison, the Defendant shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of community supervision, the Defendant can be required to serve the remaining term of community supervision in prison. Within 30 days of being sentenced, pursuant to A.R.S. §13-610, the Defendant shall provide a sufficient sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law enforcement identification purposes and/or for use in a criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are:

> **<u>Pursuant to A.R.S. §13-3105, the Defendant shall forfeit all interest in the weapon to the State.</u>**

STATE OF ARIZONA VS. JEREMIAH L TRIPLETT
CR2019-101931-001
PLEA AGREEMENT

<u>The parties stipulate the court may revoke the Defendant's probation grant and if done, the court may either impose a sentence that runs concurrent to any and/or all counts from this cause number, or in the alternative, impose a sentence that runs consecutively to any and/or all counts from this cause number.</u>



3. The following charges and/or allegations are dismissed, or if not yet filed, shall not be brought against the Defendant by the Maricopa County Attorney's Office:

   <u>COUNT 2; COUNT 4; COUNT 5; COUNT 6; and COUNT 7;   Allegation of §13-702.02 multiple offenses/multiple counts;  Allegation the Defendant was on felony probation at the time of the offenses as it relates to the counts being dismissed.</u>

4. This agreement serves to amend the complaint, indictment, or information to charge the offense to which the Defendant pleads, without the filing of any additional pleading. However, if the plea is rejected by the court or withdrawn by either party, or if the conviction is subsequently reversed, the original charges and any charges that are dismissed by reason of this plea agreement are automatically reinstated.

5. If the Defendant is charged with a felony, he hereby waives and gives up his rights to a preliminary hearing or other probable cause determination on the charges to which he pleads. The Defendant agrees that this agreement shall not be binding on the State should the Defendant be charged with or commit a crime between the time of this agreement and the time for sentencing in this cause; nor shall this agreement be binding on the State until the State confirms all representations made by the Defendant and his attorney, to-wit: <u>The Defendant avows that he has NO MORE THAN 1 prior felony conviction, in any jurisdiction, under any name.  The Defendant avows that he WAS NOT on felony release, parole, or community supervision, at the time of these offenses, but WAS on felony probation in Maricopa County Superior Court Cause Number: CR2018-144258-001.  The Defendant avows that he HAS NO other pending felony matters, in any jurisdiction, under any name, EXCEPT for Maricopa County Superior Court Cause Number: CR2019-007275-001.</u> Although the State may have agreed to dismiss or not file sentencing enhancement allegations under Paragraph 3, Defendant is advised that any dismissed allegation may be considered in aggravation of any sentence permissible under the plea agreement. If the Defendant fails to appear for sentencing, the court may disregard the stipulated sentence and impose any lawful sentence which is the same as or exceeds the stipulated sentence in the plea agreement. In the event the court rejects the plea, or either the State or the Defendant withdraws the plea, the Defendant hereby waives and gives up his right to a preliminary hearing or other probable cause determination on the original charges.



6. Unless this plea is rejected by the court or withdrawn by either party, the Defendant hereby waives and gives up any and all motions, defenses, objections, or requests which he has made or raised, or could assert hereafter, to the court's entry of judgment against him and imposition of a sentence upon him consistent with this agreement. By entering this agreement, the Defendant further waives and gives up the right to appeal.

STATE OF ARIZONA VS. JEREMIAH L TRIPLETT
CR2019-101931-001
PLEA AGREEMENT

 7. The parties hereto fully and completely understand and agree that by entering into a plea agreement, the Defendant consents to judicial fact finding by preponderance of the evidence as to any aspect or enhancement of sentence and that any sentence either stipulated to or recommended herein in paragraph two is not binding on the court. In making the sentencing determination, the court is not bound by the rules of evidence. The State's participation in this plea agreement is conditional upon the Court's acceptance of its terms, conditions, or provisions. If after accepting this plea the court concludes that any of the plea agreement's terms, conditions, or provisions regarding the sentence or any other aspect of this plea agreement are inappropriate, it can reject the plea. If the court decides to reject any of the plea agreement's terms, conditions, or provisions, it must give both the State and the Defendant an opportunity to withdraw from the plea agreement. Should the Court reject this plea agreement, or the State withdraws from the agreement, the Defendant hereby waives all claims of double jeopardy and all original charges will automatically be reinstated. The Defendant in such case waives and gives up his right to a probable cause determination on the original charges.

 8. If the court decides to reject the plea agreement provisions regarding sentencing and neither the State nor the Defendant elects to withdraw the plea agreement, then any sentence either stipulated to or recommended herein in paragraph 2 is not binding upon the court, and the court is bound only by the sentencing limits set forth in paragraph 1 and the applicable statutes.

 9. This plea agreement in no way affects any forfeiture proceedings pursuant to A.R.S. §13-4301 et seq., §13-2314, or §32-1993, if applicable, nor does the plea agreement in any way compromise or abrogate any civil actions, including actions pursuant to A.R.S. §13-2301 et seq. or §13-4301 et seq., or the provisions of A.R.S. §13-2314 or A.R.S. §13-4310.

 10. I understand that if I am not a citizen of the United States, or was not a citizen at the time of the commission of the offense to which I am pleading, that my decision to go to trial or enter into a plea agreement may have immigration consequences. Specifically, I understand that pleading guilty or no contest to a crime may affect my immigration status. Admitting guilt may result in deportation even if the charge is later dismissed. My plea or admission of guilt could result in my deportation or removal, could prevent me from ever being able to get legal status in the United States, or could prevent me from becoming a United States citizen. I understand that I am not required to disclose my legal status in the United States to the court.

 11. I have read and understand the provisions of this entire agreement. I have discussed the case and my constitutional rights with my lawyer. My lawyer has explained the nature of the charges and the elements of the crimes to which I am pleading. I understand that by pleading **GUILTY** I will be waiving and giving up my right to a determination of probable cause, to a trial by jury to determine guilt and to determine any fact used to impose a sentence within the range stated above in paragraph one, to confront, cross-examine, and compel the attendance of witnesses, to present evidence in my behalf, my right to remain silent, my privilege against self-incrimination, presumption of innocence and right to appeal. I agree to enter my plea as indicated above on the terms and conditions set forth herein. I fully understand that if, as part of this plea agreement, I am granted probation by the court, the terms and conditions thereof are subject to modification at any time during the period of probation. I understand

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

THE STATE OF ARIZONA,

      Plaintiff,

vs.

JEREMIAH L TRIPLETT,
aka JEREMIAH LYNN TRIPLETT

DOB: 11/12/1998
Booking #: T519327

      Defendant.

CR2019-101931-001

**FACTUAL BASIS ADDENDUM**

The parties stipulate and agree to the following factual basis as reflected below:

1. On or about January 11, 2019 through and including January 12, 2019, Defendant, Co-Defendants, and Jacob Michael Harris [collectively hereafter "Mass Bandits"], drove to different Whataburger restaurants throughout Maricopa County.

2. Between 11:00 P.M. and 12:00 A.M., Mass Bandits drove together inside a Honda Passport associated with Co-Defendant Sariah Busani, to a Whataburger located at 1450 North Dysart Road, in Avondale, Arizona, within Maricopa County.

3. At approximately 12:05 A.M. Defendant, Co-Defendant Johnny Reed, and Jacob Michael Harris entered the Whataburger store while armed with handguns.

4. Co-Defendant Sariah Busani remained inside the driver's seat of the Honda Passport.

5. While inside the Whataburger Store, Defendant, Co-Defendant Johnny Reed, and Jacob Michael Harris forcibly took money from Victim Teo Mojarro and/or Victim Tomas Meza while armed with a handgun or handguns.

6. Upon forcibly taking the money, Defendant, Co-Defendant Johnny Reed, and Jacob Michael Harris ran out of the store and got back inside the Honda Passport which Co-Defendant Sariah Busani positioned closer to the store entrance.

7. The Honda Passport left the parking lot area and drove for several minutes, without stopping, at which time Phoenix Police officers forcibly used devices to stop the Honda Passport.

8. Once the vehicle stopped, Jacob Michael Harris exited the vehicle, and within seconds, sustained gunshot wounds causing his death.

9.  But for Defendant's, Co-Defendants', and Jacob Michael Harris's actions of forcibly taking money from Victim Teo Mojarro and/or Victim Tomas Meza, while armed with weapons, and driving away from the Whataburger together inside the Honda Passport, Jacob Michael Harris would not have sustained gunshot wounds causing his death.

| | | |
|---|---|---|
| 1/7/22<br>Date | Defendant | JEREMIAH L TRIPLETT |
| 1/7/22<br>Date | Defense Counsel | Pamela Nicholson, #010071 |
| 01/07/2022<br>Date | Prosecutor | Josh Maxwell, #031585<br>Deputy County Attorney |
| 01/07/2022<br>Date | Prosecutor | Mitch Rand, #011951<br>Deputy County Attorney |

2

# EXHIBIT 6

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

THE STATE OF ARIZONA,

      Plaintiff,

vs.

JOHNNY O'DELL REED,
aka JOHNNY O. REED

DOB:
Booking #: T519663

      Defendant.

CR2019-007275-003

**PLEA AGREEMENT**

---

**THIS OFFER MAY BE REVOKED AT ANY TIME UNLESS ACCEPTED IN COURT**

The State of Arizona and the Defendant hereby agree to the following disposition of this case:

<u>Plea</u>:    The Defendant agrees to plead **GUILTY** to:

    <u>COUNT 1:</u>
    **CONSPIRACY TO COMMIT ARMED ROBBERY (13-1904A1), A CLASS 2 FELONY**, in violation of A.R.S. §§ 13-1003; 13-1901; 13-1904; 13-501; 12-116.04; 12-269; 13-610; 13-805; 13-701; 13-702; 13-801; and 13-105, committed on November 2, 2018 through and including January 12, 2019.

    This is a non-dangerous, non-repetitive, offense under the criminal code.

    <u>COUNT 81:</u>
    **ARMED ROBBERY (13-1904A1), A CLASS 2 DANGEROUS FELONY**, in violation of A.R.S. §§ 13-1904; 13-1901; 13-1902; 13-301; 13-302; 13-303; 13-304; 13-704; 13-706; 13-706(F)(1)(h); 13-706(F)(2)(q); 13-501; 12-116.04; 12-269; 13-610; 13-805; 13-3105; 13-701; 13-702; 13-801; and 13-105, committed on January ~~11th~~, 2019 ~~through and including January 12, 2019.~~

    This is a dangerous, non-repetitive, offense under the criminal code.

*///*

Terms: On the following understandings, terms, and conditions:

 1. **COUNT 1:**

The crime carries a presumptive sentence of **5 Years**; a minimum sentence of **4 Years**; a mitigated sentence of **3 Years**; a maximum sentence of **10 Years**; and an aggravated sentence of **12.5 Years**. Probation **IS** available.

Restitution of economic loss to the victim and waiver of extradition for probation revocation procedures are required. Restitution includes payment to parties who have reimbursed victims for loss, including, but not limited to insurance companies and MCAO victim compensation. Pursuant to A.R.S. §13-805 at the time restitution is ordered the court may enter a criminal restitution order including interest and collection fees. **The maximum fine that can be imposed is $150,000.00 plus a 78% surcharge, plus a $20.00 probation fee pursuant to A.R.S. §12-269, plus a $13.00 assessment pursuant to A.R.S. §12-116.04, plus a $9.00 assessment pursuant to A.R.S. §12-116.08, plus a $2.00 assessment pursuant to A.R.S. §12-116.09.** If the Defendant is sentenced to prison, the Defendant shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of community supervision, the Defendant can be required to serve the remaining term of community supervision in prison. Within 30 days of being sentenced, pursuant to A.R.S. §13-610, the Defendant shall provide a sufficient sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law enforcement identification purposes and/or for use in a criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are:

Pursuant to A.R.S. §13-902, probation may continue for 7-years.  Pursuant to A.R.S. §13-3105, the Defendant shall forfeit all interest in the weapon to the State.

**COUNT 81:**

The crime carries a presumptive sentence of **10.5 Years**; a minimum sentence of **7 Years**; and a maximum sentence of **21 Years**. Probation **IS NOT** available.

Restitution of economic loss to the victim and waiver of extradition for probation revocation procedures are required. Restitution includes payment to parties who have reimbursed victims for loss, including, but not limited to insurance companies and MCAO victim compensation. Pursuant to A.R.S. §13-805 at the time restitution is ordered the court may enter a criminal restitution order including interest and collection fees. **The maximum fine that can be imposed is $150,000.00 plus a 78% surcharge, plus a $20.00 probation fee pursuant to A.R.S. §12-269, plus a $13.00 assessment pursuant to A.R.S. §12-116.04, plus a $9.00 assessment pursuant to A.R.S. §12-116.08, plus a $2.00 assessment pursuant to A.R.S. §12-116.09.** If the Defendant is sentenced to prison, the Defendant shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of community supervision, the Defendant can be required to serve the remaining term of community supervision in prison. Within 30 days of being sentenced, pursuant to A.R.S. §13-610, the Defendant shall provide a sufficient sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law enforcement identification purposes and/or for use in a

criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are:

> **Pursuant to A.R.S. §13-3105, the Defendant shall forfeit all interest in the weapon to the State.**

2. The parties stipulate to the following additional terms, subject to court approval at the time of sentencing as set forth in paragraph 7:

> **FOR COUNT 1:**
>> **The Defendant shall be sentenced to the Arizona Department of Corrections for a term of not less than 5-years, but not to exceed 10-years. This sentence shall run concurrent with the sentence imposed in COUNT 81. This sentence shall run concurrent with the sentence imposed in Maricopa County Superior Court Cause Number: CR2019-101931-003.**

> **FOR COUNT 81:**
>> **The Defendant shall be sentenced to the Arizona Department of Corrections for a term of not less than 15-years, but not to exceed 18.5-years. This sentence shall run concurrent with the sentence imposed in COUNT 1. This sentence shall run concurrent with the sentence imposed in Maricopa County Superior Court Cause Number: CR2019-101931-003.**

> **FOR ALL COUNTS:**
>> **The Defendant shall have no contact with any victim whatsoever. The Defendant shall not return to the scene of the offense. The Defendant shall pay restitution for all economic loss to all victims and/or their insurance companies, and/or MCAO Victims Compensation Bureau, for all counts and/or events, including dismissed, amended and/or uncharged counts or events, resulting from Phoenix Police Department Report Numbers: 201800001948874; 201800001974137; 201800002067788; 201800002113476; 201800002138498; 201800002138598; 201800002151503; 201800002269959; 201800002294671; 201900000057909; 201900000071303; 201900000004090; 201900000005036; 201900000005562; 201900000005631; 201900000045909, and 201900000052444, including any supplemental reports from these report numbers; MCSO Department Report Numbers: 18035037 and 18036260, including any supplemental reports from these report numbers; Tolleson Police Department Report Number: 181214044, including any supplemental reports from this report number; Tempe Police Department Report Numbers: 18142661; 18142664; and 18152554, including any supplemental reports from these report numbers; Avondale Police Department Report Numbers: 1854369, 1855366, and 1858905, including any supplemental reports from these report numbers; Peoria Police Department Report Numbers: 201800090751, 201900000192, and 201900000826, including any supplemental reports from these report numbers; Mesa Police Department Report Number: 20183400114, including**

STATE OF ARIZONA VS. JOHNNY O'DELL REED
CR2019-007275-003
PLEA AGREEMENT

any supplemental reports from this report number; and Goodyear Police Department Report Number: 201847477, including any supplemental reports from this report number, regardless of whether the loss was caused by the Defendant or any accomplice.

The Defendant shall forfeit all interest in any weapons, ammunition, and any weapon accessories seized in Phoenix Police Department Report Numbers: 201800001948874; 201800001974137; 201800002067788; 201800002113476; 201800002138498; 201800002138598; 201800002151503; 201800002269959; 201800002294671; 201900000057909; 201900000071303; 201900000004090; 201900000005036; 201900000005562; 201900000045909, and 201900000052444, including any supplemental reports from these report numbers; MCSO Department Report Numbers: 18035037 and 18036260, including any supplemental reports from these report numbers; Tolleson Police Department Report Number: 181214044, including any supplemental reports from this report number; Tempe Police Department Report Numbers: 18142661; 18142664; and 18152554, including any supplemental reports from these report numbers; Avondale Police Department Report Numbers: 1854369, 1855366, and 1858905, including any supplemental reports from these report numbers; Peoria Police Department Report Numbers: 201800090751, 201900000192, and 201900000826, including any supplemental reports from these report numbers; Mesa Police Department Report Number: 20183400114, including any supplemental reports from this report number; and Goodyear Police Department Report Number: 201847477, including any supplemental reports from this report number.

This plea is contingent upon the Defendant's entry into, and the Court's acceptance of, a plea agreement with the State in Maricopa County Superior Court Cause Number: CR2019-101931-003. The State shall be permitted to revoke and/or withdraw from this plea agreement if the Defendant does not enter into, or either party is permitted to withdraw from, or the Court rejects, a plea agreement with the State in Maricopa County Superior Court Cause Number: CR2019-101931-003.



~~The Defendant further agrees to waive any and all time for purposes of sentencing and shall remain in the MCSO Jail until the cases for all Co-Defendants resolve by either plea agreement or jury verdict.~~

3. The following charges and/or allegations are dismissed, or if not yet filed, shall not be brought against the Defendant by the Maricopa County Attorney's Office:

COUNT 2; COUNTS 68 through 73; COUNTS 78 through 80; COUNTS 82 through 86; COUNTS 91 through 93; COUNTS 95 through 97; COUNTS 99 through 109; COUNTS 111 through 121; COUNTS 123 through 126; and COUNT 128; Allegation of §13-702.02 multiple offenses/multiple counts.

4

4. This agreement serves to amend the complaint, indictment, or information to charge the offense to which the Defendant pleads, without the filing of any additional pleading. However, if the plea is rejected by the court or withdrawn by either party, or if the conviction is subsequently reversed, the original charges and any charges that are dismissed by reason of this plea agreement are automatically reinstated.

5. If the Defendant is charged with a felony, he hereby waives and gives up his rights to a preliminary hearing or other probable cause determination on the charges to which he pleads. The Defendant agrees that this agreement shall not be binding on the State should the Defendant be charged with or commit a crime between the time of this agreement and the time for sentencing in this cause; nor shall this agreement be binding on the State until the State confirms all representations made by the Defendant and his attorney, to-wit: **The Defendant avows that he has NO prior felony convictions, in any jurisdiction, under any name. The Defendant avows that he WAS NOT on felony release, probation, parole, or community supervision, at the time of these offenses. The Defendant avows that he HAS NO other pending felony matters, in any jurisdiction, under any name, EXCEPT for Maricopa County Superior Court Cause Number: CR2019-101931-003.** Although the State may have agreed to dismiss or not file sentencing enhancement allegations under Paragraph 3, Defendant is advised that any dismissed allegation may be considered in aggravation of any sentence permissible under the plea agreement. If the Defendant fails to appear for sentencing, the court may disregard the stipulated sentence and impose any lawful sentence which is the same as or exceeds the stipulated sentence in the plea agreement. In the event the court rejects the plea, or either the State or the Defendant withdraws the plea, the Defendant hereby waives and gives up his right to a preliminary hearing or other probable cause determination on the original charges.

6. Unless this plea is rejected by the court or withdrawn by either party, the Defendant hereby waives and gives up any and all motions, defenses, objections, or requests which he has made or raised, or could assert hereafter, to the court's entry of judgment against him and imposition of a sentence upon him consistent with this agreement. By entering this agreement, the Defendant further waives and gives up the right to appeal.

7. The parties hereto fully and completely understand and agree that by entering into a plea agreement, the Defendant consents to judicial fact finding by preponderance of the evidence as to any aspect or enhancement of sentence and that any sentence either stipulated to or recommended herein in paragraph two is not binding on the court. In making the sentencing determination, the court is not bound by the rules of evidence. The State's participation in this plea agreement is conditional upon the Court's acceptance of its terms, conditions, or provisions. If after accepting this plea the court concludes that any of the plea agreement's terms, conditions, or provisions regarding the sentence or any other aspect of this plea agreement are inappropriate, it can reject the plea. If the court decides to reject any of the plea agreement's terms, conditions, or provisions, it must give both the State and the Defendant an opportunity to withdraw from the plea agreement. Should the Court reject this plea agreement, or the State withdraws from the agreement, the Defendant hereby waives all claims of double jeopardy and all original charges will automatically be reinstated. The Defendant in such case waives and gives up his right to a probable cause determination on the original charges.

STATE OF ARIZONA VS. JOHNNY O'DELL REED
CR2019-007275-003
PLEA AGREEMENT

8. If the court decides to reject the plea agreement provisions regarding sentencing and neither the State nor the Defendant elects to withdraw the plea agreement, then any sentence either stipulated to or recommended herein in paragraph 2 is not binding upon the court, and the court is bound only by the sentencing limits set forth in paragraph 1 and the applicable statutes.

9. This plea agreement in no way affects any forfeiture proceedings pursuant to A.R.S. §13-4301 et seq., §13-2314, or §32-1993, if applicable, nor does the plea agreement in any way compromise or abrogate any civil actions, including actions pursuant to A.R.S. §13-2301 et seq. or §13-4301 et seq., or the provisions of A.R.S. §13-2314 or A.R.S. §13-4310.

10. I understand that if I am not a citizen of the United States, or was not a citizen at the time of the commission of the offense to which I am pleading, that my decision to go to trial or enter into a plea agreement may have immigration consequences. Specifically, I understand that pleading guilty or no contest to a crime may affect my immigration status. Admitting guilt may result in deportation even if the charge is later dismissed. My plea or admission of guilt could result in my deportation or removal, could prevent me from ever being able to get legal status in the United States, or could prevent me from becoming a United States citizen. I understand that I am not required to disclose my legal status in the United States to the court.

11. I have read and understand the provisions of this entire agreement. I have discussed the case and my constitutional rights with my lawyer. My lawyer has explained the nature of the charges and the elements of the crimes to which I am pleading. I understand that by pleading **GUILTY** I will be waiving and giving up my right to a determination of probable cause, to a trial by jury to determine guilt and to determine any fact used to impose a sentence within the range stated above in paragraph one, to confront, cross-examine, and compel the attendance of witnesses, to present evidence in my behalf, my right to remain silent, my privilege against self-incrimination, presumption of innocence and right to appeal. I agree to enter my plea as indicated above on the terms and conditions set forth herein. I fully understand that if, as part of this plea agreement, I am granted probation by the court, the terms and conditions thereof are subject to modification at any time during the period of probation. I understand that if I violate any of the written conditions of my probation, my probation may be terminated and I can be sentenced to any term or terms stated above in paragraph one, without limitation.

I have personally and voluntarily placed my initials beside each of the above paragraphs and signed the signature line below to indicate that I read, or had read to me, understood and approved all of the previous paragraphs in this agreement, both individually and as a total binding agreement. My plea is voluntary and not the result of force, or threat, or promises other than those contained in the plea agreement.

**DO NOT SIGN THIS FORM UNLESS YOU HAVE READ IT COMPLETELY, OR HAD IT READ TO YOU AND UNDERSTAND IT FULLY.**

1/07/22     Defendant
Date

JOHNNY O'DELL REED

STATE OF ARIZONA VS. JOHNNY O'DELL REED
CR2019-007275-003
PLEA AGREEMENT

I have discussed this case with my client in detail and advised my client of his constitutional rights and all possible defenses. I believe that the Defendant's plea is knowing, intelligent, and voluntary and that the plea and disposition are consistent with law.

_____1/07/22_____      Defense Counsel      _____
Date                                          Rick S. Tosto, #015333

I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

01/06/2022            Prosecutor           _____
Date                                          Josh Maxwell, #031585
                                              Deputy County Attorney

I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

01/06/2022            Prosecutor           _____
Date                                          Mitch Rand, #011951
                                              Deputy County Attorney

7

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | CR2019-007275-003 |
| Plaintiff, | |
| vs. | |
| JOHNNY O'DELL REED,<br>aka JOHNNY O. REED | **FACTUAL BASIS ADDENDUM** |
| DOB:<br>Booking #: T519663 | |
| Defendant. | |

The parties stipulate and agree to the following factual basis as reflected below:

1.  On or about and between November 2, 2018 through and including January 12, 2019, Defendant, Co-Defendants, and Jacob Michael Harris [collectively hereafter "Mass Bandits"], conspired with each other to forcibly take money from people working at businesses throughout Maricopa County.

2.  Mass Bandits agreed to assist each other in committing armed robberies of people working inside businesses within Maricopa County and Defendant intended to promote or assist in the commission of such conduct.

3.  This conduct constitutes the crime of Armed Robbery in violation of Arizona Revised Statutes, §13-904.

4.  Mass Bandits specifically created a list of places to rob, facilitated access to weapons, specifically a handgun or handguns, facilitated access to vehicles, specifically a Mazda 6 and/or a Honda Passport, and/or arrived at different businesses with each other inside the same vehicle, before an armed robbery occurred. [Count 1]

5.  On or about January 1, 2019, Defendant entered a Jack In The Box located at 6001 West Thomas Road, Maricopa County, while armed with a handgun, and while inside the store, forcibly took money from Victim Jennifer Mosqueda Santos and/or Victim Amy Carrillo Escareno.  Defendant fled the store and the area after forcibly taking the money.  [Count 81]

///

STATE OF ARIZONA VS. JOHNNY O'DELL REED
CR2019-007275-003
FACTUAL BASIS ADDENDUM

1/07/22
_____
Date                    Defendant

JOHNNY O'DELL REED

1/07/22
_____
Date                    Defense Counsel

Rick G. Tosto, #015333

01/06/2022
_____
Date                    Prosecutor

Josh Maxwell, #031585
Deputy County Attorney

01/06/2022
_____
Date                    Prosecutor

Mitch Rand, #011951
Deputy County Attorney

2

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

THE STATE OF ARIZONA,

        Plaintiff,

vs.

JOHNNY O'DELL REED,
aka JOHNNY O. REED

DOB:
Booking #: T519663

        Defendant.

CR2019-101931-003

**PLEA AGREEMENT**

**THIS OFFER MAY BE REVOKED AT ANY TIME UNLESS ACCEPTED IN COURT**

The State of Arizona and the Defendant hereby agree to the following disposition of this case:

Plea:    The Defendant agrees to plead **GUILTY** to:

    **COUNT 1 (AS AMENDED):**
    **NEGLIGENT HOMICIDE (13-1102A), A CLASS 4 DANGEROUS FELONY, in violation of A.R.S. §§ 13-1101; 13-1102; 13-1102(A); 13-301; 13-302; 13-303; 13-304; 13-704; 13-501; 12-116.04; 13-805; 13-610; 12-269; 13-3105; 13-701; 13-702; 13-801; and 13-105, committed on January 11, 2019 through and including January 12, 2019.**

    **This is a dangerous, non-repetitive, offense under the criminal code.**

    **COUNT 3:**
    **ARMED ROBBERY (13-1904A1), A CLASS 2 DANGEROUS FELONY, in violation of A.R.S. §§ 13-1904; 13-1901; 13-1902; 13-301; 13-302; 13-303; 13-304; 13-704; 13-706; 13-706(F)(1)(h); 13-706(F)(2)(q); 13-501; 12-116.04; 12-269; 13-610; 13-805; 13-3105; 13-701; 13-702; 13-801; and 13-105, committed on January 11, 2019 through and including January 12, 2019.**

    **This is a dangerous, non-repetitive, offense under the criminal code.**

Terms: On the following understandings, terms, and conditions:

 1.    **COUNT 1 (AS AMENDED):**
    The crime carries a presumptive sentence of **6 Years**; a minimum sentence of **4 Years**; and a maximum sentence of **8 Years**. Probation **IS NOT** available.

Restitution of economic loss to the victim and waiver of extradition for probation revocation procedures are required. Restitution includes payment to parties who have reimbursed victims for loss, including, but not limited to insurance companies and MCAO victim compensation. Pursuant to A.R.S. §13-805 at the time restitution is ordered the court may enter a criminal restitution order including interest and collection fees.  **The maximum fine that can be imposed is $150,000.00 plus a 78% surcharge, plus a $20.00 probation fee pursuant to A.R.S. §12-269, plus a $13.00 assessment pursuant to A.R.S. §12-116.04, plus a $9.00 assessment pursuant to A.R.S. §12-116.08, plus a $2.00 assessment pursuant to A.R.S. §12-116.09.**  If the Defendant is sentenced to prison, the Defendant shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of community supervision, the Defendant can be required to serve the remaining term of community supervision in prison. Within 30 days of being sentenced, pursuant to A.R.S. §13-610, the Defendant shall provide a sufficient sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law enforcement identification purposes and/or for use in a criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are:

**Pursuant to A.R.S. §13-3105, the Defendant shall forfeit all interest in the weapon to the State.**

**COUNT 3:**
The crime carries a presumptive sentence of **10.5 Years**; a minimum sentence of **7 Years**; and a maximum sentence of **21 Years**.  Probation **IS NOT** available.

Restitution of economic loss to the victim and waiver of extradition for probation revocation procedures are required. Restitution includes payment to parties who have reimbursed victims for loss, including, but not limited to insurance companies and MCAO victim compensation. Pursuant to A.R.S. §13-805 at the time restitution is ordered the court may enter a criminal restitution order including interest and collection fees.  **The maximum fine that can be imposed is $150,000.00 plus a 78% surcharge, plus a $20.00 probation fee pursuant to A.R.S. §12-269, plus a $13.00 assessment pursuant to A.R.S. §12-116.04, plus a $9.00 assessment pursuant to A.R.S. §12-116.08, plus a $2.00 assessment pursuant to A.R.S. §12-116.09.**  If the Defendant is sentenced to prison, the Defendant shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of community supervision, the Defendant can be required to serve the remaining term of community supervision in prison. Within 30 days of being sentenced, pursuant to A.R.S. §13-610, the Defendant shall provide a sufficient sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law enforcement identification purposes and/or for use in a criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are:

**Pursuant to A.R.S. §13-3105, the Defendant shall forfeit all interest in the weapon to the State.**

STATE OF ARIZONA VS. JOHNNY O'DELL REED
CR2019-101931-003
PLEA AGREEMENT

JR  2.  The parties stipulate to the following additional terms, subject to court approval at the time of sentencing as set forth in paragraph 7:

### FOR COUNT 1 (AS AMENDED):

The Defendant shall be sentenced to the Arizona Department of Corrections. This sentence shall run concurrent with the sentence imposed in COUNT 3. This sentence shall run concurrent with the sentence imposed in Maricopa County Superior Court Cause Number: CR2019-007275-003.

### FOR COUNT 3:

The Defendant shall be sentenced to the Arizona Department of Corrections for a term of not less than 15-years, but not to exceed 18.5 years. This sentence shall run concurrent with the sentence imposed in COUNT 1 (AS AMENDED). This sentence shall run concurrent with the sentence imposed in Maricopa County Superior Court Cause Number: CR2019-007275-003.

### FOR ALL COUNTS:

The Defendant shall have no contact with any victim whatsoever. The Defendant shall not return to the scene of the offenses. The Defendant shall pay restitution for all economic loss to all victims and/or their insurance companies, and/or MCAO Victims Compensation Bureau, for all counts and/or events, including dismissed, amended and/or uncharged counts or events, resulting from Phoenix Police Department Report Numbers: 201900000057909 and 201900000071303, and Avondale Police Department Report Number: 1901772, including any supplemental reports from any mentioned police report number, regardless of whether the loss was caused by the Defendant or any accomplice.

The Defendant shall forfeit all interest in any weapons, ammunition, and any weapon accessories seized in Phoenix Police Department Report Numbers: 201900000057909 and 201900000071303, and Avondale Police Department Report Number: 1901772, including any supplemental reports from any mentioned police report number.

This plea is contingent upon the Defendant's entry into, and the Court's acceptance of, a plea agreement with the State in Maricopa County Superior Court Cause Number: CR2019-007275-003. The State shall be permitted to revoke and/or withdraw from this plea agreement if the Defendant does not enter into, or either party is permitted to withdraw from, or the Court rejects, a plea agreement with the State in Maricopa County Superior Court Cause Number: CR2019-007275-003.

 ~~The Defendant further agrees to waive any and all time for purposes of sentencing and shall remain in the MCSO Jail until the cases for all Co-Defendants resolve by either plea agreement or jury verdict.~~

3

3. The following charges and/or allegations are dismissed, or if not yet filed, shall not be brought against the Defendant by the Maricopa County Attorney's Office:

   <u>**COUNT 2; COUNT 4; COUNT 5; and COUNT 6;   Allegation of §13-702.02 multiple offenses/multiple counts.**</u>

4. This agreement serves to amend the complaint, indictment, or information to charge the offense to which the Defendant pleads, without the filing of any additional pleading. However, if the plea is rejected by the court or withdrawn by either party, or if the conviction is subsequently reversed, the original charges and any charges that are dismissed by reason of this plea agreement are automatically reinstated.

5. If the Defendant is charged with a felony, he hereby waives and gives up his rights to a preliminary hearing or other probable cause determination on the charges to which he pleads. The Defendant agrees that this agreement shall not be binding on the State should the Defendant be charged with or commit a crime between the time of this agreement and the time for sentencing in this cause; nor shall this agreement be binding on the State until the State confirms all representations made by the Defendant and his attorney, to-wit: <u>**The Defendant avows that he has NO prior felony convictions, in any jurisdiction, under any name.  The Defendant avows that he WAS NOT on felony release, probation, parole, or community supervision, at the time of these offenses.  The Defendant avows that he HAS NO other pending felony matters, in any jurisdiction, under any name, EXCEPT for Maricopa County Superior Court Cause Number: CR2019-007275-003.**</u> Although the State may have agreed to dismiss or not file sentencing enhancement allegations under Paragraph 3, Defendant is advised that any dismissed allegation may be considered in aggravation of any sentence permissible under the plea agreement. If the Defendant fails to appear for sentencing, the court may disregard the stipulated sentence and impose any lawful sentence which is the same as or exceeds the stipulated sentence in the plea agreement. In the event the court rejects the plea, or either the State or the Defendant withdraws the plea, the Defendant hereby waives and gives up his right to a preliminary hearing or other probable cause determination on the original charges.

6. Unless this plea is rejected by the court or withdrawn by either party, the Defendant hereby waives and gives up any and all motions, defenses, objections, or requests which he has made or raised, or could assert hereafter, to the court's entry of judgment against him and imposition of a sentence upon him consistent with this agreement. By entering this agreement, the Defendant further waives and gives up the right to appeal.

7. The parties hereto fully and completely understand and agree that by entering into a plea agreement, the Defendant consents to judicial fact finding by preponderance of the evidence as to any aspect or enhancement of sentence and that any sentence either stipulated to or recommended herein in paragraph two is not binding on the court. In making the sentencing determination, the court is not bound by the rules of evidence. The State's participation in this plea agreement is conditional upon the Court's acceptance of its terms, conditions, or provisions. If after accepting this plea the court concludes that any of the plea agreement's terms, conditions, or provisions regarding the sentence or any other aspect of this plea agreement are inappropriate, it can reject the plea. If the court decides to reject any of the plea agreement's terms, conditions, or provisions, it must give both the State and the Defendant

4

STATE OF ARIZONA VS. JOHNNY O'DELL REED
CR2019-101931-003
PLEA AGREEMENT

an opportunity to withdraw from the plea agreement. Should the Court reject this plea agreement, or the State withdraws from the agreement, the Defendant hereby waives all claims of double jeopardy and all original charges will automatically be reinstated. The Defendant in such case waives and gives up his right to a probable cause determination on the original charges.

8. If the court decides to reject the plea agreement provisions regarding sentencing and neither the State nor the Defendant elects to withdraw the plea agreement, then any sentence either stipulated to or recommended herein in paragraph 2 is not binding upon the court, and the court is bound only by the sentencing limits set forth in paragraph 1 and the applicable statutes.

9. This plea agreement in no way affects any forfeiture proceedings pursuant to A.R.S. §13-4301 et seq., §13-2314, or §32-1993, if applicable, nor does the plea agreement in any way compromise or abrogate any civil actions, including actions pursuant to A.R.S. §13-2301 et seq. or §13-4301 et seq., or the provisions of A.R.S. §13-2314 or A.R.S. §13-4310.

10. I understand that if I am not a citizen of the United States, or was not a citizen at the time of the commission of the offense to which I am pleading, that my decision to go to trial or enter into a plea agreement may have immigration consequences. Specifically, I understand that pleading guilty or no contest to a crime may affect my immigration status. Admitting guilt may result in deportation even if the charge is later dismissed. My plea or admission of guilt could result in my deportation or removal, could prevent me from ever being able to get legal status in the United States, or could prevent me from becoming a United States citizen. I understand that I am not required to disclose my legal status in the United States to the court.

11. I have read and understand the provisions of this entire agreement. I have discussed the case and my constitutional rights with my lawyer. My lawyer has explained the nature of the charges and the elements of the crimes to which I am pleading. I understand that by pleading **GUILTY** I will be waiving and giving up my right to a determination of probable cause, to a trial by jury to determine guilt and to determine any fact used to impose a sentence within the range stated above in paragraph one, to confront, cross-examine, and compel the attendance of witnesses, to present evidence in my behalf, my right to remain silent, my privilege against self-incrimination, presumption of innocence and right to appeal. I agree to enter my plea as indicated above on the terms and conditions set forth herein. I fully understand that if, as part of this plea agreement, I am granted probation by the court, the terms and conditions thereof are subject to modification at any time during the period of probation. I understand that if I violate any of the written conditions of my probation, my probation may be terminated and I can be sentenced to any term or terms stated above in paragraph one, without limitation.

///

5

STATE OF ARIZONA VS. JOHNNY O'DELL REED
CR2019-101931-003
PLEA AGREEMENT

I have personally and voluntarily placed my initials beside each of the above paragraphs and signed the signature line below to indicate that I read, or had read to me, understood and approved all of the previous paragraphs in this agreement, both individually and as a total binding agreement. My plea is voluntary and not the result of force, or threat, or promises other than those contained in the plea agreement.

**DO NOT SIGN THIS FORM UNLESS YOU HAVE READ IT COMPLETELY, OR HAD IT READ TO YOU AND UNDERSTAND IT FULLY.**

1/07/22      Defendant

Date                      JOHNNY O'DELL REED

I have discussed this case with my client in detail and advised my client of his constitutional rights and all possible defenses. I believe that the Defendant's plea is knowing, intelligent, and voluntary and that the plea and disposition are consistent with law.

1/07/22      Defense Counsel

Date                      Rick G. Tosto, #015333

I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

01/06/2022      Prosecutor

Date                      Josh Maxwell, #031585
                                 Deputy County Attorney

I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

01/06/2022      Prosecutor

Date                      Mitch Rand, #011951
                                 Deputy County Attorney

6

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>     Plaintiff,<br><br>vs.<br><br>JOHNNY O'DELL REED,<br>aka JOHNNY O. REED<br><br>DOB<br>Booking #: T519663<br><br>     Defendant. | CR2019-101931-003<br><br><br>**FACTUAL BASIS ADDENDUM** |

The parties stipulate and agree to the following factual basis as reflected below:

1. On or about January 11, 2019 through and including January 12, 2019, Defendant, Co-Defendants, and Jacob Michael Harris [collectively hereafter "Mass Bandits"], drove to different Whataburger restaurants throughout Maricopa County.

2. Between 11:00 P.M. and 12:00 A.M., Mass Bandits drove together inside a Honda Passport associated with Co-Defendant Sariah Busani, to a Whataburger located at 1450 North Dysart Road, in Avondale, Arizona, within Maricopa County.

3. At approximately 12:05 A.M. Defendant, Co-Defendant Jeremiah Triplett, and Jacob Michael Harris entered the Whataburger store while armed with handguns.

4. Co-Defendant Sariah Busani remained inside the driver's seat of the Honda Passport.

5. While inside the Whataburger Store, Defendant, Co-Defendant Jeremiah Triplett, and Jacob Michael Harris forcibly took money from Victim Teo Mojarro and/or Victim Tomas Meza while armed with a handgun or handguns.

6. Upon forcibly taking the money, Defendant, Co-Defendant Jeremiah Triplett, and Jacob Michael Harris ran out of the store and got back inside the Honda Passport which Co-Defendant Sariah Busani positioned closer to the store entrance.

7. The Honda Passport left the parking lot area and drove for several minutes, without stopping, at which time Phoenix Police officers forcibly used devices to stop the Honda Passport.

8. Once the vehicle stopped, Jacob Michael Harris exited the vehicle, and within seconds, sustained gunshot wounds causing his death.

9.   But for Defendant's, Co-Defendants', and Jacob Michael Harris's actions of forcibly taking money from Victim Teo Mojarro and/or Victim Tomas Meza, while armed with weapons, and driving away from the Whataburger together inside the Honda Passport, Jacob Michael Harris would not have sustained gunshot wounds causing his death.

| | | |
|---|---|---|
| 1/07/22 | Defendant | JOHNNY O'DELL REED |
| Date | | |
| 1/07/22 | Defense Counsel | Rick G. Tosto, #015333 |
| Date | | |
| 01/06/2022 | Prosecutor | Josh Maxwell, #031585 |
| Date | | Deputy County Attorney |
| 01/06/2022 | Prosecutor | Mitch Rand, #011951 |
| Date | | Deputy County Attorney |

2

# EXHIBIT 7

Clerk of the Superior Court
*** Electronically Filed ***
R. Montoya, Deputy
11/22/2021 10:48:19 AM
Filing ID 13636382

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

THE STATE OF ARIZONA,

      Plaintiff,

vs.

SARIAH CHRISTINE BUSANI,

DOB: 09/21/1999
Booking #: T519329

      Defendant.

CR2019-007275-002

**PLEA AGREEMENT**

THIS OFFER EXPIRES AND IS VOID IF NOT ENTERED IN COURT BY **11/19/2021**

The State of Arizona and the Defendant hereby agree to the following disposition of this case:

Plea:    The Defendant agrees to plead **GUILTY** to:

**COUNT 1:**
CONSPIRACY TO COMMIT ARMED ROBBERY (13-1904A1), A CLASS 2 FELONY, in violation of A.R.S. §§ 13-1003; 13-1901; 13-1904; 12-116.04; 12-269; 13-610; 13-805; 13-701; 13-702; 13-801; and 13-105, committed on November 2, 2018 through and including January 12, 2019.

This is a non-dangerous, non-repetitive, offense under the criminal code.

Terms: On the following understandings, terms and conditions:

SB  1.  **COUNT 1:**
The crime carries a presumptive sentence of **5 Years**; a minimum sentence of **4 Years**; a mitigated sentence of **3 Years**; a maximum sentence of **10 Years**; and an aggravated sentence of **12.5 Years**. Probation **IS** available.

Restitution of economic loss to the victim and waiver of extradition for probation revocation procedures are required. Restitution includes payment to parties who have reimbursed victims for loss, including, but not limited to insurance companies and MCAO victim compensation. Pursuant to A.R.S. §13-805 at the time restitution is ordered the court may enter a criminal restitution order including interest and collection fees.  **The maximum fine that can be imposed is $150,000.00 plus a 78% surcharge, plus a $20.00 probation fee pursuant to A.R.S. §12-269, plus a $13.00 assessment pursuant to A.R.S. §12-116.04, plus a $9.00 assessment pursuant to A.R.S. §12-116.08, plus a $2.00 assessment pursuant to A.R.S. §12-116.09.** If the Defendant is sentenced to prison, the Defendant

shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of community supervision, the Defendant can be required to serve the remaining term of community supervision in prison. Within 30 days of being sentenced, pursuant to A.R.S. §13-610, the Defendant shall provide a sufficient sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law enforcement identification purposes and/or for use in a criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are:

> **Pursuant to A.R.S. §13-902, probation may continue for 7-years.  Pursuant to A.R.S. §13-3105, the Defendant shall forfeit all interest in the weapon to the State.**

 2.  The parties stipulate to the following additional terms, subject to court approval at the time of sentencing as set forth in paragraph 7:

> **FOR COUNT 1:**
> **The Defendant shall be sentenced to the Arizona Department of Corrections for a term of not less than 5-years, but not to exceed 10-years.  This sentence shall run concurrent with the sentence imposed in Maricopa County Superior Court Cause Number: CR2019-101931-002.**

> **FOR ALL COUNTS:**
> **The Defendant shall have no contact with any victim whatsoever.  The Defendant shall not return to the scene of the offense. The Defendant shall pay restitution for all economic loss to all victims and/or their insurance companies, and/or MCAO Victims Compensation Bureau, for all counts and/or events, including dismissed, amended and/or uncharged counts   or events, resulting from Phoenix Police Department Report Numbers:  201800001948874;   201800001974137; 201800002067788;   201800002113476;   201800002138498;   201800002138598; 201800002151503;   201800002269959;   201800002294671;   201900000057909; 201900000071303;   201900000004090;   201900000005036;   201900000005562; 201900000005631;   201900000045909,  and  201900000052444,  including  any supplemental reports from these report numbers;   MCSO Department Report Numbers: 18035037 and 18036260, including any supplemental reports from these report numbers; Tolleson Police Department Report Number: 181214044, including any supplemental reports from this report number;  Tempe Police Department Report Numbers: 18142661; 18142664; and 18152554, including any supplemental reports from these report numbers;  Avondale Police Department Report Numbers: 1854369, 1855366, and 1858905, including any supplemental reports from these report numbers;   Peoria Police Department Report Numbers: 201800090751, 201900000192, and 201900000826, including any supplemental reports from these report numbers; Mesa Police Department Report Number:  20183400114, including any supplemental reports from this report number;   and Goodyear Police Department Report Number: 201847477, including any supplemental reports from**

this report number, regardless of whether the loss was caused by the Defendant or any accomplice.

The Defendant shall forfeit all interest in any weapons, ammunition, and any weapon accessories seized in Phoenix Police Department Report Numbers: 201800001948874; 201800001974137; 201800002067788; 201800002113476; 201800002138498; 201800002138598; 201800002151503; 201800002269959; 201800002294671; 201900000057909; 201900000071303; 201900000004090; 201900000005036; 201900000005562; 201900000005631; 201900000045909, and 201900000052444, including any supplemental reports from these report numbers; MCSO Department Report Numbers: 18035037 and 18036260, including any supplemental reports from these report numbers; Tolleson Police Department Report Number: 181214044, including any supplemental reports from this report number; Tempe Police Department Report Numbers: 18142661; 18142664; and 18152554, including any supplemental reports from these report numbers; Avondale Police Department Report Numbers: 1854369, 1855366, and 1858905, including any supplemental reports from these report numbers; Peoria Police Department Report Numbers: 201800090751, 201900000192, and 201900000826, including any supplemental reports from these report numbers; Mesa Police Department Report Number: 20183400114, including any supplemental reports from this report number; and Goodyear Police Department Report Number: 201847477, including any supplemental reports from this report number.

This plea is contingent upon the Defendant's entry into, and the Court's acceptance of, a plea agreement with the State in Maricopa County Superior Court Cause Number: CR2019-101931-002. The State shall be permitted to revoke and/or withdraw from this plea agreement if the Defendant does not enter into, or either party is permitted to withdraw from, or the Court rejects, a plea agreement with the State in Maricopa County Superior Court Cause Number: CR2019-101932-001.

*SB* 3.   The following charges and/or allegations are dismissed, or if not yet filed, shall not be brought against the Defendant by the Maricopa County Attorney's Office:

COUNT 2 and COUNT 128; Allegation of §13-702.02 multiple offenses/multiple counts.

*SB* 4.   This agreement serves to amend the complaint, indictment, or information to charge the offense to which the Defendant pleads, without the filing of any additional pleading. However, if the plea is rejected by the court or withdrawn by either party, or if the conviction is subsequently reversed, the original charges and any charges that are dismissed by reason of this plea agreement are automatically reinstated.

*SB* 5.   If the Defendant is charged with a felony, she hereby waives and gives up her rights to a preliminary hearing or other probable cause determination on the charges to which she pleads. The Defendant agrees that this agreement shall not be binding on the State should the Defendant be charged with or

commit a crime between the time of this agreement and the time for sentencing in this cause; nor shall this agreement be binding on the State until the State confirms all representations made by the Defendant and her attorney, to-wit: **The Defendant avows that she has NO prior felony conviction, in any jurisdiction, under any name.  The Defendant avows that she WAS NOT on felony release, probation, parole, or community supervision, at the time of these offenses.  The Defendant avows that she HAS NO other pending felony matters, in any jurisdiction, under any name, EXCEPT for Maricopa County Superior Court Cause Number: CR2019-101931-002.** Although the State may have agreed to dismiss or not file sentencing enhancement allegations under Paragraph 3, Defendant is advised that any dismissed allegation may be considered in aggravation of any sentence permissible under the plea agreement. If the Defendant fails to appear for sentencing, the court may disregard the stipulated sentence and impose any lawful sentence which is the same as or exceeds the stipulated sentence in the plea agreement. In the event the court rejects the plea, or either the State or the Defendant withdraws the plea, the Defendant hereby waives and gives up her right to a preliminary hearing or other probable cause determination on the original charges.

6.  Unless this plea is rejected by the court or withdrawn by either party, the Defendant hereby waives and gives up any and all motions, defenses, objections, or requests which she has made or raised, or could assert hereafter, to the court's entry of judgment against her and imposition of a sentence upon her consistent with this agreement. By entering this agreement, the Defendant further waives and gives up the right to appeal.

7.  The parties hereto fully and completely understand and agree that by entering into a plea agreement, the Defendant consents to judicial fact finding by preponderance of the evidence as to any aspect or enhancement of sentence and that any sentence either stipulated to or recommended herein in paragraph two is not binding on the court. In making the sentencing determination, the court is not bound by the rules of evidence. The State's participation in this plea agreement is conditional upon the Court's acceptance of its terms, conditions, or provisions. If after accepting this plea the court concludes that any of the plea agreement's terms, conditions, or provisions regarding the sentence or any other aspect of this plea agreement are inappropriate, it can reject the plea. If the court decides to reject any of the plea agreement's terms, conditions, or provisions, it must give both the State and the Defendant an opportunity to withdraw from the plea agreement. Should the Court reject this plea agreement, or the State withdraws from the agreement, the Defendant hereby waives all claims of double jeopardy and all original charges will automatically be reinstated. The Defendant in such case waives and gives up her right to a probable cause determination on the original charges.

8.  If the court decides to reject the plea agreement provisions regarding sentencing and neither the State nor the Defendant elects to withdraw the plea agreement, then any sentence either stipulated to or recommended herein in paragraph 2 is not binding upon the court, and the court is bound only by the sentencing limits set forth in paragraph 1 and the applicable statutes.

9.  This plea agreement in no way affects any forfeiture proceedings pursuant to A.R.S. §13-4301 et seq., §13-2314, or §32-1993, if applicable, nor does the plea agreement in any way compromise or abrogate any civil actions, including actions pursuant to A.R.S. §13-2301 et seq. or §13-4301 et seq., or the provisions of A.R.S. §13-2314 or A.R.S. §13-4310.

*SB* 10. I understand that if I am not a citizen of the United States, or was not a citizen at the time of the commission of the offense to which I am pleading, that my decision to go to trial or enter into a plea agreement may have immigration consequences. Specifically, I understand that pleading guilty or no contest to a crime may affect my immigration status. Admitting guilt may result in deportation even if the charge is later dismissed. My plea or admission of guilt could result in my deportation or removal, could prevent me from ever being able to get legal status in the United States, or could prevent me from becoming a United States citizen. I understand that I am not required to disclose my legal status in the United States to the court.

*SB* 11. I have read and understand the provisions of this entire agreement. I have discussed the case and my constitutional rights with my lawyer. My lawyer has explained the nature of the charges and the elements of the crimes to which I am pleading. I understand that by pleading **GUILTY** I will be waiving and giving up my right to a determination of probable cause, to a trial by jury to determine guilt and to determine any fact used to impose a sentence within the range stated above in paragraph one, to confront, cross-examine, and compel the attendance of witnesses, to present evidence in my behalf, my right to remain silent, my privilege against self-incrimination, presumption of innocence and right to appeal. I agree to enter my plea as indicated above on the terms and conditions set forth herein. I fully understand that if, as part of this plea agreement, I am granted probation by the court, the terms and conditions thereof are subject to modification at any time during the period of probation. I understand that if I violate any of the written conditions of my probation, my probation may be terminated and I can be sentenced to any term or terms stated above in paragraph one, without limitation.

I have personally and voluntarily placed my initials beside each of the above paragraphs and signed the signature line below to indicate that I read, or had read to me, understood and approved all of the previous paragraphs in this agreement, both individually and as a total binding agreement. My plea is voluntary and not the result of force, or threat, or promises other than those contained in the plea agreement.

**DO NOT SIGN THIS FORM UNLESS YOU HAVE READ IT COMPLETELY, OR HAD IT READ TO YOU AND UNDERSTAND IT FULLY.**

11-19-21       Defendant
Date                                SARIAH CHRISTINE BUSANI

I have discussed this case with my client in detail and advised my client of her constitutional rights and all possible defenses. I believe that the Defendant's plea is knowing, intelligent, and voluntary and that the plea and disposition are consistent with law.

11/19/21       Defense Counsel
Date                                  Adrian Little, #025245

I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

10/11/2021          Prosecutor

_____                                    _____
Date                                                Josh Maxwell, #031585
                                                    Deputy County Attorney


I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

10/11/2021          Prosecutor

_____                                    _____
Date                                                Mitch Rand, #011951
                                                    Deputy County Attorney

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>        Plaintiff,<br><br>vs.<br><br>SARIAH CHRISTINE BUSANI,<br><br>DOB: 09/21/1999<br>Booking #: T519329<br><br>        Defendant. | CR2019-007275-002<br><br><br><br>**FACTUAL BASIS ADDENDUM** |

The parties stipulate and agree to the following factual basis as reflected below:

1.  On or about and between November 2, 2018 through and including January 12, 2019, Defendant, Co-Defendants, and Jacob Michael Harris [collectively hereafter "Mass Bandits"], conspired with each other to forcibly take money from people working at businesses throughout Maricopa County..

2.  Mass Bandits agreed to assist each other in committing armed robberies of people working inside businesses within Maricopa County and Defendant intended to promote or assist in the commission of such conduct.

3.  This conduct constitutes the crime of Armed Robbery in violation of Arizona Revised Statutes, §13-904.

4.  Mass Bandits specifically created a list of places to rob, facilitated access to weapons, specifically a handgun or handguns, facilitated access to vehicles, specifically a Mazda 6 and/or a Honda Passport, and/or arrived at different businesses with each other inside the same vehicle, before an armed robbery occurred. [Count 1]


11-19-21        Defendant
Date

SARIAH CHRISTINE BUSANI


11/19/21        Defense Counsel
Date

Adrian Little, #025245

STATE OF ARIZONA VS. SARIAH CHRISTINE BUSANI
CR2019-007275-002
FACTUAL BASIS ADDENDUM

10/11/2021              Prosecutor
_____
Date                                       Josh Maxwell, #031585
                                           Deputy County Attorney


10/11/2021              Prosecutor
_____
Date                                       Mitch Rand, #011951
                                           Deputy County Attorney

2

Clerk of the Superior Court
*** Electronically Filed ***
K. Curtner, Deputy
11/22/2021 10:48:38 AM
Filing ID 13636383

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>     Plaintiff,<br><br>vs.<br><br>SARIAH CHRISTINE BUSANI,<br><br>DOB: 09/21/1999<br>Booking #: T519329<br><br>     Defendant. | CR2019-101931-002<br><br><br><br><br>**PLEA AGREEMENT** |

**THIS OFFER EXPIRES AND IS VOID IF NOT ENTERED IN COURT BY 11/19/2021**

The State of Arizona and the Defendant hereby agree to the following disposition of this case:

<u>Plea</u>:    The Defendant agrees to plead **GUILTY** to:

    <u>**COUNT 1 (AS AMENDED)**</u>:
    **NEGLIGENT HOMICIDE (13-1102A), A CLASS 4 DANGEROUS FELONY, in violation of A.R.S. §§ 13-1101; 13-1102; 13-1102(A); 13-301; 13-302; 13-303; 13-304; 13-704; 12-116.04; 13-805; 13-610; 12-269; 13-3105; 13-701; 13-702; 13-801; and 13-105, committed on January 11, 2019 through and including January 12, 2019.**

    **This is a dangerous, non-repetitive, offense under the criminal code.**

    <u>**COUNT 3**</u>:
    **ARMED ROBBERY (13-1904A1), A CLASS 2 DANGEROUS FELONY, in violation of A.R.S. §§ 13-1904; 13-1901; 13-1902; 13-301; 13-302; 13-303; 13-304; 13-704; 13-706; 13-706(F)(1)(h); 13-706(F)(2)(q); 12-116.04; 12-269; 13-610; 13-805; 13-3105; 13-701; 13-702; 13-801; and 13-105, committed on January 11, 2019 through and including January 12, 2019.**

    **This is a dangerous, non-repetitive, offense under the criminal code.**

///

STATE OF ARIZONA VS. SARIAH CHRISTINE BUSANI
CR2019-101931-002
PLEA AGREEMENT

Terms: On the following understandings, terms and conditions:

 1. **COUNT 1 (AS AMENDED):**
The crime carries a presumptive sentence of **6 Years**; a minimum sentence of **4 Years**; and a maximum sentence of **8 Years**. Probation **IS NOT** available.

Restitution of economic loss to the victim and waiver of extradition for probation revocation procedures are required. Restitution includes payment to parties who have reimbursed victims for loss, including, but not limited to insurance companies and MCAO victim compensation. Pursuant to A.R.S. §13-805 at the time restitution is ordered the court may enter a criminal restitution order including interest and collection fees. **The maximum fine that can be imposed is $150,000.00 plus a 78% surcharge, plus a $20.00 probation fee pursuant to A.R.S. §12-269, plus a $13.00 assessment pursuant to A.R.S. §12-116.04, plus a $9.00 assessment pursuant to A.R.S. §12-116.08, plus a $2.00 assessment pursuant to A.R.S. §12-116.09.** If the Defendant is sentenced to prison, the Defendant shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of community supervision, the Defendant can be required to serve the remaining term of community supervision in prison. Within 30 days of being sentenced, pursuant to A.R.S. §13-610, the Defendant shall provide a sufficient sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law enforcement identification purposes and/or for use in a criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are:

> **Pursuant to A.R.S. §13-3105, the Defendant shall forfeit all interest in the weapon to the State.**

**COUNT 3:**
The crime carries a presumptive sentence of **10.5 Years**; a minimum sentence of **7 Years**; and a maximum sentence of **21 Years**. Probation **IS NOT** available.

Restitution of economic loss to the victim and waiver of extradition for probation revocation procedures are required. Restitution includes payment to parties who have reimbursed victims for loss, including, but not limited to insurance companies and MCAO victim compensation. Pursuant to A.R.S. §13-805 at the time restitution is ordered the court may enter a criminal restitution order including interest and collection fees. **The maximum fine that can be imposed is $150,000.00 plus a 78% surcharge, plus a $20.00 probation fee pursuant to A.R.S. §12-269, plus a $13.00 assessment pursuant to A.R.S. §12-116.04, plus a $9.00 assessment pursuant to A.R.S. §12-116.08, plus a $2.00 assessment pursuant to A.R.S. §12-116.09.** If the Defendant is sentenced to prison, the Defendant shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of community supervision, the Defendant can be required to serve the remaining term of community supervision in prison. Within 30 days of being sentenced, pursuant to A.R.S. §13-610, the Defendant shall provide a sufficient sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law enforcement identification purposes and/or for use in a

STATE OF ARIZONA VS. SARIAH CHRISTINE BUSANI
CR2019-101931-002
PLEA AGREEMENT

criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are:

> **Pursuant to A.R.S. §13-3105, the Defendant shall forfeit all interest in the weapon to the State.**

2.  The parties stipulate to the following additional terms, subject to court approval at the time of sentencing as set forth in paragraph 7:

> **FOR COUNT 1 (AS AMENDED):**
> The Defendant shall be sentenced to the Arizona Department of Corrections ~~for a term of not less than 10 years, but not to exceed 13 years~~. This sentence shall run concurrent with the sentence imposed in COUNT 3. This sentence shall run concurrent with the sentence imposed in Maricopa County Superior Court Cause Number: CR2019-007275-002.

> **FOR COUNT 3:**
> The Defendant shall be sentenced to the Arizona Department of Corrections for a term of not less than 10-years, but not to exceed 13-years. This sentence shall run concurrent with the sentence imposed in COUNT 1 (AS AMENDED). This sentence shall run concurrent with the sentence imposed in Maricopa County Superior Court Cause Number: CR2019-007275-002.

> **FOR ALL COUNTS:**
> The Defendant shall have no contact with any victim whatsoever. The Defendant shall not return to the scene of the offense. The Defendant shall pay restitution for all economic loss to all victims and/or their insurance companies, and/or MCAO Victims Compensation Bureau, for all counts and/or events, including dismissed, amended and/or uncharged counts or events, resulting from Phoenix Police Department Report Numbers: 201900000057909 and 201900000071303, and Avondale Police Department Report Number: 1901772, including any supplemental reports from any mentioned police report number, regardless of whether the loss was caused by the Defendant or any accomplice.

> The Defendant shall forfeit all interest in any weapons, ammunition, and any weapon accessories seized in Phoenix Police Department Report Numbers: 201900000057909 and 201900000071303, and Avondale Police Department Report Number: 1901772, including any supplemental reports from any mentioned police report number.

> This plea is contingent upon the Defendant's entry into, and the Court's acceptance of, a plea agreement with the State in Maricopa County Superior Court Cause Number: CR2019-007275-002. The State shall be permitted to revoke and/or withdraw from this plea agreement if the Defendant does not enter into, or either

3

**party is permitted to withdraw from, or the Court rejects, a plea agreement with the State in Maricopa County Superior Court Cause Number: CR2019-007275-002.**

*SB* 3. The following charges and/or allegations are dismissed, or if not yet filed, shall not be brought against the Defendant by the Maricopa County Attorney's Office:

**COUNT 2; COUNT 4; COUNT 5; and COUNT 6;   Allegation of §13-702.02 multiple offenses/multiple counts.**

*SB* 4. This agreement serves to amend the complaint, indictment, or information to charge the offense to which the Defendant pleads, without the filing of any additional pleading. However, if the plea is rejected by the court or withdrawn by either party, or if the conviction is subsequently reversed, the original charges and any charges that are dismissed by reason of this plea agreement are automatically reinstated.

*SB* 5. If the Defendant is charged with a felony, she hereby waives and gives up her rights to a preliminary hearing or other probable cause determination on the charges to which she pleads. The Defendant agrees that this agreement shall not be binding on the State should the Defendant be charged with or commit a crime between the time of this agreement and the time for sentencing in this cause; nor shall this agreement be binding on the State until the State confirms all representations made by the Defendant and her attorney, to-wit: **The Defendant avows that she has NO prior felony conviction, in any jurisdiction, under any name. The Defendant avows that she WAS NOT on felony release, probation, parole, or community supervision, at the time of these offenses. The Defendant avows that she HAS NO other pending felony matters, in any jurisdiction, under any name, EXCEPT for Maricopa County Superior Court Cause Number: CR2019-007275-002.** Although the State may have agreed to dismiss or not file sentencing enhancement allegations under Paragraph 3, Defendant is advised that any dismissed allegation may be considered in aggravation of any sentence permissible under the plea agreement. If the Defendant fails to appear for sentencing, the court may disregard the stipulated sentence and impose any lawful sentence which is the same as or exceeds the stipulated sentence in the plea agreement. In the event the court rejects the plea, or either the State or the Defendant withdraws the plea, the Defendant hereby waives and gives up her right to a preliminary hearing or other probable cause determination on the original charges.

*SB* 6. Unless this plea is rejected by the court or withdrawn by either party, the Defendant hereby waives and gives up any and all motions, defenses, objections, or requests which she has made or raised, or could assert hereafter, to the court's entry of judgment against her and imposition of a sentence upon her consistent with this agreement. By entering this agreement, the Defendant further waives and gives up the right to appeal.

*SB* 7. The parties hereto fully and completely understand and agree that by entering into a plea agreement, the Defendant consents to judicial fact finding by preponderance of the evidence as to any aspect or enhancement of sentence and that any sentence either stipulated to or recommended herein in paragraph two is not binding on the court. In making the sentencing determination, the court is not bound by the rules of evidence. The State's participation in this plea agreement is conditional upon the Court's acceptance of its terms, conditions, or provisions. If after accepting this plea the court concludes

4

STATE OF ARIZONA VS. SARIAH CHRISTINE BUSANI
CR2019-101931-002
PLEA AGREEMENT

that any of the plea agreement's terms, conditions, or provisions regarding the sentence or any other aspect of this plea agreement are inappropriate, it can reject the plea. If the court decides to reject any of the plea agreement's terms, conditions, or provisions, it must give both the State and the Defendant an opportunity to withdraw from the plea agreement. Should the Court reject this plea agreement, or the State withdraws from the agreement, the Defendant hereby waives all claims of double jeopardy and all original charges will automatically be reinstated. The Defendant in such case waives and gives up her right to a probable cause determination on the original charges.

8. If the court decides to reject the plea agreement provisions regarding sentencing and neither the State nor the Defendant elects to withdraw the plea agreement, then any sentence either stipulated to or recommended herein in paragraph 2 is not binding upon the court, and the court is bound only by the sentencing limits set forth in paragraph 1 and the applicable statutes.

9. This plea agreement in no way affects any forfeiture proceedings pursuant to A.R.S. §13-4301 et seq., §13-2314, or §32-1993, if applicable, nor does the plea agreement in any way compromise or abrogate any civil actions, including actions pursuant to A.R.S. §13-2301 et seq. or §13-4301 et seq., or the provisions of A.R.S. §13-2314 or A.R.S. §13-4310.

10. I understand that if I am not a citizen of the United States, or was not a citizen at the time of the commission of the offense to which I am pleading, that my decision to go to trial or enter into a plea agreement may have immigration consequences. Specifically, I understand that pleading guilty or no contest to a crime may affect my immigration status. Admitting guilt may result in deportation even if the charge is later dismissed. My plea or admission of guilt could result in my deportation or removal, could prevent me from ever being able to get legal status in the United States, or could prevent me from becoming a United States citizen. I understand that I am not required to disclose my legal status in the United States to the court.

11. I have read and understand the provisions of this entire agreement. I have discussed the case and my constitutional rights with my lawyer. My lawyer has explained the nature of the charges and the elements of the crimes to which I am pleading. I understand that by pleading **GUILTY** I will be waiving and giving up my right to a determination of probable cause, to a trial by jury to determine guilt and to determine any fact used to impose a sentence within the range stated above in paragraph one, to confront, cross-examine, and compel the attendance of witnesses, to present evidence in my behalf, my right to remain silent, my privilege against self-incrimination, presumption of innocence and right to appeal. I agree to enter my plea as indicated above on the terms and conditions set forth herein. I fully understand that if, as part of this plea agreement, I am granted probation by the court, the terms and conditions thereof are subject to modification at any time during the period of probation. I understand that if I violate any of the written conditions of my probation, my probation may be terminated and I can be sentenced to any term or terms stated above in paragraph one, without limitation.

I have personally and voluntarily placed my initials beside each of the above paragraphs and signed the signature line below to indicate that I read, or had read to me, understood and approved all of the previous paragraphs in this agreement, both individually and as a total binding agreement. My plea is voluntary and not the result of force, or threat, or promises other than those contained in the plea agreement.

STATE OF ARIZONA VS. SARIAH CHRISTINE BUSANI
CR2019-101931-002
PLEA AGREEMENT

**DO NOT SIGN THIS FORM UNLESS YOU HAVE READ IT COMPLETELY, OR HAD IT READ TO YOU AND UNDERSTAND IT FULLY.**

11-19-21       Defendant          _[signature]_
Date                                 SARIAH CHRISTINE BUSANI

I have discussed this case with my client in detail and advised my client of her constitutional rights and all possible defenses. I believe that the Defendant's plea is knowing, intelligent, and voluntary and that the plea and disposition are consistent with law.

11/19/21       Defense Counsel        _[signature]_
Date                                  Adrian Little, #025245

I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

11/19/2021       Prosecutor          _[signature]_
Date                                  Josh Maxwell, #031585
                                          Deputy County Attorney

I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

11/19/2021       Prosecutor          _[signature]_
Date                                  Mitch Rand, #011951
                                          Deputy County Attorney

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>      Plaintiff,<br><br>vs.<br><br>SARIAH CHRISTINE BUSANI,<br><br>DOB: 09/21/1999<br>Booking #: T519329<br><br>      Defendant. | CR2019-101931-002<br><br><br><br>**FACTUAL BASIS ADDENDUM** |

The parties stipulate and agree to the following factual basis as reflected below:

1. On or about January 11, 2019 through and including January 12, 2019, Defendant, Co-Defendants, and Jacob Michael Harris [collectively hereafter "Mass Bandits"], drove to different Whataburger restaurants throughout Maricopa County.

2. Between 11:00 P.M. and 12:00 A.M., Mass Bandits drove together inside a Honda Passport associated with Defendant, to a Whataburger located at 1450 North Dysart Road, in Avondale, Arizona, within Maricopa County.

3. At approximately 12:05 A.M., Co-Defendants and Jacob Michael Harris entered the Whataburger store while armed with handguns.

4. Defendant remained inside the driver's seat of the Honda Passport.

5. While inside the Whataburger Store, Co-Defendants and Jacob Michael Harris forcibly took money from Victim Teo Mojarro and/or Victim Tomas Meza while armed with a handgun or handguns.

6. Upon forcibly taking the money, Co-Defendants and Jacob Michael Harris ran out of the store and got back inside the Honda Passport which Defendant positioned closer to the store entrance.

7. The Honda Passport left the parking lot area and drove for several minutes, without stopping, at which time Phoenix Police officers forcibly used devices to stop the Honda Passport.

8. Once the vehicle stopped, Jacob Michael Harris exited the vehicle, and within seconds, sustained gunshot wounds causing his death.

9. But for Defendant's, Co-Defendants', and Jacob Michael Harris's actions of forcibly taking money from Victim Teo Mojarro and/or Victim Tomas Meza, while armed with weapons, and driving away from the

STATE OF ARIZONA VS. SARIAH CHRISTINE BUSANI
CR2019-101931-002
FACTUAL BASIS ADDENDUM

Whataburger together inside the Honda Passport, Jacob Michael Harris would not have sustained gunshot wounds causing his death.

| | | |
|---|---|---|
| 11.19.21 | Defendant | SARIAH CHRISTINE BUSANI |
| Date | | |
| 11/19/21 | Defense Counsel | Adrian Little, #025245 |
| Date | | |
| 10/11/2021 | Prosecutor | Josh Maxwell, #031585<br>Deputy County Attorney |
| Date | | |
| 10/11/2021 | Prosecutor | Mitch Rand, #011951<br>Deputy County Attorney |
| Date | | |

2

# EXHIBIT 8

# In the Matter of:

*Harris*

*vs*

## *City of Phoenix*

---

*Kristopher Bertz*

*December 14, 2021*

---



**GRIFFIN GROUP INTERNATIONAL**

3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

1    to testify on their own deployments, if need be, but the

2    nomenclature, the usage thereof with the devices, and the

3    safety considerations involved, as well as implementing the

4    actual usage of either live bangs or, again, the training

5    bangs that we have that are just a fuse that still goes

6    through the actual manipulations of the device in a moving

7    environment.

8    BY MR. KNIGHT:

9        Q.   So can you tell me, what is the purpose of a

10   flash-bang?

11               MS. RETTS:  Form.  Foundation.

12               THE WITNESS:  So there's -- there's actually

13   a few different ones, depending upon the context or the

14   environment in which it's being used, particularly within

15   for example hostage rescue to be utilized, utilizing,

16   again, the flash sound that fits within the flash sound

17   diversionary device that is to cause a temporary

18   distraction in the physiological impact.

19               The device is capable of emitting about

20   2 million candela power bright light when it deflagrates.

21   And again, that's the key word, deflagrate, not detonate

22   because it is not a -- it is not a grenade.  It does not

23   burst.  It is just a deflagration of the powder that is

24   burning within coming through channel ports.

25               The 2 million candela power about 170-decibel

63

1   sound and outside of 6 feet, which is kind of the

2   deployment stand-off radius, it's less than a 1 psi rating.

3            Those things have a physiological and

4   psychological impact.  The bright light can cause pupils to

5   constrict, depending upon the lighting environment, as well

6   as the sound.

7            Typically, the idea behind it is to get

8   somebody who may be in a position to ambush or inflict

9   serious physical injury on us to look away for a moment,

10  providing us an opportunity to make entry into a room or

11  structure to effect a rescue of a victim and obtain visual

12  of that victim, as well as the hostage taker.  Again,

13  that's just one context for it.

14           Other aspects can be deployed or is trained

15  in is area denial.  The important factor with area denial,

16  though, is that, again, it's an intended use or an intended

17  result.

18           However, the person that it's being utilized

19  to, would have an impact on still gets to stay, and it's

20  not something that is a 100 percent overwhelming factor

21  that prevents them.

22           It's just meant to deter them from, perhaps,

23  you know, running to or moving to a specific area, for

24  example, you know, somebody running out of the back of the

25  house on a search warrant and a flash-bang being deployed

64

1  in the yard away from that person.   It's meant to have a

2  psychological impact to deter them from running away from

3  the house and instead obtain compliance of that subject.

4            And then the other aspect is any time an

5  officer feels that the deployment or use thereof would

6  increase the safety of the officer based on the tactic or

7  the apprehension effort is for increased safety of the

8  public while making an apprehension.

9            So again, it can be used to distract and

10 disorient as well as deter or deny movement to a certain

11 area.

12 BY MR. KNIGHT:

13    Q.   So I heard a number of important things.   These

14 devices that we are talking about -- to be clear, are we

15 talking about the same kind of devices that were deployed

16 on January 11, 2019?

17    A.   Yes.   Correct.

18    Q.   So they can be used to distract, right?

19    A.   Yes.

20    Q.   To disorient people?

21    A.   Yes.

22    Q.   They can be used to deter people from taking some

23 aggressive actions?

24    A.   Correct.

25    Q.   They can be used to deny people from also taking

115

1  "surreptitious."  That word has a negative connotation at

2  times, but I didn't take it to mean that when you used it.

3              Is it -- it sounds to me like the reason you

4  used that word is because that's kind of key when it comes

5  to doing a vehicle jump, is getting that suspect by

6  surprise.

7      A.   That's correct.  Yeah.  It's the ability to

8  position your vehicle blending in with the natural flow of

9  traffic based on traffic conditions around them without

10 drawing attention to kind of the impending apprehension

11 that's going to take place.

12     Q.   That's essentially what happened in this case,

13 isn't it?  This was very much like a street jump in your

14 opinion?

15              MS. RETTS:  Form.

16              THE WITNESS:  I would -- I would disagree

17 with you there.  I would say that the element of surprise

18 may have been the similarity; however, the tactic in and of

19 itself is vastly different.

20              The issue that existed that evening that the

21 incident took place is this was very late at night, pretty

22 much the middle of the night.

23              Traffic conditions on the roadway were

24 extremely light, so having the ability or opportunity to

25 be -- to position around a vehicle like that without

1    drawing attention considering, you know, other than just a

2    few other cars on the roadway, and most of what was on in

3    the area at the time were various elements of police

4    department, you know, being the surveillance guys from

5    street crimes or the special assignments unit officers and

6    their vehicles.

7              So trying to achieve a street jump, one, as I

8    described earlier, in the immediate aftermath when kind of

9    the alertness is high, maybe the adrenaline is high on

10   behalf of the suspect having just committed a fresh crime,

11   as well as the right traffic conditions, makes it very

12   difficult to achieve the ideal setup for what a street jump

13   would provide.

14             While it is our preferred method when it's

15   feasible or when the conditions are right, it is not always

16   feasible, especially in this circumstance.  So instead,

17   that's why we utilized the grappler device, which is a

18   tactic in and of itself.

19   BY MR. KNIGHT:

20   Q.   So I'm not trying to jam you up on this.  I'm just

21   trying to establish what I think you agree with me on, that

22   the goal here was to stop this vehicle quickly and by

23   surprise without them knowing that there were officers

24   following them.

25             Is that a fair assessment?

132

1    BY MR. KNIGHT:

2       Q.   Okay.  But you always knew it was possible you

3    were going to have to stop the vehicle afterward?

4       **A.   Yes.  The idea from the get-go, as I stated**

5    **earlier, was that while -- while it was permitted that, you**

6    **know, if they were to do an armed robbery, based on what we**

7    **knew at the time that it would happen, that in and of**

8    **itself would solidify the investigator's probable cause**

9    **related to this investigation; and that we would then**

10   **intervene on the roadway to prevent them from getting to a**

11   **second location where they may do a second robbery.**

12           **Again, this being based on information we**

13   **received from investigators that there were past incidents**

14   **of multiple hits occurring in the same -- same evening.**

15      Q.   So you knew basically from the outset that if

16   that's how things went, if you determined the conditions

17   were not right to stop them at the Whataburger and there

18   was a robbery at the Whataburger, if those things happened,

19   then you might have to effectuate the vehicle stop.  In

20   fact, probably had to effect the vehicle stop before they

21   got anywhere else, correct?

22      **A.   Yes.  Correct.**

23      Q.   And with respect to that possibility, which

24   ultimately turned out to be what happened, were you always

25   aware that using the grappler was probably the safest

Harris vs                                                      Kristopher Bertz
City of Phoenix                                              December 14, 2021

136

1    occupants who might be on the road.

2              No matter how heavy or light traffic is, that

3    becomes a matter of -- of opportunity, I guess, wrong

4    place, wrong time, trying to navigate intersections while

5    speeding, initiating turns, running through a red light,

6    the common things that we see when a vehicle flees from a

7    traffic stop.  So that takes traffic stop off the table.

8              So the first priority in that is the public

9    safety side.  By utilizing the grappler, it eliminates the

10   vehicle's ability to then become a mechanism of harm by

11   giving them -- or eliminating the opportunity for them to

12   flee in the vehicle when that vehicle can no longer be the

13   mechanism that causes harm to potentially somebody else

14   trying to go through a green light on an intersection while

15   somebody panics and actively flees in a vehicle from us had

16   we just initiated a traffic stop.

17             So from the public safety standpoint of

18   protecting others, yeah, the grappler prevents the vehicle

19   from fleeing.  It eliminates the vehicle aspect in its

20   mobility.

21             The street jump in and of itself, we choose

22   the conditions in terms of where to initiate.  And

23   typically when I talk about other traffic on the roadway,

24   you know, having a moderate amount allows for us to kind of

25   blend in with other vehicles until we are able to have

197

1    the grappler -- I mean, to provide context, I think it's

2    important that we go back a little further than that in

3    terms of context here.

4    BY MR. KNIGHT:

5        Q.   Be my guest.

6        A.   So this is a surveillance operation that began

7    several hours earlier in the evening.  I want to say

8    sometime between 5:00 and 6:00 p.m. is when this initially

9    began.

10            So there was several hours prior to even the

11   incident at Whataburger taking place where surveillance was

12   being conducted.

13       Q.   Uh-huh.

14       A.   During that time, to paraphrase -- or summarize

15   some of it, most of my knowledge and situational awareness

16   are things that are being communicated over the radio from

17   the surveillance entities.

18            Oftentimes, those guys are the ones that are

19   kind of the surveillance experts, so we -- we hang back and

20   are not as intimately involved in the ongoing surveillance

21   on the investigative side.

22            Our surveillance aspect typically is

23   transitioned when it comes to surveilling in the direction

24   that leads to an apprehension, so watching long enough that

25   we can set up our tactics for the apprehension.

198

1          So during this time, communications that are

2    coming over the radio throughout the evening through the

3    observations of the detectives as they watched the

4    individuals that were involved that night, was that -- that

5    as they traveled around there were numerous times where

6    they would be stopped or in a parking lot.

7          Firearms were seen.  I believe firearms were

8    photographed.  And eventually after following them around

9    for several hours, they went back to an apartment complex

10   that I want to say is somewhere in the vicinity of Olive

11   and -- I don't remember if it's 59th or 67th Avenue -- but

12   somewhere kind of in the Glendale area.

13         It was an apartment complex where they

14   stopped.  And the subjects were described as going into

15   apartments, and when they returned they were -- they had

16   changed clothes somewhat and they put on hooded

17   sweatshirts.

18         Once they got back into the vehicle --

19   actually, I'm sorry.  During that time --

20         MR. KNIGHT:  Sorry to interrupt you.  My dogs

21   are about to freak out.  There is a package coming.  Give

22   me just one second.  I will be right back.

23         (Discussion off the record.)

24   BY MR. KNIGHT:

25   Q.   You were telling me in your words what happened,

199

1   and I believe you had just gotten to the point where they

2   had gone to an apartment and changed into hooded

3   sweatshirts.

4       A.    Correct.  So again, the foundation and the

5   information that we had when we were kind of called and

6   requested to come assist with this investigation was that

7   the group of individuals that were being -- that were under

8   surveillance were suspected to be involved in upwards of 26

9   armed robberies over the past several weeks or months, to

10  include, I believe, convenience stores like Circle K types,

11  I think a cell phone store, several cell phone stores.

12           And as I recall, one of the more recent

13  robberies being investigated was at a Whataburger where

14  they had obtained a more substantial amount of money on

15  that robbery.

16           So that's kind of what got us involved to

17  begin with.  That's what we were told was being

18  investigated.

19           So then again, from there forward, it's just

20  kind of the observations from the surveillance component as

21  the night carried on.

22           So at the point that they had changed their

23  sweatshirts and gotten back in the vehicle, we were told

24  that there were three male subjects and a female driver in

25  that SUV.

200

1              I believe the first stop that they made when

2     they left there, the first one that I recall, is they

3     traveled to a Whataburger at the I-17 and Bethany Home

4     Road.  That Whataburger is just on the east side of I-17

5     and, I believe, the north side of Bethany Home Road.

6              They parked in a parking lot near a

7     Whataburger and sat for a short period of time.  I don't

8     believe they ever got out of their vehicle there.

9              But then they left that location, and the

10    vehicle again traveled north on the 17, westbound in the

11    Loop 101, and I believe they exited, I believe, it's Bell

12    Road where there's another, I believe, Whataburger just

13    west of the 101 at Bell.

14             Again, to the best of my recollection, I

15    think at this location they -- they maybe stopped across

16    the street or parked nearby at a different business and,

17    again, surveillance continued to monitor and watch, but no

18    activities happened at that Whataburger.

19             After a short time, they got back on the road

20    in the same vehicle, same occupants, and that's when they

21    traveled to the Whataburger at Dysart and Van Buren on the

22    southwest corner there.

23             This Whataburger they stayed at for several

24    hours.  Surveillance continued to monitor the individuals

25    in the car.

Harris vs                                                    Kristopher Bertz
City of Phoenix                                             December 14, 2021

201

1      Q.   Can I ask a brief intervening question before you

2   continue?

3      A.   Absolutely, sir.

4      Q.   Are all of the things that you have been talking

5   about things that you witnessed yourself, or are you

6   summarizing knowledge of the investigation from what you

7   have heard from your colleagues who did more work on the

8   surveillance as you said?

9                  MS. RETTS:  Form.

10                 THE WITNESS:  As I have stated earlier, a lot

11  of this communication is being relayed over the radio.

12  However, the special assignments unit members, myself

13  included, were nearby at all times.

14                 So that at each location I drove by and

15  visibly saw them at these locations as described over the

16  radio, but was not necessarily what we call the eye

17  observing the ongoing behaviors at each location, but would

18  drive by.

19                 Essentially because every time they stopped,

20  again, based on patterns and what we knew from previous

21  robberies, and the fact that this vehicle is now traveling

22  to numerous Whataburgers, we were assessing every time they

23  stopped at a Whataburger kind of what it looked like and

24  having to evolve or continuously develop a plan, a tactical

25  plan, should a robbery actually take place at these.

202

1          So I would say it's a combination of a little

2    bit of both.  I did drive by at each of these locations,

3    and I was part of the rolling surveillance at times, but a

4    lot of this is, you know, coming from surveillance entities

5    and our fixed-wing aircraft who is calling out things that

6    are happening a mere quarter mile in front of you.

7    BY MR. KNIGHT:

8       Q.   I understand.  And I understand all of that was

9    going on for quite some time, right?

10      A.   Correct.

11      Q.   My understanding is that the pilots even had to

12   get FAA approval to exceed recommended flight hours to stay

13   in the air by the end of it.

14               Are you aware of that?

15               MS. RETTS:  Form and foundation.

16               THE WITNESS:  No.

17   BY MR. KNIGHT:

18      Q.   Either way, assuming that's true -- I have no

19   reason to believe that they weren't being truthful when we

20   learned that information -- this has gone on for all day

21   basically.

22               MS. RETTS:  Form.

23   BY MR. KNIGHT:

24      Q.   Right?

25      A.   Like I stated earlier, I don't know how long they

203

1    had done the surveillance part and us becoming involved.  I

2    know that our involvement -- the request for us to join and

3    come get into the area was somewhere between 5:00 and

4    6:00 p.m. in the evening.

5        Q.    Thank you.

6              So as we are getting here into the critical

7    moments of what happened where you were definitely

8    involved, let me ask you to please just be very clear as

9    you're summarizing this.

10             Are you telling me the things you saw,

11   observed, and participated in, or are you summarizing your

12   understanding of events from other people?

13             For example, you mentioned before about Jacob

14   being seen with a gun at the Whataburger, but I'm pretty

15   sure you have testified at previous interviews that you

16   personally did not see the gun at the Whataburger, correct?

17             MS. RETTS:  Form.

18             THE WITNESS:  Help me recall when I stated

19   today that I saw Jacob at the Whataburger with a gun.

20   BY MR. KNIGHT:

21       Q.    You know, you might have actually -- now that you

22   say that, it's refreshed my memory.  You might have

23   actually said that you saw them with guns at one of the

24   apartments maybe before they changed clothes.  I think I'm

25   remembering it correctly what I said.

204

1          So again, that's my confusion.  But things

2   like that -- and I also believe -- correct me if I'm

3   wrong -- that Jacob also went home and changed clothes at

4   his house, which is on 27th Avenue and Bethany Home, and

5   that must have happened before where we are in the

6   timeline.

7          Were you aware of that?

8      A.   Again, trying to recall from everywhere that that

9   surveillance led that night, I cannot recall every location

10   that they stopped at, whether it was an apartment or to

11   hang out.

12          I do remember more specifically the one that

13   I believe was over near Olive that I'm trying to recall and

14   one liquor store.

15          But other than that, again, it was such a

16   long duration of time that I can't recollect every single

17   stop that they made.

18      Q.   Okay.  So that's just what I want to understand.

19   This is a relatively lengthy period of time that you were

20   involved and the investigation was happening before that

21   also, correct?

22      A.   Correct.

23      Q.   So as we go forward with these critical moments,

24   let me just ask you to try to be clear so that we can be

25   efficient with time if you're telling me something that you

205

1  did not see yourself, that you're getting that from some

2  other source of information.  Okay?

3      A.   Okay.  Yep.  Understood.

4            So yeah, now we are at the Whataburger at

5  Dysart and Van Buren.  Initially -- again, most of this is

6  just communications from the surveillance and the

7  fixed-wing aerial surveillance that's being communicated

8  out.

9            But several times during -- over the next

10  couple hours, the occupants of the vehicle would get out,

11  pull their hoods up, get back in the vehicle, indicating

12  that, you know, perhaps an imminent robbery was -- was in

13  preparation to take place.

14            That being said, as I described earlier, one

15  of the -- part of the tactical plan was that there would be

16  SAU officers in that parking lot in the event that they

17  needed to respond to preserve life inside of that

18  Whataburger, as well as to evaluate whether or not an

19  apprehension could be conducted in that parking lot

20  depending on where the vehicle was.  Obviously, that did

21  not take place.

22            I initially was in the parking lot at a site

23  to the south of the Whataburger.  It's a pretty large

24  shopping center.

25            And at one point, I decided that because of

206

1    the number of officers that were in that area I

2    repositioned north on Dysart near -- I think it's a Home

3    Depot or a Walmart that's on the northeast corner there of

4    that intersection -- and that took place as the occupants

5    of the vehicle began to exit and move towards the

6    Whataburger.

7               So again, this next portion is what's being

8    described over the radio, but it paints a pretty vivid

9    picture of what transpired at the Whataburger.  This is all

10   being communicated in real time over the radio.

11              So two of the subjects that had gotten out of

12   the vehicle eventually went up to the drive-thru window.

13              And I believe there was a pickup truck or a

14   vehicle in the drive-thru, and it was described by

15   surveillance that they were kind of shooed away, kind of

16   told to leave, by -- again, specifically unknown as far as

17   whether it was Jacob Harris or Mr. Triplett or which of the

18   occupants of the vehicle which are the subjects involved.

19              But that vehicle was shooed away.  And then

20   surveillance said that they were pointing a gun at the

21   drive-thru clerk of the Whataburger, and eventually climbed

22   through that window and went over to the other side of the

23   store and unlocked the door for the third member of their

24   little crew, third subject, to enter through the main doors

25   because the doors had been locked a short time prior to the

1    incident unfolding at the Whataburger.

2              Surveillance continues to give real-time

3    information that the subjects inside the Whataburger are

4    pointing guns at the clerk at the cash register and going

5    through the cash register, and another subject is pointing

6    the gun at another employee and directing them towards or

7    walking them into an office area, kind of like a back

8    office, maybe a manager's office.

9              But they are being directed at gunpoint,

10   essentially with guns pointed at them, to allow them into

11   the office as well as to open the cash register.

12             After that, the subjects all come out of the

13   store.  The vehicle driven by the female had already begun

14   to move through the parking lot in the direction of the

15   exit, I believe, onto Van Buren, which is kind of the north

16   end of that parking lot.

17             Obviously, with the vehicle already being in

18   motion, that -- that eliminated any opportunity that may

19   have presented itself to conduct an apprehension in the

20   parking lot, so we transitioned to kind of our game plan of

21   assessing for how to deal with this vehicle on the roadway.

22             Being that I was already positioned to the

23   north, the vehicle went east on Van Buren and immediately

24   north on Dysart toward the I-10 freeway.  As it passed me,

25   I pulled out of the parking lot and kind of naturally fell

208

1    in behind at that time kind of the lead following

2    surveillance vehicle.  We traveled eastbound on the I-10

3    before transitioning to the northbound 101.

4              As previously discussed going through some of

5    the transcripts and what-have you, the tactical plan was

6    evolving towards how to conduct our apprehension in the

7    roadway, leaning towards the direction of utilization of

8    the grappler to capture this vehicle.

9              The vehicle ends up exiting at Camelback Road

10   and turns eastbound, and momentarily we have a red light at

11   I believe it was 95th, 96th Avenue, somewhere in there,

12   before turning green and allowing us to proceed eastbound

13   on Camelback again.

14             At this point, I began communicating to

15   Officer Norman.  Again, we had decided that the grappler

16   was going to be the tactic utilized.  I began communicating

17   the pertinent information to Officer Norman at this time.

18             And again, mind you, the protocols for our

19   surveillance is that oftentimes while following a vehicle,

20   depending upon what assets are available, in this case the

21   aerial surveillance platform, we are juggling and jockeying

22   for radio time in terms of putting out information.

23             The primary surveillance is still being held

24   by the air unit, even though I am the lead vehicle in terms

25   of following the suspect vehicle.  The air unit is calling

211

1          But that possibility always exists, that if

2     they make a series of turns, that I will continue in my

3     direction so that it doesn't give the appearance that they

4     are being followed.

5          So some of my individual planning is kind of

6     taking place moment by moment as things unfold to include

7     the deployment of the flash-bang once it became apparent

8     that I was going to be Officer Norman's blocking vehicle

9     and have to move over and block that civilian for their

10    protection during the apprehension.

11         So as Officer Norman effectively captures the

12    rear tire of that vehicle, I could see that it was a

13    successful grapple.

14         And as that vehicle comes to a stop and I'm

15    attempting to come to a stop as well, I deployed that

16    flash-bang from my driver's side window over the hood of my

17    car which put it off to the south, or passenger side of the

18    SUV occupied by the three suspects that were involved and

19    including the driver, so it was on the passenger side of

20    that vehicle.

21         As I deployed it, I am also having to get my

22    vehicle into park, open my door and acquire my rifle.

23    While this is happening, I'm looking through my window that

24    was, you know, unobscured by anything.

25         And as that vehicle is coming to a stop, I

1   can see the rear passenger side door beginning to open.  As

2   that door comes open, my flash-bang is going off within

3   those same few seconds or those same moments.

4                My flash-bang goes off, and I'm beginning to

5   try and exit my vehicle to get between -- get at least out

6   and get feet on the ground.

7                When that back rear passenger door opens, the

8   first thing that presents itself from that door is a

9   semiautomatic firearm being held in the right hand of the

10  occupant seated or now exiting the backseat of that

11  vehicle.

12                That firearm comes out of the vehicle and

13  swings back towards my direction where I'm at, which is

14  again off to the south and west of where their final stop

15  location was.

16                And at that time, again, several things are

17  going through my mind, several things are being processed,

18  the location at which we decided to make the grapple, the

19  geographic location, you know, a school to the north that

20  at these hours, this time of night shouldn't be occupied, a

21  small field to the south, but still a residential

22  neighborhood nearby, as well as a Circle K just to the --

23  excuse me -- to the east of us.

24                All these considerations are playing out and

25  starting to come through my mind in terms of my response to

1    what happens with the level of noncompliance upon the stop

2    if the grappler is successful.

3                That being said, as the subject exits the

4    vehicle -- and again, just to clarify, I used the word

5    subject.

6                Obviously, in hindsight, I know that it ends

7    up being Jacob Harris.  However, at the moment I didn't

8    know which of the three was seated in which position and

9    was exiting the vehicle.  It was a male subject with a

10   semiautomatic firearm in his right hand.

11               Based on the seating position from

12   surveillance of who got out and got back in, it closely

13   resembled the seating position of all three subjects that

14   were involved in the robbery at the Whataburger as

15   described by the air unit in their surveillance as well as

16   the ground surveillance teams.

17               So it was very obvious that this was one of

18   the subjects that had just participated in the armed

19   robbery.

20               As that subject gets out and I identify that

21   weapon being pointed back towards me, I raised my rifle and

22   that subject begins to traverse in kind of a southeasterly

23   direction across Camelback, which I believe there's one

24   lane -- the curb lane because they were in the center line

25   prior to the grappler somewhat manipulating their vehicle.

214

1              As that subject starts to traverse across the

2    street, I had acquired my picture, my site picture.

3              And again, in fearing for my safety and the

4    safety of the officers based on the mannerisms and the

5    firearm, and also in conjunction with this subject running

6    across the road and in the direction of Circle K, which at

7    that time is occupied by a clerk working the counter,

8    because it was obvious that it was open, as well as

9    vehicles at the gas pumps with customers filling up their

10   vehicles, it was very apparent to me that both myself as

11   well as these people based on the actions taken by who

12   ended up being Jacob Harris -- his actions put them in --

13   in imminent threat of deadly bodily harm and to include

14   myself.

15             My level of thinking on this, and my

16   decision-making on this is supported both by Arizona

17   Revised Statute 13-409 and 410 as well as Phoenix Police

18   Department policy, which states that an officer can use

19   deadly force to defend themselves or a third party against

20   a threat or use of a deadly weapon or serious -- when

21   there's risk of physical injury, which is in compliance

22   with A.R.S. 13-410.

23             And both 13-410 and department policy also

24   state that it can be used to prevent escape of a subject

25   who the officer has probable cause to believe has committed

215

1    a crime involving the use or threatened use of a deadly

2    weapon, and as well as fitting -- you know, what case law

3    has also allowed officers -- what a reasonable officer

4    believes.

5               In terms of Graham v. Connor, when you

6    evaluate the severity of the crime, armed robbery, now

7    armed robbery times 27, after watching this one go down,

8    the level of threat toward officers or the public, which in

9    this case both myself I felt threatened as well as saw

10   that, again, the public with the direction that Jacob

11   Harris was running, these individuals that were at the gas

12   station, without decisive action, without immediate

13   apprehension, are at risk of potential serious physical

14   injury, as well as the attempts to resist arrest or flee,

15   which as I already articulated, is what took place.

16      Q.   Officer Bertz?

17      A.   Yup.

18      Q.   May I briefly interject?  We are short on time.

19   Ms. Retts is going to have an opportunity to ask you

20   additional questions.

21               You are obviously well prepared and you're

22   well educated on the applicable law.  You have made the

23   reasons for your decisions abundantly clear.

24               I need to ask you some follow-up questions.

25               So briefly it's my understanding that you

228

1    the course of these robberies.

2                    And all the picture I am trying to paint is

3    that whether it's a clerk inside the Circle K or whether

4    it's a customer at the pumps, the behavior exhibited of

5    exiting a vehicle with a gun and running towards that

6    business that's open, all of those people, be it the clerk

7    or the customers, are all in imminent danger of serious

8    bodily harm based on the behavior that was observed both by

9    myself as well as other officers and was described over the

10   radio throughout the event of the evening, specifically the

11   robbery itself.

12                   That pattern of behavior, much as, you know,

13   A.R.S. spells out, that pattern of behavior of the officers

14   known at the time gives me further reason to believe that

15   he will -- he took that gun for a reason and ran towards

16   that Circle K to use it as a tool to effect his escape, be

17   it through holding a clerk hostage or by stealing another

18   car to support his, you know, ability to flee, or even a

19   carjacking where force or the threat of force is used with

20   the weapon that he did exit the car with running towards

21   that Circle K.

22   BY MR. KNIGHT:

23        Q.   There is no way we are going to finish today if we

24   can't try to -- I understand your justifications.  You have

25   explained them repeatedly.

238

1    specifically said earlier -- 27 previous armed robberies

2    before the Whataburger incident.  You tend to believe that,

3    right?

4        A.    So I believe what I said earlier was 26, and then

5    at the time that I said 27, that was in my description of

6    the events after the robbery had taken place.  That became

7    to my knowledge at the time the 27th robbery.

8                 To clarify what you're speaking about, having

9    knowledge as to them being involved, again, we lean very

10   heavily on our investigative details to provide that

11   clarity on whether or not there's probable cause to believe

12   that somebody was involved, or if there is probable cause

13   to arrest an individual versus having bits and pieces of

14   investigative information that lead those very capable

15   street crimes detectives to locate potential subjects that

16   may possibly be involved.

17                 Hence, the reason that -- again, above my

18   level, above my pay grade -- between the investigators and

19   supervisors and those decisions that are made to allow a

20   robbery to happen, that planning aspect was deemed, to my

21   understanding, based on the fact that we did not have

22   probable cause or sufficient evidence at the moment before

23   the robbery to effect an actual arrest.

24                 So therefore, again, they had made the

25   decision to allow that to happen.  And being that it was

239

1    watched and observed, that provided the probable cause to

2    put those pieces all together to confirm, perhaps, a

3    reasonable suspicion that they were involved and,

4    therefore, is what allowed us to move forward with an

5    apprehension effort.

6         Q.   You personally --

7                   MS. RETTS:  Sorry.  I have gone past the

8    5:30.  I need to confirm arrangements.  I have to take a

9    break.

10                  MR. KNIGHT:  Can I finish this last question

11   that I just started?

12                  MS. RETTS:  Yes, if it can be brief.

13                  MR. KNIGHT:  It should be quick.  It's a

14   quick circle back.

15   BY MR. KNIGHT:

16        Q.   Do you personally believe that they were fleeing

17   the scene of the Whataburger robbery with all the context

18   we have in front of us, or is it too subjective for you to

19   say?

20                  MS. RETTS:  Form.

21                  THE WITNESS:  I would say with the vehicle

22   aspect and how they were driving, again, I think it's very

23   subjective to say.

24                  I would lean towards they are still fleeing

25   the scene based on, as I described earlier, no other stops

254

1     A.    Correct.

2     Q.    Okay.  So to reiterate, the primary purpose was to

3  give yourself and your fellow officers time.  Denial.

4  Right?

5             MS. RETTS:  Foundation.

6             It's not what it said.

7             THE WITNESS:  I'm pretty sure I clearly said

8  it was dual purpose and the word "also."  Perhaps my -- my

9  articulation of -- of what their behavior was is not as --

10 is not -- was not provided with as much clarity as I am

11 today.

12            But, again, remaining hunkered down inside

13 the vehicle is a result of them complying and being denied

14 an area of flight outside.  That clearly is not what

15 happened, but I -- I felt like it was pretty clear that I

16 said "dual purpose."

17            Again, my articulation of keeping them

18 hunkered inside the vehicle, them hunkering down would be

19 them submitting to the effects of what that flash-bang was,

20 which I clearly articulated did not achieve the result that

21 it was intended to use.  Because, again, it's not the magic

22 wand.  It's just -- it's a tool that can have those effects

23 and can be utilized to achieve those effects, but isn't

24 necessarily 100 percent guaranteed to have those desired

25 effects.

255

1          Again, various things come into there.

2    Influence of, you know, various substances, conditioning

3    from prior exposure, be it, you know, incarceration or

4    military.  Any number of things can play into that factor.

5    I can't speak to, you know, an individual's inability, but

6    I've clearly stated throughout the day that it is not a

7    guaranteed effect.  It is an intended use.

8          And just like my Department Policy 1.5

9    states, de-escalation, it's not an action.  It's a result.

10   And it's a result based on the intent of the officers to

11   safely resolve a situation.  However, the subject that

12   is -- you know, the suspect has a say.  They have a vote

13   that helps dictate or drive the direction of what tactics

14   or tools are used to achieve that de-escalation.

15         My utilization of that flash-bang was an

16   attempt with the intent to safely resolve this for

17   everybody involved, including the four that were inside the

18   vehicle at the time.  When one decided and dictated and

19   took a vote not to comply or submit, that is their action,

20   their decision.  And my response to that, as I've already

21   stated, is what unfolded afterwards.

22   BY MR. KNIGHT:

23      Q.   Thank you.

24         Ballpark, if you can, I'm assuming more than

25   100, could be wrong, but how many times in your career have

259

1    that flash-bang was going off before the gun, but at the

2    same time as the door was coming open.

3        Q.   Okay.  I'm summarizing for -- for time purposes

4    from your first and second interview, but this is

5    essentially your testimony both today and in those

6    interviews.  I'm going to ask one at a time yes or no

7    questions.  Please interject if you need to clarify or

8    correct me.

9             You saw the gun in his hand, his right hand.

10   Correct?

11       A.   Yes.

12       Q.   And you saw him make a deliberate movement as he

13   turned back toward you and Officer Norman.  Correct?

14             MS. RETTS:  Form.

15             THE WITNESS:  Correct.  But you're missing

16   a -- a captured point in time between those two events.

17   BY MR. KNIGHT:

18       Q.   Is that where you see him looking after crossing

19   one of the lanes of traffic?

20       A.   No.  It's immediately as he's exiting the vehicle.

21       Q.   Okay.  What happened immediately as he exited that

22   I missed?

23       A.   So it's important to understand that, again, doors

24   on vehicles don't -- don't typically open 90 degrees.  The

25   positioning of the vehicle and where it came to rest after

260

1    the grappler was slightly favoring a northeaster direct --

2    easterly direction.  Because when the grappler captured the

3    rear driver's side tire, it essentially locked up that side

4    of the vehicle and the inertia of that vehicle somewhat

5    pivots around that fulcrum, which is that rear driver's

6    side tire.  That's where all the retention is.  So the

7    forward momentum, the inertia somewhat repositioned that

8    vehicle when it came to a final rest in a slightly

9    northeasterly direction.

10            I am to the south and west of that vehicle,

11   as you stated, by approximately 10 feet.  With a door that

12   doesn't open 90 degrees, and a vehicle that is slightly

13   pared off with the rear right bumper pointed in my

14   direction, that door opens and only provides a -- you know,

15   again, I can't tell you the specific degrees, but it's less

16   than 90 pathway for somebody to exit the vehicle.

17            When that happened, Jacob Harris, merely to

18   exit the vehicle, was oriented directly in my direction,

19   following that gun coming out first, swinging out in my

20   direction, followed by Jacob Harris.  He initially coming

21   out of the vehicle was directly facing me before beginning

22   to run somewhat laterally across the lanes of traffic.

23            Sorry.  I didn't mean to block the camera.

24   Q.    That's okay.

25   A.    But the initial exit of that vehicle with the gun

261

1    coming out first and Jacob Harris, you know, following that

2    hand was immediately -- was -- was very specifically facing

3    me.  And I think that's what's kind of been lost here.  He

4    was facing me.

5                And at that time was when, you know, I felt

6    that my life was in jeopardy of -- of serious bodily harm

7    or even, you know, deadly physical injury because of that

8    gun.  And as I'm responding to that, you know, Jacob Harris

9    begins his lateral movement across the street, which is

10   where the description of him continuing to -- to turn --

11   you know, slightly turn back and look in our direction.

12               But the initial behavior in terms of, you

13   know, the threatening manner in which that gun was

14   presented was that moment exiting the vehicle, which I

15   believe has been -- you know, has been glossed over time

16   and time again throughout this and him jumping to him

17   running.

18       Q.   All right.  So that moment, that happened right

19   before the flash-bang went off.  Right?

20       A.   No, sir.  That's after the flash-bang, after

21   Jacob's exiting the vehicle and actually putting his feet

22   on the asphalt, that is all happening after the flash-bang

23   went off.

24       Q.   Okay.  Then he continues making his lateral

25   movement, and that's away from you.  Correct?

262

1      A.   I would say it's kind of in a southeasterly

2   direction.  So it's somewhat laterally and paring away from

3   me.

4      Q.   Okay.

5      A.   But it's not directly -- to run away from me would

6   be to run directly east and in that moment moving across

7   the street.

8      Q.   You believe he was running toward the Circle K?

9      A.   Correct.

10      Q.   So at that point, this is where I think you've

11   said in your interview that you saw him looking at you,

12   again, after crossing one lane of the road.  Right?

13      A.   Just to -- just to kind of clarify that, I mean,

14   the vehicle is kind of partially in one lane and in

15   another.  So really it was more clearing half of a lane.

16   And then there was one -- one more lane after that before

17   the actual edge of the -- of the roadway and the dirt.  So

18   he's still moving across what would be the first complete

19   lane when I began responding to that threat.

20      Q.   Okay.  So even though you saw the gun as he left

21   the vehicle after the flash-bang, you were in fear for your

22   life because of what you saw and how threatening it was.

23   You didn't shoot him then.  That didn't happen until after

24   he had at least crossed that first lane.  Correct?

25               MS. RETTS:  Form.

263

1          THE WITNESS:  I would say you're correct, and

2    that my rounds were not delivered until he was crossing

3    that next lane.  It was not a -- I mean, you're talking

4    about, you know, 1.8 seconds from the time the vehicle came

5    to a stop to the time the shooting occurred all of these

6    things happened.

7          And as I described earlier, putting a vehicle

8    in park, acquiring a weapon, opening a door, stepping out

9    of my vehicle, and acquiring a target, and in that same

10   amount of time processing this, is all happening in less

11   than two seconds.

12         So I -- I think talking that he's crossing

13   numerous lanes or that I -- I did not shoot in the moment

14   that that gun or that he was standing there pointing at me,

15   the threat was perceived.  There's perception/reaction time

16   where I have to identify that and then make a decision on

17   how to respond to that.  And in the midst of that decision

18   I have to actually acquire a site picture and then deliver

19   those -- those rounds.  Again, everything from start to

20   finish we're talking about here is less than two seconds.

21   BY MR. KNIGHT:

22     Q.   I understand that all happened very quickly.

23   There was a lot going on.  So thank you for that clarity.

24         It's at that point, though, after crossing

25   that first lane -- maybe it was a half lane of distance,

264

1    but after crossing that first lane when you have said

2    multiple times that he stopped running, stopped the motion

3    of fleeing with an elbow bent and presented toward you.

4    Correct?

5                    MS. RETTS:   Form.

6                    THE WITNESS:   I would say that's -- I would

7    say that's inaccurate based on my -- my testimony.   I don't

8    recall ever saying that he stopped running.   I believe the

9    statement may have been that amidst his running motion, the

10   right arm that was holding the weapon was not -- was not

11   swinging the same as the left in that it was held up high

12   with a bent elbow, partially pared off back in my

13   direction, which showed that there was not -- you know, the

14   gun was still present, and he was still actively holding it

15   at that time.   But I never said he stopped running at any

16   time and then turned back at me.   This was during his --

17   essentially his -- his fleeing.

18   BY MR. KNIGHT:

19       Q.   Please disregard that Peter Clines album.   That

20   seems to be the only thing on my work computer's audio

21   player.   This is the same exhibit that Ms. Griffin just

22   identified for us as Exhibit --

23                   MR. KNIGHT:   Is it 5 or 6, Pam?

24   BY MR. KNIGHT:

25       Q.   The most recent exhibit, the audio file of your

266

1           MS. RETTS:  Form.

2           THE WITNESS:  So the difference between

3   run --

4   BY MR. KNIGHT:

5       Q.   No, those weren't your words?  Is that a "no"?

6       A.   I'm telling you those were my words.  I'm telling

7   you that what I was attempting to depict was the stop of

8   motion of that particular arm holding the gun.  Whether or

9   not I accurately depicted that is different.  But what I

10  was attempting to describe was that the -- the arm holding

11  the gun, the right arm, was no -- was not --

12          Again, if you go to common practice and body

13  mechanics and -- and proprioception, the body runs, arms

14  pump typically opposite of the leg that's in stride, that

15  arm that was holding the firearm was not -- was no longer

16  in a running motion.

17          Whether I was -- the clarity at the time to

18  articulate that it was that versus the body, I was not

19  trying to describe that he, Jacob Harris, the entirety of

20  his person stopped, but that my focus being that the gun,

21  the arm, and the hand holding the gun was not simply trying

22  to -- to run at that moment.

23          Regardless, thereof, again, I've depicted

24  that both the -- the attempt to flee based on the violence

25  of the crime and the -- the observations by officers

267

1    throughout the entirety of this and my knowledge of the

2    subject prior, and the actions taken during the robbery

3    work in conjunction that whether he was fleeing alone or

4    pointing the gun at me, his noncompliance and the danger to

5    what I perceived at the time of myself, as well as the

6    danger to the public if I did not immediately apprehend or

7    effect an arrest or seize his movement which,

8    unfortunately, at the time had to be done utilizing lethal

9    force.  But, again, my articulation was intended to

10   describe the motion of his arm that was holding the

11   firearm, not him in terms of he stopped running, stood

12   there, turned around.  That's not what I was try --

13   articulating that.

14           I think you're -- you're -- that's how -- how

15   you're taking that.  And I can understand.  I can -- I

16   can -- I can understand that.  But that's not what I'm

17   depicting in my description of that arm stopping a running

18   motion.

19   Q.   But you said it the exact same way 20 minutes

20   later during that same interview, though, didn't you?

21           MS. RETTS:  Form.

22           THE WITNESS:  I mean, I'm sure you could

23   fast-forward 20 minutes and -- and I can listen to it.  And

24   I'll be glad to -- to clarify that.  But --

25   . . .

268

1   BY MR. KNIGHT:

2       Q.   Okay.  Let's do that.  So I'm fast-forwarding,

3   same exhibit to 35 minutes.

4                 (Audio recording played.)

5   BY MR. KNIGHT:

6       Q.   So I'm going to acknowledge, you were right.  And

7   that one, that's how you phrased it.  You said arm stopped

8   moving.  But you also, again, reiterated, turn around,

9   presented toward you.  Right?

10      A.   I believe my -- I believe my description of that

11  was that he was partially turned with that gun held high.

12  And, again, trying to put into words something that is

13  easily demonstrated is difficult to describe in term -- or

14  in -- in -- pardon my saying, but layman's terms.

15                We have terminology used in law enforcement

16  that would call that a compressed ready that when trying to

17  articulate that for an interview doesn't quite spell out

18  what a compressed ready is.

19                The gun was high and up by his right side

20  with a bent elbow.  I clearly articulated in that portion

21  that the other arm was still running, but only that arm had

22  stopped swinging.

23      Q.   Okay.  One last quick question.

24                A few minutes after that, one of these

25  detectives who were there doing this -- they might not be

276

1    Q.   Sure.  You also did not have surveillance devices

2  with you that you -- you could have used.  Right?

3              MS. RETTS:  Form.

4              **THE WITNESS:  Are you -- are you referring to**

5  **any type of body-worn or dash camera or anything like that?**

6  BY MR. KNIGHT:

7    Q.   Correct.

8    **A.   Correct.  We had not been -- they had not been**

9  **assigned, provided, or given to us at the time of this**

10 **incident.**

11   Q.   Yep.  All right.  So this is the best record that

12 we have other than people's memories, which I think you

13 agree are imperfect.  This is the best record that we have

14 of what actually transpired.  Right?

15             MS. RETTS:  Form.

16             **THE WITNESS:  I would say it is -- it is -- I**

17 **think it's debatable as far as the best record.  But as far**

18 **as providing an overall observation of -- of a certain**

19 **degree of details of what happened and events and times and**

20 **how they unfolded, I would say it's the best that we have.**

21 BY MR. KNIGHT:

22   Q.   Okay.  And we can debate that later.  I'm going to

23 press play so that we can get finished.  Okay?

24   **A.   Sure.**

25   Q.   You tell me when -- when those things you

277

1    described happened.

2                    (Video played.)

3                    THE WITNESS:  I'm going to tell you right

4    now, well, based on your video, like, it's -- it's a

5    glowing -- it's a glowing --

6    BY MR. KNIGHT:

7        Q.   Coming in --

8        A.   -- it's a glowing silhouette.  So trying to

9    compare my point of view on the ground in angles to what

10   I'm seeing here of a -- kind of a glowing blur don't --

11   don't depict the point of view that I saw on the ground.

12   And that's how my mind remembers it.  It's not from

13   infrared view, not from 13,000 feet, but from ground level.

14                    So you're asking me to pick something out

15   that at this point based on the image on the screen is

16   nothing more than a guesstimate.  It can't be clarified

17   as -- as an accurate depiction.

18       Q.   Now, that's not what I'm asking you to do.  What

19   I'm asking you to do is, as a professional who deals with

20   witness recollections regularly, to reflect back on a

21   two-second point in time that you keep describing as a

22   two-second point in time, when you had a lot of things

23   going on.  You had just experienced in a very short

24   distance your own flash-bang while you were getting out of

25   your vehicle and drawing a weapon, and while a suspect was

281

1    **you know, manipulating a safety on a rifle is not done**

2    **until there's a decision to -- to fire that weapon.**

3        Q.   So we're not even at that point in the video yet,

4    the point that you keep describing as targeting with the

5    red dot.  We're also not at the point in this video yet

6    where he's crossed that first lane of traffic, which is

7    where you repeatedly said in previous interviews and today

8    that you made the decision that you had to shoot him.

9    We're not at that point yet, and you are telling me that

10   watching this video will not change your mind.  And you're

11   also --

12                MR. KNIGHT:  I know I'm going to draw an

13   objection, Tina.

14   BY MR. KNIGHT:

15       Q.   -- and you're also telling me that having watched

16   it this far, you may believe he made the threatening

17   gesture before.

18                So which is it?  Can this video help refresh

19   your recollection or not?

20                MS. RETTS:  Form.  Argumentative.

21                **THE WITNESS:  I'm going to tell you that**

22   **my -- my decision has been -- was made fairly early on as**

23   **he exited the vehicle, as I previously described, his**

24   **orientation of his body back towards me and the continued**

25   **movement that didn't change all occurring while I'm exiting**

282

1    my vehicle and acquiring a site picture with my rifle.

2                    The threat came immediately exiting the

3    vehicle.  And that threat did not change neither to myself,

4    nor the public between the time that I saw him exit the

5    vehicle and made a decision to fire and the time that I

6    actually fired.

7                    While in that short amount of time, his

8    movement may have changed, now we're getting into

9    perception/reaction time and how long it takes to make a

10   decision, observe a new behavior, change your decision, and

11   then, you know, cease an action or make a new action.

12                   I mean, we've -- we've kind of gone around

13   and around with that in terms of, you know, the very

14   minimal amount of time that this all occurred in.  And

15   while, you know, your frame by frame in milliseconds can

16   make this seem like an eternity, we pretty much validated

17   that all of this happened in less than two seconds.

18                   So making a decision to fire and having the

19   ability to do so, meaning, A, being able to maneuver myself

20   around my vehicle or obstructions, being my open door or

21   the A-frame pillar of my SUV, and acquire a site picture --

22   again, I wasn't out of the car at the time that he first

23   stepped out.

24                   And as you described earlier not shooting him

25   at that moment, I was not in a position to do so.  I was

283

1  moving to a position to essentially defend myself, all

2  while these behaviors are taking place.

3  BY MR. KNIGHT:

4      Q.    Okay.  To be clear, we are about halfway through

5  this roughly four-minute long frame by frame clip.

6              Do you see the time stamp that's on the raw

7  video itself, not on my player, that says 1 hour,

8  20 minutes, 3 seconds or 3.599 seconds?

9              Do you see that?

10     A.    Yes.

11     Q.    I'm going to the beginning.

12             Do you see right there that it says 1 hour,

13  19 minutes, 59 seconds, .461?

14     A.    Yes.

15     Q.    Okay.  So almost 4 seconds had elapsed between him

16  beginning to leave the vehicle and before we even got to in

17  this video the moment where you shot him.  The entire span

18  of that event is -- let's see -- to the exact moment you

19  first fire.  Let's rewind.  And you see the shells going

20  back in your gun, 1 minute, 20 seconds, 20 -- 1 hour,

21  20 minutes, 4 -- 4.500 seconds.

22             Do you see that time stamp?

23             MS. RETTS:  Form.  Foundation.

24             THE WITNESS:  I see your time stamp.

25  . . .

293

1    moving northbound Dysart from BB."

2                    Do you see that?

3                    MR. KNIGHT:  Can you catch me up to our Bates

4    number, sorry, while I was opening this?

5                    MS. RETTS:  1526.

6                    MR. KNIGHT:  Thank you.

7    BY MS. RETTS:

8        Q.   And for purposes of establishing precision here in

9    the timeline, do you recognize that 12:11 a.m. based upon

10   these radio transmissions is when the vehicle takes off

11   from the Whataburger parking lot?

12       **A.   Yes.**

13       Q.   That vehicle then made its way to the 101.

14   Correct?

15       **A.   Correct.**

16       Q.   Are there restrictions on the grappler device in

17   terms of speed and when it can be deployed based upon how

18   fast the vehicle is moving?

19       **A.   Yes, there is.**

20       Q.   Can it be deployed when a vehicle is over 70 miles

21   an hour?

22       **A.   No.  Not safely.**

23       Q.   Now, in terms of thinking about where a grappler

24   should be deployed, are there safety concerns involved in

25   deploying a grappler device on a freeway?

294

1      A.   Yes, there are.

2      Q.   What are they?

3      A.   Being that -- that on a freeway is, one, typically

4    more lanes of traffic; two, operates at a higher speed

5    conditions; and, three, is less likely for somebody to

6    anticipate coming to a complete stop.  And the ability to

7    manage traffic conditions and effectively set up a -- what

8    we would call, you know, somewhat of a roadblock to -- to

9    buffer the apprehension or the capture of a vehicle and be

10   prohibiting of any civilians to become involved or down

11   range or, you know, mixed in with this is significantly

12   more difficult and far more dangerous to be conducted on a

13   freeway in these conditions.

14     Q.   Now, in this community, unfortunately, we have had

15   civilians and officers killed who were assisting motorists

16   pulled over on the side of the roadway.  Correct?

17     A.   That's correct.

18     Q.   Stopping a vehicle on a freeway when motorists are

19   not anticipating traffic to be at a complete stop, does

20   that in your view present an unreasonable risk to the

21   civilians who traverse a highway?

22     A.   I would find that to be, yeah, extremely dangerous

23   to attempt to do, to effect a grapple or stop of this

24   nature on a freeway.

25     Q.   All right.  When the vehicle -- the grappler was

296

1  BY MS. RETTS:

2     Q.   Based upon the training you had given to other SAU

3  officers, you had to believe that those officers should be

4  able to discern from the bright light and the sound that

5  you had deployed a flash-bang?

6     **A.   Yes.**

7             MR. KNIGHT:   Objection.   Form.

8  BY MS. RETTS:

9     Q.   And that would have been the case whether or not

10 you announced it or not?

11    **A.   Yes, it would.**

12    Q.   Now, having been the one who deployed the

13 flash-bang, you didn't fire your weapon because you mistook

14 that flash-bang as being any shots fired from Mr. Harris,

15 did you?

16    **A.   No, I did not.**

17    Q.   Was anybody hit at the Circle K by any ricochets?

18    **A.   No.**

19    Q.   Were any civilians at the Circle K hit by any of

20 the bullets that you shot?

21    **A.   No.**

22    Q.   Were any civilians taken hostage at the Circle K

23 by any of the suspects in that vehicle?

24    **A.   No.**

25    Q.   Did you have a concern that if Jacob Harris made

297

1   his way to the Circle K with a firearm, that he could take

2   a hostage either outside or in that Circle K?

3       **A.   Yes.**

4       Q.   No persons either within or outside Circle K were

5   carjacked at the Circle K, were they?

6       **A.   No.**

7       Q.   Did you have a concern that Jacob Harris was -- if

8   he made his way to the Circle K, might carjack somebody if

9   given the opportunity?

10      **A.   Yes, I did.**

11              MR. KNIGHT:  Objection.  Foundation.

12              Do I still need this exhibit, Tina?

13              MS. RETTS:  No.

14  BY MS. RETTS:

15      Q.   You -- you were aware before the Whataburger armed

16  robbery occurred that there was a suspicion that these

17  suspects in this vehicle were potentially involved in up to

18  26 or more prior robberies.  Correct?

19      **A.   Yes.**

20      Q.   Were there other crimes that were involved as

21  well, such as aggravated assaults, kidnappings?

22      **A.   Speaking very specifically to the crime that**

23  **happened on January the 11th and the way that it was**

24  **described and the actions inside, yes, there was aggravated**

25  **assault by pointing weapons at the individuals inside the**

298

1  store, as well as kidnapping, preventing anybody from

2  having the ability to leave the store in conjunction with

3  the armed robbery, utilizing those weapons or the threat of

4  deadly force to obtain the money that they essentially took

5  from there.

6      Q.   When you learned the information and heard over

7  the radio that these suspects had committed an armed

8  robbery, aggravated assault, and the kidnapping at the

9  Whataburger, did that cement for you that these were likely

10  the suspects who were involved in those prior 26 crimes?

11     A.   Yes.

12     Q.   Did you have any belief that these suspects --

13  strike that.

14           Based on the information that you were

15  provided before the Whataburger robbery took place, you had

16  intelligence that these individuals had habit, meaning

17  multiple crimes in one night --

18           MR. KNIGHT:  Objection.

19  BY MS. RETTS:

20     Q.   -- of deadly force.  Correct?

21           MR. KNIGHT:  I'm sorry.  Objection.  Form.

22  Foundation.

23           THE WITNESS:  Yes.  We did have that

24  information.

25  . . .

299

1    BY MS. RETTS:

2        Q.   So it was not simply that, you know, a prior night

3    these individuals were suspected of only one armed robbery,

4    that multiple businesses would be targeted and robbed in a

5    compressed period of time.  Is that fair?

6        A.   That's correct.

7        Q.   So was it ever your belief that after the

8    Whataburger robbery occurred, that these suspects would

9    peacefully go home and not go on to commit other armed

10   robberies?

11       A.   No.

12       Q.   You were asked some questions about a, quote,

13   video that, quote, you produced to us.

14             The video that you were asked questions about

15   today, have you ever seen that video slowed down before?

16       A.   I don't believe to that -- that frame rate, no.

17       Q.   That's not a video that you possessed and produced

18   in this case.  Correct?

19       A.   That's correct.

20       Q.   Is it fair to say that some expert went in and

21   manipulated that video to slow it down to frame by frame to

22   give a view that you didn't have that evening?

23       A.   I would say that's correct.

24       Q.   You didn't have the luxury of rewind,

25   fast-forward, watching this play out multiple times.

# EXHIBIT 9

| A918 | Jan-10-19 | 2232 | A | PH19-55839 | SB L101 BHR |
| A918 | Jan-10-19 | 2232 | A | PH19-55839 | NO MOVED TO #1 |
| A918 | Jan-10-19 | 2232 | A | PH19-55839 | #1 LA GOING OVER CBACK RIGHT NOW |
| A918 | Jan-10-19 | 2232 | A | PH19-55839 | L101 CBACK SB |
| A918 | Jan-10-19 | 2233 | A | PH19-55839 | SB FROM ISR |
| A918 | Jan-10-19 | 2233 | A | PH19-55839 | L101 ISR SB |
| A918 | Jan-10-19 | 2233 | A | PH19-55839 | PICKING SPEED UP |
| A918 | Jan-10-19 | 2234 | A | PH19-55839 | SB FROM THM MIDDLE LA |
| A918 | Jan-10-19 | 2234 | A | PH19-55839 | LEANING TOWARDS WB I10 TURN HERE |
| A918 | Jan-10-19 | 2235 | A | PH19-55839 | WB I10 FROM L101 |
| A918 | Jan-10-19 | 2235 | A | PH19-55839 | WB I10 FROM L101 |
| A918 | Jan-10-19 | 2235 | A | PH19-55839 | SORRY GUYS EXITED MCD |
| A918 | Jan-10-19 | 2235 | A | PH19-55839 | L101 MCD |
| A918 | Jan-10-19 | 2235 | A | PH19-55839 | WB #1 LA |
| A918 | Jan-10-19 | 2235 | A | PH19-55839 | LEFT TURN LA AT 99AV |
| A918 | Jan-10-19 | 2235 | A | PH19-55839 | SEMI THERE ARE LEFT TURN RIGHT NEXT TO HIM,ASSUMING 99AV |
| A918 | Jan-10-19 | 2236 | A | PH19-55839 | SB 99AV MCD |
| A918 | Jan-10-19 | 2236 | A | PH19-55839 | TURING WB ON FRONTAGE RD FROM I10 |
| A918 | Jan-10-19 | 2236 | A | PH19-55839 | HE'S ON THE I10 FRONTAGE RD WB |
| A918 | Jan-10-19 | 2237 | A | PH19-55839 | DID NOT GET ON I10,CONTINUED WB ON FRONTAGE RD |
| A918 | Jan-10-19 | 2238 | A | PH19-55839 | CONTINUING WB ON FRONTAGE RD |
| A918 | Jan-10-19 | 2238 | A | PH19-55839 | I THINK THEY HAVE TO GET ONTO THE I10,109AV |
| A918 | Jan-10-19 | 2238 | A | PH19-55839 | 109AV I10 WB |
| A918 | Jan-10-19 | 2239 | A | PH19-55839 | WB I10 AVONDALE |
| A918 | Jan-10-19 | 2239 | A | PH19-55839 | DEF HUGGING FAR RIGHT LIKE THEY MAY WANT TO EXIT |
| A918 | Jan-10-19 | 2240 | A | PH19-55839 | YEAH IM NOT FAMILIAR |
| A918 | Jan-10-19 | 2240 | A | PH19-55839 | HE IS EXITING AT DYSART |
| A918 | Jan-10-19 | 2241 | A | PH19-55839 | GOING SB ON DYSART |
| A918 | Jan-10-19 | 2241 | A | PH19-55839 | DYSART I10 SB |
| A918 | Jan-10-19 | 2241 | A | PH19-55839 | GOT GRN SB DYSART UNDER I10 |
| A918 | Jan-10-19 | 2242 | A | PH19-55839 | M CONTINUED SB FCOMING UP TO VB |
| A918 | Jan-10-19 | 2242 | A | PH19-55839 | MOVED TO CURB LA MAKING WB TURN ONTO VB GOING REAL SLOW HERE |
| A918 | Jan-10-19 | 2243 | A | PH19-55839 | CONTINUING WB ON VB COMING UP TO PALO VERDE |
| A918 | Jan-10-19 | 2243 | A | PH19-55839 | WB THROUGH CENT ON VB |
| A918 | Jan-10-19 | 2244 | A | PH19-55839 | REAL SLOW PASSING 137AV LIKE WANT TO GO SB |
| A918 | Jan-10-19 | 2244 | A | PH19-55839 | UTURN BACK EB VB FROM LITCHFIELD |
| A918 | Jan-10-19 | 2245 | A | PH19-55839 | SLOW ROLLING EB 100 FT N OF VB THROUGH PL |
| A918 | Jan-10-19 | 2245 | A | PH19-55839 | JW OF CENT MAKING WAY BACK OUT TO VB |
| A918 | Jan-10-19 | 2245 | A | PH19-55839 | EB VB CURB LA AT CENT |
| A918 | Jan-10-19 | 2245 | A | PH19-55839 | VB CENT EB |
| A918 | Jan-10-19 | 2246 | A | PH19-55839 | APPROACHING DYSART EB VB CURB LA |
| A918 | Jan-10-19 | 2246 | A | PH19-55839 | DYSART VB EB |
| A918 | Jan-10-19 | 2246 | A | PH19-55839 | SB DYSART FROM VB |
| A918 | Jan-10-19 | 2246 | A | PH19-55839 | SB DYSART FROM VB |
| A918 | Jan-10-19 | 2246 | A | PH19-55839 | SLOW ON DYSART |
| A918 | Jan-10-19 | 2247 | A | PH19-55839 | PULLING INTO PLAZA ON SWC |
| A918 | Jan-10-19 | 2247 | A | PH19-55839 | YEAH,THEY ARE TALKING PARKING SPOT |
| A918 | Jan-10-19 | 2252 | A | PH19-55839 | KEEP AN EYE ON THEM |
| A918 | Jan-10-19 | 2253 | A | PH19-55839 | 1460 N DYSART |
| A918 | Jan-10-19 | 2254 | A | PH19-55839 | PSGR FRNT WINDOW OPEN SMOKING AGAIN |
| A918 | Jan-10-19 | 2256 | A | PH19-55839 | ANYONE FROM DPS ON IN CASE IT GOES BACK TO I10 |
| A918 | Jan-10-19 | 2256 | A | PH19-55839 | OK JUST WANT TO MAKE SURE WE'VE GOT |
| A918 | Jan-10-19 | 2257 | A | PH19-55839 | WE DO HAVE HELICOPTER READY & BRIEFED STAGING A BIT AWAY |
| A918 | Jan-10-19 | 2257 | A | PH19-55839 | JSUT SITTING THERE WINDOW DOWN SMOKING CIG |

| A918 | Jan-10-19 | 2257 | A | PH19-55839 | OTHER VEH PARKED IN HERE CNTR CLOCK TO SP VEH |
| A918 | Jan-10-19 | 2258 | A | PH19-55839 | ITS FACING NW RIGHT NOW |
| A918 | Jan-10-19 | 2258 | A | PH19-55839 | 2 SHOPPERS WERE WALKING LOOKING AT YOU,NOW WALKING BACK TO THEIR VEHS |
| A918 | Jan-10-19 | 2259 | A | PH19-55839 | ON THE MOVE |
| A918 | Jan-10-19 | 2259 | A | PH19-55839 | VEH ON MOVE |
| A918 | Jan-10-19 | 2259 | A | PH19-55839 | WE ARE RECORDING |

```
A918          Jan-10-19   2342   A   PH19-55839    FRONT RIGHT DOOR OPEN,LEFT REAR DOOR OPEN
A918          Jan-10-19   2342   A   PH19-55839    FRNT RIGHT & LEFT REAR DRS OPEN AGAIN
A918          Jan-10-19   2344   A   PH19-55839    DUMPSTER DIVER WALKED AWAY AND NOW GOING BACK TO PASSENGER WINDOW
A918          Jan-10-19   2344   A   PH19-55839    DUMPSTER DRIVER WALKED TO PSGR SIDE DR,WALKED AWAY & IS HEADING BACK
A918          Jan-10-19   2344   A   PH19-55839    WALKING AWAY AGAIN
A918          Jan-10-19   2344   A   PH19-55839    HE'S WALKING AWAY AGAIN
A918          Jan-10-19   2344   A   PH19-55839    WALKING TO WHATABURGER
A918          Jan-10-19   2344   A   PH19-55839    HES WALKING INTO WHATABURGER
A918          Jan-10-19   2347   A   PH19-55839    ONE CUST AT PICK UP WINDOW NOW,TRANSIENT,AND TWO FROM CAR ON NORTH
                                                   SIDE,3 INSIDE AND ONE AT PU WINDOW
A918          Jan-10-19   2347   A   PH19-55839    1 CUST,TRANSIENT & ANOTHER CUST,SO 3 CUSTS INSIDE INCLUDING 1 AT
                                                   PICK UP WINDOW
A918          Jan-10-19   2348   A   PH19-55839    DOOR OPENING AGAIN
A918          Jan-10-19   2348   A   PH19-55839    DRS OPENING AGAIN
A918          Jan-10-19   2349   A   PH19-55839    FRNT PSGR DR CRACKED NO ONE OUT YET
A918          Jan-10-19   2349   A   PH19-55839    FRONT PASS DOOR CRACKED A LITTLE,NO ONE OUT YET
A918          Jan-10-19   2349   A   PH19-55839    ANOTHER CUST TOO
A918          Jan-10-19   2349   A   PH19-55839    ANOTHER CUST HITTING THE DT
A918          Jan-10-19   2349   A   PH19-55839    ONE AT WINDOW,TWO AT THE ORDER
A918          Jan-10-19   2350   A   PH19-55839    ANOTHER CUST DRIVETHRU,1 AT WINDOW & 2 AT ORDER
A918          Jan-10-19   2351   A   PH19-55839    LEFT REAR DOOR CRACKED OPEN
A918          Jan-10-19   2351   A   PH19-55839    LEFT REAR DR CRACKED OPEN
A918          Jan-10-19   2352   A   PH19-55839    ONE LEFT,2 AT WINDOW,ONES INSIDE
A918          Jan-10-19   2352   A   PH19-55839    1 CUST LEFT,DOWN TO 2 AT PICK UP WINDOW & 1 INSIDE
A918          Jan-10-19   2356   A   PH19-55839    INSIDE CUST LEFT,ONE CAR AT WINDOW,ONE CAR ORDERING
A918          Jan-10-19   2356   A   PH19-55839    CUSTS HAVE LEFT 1 CAR AT WINDOW 1 CAR ORDERING
A918          Jan-10-19   2358   A   PH19-55839    ONE AT WINDOW,ONE WAITNG TO PICK UP,2 MINS UNTIL DOORS GET LOCKED


Page 12                                           PHOENIX POLICE DEPARTMENT              Date Report Run : Fri, 2019-Jan-11
For:                                              OFFICER/UNIT ACTIVITY

A918          Jan-10-19   2358   A   PH19-55839    1 CAR AT WINDOW,1 WAITING TO PICK UP,2MINS UNTIL DRS GET LOCKED
A918          Jan-10-19   2359   A   PH19-55839    ONE LEAVING WINDOW,2ND ONE UP TO IT NOW
A918          Jan-10-19   2359   A   PH19-55839    1 CUST LEAVING PICKUP WINDOW,2ND ONE UP TO PICKUP WINDOW
A918          Jan-11-19   0000   A   PH19-55839    TRANSIENT JN TO BUS STOP,GOING TO SIT UNDER BUS STOP COVER
A918          Jan-11-19   0000   A   PH19-55839    TRANSIENT AWAY,NORTH TO BUS STOP,SITTING DOWN UNDER COVER
A918          Jan-11-19   0001   A   PH19-55839    BELIEVE THATS THE LAST GUY
A918          Jan-11-19   0001   A   PH19-55839    THAT'S THE LAST CUSTOMER,THEY ARE CUSTOMER FREE AT THIS POINT
A918          Jan-11-19   0001   A   PH19-55839    BELIEVE THEY ARE CUST FREE AT THIS POINT
A918          Jan-11-19   0001   A   PH19-55839    SUV PULLED IN,STRAIT NORTH FROM DT IN SPOT,FEW PEOPLE GETTING OUT
A918          Jan-11-19   0001   A   PH19-55839    SUV JUST PULLED IN STRAIGHT N FROM PARKING SPOT GOT A FEW PPL
                                                   GETTING OUT
A918          Jan-11-19   0002   A   PH19-55839    3 PEOPLE WALKING TOT HE DOOR,ANOTHER CUST IN DT
A918          Jan-11-19   0002   A   PH19-55839    3 PPL WALKING TOWARDS DR & ANOTHER CUST HITTING DRIVETHRU
A918          Jan-11-19   0002   A   PH19-55839    ALL GETTING BACK INTO THE VEH NOW
A918          Jan-11-19   0002   A   PH19-55839    YEAH THEY WENT BACK TO THEIR VEH & ARE GETTING IN
A918          Jan-11-19   0004   A   PH19-55839    LEFT REAR DOOR CRACKED AGAIN
A918          Jan-11-19   0004   A   PH19-55839    LEFT REAR DR CRACKED OPEN AGAIN
A918          Jan-11-19   0004   A   PH19-55839    FRONT RIGHT AND LEFT REAR DOORS OPEN
A918          Jan-11-19   0004   A   PH19-55839    FRNT RIGHT & LEFT REAR DRS ARE OPEN
A918          Jan-11-19   0005   A   PH19-55839    ALL DOOR BUT DRIVER OPEN,THREE OUT WALKING TOWARD WHATABURGER
A918          Jan-11-19   0005   A   PH19-55839    ALL BUT DRIVERS DR OPEN,GOT 3 OUT WALKING TOWARDS WHATABURGER
A918          Jan-11-19   0006   A   PH19-55839    TWO ARE WALKING,RIGHT REAR PASS AT VEH,HE'S MORE OF LOOKOUT
A918          Jan-11-19   0006   A   PH19-55839    2 TOWARDS WHATABURGER,RIGHT REAR PSGR STILL AT VEH LOOKING OUT
A918          Jan-11-19   0006   A   PH19-55839    TWO WALKING TO DRIVE THRU
A918          Jan-11-19   0006   A   PH19-55839    BACK DOOR,LOOKOUT STILL AT VEH,WEST SIDE,WENT TO BACK DOOR,OUT OF
                                                   SITE RIGHT NOW
A918          Jan-11-19   0006   A   PH19-55839    2 TOWARDS DRIVETHRU,LOOKOUT STILL BY VEH ON WS OF BLDG BY BACK DR
                                                   OUT OF MY SIGHT
A918          Jan-11-19   0006   A   PH19-55839    NWC
A918          Jan-11-19   0006   A   PH19-55839    ONE ON NWC OF BLDG
A918          Jan-11-19   0007   A   PH19-55839    JOINING UP ON WEST /BACK DOOR OF BLDG
A918          Jan-11-19   0007   A   PH19-55839    2 ON SWC,ALL JOINING AT BACK DR,W DR OF BLDG
A918          Jan-11-19   0007   A   PH19-55839    ALL 3 WALKING ARND TO NS OF BLDG
A918          Jan-11-19   0007   A   PH19-55839    WALKING AROUND TO NORTH SIDE OF BLDG
A918          Jan-11-19   0008   A   PH19-55839    SOUTH SIDE,ONE CAR AT PICK UP WINDOW NOW
A918          Jan-11-19   0008   A   PH19-55839    1 CAR DRIVETHRU WINDOW
A918          Jan-11-19   0008   A   PH19-55839    TYRING WINDOW AT DRIVE THRU
```

```
A918        Jan-11-19   0008    A     PH19-55839      MIGHT BE TRYING TO DO DRIVETHRU
A918        Jan-11-19   0008    A     PH19-55839      TWO RUNNING UP,ALL AT WINDOW
A918        Jan-11-19   0008    A     PH19-55839      ALL 3 AT WINDOW
A918        Jan-11-19   0009    A     PH19-55839      ONE WENT AROUND NS OF BLDG
A918        Jan-11-19   0009    A     PH19-55839      HELO MOVING IN?
A918        Jan-11-19   0009    A     PH19-55839      HELICOPER IN?
A918        Jan-11-19   0009    A     PH19-55839      CUST COMING TO DT
A918        Jan-11-19   0009    A     PH19-55839      CUST INTO THE DIRVETHRU
A918        Jan-11-19   0010    A     PH19-55839      TWO OUT NORTH SIDE,VEH ON MOVE
A918        Jan-11-19   0010    A     PH19-55839      2 COMING OUT MAIN ENTRANCE ON NS,VEH ON MOVE
A918        Jan-11-19   0011    A     PH19-55839      2 ARE IN,ONE RUNNING
A918        Jan-11-19   0011    A     PH19-55839      2 IN 1 GETTING IN
A918        Jan-11-19   0011    A     PH19-55839      VEH MVOING NB DYSART FROM VB
A918        Jan-11-19   0011    A     PH19-55839      VEH EB VB,DRIVE AROUND,GOING NB DYSART FROM VB
A918        Jan-11-19   0011    A     PH19-55839      NB DYSART TO EB I10
A918        Jan-11-19   0011    A     PH19-55839      TURN SIGNAL?
A918        Jan-11-19   0011    A     PH19-55839      NB DYSART CURB TO GO EB I10
```

```
A918        Jan-11-19   0012    A     PH19-55839      MADE TURN EB ON I10 FROM DYSART
A918        Jan-11-19   0012    A     PH19-55839      EB I10/DYSART
A918        Jan-11-19   0012    A     PH19-55839      DYSART I10 EB
A918        Jan-11-19   0012    A     PH19-55839      EB ON I10 SPEED NOT TOO EXCESSIVE,
A918        Jan-11-19   0012    A     PH19-55839      EB ON I10 SPEED DOESNT LOOKE TOO EXCESSIVE
A918        Jan-11-19   0013    A     PH19-55839      HE'S IN #1 COMING UP AVONDALE PASSING SEMI
A918        Jan-11-19   0013    A     PH19-55839      UNITS ON 10,PASSED SEMI,#1 LANE,COMING UP EXIT FOR AVONDALE STILL EB
A918        Jan-11-19   0013    A     PH19-55839      STILL EB
A918        Jan-11-19   0013    A     PH19-55839      UNITS NEAR BY APT ON BUTLER?
A918        Jan-11-19   0013    A     PH19-55839      WE HAVE UNITS BY APT ON BUTLER?
A918        Jan-11-19   0014    A     PH19-55839      112TH AV THREW SOMETHING OUT RIGHT REAR WINDOW,POSS CIGARETTE
A918        Jan-11-19   0014    A     PH19-55839      112AV THREW SOMETHING OUT THAT WINDOW CROSSING 107AV NOW 2 SEMIS
                                                      PASSING THEM
A918        Jan-11-19   0014    A     PH19-55839      GOING NB HERE
A918        Jan-11-19   0014    A     PH19-55839      FAR RIGHT,GOING NB ON L101
A918        Jan-11-19   0014    A     PH19-55839      10-4 LOOKS LIKE MIGHT BE POSITIONING TO GO NB,ALL WAY OVER FAR
                                                      R,SHOULD PUT HJIM TO GO NB L101
A918        Jan-11-19   0015    A     PH19-55839      L101 I10 NB
A918        Jan-11-19   0015    A     PH19-55839      GOING NB L101 FROM I10
A918        Jan-11-19   0015    A     PH19-55839      MAKIGN TURN NB L101 FROM I10
A918        Jan-11-19   0015    A     PH19-55839      LITTLE ABOVE NORMAL,NOTHING TOO CRAZY
A918        Jan-11-19   0015    A     PH19-55839      SPEED LIL ABOVE NORMAL,BARELY ABOVE TRAFFIC MERGING WITH,72 MPH
A918        Jan-11-19   0015    A     PH19-55839      SPEED OF TRAFFIC THEY ARE MERGING W/ON L101,SHOWING THEM AT 72MPH
A918        Jan-11-19   0016    A     PH19-55839      VERY LITTLE TRAFFIC ON FRWY RIGHT NOW
A918        Jan-11-19   0016    A     PH19-55839      VERY LITTLE TRAFFIC ON 101 FOR NOW
A918        Jan-11-19   0016    A     PH19-55839      APPROACHING THOMAS,SEMI WITHOUT TRAILER
A918        Jan-11-19   0016    A     PH19-55839      ANY UNITS BHND STILL NB L101 COMING UP ON THM SEMI JUST CAB HE'S
A918        Jan-11-19   0017    A     PH19-55839      #1 LANE,74 MPH
A918        Jan-11-19   0017    A     PH19-55839      ALL THE WAY EXITING CAMELBACK
A918        Jan-11-19   0017    A     PH19-55839      MOVING ALLW AY OVER TO GET OFF AT CBACK
A918        Jan-11-19   0018    A     PH19-55839      BENDING EXIT,EB ON CAMELBACK,
A918        Jan-11-19   0018    A     PH19-55839      EB ON CBACK FROM L101
A918        Jan-11-19   0018    A     PH19-55839      EB ON CBACK FROM L101
A918        Jan-11-19   0018    A     PH19-55839      CATCHING RED AT 95AV #1 VEH #1 LA 95AVCBACK
A918        Jan-11-19   0018    A     PH19-55839      AUGHT RED AT 95TH AV,#1 LANE #1 VEH
A918        Jan-11-19   0018    A     PH19-55839      95AV CBACK
A918        Jan-11-19   0019    A     PH19-55839      EB CAMELBACK/91ST AV
A918        Jan-11-19   0019    A     PH19-55839      91AV CBACK
A918        Jan-11-19   0019    A     PH19-55839      91AV CBACK
A918        Jan-11-19   0019    A     PH19-55839      DEPLOYED RIGHT REAR PSG RUNNING
A918        Jan-11-19   0019    A     PH19-55839      RIGHT REAR PASS THREW SOMEHTING,DEPLOYED
A918        Jan-11-19   0019    A     PH19-55839      BAILOUT
A918        Jan-11-19   0019    A     PH19-55839      NOBODY'S MOVING THREW SOMETHING POSS GUN 1 SUBJ DOWN
A918        Jan-11-19   0020    A     PH19-55839      RUNNER'S DOWN ON SS OF RD 30FT FROM VEH HE THREW SOMETHING POSS GUN
                                                      10FT AWAY FROM HIM WITHIN HIS REACH
A918        Jan-11-19   0021    A     PH19-55839      UNTS HERE ME,OBJECT 6 FEET AWAY FROM RIGHT HAND,WITHIN REACH,I
                                                      BELIEVE ITS A GUN
```

PHX001526

# EXHIBIT 10

```
(s0p10.0h10.0v0T
Page 1                        PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE              Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

                  Desk/
Time      Date  Unit   ID
17:56:31 01 10 ETAC13 A6046  Priority: 2 Received by: P CRIMESTOP
                             Type: 500
                             67TH AV/GLENDALE
                             Community:  County:  District:  Zone: 9
                             Contact:  G1:  G2:  Sex:  DOB:                AZ
                             Clearance: PER SUPV
17:56:56 01 10 ETAC13 A6046  WERE GOOD FOR RIGHT NOW
17:57:02 01 10 ETAC13 A6046  CALL FORWARDED:(EHM,THIS IS ALL I HAVE FOR H11)
17:57:09 01 10 ETAC13 A6046  DID NOT GET IT ON
17:57:11 01 10 ETAC13 A6046  IS IT ON?
17:57:17 01 10 ETAC13 A6046  NO SOMEONE HONKED HORN
17:57:23 01 10 ETAC13 A6046  COMING TO EXIT RIGHT NOW DO IT RIGHT NOW
17:57:31 01 10 ETAC13 A6046  SASYS WERE GOOD RIGHT NOW
17:57:38 01 10 ETAC13 A6046  COME BACK TO CAR AWAY FROM DOOR ALL CLR
17:57:42 01 10 ETAC13 A6046  TELL DON WERE GOOD
17:57:59 01 10 ETAC13 A6046  SAYING GO WE CAN DO THIS
17:58:06 01 10 ETAC13 A6046  THEYRE OUT THEYRE OUT
17:58:11 01 10 ED4A   A5391  Call re-directed:T13
17:58:15 01 10 ETAC13 A6046  C OMINGUR WAY
17:58:40 01 10 ETAC13 A6046  ARE WE GOOD
17:58:44 01 10 ETAC13 A6046  NEG I DID NOT GET IT ON
17:58:53 01 10 ETAC13 A6046  THAT WAS SOME ONE ELSE HONKING
17:59:00 01 10 ETAC13 A6046  DV START MAKING UR WAY OUT HERE
17:59:02 01 10 ETAC13 A6046  DV COPIES
17:59:13 01 10 ETAC13 A6046  A :V63 PT        102 E ELWOOD ST
18:00:36 01 10 ETAC13 A6046  HES PUT IT --- 2 GALS OF GAS
18:00:58 01 10 ETAC13 A6046  ALRIGHT AND IN THE CAR -- ILL GIVE U DOT AS WELL
18:01:04 01 10 ETAC13 A6046  GOING NB THROUGH LOT
18:01:21 01 10 ETAC13 A6046  SET UP FOR SB IM BHIND THE VEH THEYRE THE FIRST IN LINE
18:01:43 01 10 ETAC13 A6046  LE HIM CHRIS ON OUR WAY SB
18:01:50 01 10 ETAC13 A6046  GETTING INTO SB TURN TURN LANE
18:02:05 01 10 ETAC13 A6046  67A/GDALE GOING EB
18:02:13 01 10 ETAC13 A6046  ES OF XSEC
18:02:22 01 10 ETAC13 A6046  TRYING TO GET THROUGH THE XSEC
18:02:36 01 10 ETAC13 A6046  A :V63 PT        67A/GDALE - EB
18:02:39 01 10 ETAC13 A6046  STUCK AT LIGHT
18:02:42 01 10 ETAC13 A6046  EB ON GDALE FROM 67A
18:02:45 01 10 ETAC13 A6046  STUCK AT LIGHT
18:03:00 01 10 ETAC13 A6046  U GUYS IN GRY TUNDRA
18:03:12 01 10 ETAC13 A6046  GOING TO PULL INTO HOOKAH LOUNGE OR TOCABCCO PLATE FROM EARLIER
18:03:15 01 10 ETAC13 A6046  IM JUST WEST
18:03:16 01 10 ETAC13 A6046  I COPY
18:03:22 01 10 ETAC13 A6046  ILL COVER WB
18:03:29 01 10 ETAC13 A6046  GOT THE EAST 65TH
18:03:31 01 10 ETAC13 A6046  ILL TAKE EAST
18:03:33 01 10 ETAC13 A6046  EAST
18:04:10 01 10 ETAC13 A6046  PULL INTO THE PARKING SPOT CRHIS
18:04:20 01 10 ETAC13 A6046  I GOT EM RIGHT ACROSS JS FROM AZ RECONSTRUCTION FIRM
18:04:30 01 10 ETAC13 A6046  DRIVER OUT WALKING TO SMOKE SHOP
18:04:55 01 10 ETAC13 A6046  CALL FORWARDED:(ED9A,FYI IN UR AREA)
```

```
(s0p10.0h10.0v0T
Page 2                         PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


              Desk/
Time     Date Unit  ID
18:05:02 01 10 ETAC13 A6046  JUST THE DRIVER WENT IN
18:05:14 01 10 ETAC13 A6046  DAVE DO U HAVE EYE ON CAR OR DO U WANT ME TO GET IT
18:05:46 01 10 ETAC13 A6046  HES GOT 2 MORE BLK MAXIMA AND WHI TITAN
18:05:52 01 10 ETAC13 A6046  COPY
18:07:32 01 10 ETAC13 A6046  JEREMIAH BACK IN THE CAR A BLU SHI ON
18:07:58 01 10 ETAC13 A6046  THEYRE ALL IN DOOR STILL OPEN NOW
18:08:16 01 10 ETAC13 A6046  CAR IS ON AND ILL GIVE DOT
18:08:42 01 10 ETAC13 A6046  Address: 102 E ELWOOD ST MUN:PHX ZONE:421 DIST:4 TO: 67TH AV/GLENDALE MUN:
                             ZONE:9 DIST:
18:08:42 01 10 ETAC13 A6046  Address:INFO TO:
18:08:47 01 10 ETAC13 A6046  Call Remarks:UNK 20 AT THIS TIME
18:10:55 01 10 ETAC13 A6046  BACKING UP
18:11:20 01 10 ETAC13 A6046  RIGHT OUT TO THE MAIN
18:11:41 01 10 ETAC13 A6046  HASNT TURNED YET -- WERE EB U GOT HIM?
18:11:43 01 10 ETAC13 A6046  WE GOT HIM
18:11:57 01 10 ETAC13 A6046  IN CURB LANE 64A NOW
18:12:01 01 10 ETAC13 A6046  A :V63 PT          64A/GDALE
18:12:13 01 10 ETAC13 A6046  FLASHING LIGHT UP HERE 10 SECS
18:12:23 01 10 ETAC13 A6046  SAME SAME 62ND FLASHING 5 SECS
18:12:29 01 10 ETAC13 A6046  A :V63 PT          62ND AV/GDALE
18:12:33 01 10 ETAC13 A6046  CURB 61ST STILL EB
18:12:41 01 10 ETAC13 A6046  A :V63 PT          61A/GDALE - EB
18:12:57 01 10 ETAC13 A6046  59A/GDALE -E B
18:13:12 01 10 ETAC13 A6046  RED AT 58
18:13:16 01 10 ETAC13 A6046  A :V63 PT          58A/GDALE
18:13:35 01 10 ETAC13 A6046  A :A918 PT          67TH AV/GLENDALE
18:13:48 01 10 ETAC13 A6046  5 SECS AT 57A PRIOR
18:13:55 01 10 ETAC13 A6046  A :V63 PT          57A/GDALE
18:13:55 01 10 ETAC13 A6046  A :A918 PT          57A/GDALE
18:14:30 01 10 ETAC13 A6046  NUM 1 LANE APPROACH 55A
18:14:33 01 10 ETAC13 A6046  A :V63 PT          55A/GDALE
18:14:33 01 10 ETAC13 A6046  A :A918 PT          55A/GDALE
18:14:37 01 10 ETAC13 A6046  HELL BE 2 MINS ON U
18:14:51 01 10 ETAC13 A6046  THROUGH 55 NUM 1 LANE
18:15:08 01 10 ETAC13 A6046  STOPPED AT 54 NUM LANE
18:15:12 01 10 ETAC13 A6046  A :V63 PT          54A/GDALE
18:15:12 01 10 ETAC13 A6046  A :A918 PT          54A/GDALE
18:15:29 01 10 ETAC13 A6046  U GOT HIM TIM
18:15:37 01 10 ETAC13 A6046  THROUGH 54 IS WHI CHEVY ONE OF US?
18:16:05 01 10 ETAC13 A6046  STILL RED AT 51A/STAYING IN NUM 1 LANE
18:16:09 01 10 ETAC13 A6046  A :V63 PT          51A/GDALE
18:16:09 01 10 ETAC13 A6046  A :A918 PT          51A/GDALE
18:16:11 01 10 ETAC13 A6046  GETTING GRN
18:16:50 01 10 ETAC13 A6046  KEEPING VEH TRAFFIC HAS PICKED UP QUITE A BIT WERE EB HES IN CURB LANE
18:17:08 01 10 ETAC13 A6046  THORUGH 47
18:17:11 01 10 ETAC13 A6046  A :V63 PT          47A/GDALE
18:17:11 01 10 ETAC13 A6046  A :A918 PT          47A/GDALE
18:17:19 01 10 ETAC13 A6046  A :V638 DE 06103  67TH AV/GLENDALE
18:17:19 01 10 ETAC13 A6046  A :V638 DE 06103  CONTROL FOR UNIT CHANGED T13
18:17:25 01 10 ETAC13 A6046  A :V635 DE 07014  67TH AV/GLENDALE
```

PHX001429

```
(s0p10.0h10.0v0T
Page 3                           PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

                Desk/
Time      Date  Unit   ID
18:17:25 01 10 ETAC13 A6046  A :V635 DE 07014  CONTROL FOR UNIT CHANGED T13
18:17:27 01 10 ETAC13 A6046  A :V638 DE 06103  47A/GDALE
18:17:27 01 10 ETAC13 A6046  A :V635 DE 07014  47A/GDALE
18:17:28 01 10 ETAC13 A6046  A :V63 PT       47A/GDALE
18:17:28 01 10 ETAC13 A6046  A :A918 PT      47A/GDALE
18:17:35 01 10 ETAC13 A6046  CURB LANE ILL LET U TAKE THAT
18:17:44 01 10 ETAC13 A6046  BACK TO NUM 1
18:18:08 01 10 ETAC13 A6046  ARE U OVER
18:18:10 01 10 ETAC13 A6046  COME ON OVER
18:18:50 01 10 ETAC13 A6046  NUM THROUGH 43RD STILL EB
18:18:54 01 10 ETAC13 A6046  A :V638 DE 06103  43A/GDALE
18:18:54 01 10 ETAC13 A6046  A :V635 DE 07014  43A/GDALE
18:18:54 01 10 ETAC13 A6046  A :V63 PT       43A/GDALE
18:18:54 01 10 ETAC13 A6046  A :A918 PT      43A/GDALE
18:19:18 01 10 ETAC13 A6046  A918 WHATS UR 20
18:19:23 01 10 ETAC13 A6046  COMING TO 39A/EB ON GDALE
18:19:29 01 10 ETAC13 A6046  A :V638 DE 06103  39A/GDALE - EB
18:19:29 01 10 ETAC13 A6046  A :V635 DE 07014  39A/GDALE - EB
18:19:29 01 10 ETAC13 A6046  A :V63 PT       39A/GDALE - EB
18:19:29 01 10 ETAC13 A6046  A :A918 PT      39A/GDALE - EB
18:19:33 01 10 ETAC13 A6046  Call re-directed:T13
18:20:20 01 10 ETAC13 A6046  ONE LANE 35A CLR CALL BACK SIGNALING AS IF HES GOING TO MOVE OVER I DONT
                             THINK HES GOING TO
18:20:24 01 10 ETAC13 A6046  A :V638 DE 06103  365A/GDALE - EB
18:20:24 01 10 ETAC13 A6046  A :V635 DE 07014  365A/GDALE - EB
18:20:24 01 10 ETAC13 A6046  A :V63 PT       365A/GDALE - EB
18:20:24 01 10 ETAC13 A6046  A :A918 PT      365A/GDALE - EB
18:20:28 01 10 ETAC13 A6046  THOUGH 35A STILL EB
18:20:37 01 10 ETAC13 A6046  A :V638 DE 06103  35A/GDALE EB
18:20:37 01 10 ETAC13 A6046  A :V635 DE 07014  35A/GDALE EB
18:20:37 01 10 ETAC13 A6046  A :V63 PT       35A/GDALE EB
18:20:37 01 10 ETAC13 A6046  A :A918 PT      35A/GDALE EB
18:21:30 01 10 ETAC13 A6046  GOT EM
18:21:38 01 10 ETAC13 A6046  STILL WEAVING IN AND OUT PAST 29TH
18:21:42 01 10 ETAC13 A6046  A :V638 DE 06103  29A/GDALE
18:21:42 01 10 ETAC13 A6046  A :V635 DE 07014  29A/GDALE
18:21:42 01 10 ETAC13 A6046  A :V63 PT       29A/GDALE
18:21:42 01 10 ETAC13 A6046  A :A918 PT      29A/GDALE
18:21:48 01 10 ETAC13 A6046  SIGNALING NB FOR 27A
18:21:57 01 10 ETAC13 A6046  CHANGED MIND PULLING SOUTH AT 27A
18:22:04 01 10 ETAC13 A6046  A918 JUST GOT OVER LANE #4 IN LINE
18:22:09 01 10 ETAC13 A6046  YES CURB LANE
18:22:19 01 10 ETAC13 A6046  AIRS GOT THE EYE
18:22:29 01 10 ETAC13 A6046  LCALL,27A/GDALE
18:22:49 01 10 ETAC13 A6046  CALL FORWARDED:(ED6A,COMING INTO UR PRECINT FYI -- NO BU NEEDED AT THIS
                             TIME)
18:22:59 01 10 ETAC13 A6046  A :V638 DE 06103  27A/GDALE
18:22:59 01 10 ETAC13 A6046  A :V635 DE 07014  27A/GDALE
18:22:59 01 10 ETAC13 A6046  A :V63 PT       27A/GDALE
18:22:59 01 10 ETAC13 A6046  A :A918 PT      27A/GDALE
```

PHX001430

```
(s0p10.0h10.0v0T
Page 4                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS               JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                   Desk/
Time     Date Unit   ID
18:23:08 01 10 ETAC13 A6046  SLOWING FOR PED SB ON 27A/FROM GDALE
18:23:12 01 10 ETAC13 A6046  A :V638 DE 06103  27A/GDALE -- SB
18:23:12 01 10 ETAC13 A6046  A :V635 DE 07014  27A/GDALE -- SB
18:23:13 01 10 ETAC13 A6046  A :V63 PT         27A/GDALE -- SB
18:23:13 01 10 ETAC13 A6046  A :A918 PT        27A/GDALE -- SB
18:23:19 01 10 ETAC13 A6046  MEL DID U COPY HEADING UR WAY
18:23:25 01 10 ETAC13 A6046  IM 17 TO AREA A FEW OUT
18:23:27 01 10 ETAC13 A6046  OAY
18:24:32 01 10 ETAC13 A6046  TURNING INTO 6131 N 27A
18:24:36 01 10 ETAC13 A6046  A :V638 DE 06103  6131 N 27A
18:24:36 01 10 ETAC13 A6046  A :V635 DE 07014  6131 N 27A
18:24:36 01 10 ETAC13 A6046  A :V63 PT         6131 N 27A
18:24:36 01 10 ETAC13 A6046  A :A918 PT        6131 N 27A
18:24:49 01 10 ETAC13 A6046  IF U WANT TO GET IN THERE WELL HOPEFULLY GET HIM OUT
18:25:09 01 10 ETAC13 A6046  MOBILE GOING ALL THE WAY TO THE EAST AND ABOUT HALF WAY UP
18:25:21 01 10 ETAC13 A6046  ALMOST THERE IF U WANT ILL PARK ON SS AND GO ON FOOT
18:25:32 01 10 ETAC13 A6046  GOING PRETTY SLOW JUST NOW MAKING NB TURN ON EAST EBD
18:25:36 01 10 ETAC13 A6046  GOT EYES ON MAZDA
18:26:05 01 10 ETAC13 A6046  JUST PASSED THE MAZDA GOING TO PULL IN FACING WEST BOUND '
18:26:12 01 10 ETAC13 A6046  GOT DIRECT EYE ON VEH JUST TO ITS EAST
18:26:37 01 10 ETAC13 A6046  DAVE WE IN POSITION TO FOLLOW JUST UNIT CRAIG CAN GET AN EYE ON THEM
18:26:56 01 10 ETAC13 A6046  ITS PARKED AT THIS COMPLX WE HAVE THAT TAGGED BUT DEF A CAR THEYVE USED A
                             WHOLE BUNCH OF TIMES
18:26:59 01 10 ETAC13 A6046  LET ME KNOW WHEN THEY GET OUT
18:27:01 01 10 ETAC13 A6046  COPY
18:27:09 01 10 ETAC13 A6046  I CAN SEE THE DRIVER SIDE OPENING
18:28:56 01 10 ETAC13 A6046  HES STANDING OUT SIDE OF 1050 STILL SOMEONE IN CAR
18:29:16 01 10 ETAC13 A6046  A918 THE WEST READ OTHER SIDE REAR DOOR OPEN ONLY DOOR SO FAR
18:29:36 01 10 ETAC13 A6046  LOOKS LIKE ONE BODY OUT LEFT REAR DOOR
18:29:52 01 10 ETAC13 A6046  THEY MIGHT BE WALKING UP TO THEM
18:30:09 01 10 ETAC13 A6046  DOMS GOING TO PARK WITH ME OVER NORTH GOING TO JUMP IN MY CAR AND TAG IT
18:30:22 01 10 ETAC13 A6046  SOMEONE JUST MET UP WITH THEM AND GETTING INTO PASS SIDE REAR SIGH T
18:30:28 01 10 ETAC13 A6046  DIDNT SEE SOMEONE GET OUT OF UNIT
18:30:37 01 10 ETAC13 A6046  DRK PANTS DRK SHOES WHI SOLES AND DRK JACKET THING
18:30:50 01 10 ETAC13 A6046  MIGHT BE COMING OUT HERE PRETTY SOON
18:32:08 01 10 ETAC13 A6046  GETTING IN
18:32:18 01 10 ETAC13 A6046  WE SHLD BE LETTING UP LIKE 4
18:32:29 01 10 ETAC13 A6046  2 MALES IN THE BACK SUSP DRIVER AND 101 PASS
18:32:51 01 10 ETAC13 A6046  CONFIRM DIDNT SEE SOMEONE COMEOUT OF UNIT
18:33:01 01 10 ETAC13 A6046  A918 BACKING OUT OF SPOT GETTING READY TO GO NB
18:33:37 01 10 ETAC13 A6046  PULLING TO ROSE LANE
18:33:43 01 10 ETAC13 A6046  A :V638 DE 06103   27A/ROSE LANE
18:33:43 01 10 ETAC13 A6046  A :V635 DE 07014   27A/ROSE LANE
18:33:43 01 10 ETAC13 A6046  A :V63 PT          27A/ROSE LANE
18:33:43 01 10 ETAC13 A6046  A :A918 PT         27A/ROSE LANE
18:33:48 01 10 ETAC13 A6046  WB TOWARDS 27 VERY SLOW
18:34:29 01 10 ETAC13 A6046  TOWARDS NB TURN POSS CONT WB OR IDK
18:34:51 01 10 ETAC13 A6046  27A/ROSE - NB
18:34:57 01 10 ETAC13 A6046  A :V638 DE 06103   27A/ROSE - NB
18:34:57 01 10 ETAC13 A6046  A :V635 DE 07014   27A/ROSE - NB
```

```
(s0p10.0h10.0v0T
Page 5                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS             JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

               Desk/
Time     Date  Unit   ID
18:34:57 01 10 ETAC13 A6046  A :V63 PT         27A/ROSE - NB
18:34:57 01 10 ETAC13 A6046  A :A918 PT        27A/ROSE - NB
18:35:27 01 10 ETAC13 A6046  MARYLAND NUM 1 LANE
18:35:35 01 10 ETAC13 A6046  A :V638 DE 06103  27A/MARYLAND
18:35:35 01 10 ETAC13 A6046  A :V635 DE 07014  27A/MARYLAND
18:35:36 01 10 ETAC13 A6046  A :V63 PT         27A/MARYLAND
18:35:36 01 10 ETAC13 A6046  A :A918 PT        27A/MARYLAND
18:35:51 01 10 ETAC13 A6046  27A/MARYLAND STILL NB FROM MARYLAND
18:36:41 01 10 ETAC13 A6046  NB 27A/FOM GDALE
18:36:44 01 10 ETAC13 A6046  A :V638 DE 06103  27A/GDALE
18:36:45 01 10 ETAC13 A6046  A :V635 DE 07014  27A/GDALE - NB
18:36:45 01 10 ETAC13 A6046  A :V63 PT         27A/GDALE - NB
18:36:45 01 10 ETAC13 A6046  A :A918 PT        27A/GDALE - NB
18:38:06 01 10 ETAC13 A6046  NB 27 GOING UP TO NORTHERN CURB LANE
18:38:14 01 10 ETAC13 A6046  A :V638 DE 06103  27A/NORTHERN
18:38:14 01 10 ETAC13 A6046  A :V635 DE 07014  27A/NORTHERN
18:38:14 01 10 ETAC13 A6046  A :V63 PT         27A/NORTHERN
18:38:15 01 10 ETAC13 A6046  A :A918 PT        27A/NORTHERN
18:38:22 01 10 ETAC13 A6046  WILL BE EB NORTHERN FROM 27A
18:39:15 01 10 ETAC13 A6046  S53 27A/BELL WHATS THE VEH DESC
18:39:25 01 10 ETAC13 A6046  MAR HOND PASSPORT SPARE ON BACK GOT GRN EB NORTHERN OVER 17
18:39:30 01 10 ETAC13 A6046  A :V638 DE 06103  I17/NORTHERN
18:39:30 01 10 ETAC13 A6046  A :V635 DE 07014  I17/NORTHERN
18:39:30 01 10 ETAC13 A6046  A :V63 PT         I17/NORTHERN
18:39:30 01 10 ETAC13 A6046  A :A918 PT        I17/NORTHERN
18:39:36 01 10 ETAC13 A6046  EN:S53 PT 07273  67TH AV/GLENDALE
18:39:36 01 10 ETAC13 A6046  EN:S53 PT 07273  CONTROL FOR UNIT CHANGED T13
18:39:49 01 10 ETAC13 A6046  CALL FORWARDED:(ED6A,NOW IN 600 NO BU NEEDED)
18:39:59 01 10 ETAC13 A6046  IF THEY HIT A PLATE UD BE PRIMARY
18:40:09 01 10 ETAC13 A6046  23A/NORTHERN
18:40:12 01 10 ETAC13 A6046  NB
18:40:17 01 10 ETAC13 A6046  LOOK AT CMPLX NEC
18:40:33 01 10 ETAC13 A6046  WHERE WE AT AGAIN?
18:40:42 01 10 ETAC13 A6046  NEC 23A/NORTHERN EB IN PLOT RIGHT ALONG NORTHERN
18:40:47 01 10 ETAC13 A6046  A :V638 DE 06103  23A/NORTHERN -- NEC
18:40:47 01 10 ETAC13 A6046  A :V635 DE 07014  23A/NORTHERN -- NEC
18:40:48 01 10 ETAC13 A6046  A :V63 PT         23A/NORTHERN -- NEC
18:40:48 01 10 ETAC13 A6046  A :A918 PT        23A/NORTHERN -- NEC
18:40:48 01 10 ETAC13 A6046  EN:S53 PT 07273  23A/NORTHERN -- NEC
18:41:06 01 10 ETAC13 A6046  CHRIS SO U KNOW DPS HAD A BAIL OUT AT NORTHERN PROB GOING TO BE FLOODED
                             WITH MARKED UNIT
18:41:07 01 10 ETAC13 A6046  OKAY
18:41:34 01 10 ETAC13 A6046  THEYRE BACK OUT EB ON NORTHERN ABOUT 2200 GIVE THEM A LITTLE MORE SPACE
18:41:45 01 10 ETAC13 A6046  IF ANY KIND OF HEAT BACK OFF LET THINGS COOL DOWN
18:41:55 01 10 ETAC13 A6046  LEFT TURN INTO CMPLX 21S A NB
18:42:00 01 10 ETAC13 A6046  A :V638 DE 06103  21A/NORTHERN
18:42:00 01 10 ETAC13 A6046  A :V635 DE 07014  21A/NORTHERN
18:42:01 01 10 ETAC13 A6046  A :V63 PT         21A/NORTHERN
18:42:01 01 10 ETAC13 A6046  A :A918 PT        21A/NORTHERN
18:42:01 01 10 ETAC13 A6046  EN:S53 PT 07273  21A/NORTHERN
```

PHX001432

```
(s0p10.0h10.0v0T
Page 6                         PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                 Desk/
Time      Date  Unit  ID
18:42:22 01 10 ETAC13 A6046  JN OF NORTHERN FIRST RIGHT IN CMPLX PLARKING JE OF 21A FACING NORTHERN
18:42:28 01 10 ETAC13 A6046  COMING FROM THE EAST
18:42:31 01 10 ETAC13 A6046  THERES A (K)
18:42:48 01 10 ETAC13 A6046  LETS GET THIS SET UP
18:42:56 01 10 ETAC13 A6046  IM IN THE (K) LOT RIGHT NOW
18:43:06 01 10 ETAC13 A6046  THINK THERES A (K) 21A/NORTHERN
18:43:23 01 10 ETAC13 A6046  THEYRE PARKED JE OF OTHER BUSN BUT ITS GOOD LOCATION
18:43:32 01 10 ETAC13 A6046  FRNT PASS DOOR OPENED FOR A SEC NO ONE GOT OUT
18:43:38 01 10 ETAC13 A6046  LOOKS LIKE DRIVER WINDOW DOWN ALSO
18:44:04 01 10 ETAC13 A6046  WE ONLY NEED ONE OR TWO UNITS IN (K) LOT ONE THERE AND THE REST TAKE AWAY S
18:44:13 01 10 ETAC13 A6046  IM TO THE EAST GOT A CLR VIEW FROM THE EAST SIDE
18:44:19 01 10 ETAC13 A6046  CRAIG U GOT THE (K)?
18:44:52 01 10 ETAC13 A6046  (K) IS COVERED
18:45:18 01 10 ETAC13 A6046  JUST WANT TO MAKE SURE WE HAVE VIDEO
18:45:23 01 10 ETAC13 A6046  CRAIG DID U SET UP VIDEO
18:45:30 01 10 ETAC13 A6046  YEAH I GOT MY CAMERA AND VIDEO CAMERA
18:46:59 01 10 ETAC13 A6046  53 TO SAU GET IN THERE NO0T TOO CLOSE SO WE DONT BURN ST CRIMES BUT CLOSE
                             SO WE CAN GET THE GETAWAY
18:47:53 01 10 ETAC13 A6046  HIS DOOR OPEN
18:48:48 01 10 ETAC13 A6046  THEY JUST WEST OF ST LIGHT?
18:48:51 01 10 ETAC13 A6046  EAST OF ST LIGHTS
18:49:08 01 10 ETAC13 A6046  FRNT PASS JUST GOT OUT BY DIRVER SIDE -- ANOTHER VEH JUST PULLED OF
18:49:24 01 10 ETAC13 A6046  BLK SWT SHI REG SLEEVES NO HOOD ON IT - DOESNT LOOK DRESSED FRO IT YET
18:49:27 01 10 ETAC13 A6046  101 JN OF VEH
18:49:30 01 10 ETAC13 A6046  I HAVE A SPOT
18:49:34 01 10 ETAC13 A6046  OTHER 2 GETTING OUT OF CAR
18:49:41 01 10 ETAC13 A6046  NIKE SWTSHI LOOKS FAMILIAR
18:49:44 01 10 ETAC13 A6046  ONE WALKING BACK TO VEH
18:49:55 01 10 ETAC13 A6046  SWTRSHI FAMILIAR FROM OTHERN 211'S
18:50:04 01 10 ETAC13 A6046  WHERE IS VEH PARKED SO WE CAN GET SAU SET UP
18:50:16 01 10 ETAC13 A6046  21A NORTHERN 100 FT EAST OF 21A ON NS OF RD
18:50:27 01 10 ETAC13 A6046  SB TOWRDS NORTHERN BUFFED OUT CANOPY
18:50:33 01 10 ETAC13 A6046  PARKING JN OF CANOPY
18:50:52 01 10 ETAC13 A6046  NIKE SWTSHI LOOKS LIKE SURV PHOTO OF GUY WEARING BIKE
18:50:55 01 10 ETAC13 A6046  IS THAT REST?
18:51:06 01 10 ETAC13 A6046  ONLY ONE HOODED FACE ISNT COVERED JUST LAUGHING
18:51:31 01 10 ETAC13 A6046  IS THIS A PLACE WHERE WE CAN DRUP DEVICE
18:51:43 01 10 ETAC13 A6046  WHILE THEYRE DISTRACTED THERES SOME PEOPLE AT THE CAR RIGHT NEXT TO IT
18:51:47 01 10 ETAC13 A6046  WELL JUST WAIT FOR BETTER TIME
18:51:57 01 10 ETAC13 A6046  IF U CAN GET PICS OF GUY WITH NIKE SWTSHI
18:52:00 01 10 ETAC13 A6046  WHERE IN RELATED?
18:52:11 01 10 ETAC13 A6046  STANDALONE BLDG JE OF (K0 FROM EAST CAN SEE GUY REAL WELL
18:52:20 01 10 ETAC13 A6046  OKAYNOT SURE WE CAN MAKE IT IN TIME
18:52:31 01 10 ETAC13 A6046  THINK WERE CLR AROUND THE CAR DONT SEE ANYTHING NEXT TO UIT
18:52:35 01 10 ETAC13 A6046  DEF A CPLE BLOCKS
18:52:44 01 10 ETAC13 A6046  WE HAVE FIXED WING WELL WAIT TILL WE HAVE GOOD SHOT
18:52:49 01 10 ETAC13 A6046  THIS IS NOT ONE OF THE VEHS WITH GPS
18:53:01 01 10 ETAC13 A6046  NO WE DONT HAVE DONT HAVE ONE ITS READY TO GET IT ON
18:53:03 01 10 ETAC13 A6046  COPY
18:53:12 01 10 ETAC13 A6046  NIKE IN THE BUFFALO SPOT?
```

PHX001433

```
(s0p10.0h10.0v0T
Page 7                     PHOENIX POLICE DEPARTMENT
FOR: EGGERSS             JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


              Desk/
Time     Date Unit  ID
18:53:14 01 10 ETAC13 A6046  YES
18:53:24 01 10 ETAC13 A6046  918 IS THAT ONE OF US THAT BACKED INTO THE SPOT
18:53:27 01 10 ETAC13 A6046  TRYING TO GET VIDEO
18:53:35 01 10 ETAC13 A6046  OKAY UNITS THAT JUST BACKED IN
18:53:40 01 10 ETAC13 A6046  4 CARS THAT WE GOT FROMT HIS PASSPORT
18:53:44 01 10 ETAC13 A6046  I SEE IT THANK YOU
18:54:06 01 10 ETAC13 A6046  SEE IF WE CAN WATCHE THEM AND TRY AND TAG IT
18:54:21 01 10 ETAC13 A6046  I CAN SEE THE WHOLE SET UP THROUGHT THE GLASS STLILL PRETTY EXPOSED
18:55:27 01 10 ETAC13 A6046  I KNOW ITS OFF CENTER IT CAN EASILY BE DONE
18:55:42 01 10 ETAC13 A6046  IF I REMEBER CORRECTED PALCE IS JE OF REST AND GOES PRETTY DEEP INTO BUNS
18:55:55 01 10 ETAC13 A6046  PRIMARY HAS A TO GO BAG AND ALL LOOKING TO THE SOUTH RIGHT NOW
18:56:08 01 10 ETAC13 A6046  IF THEY GET FOOD AND GO SIT DOWN IN THE BACK WLD BE A GOOD OPPERTYNITY
18:56:14 01 10 ETAC13 A6046  ARE U CLOSE THAT U CAN GO INSIDE
18:56:25 01 10 ETAC13 A6046  NO IM RIGHT AROUND THE CORNER DO U WANT ME TO BLOKC OR GO INSIDE
18:56:30 01 10 ETAC13 A6046  THEY MAY GO INSIDE
18:56:38 01 10 ETAC13 A6046  JACOB IN NIKE SWT SHI
18:57:01 01 10 ETAC13 A6046  CLDNT SEE IT THE NIKE SWTSHI GOT GUN SHOWING GOT GUN BOTTOM IS STICKING
                             OUT ON RIGHT SIDE OF HIM
18:57:08 01 10 ETAC13 A6046  WHICH ONE HAS THE GUN
18:57:14 01 10 ETAC13 A6046  4 DEEP IN THE CAR
18:57:21 01 10 ETAC13 A6046  LOOKS LIKE EXTENDED MAG
18:58:21 01 10 ETAC13 A5471  GUN ON THE RIGHT SIDE
18:58:25 01 10 ETAC13 A5471  AIR YOU GOT IT?
18:58:29 01 10 ETAC13 A5471  A918 I GOT IT
18:58:29 01 10 ETAC13 A5471  A :A918 PT        I GOT IT
18:58:49 01 10 ETAC13 A5471  A918 WB GOING TO CIR K LOOKS LIKE
18:58:49 01 10 ETAC13 A5471  A :A918 PT        WB GOING TO CIR K LOOKS LIKE
18:59:00 01 10 ETAC13 A5471  IF THEY GO IN,I WANT SOMEONE TO GO IN TOO,GET A CLOSER LOOK OF GUN
18:59:16 01 10 ETAC13 A5471  CLEARLY DRAWING ATTENTION,BUFFALO SPOT WATCHING
18:59:25 01 10 ETAC13 A5471  A918 GOING UNDER THE PALMS,THEY ARE OUT OF SIDE
18:59:25 01 10 ETAC13 A5471  A :A918 PT        GOING UNDER THE PALMS,THEY ARE OUT OF SIDE
18:59:31 01 10 ETAC13 A5471  PARKED NEXT TO ME,I GOT A GOOD EYE
18:59:37 01 10 ETAC13 A5471  SET TO GO INSIDE WITH THEM
18:59:39 01 10 ETAC13 A5471  I'M SET UP
18:59:53 01 10 ETAC13 A5471  NO ONE GOT OUT,SITTING OUT,FACING TOWARD INFO
19:00:08 01 10 ETAC13 A5471  I'M READY,LEMME KNOW GOING IN
19:00:27 01 10 ETAC13 A5471  FRONT PASS IS OUT THE 101,GOING IN BY HERSELF
19:01:37 01 10 ETAC13 A5471  SHE'S INSIDE,THREE STILL INSIDE PASSPORT
19:01:47 01 10 ETAC13 A5471  52 TO 63 SEND ME A PHOTO OF THAT VEH AND ANY SUSP PHOTOS
19:01:56 01 10 ETAC13 A5471  CHRIS CAN YOU THROW 52 AND HIS GUYS ON WHATS APP?
19:01:58 01 10 ETAC13 A5471  10-4
19:02:39 01 10 ETAC13 A5471  CHRIS AND ROMO TOO
19:03:32 01 10 ETAC13 A5471  63 GUYS IN GOODYEAR,DO THIS NORMAL,IF WE HAVE 211,GET IT RECORDED,LEAVE 2
                             HER TO VERIFY,IF SAU DOESN'T TAKE THEM,WE'LL FOLLOW OUT WITH SAU AS NEEDED
19:03:35 01 10 ETAC13 A5471  GOODYEAR COPIES
19:03:53 01 10 ETAC13 A5471  SAU WILL BE ONLY APPREHENSION,WE WILL NOT BE INOVLED,GO IN RANGE
19:03:58 01 10 ETAC13 A5471  SAU PERSONELL ONLY
19:04:19 01 10 ETAC13 A5471  101 IN LINE TO PAY FOR SOMETHING
19:04:27 01 10 ETAC13 A5471  JIM THAT'S NOT SAME FIREARM WE SAW IN GLEDALE IS IT
19:04:41 01 10 ETAC13 A5471  NO,I DONT THINK SO,FROM PHOTOS,THIS I THINK HAD EXT MAG STICKING OUT
```

PHX001434

```
(s0p10.0h10.0v0T
Page 8                        PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE         Fri, Jan-11-2019


CALL: PH19-55839 ACTIVE (R)


                Desk/
Time     Date  Unit  ID
19:04:47 01 10 ETAC13 A5471  NIKE IS THE GUY PICKED UP OFF ROSE LANE?
19:04:52 01 10 ETAC13 A5471  YEAH,BY DEFAULT
19:05:01 01 10 ETAC13 A5471  UNLESS BLU SHI,IT WAS DIFF GUN
19:05:06 01 10 ETAC13 A5471  I THINK ITS GOING TO BE JACOB
19:05:13 01 10 ETAC13 A5471  101 IS OUT WITH DRINK AND WALKING TO THE CAR
19:05:30 01 10 ETAC13 A5471  CHRIS AND I SAW,WE THINK WE SAW JACOB,SUP SHORT 5'4
19:05:42 01 10 ETAC13 A5471  NIKE SWEATSHI MAY HVAE BEEN ON FACEBOOK,DONT SEE IT IN PHOTOS
19:05:45 01 10 ETAC13 A5471  SHE IS BACK IN CAR
19:06:16 01 10 ETAC13 A5471  IT'S NOT STARTED YET
19:06:42 01 10 ETAC13 A5471  BRAD THEY ARE STAYING OFF AIR,GOODYEAR GUYS COPY
19:07:05 01 10 ETAC13 A5471  DRIVER IS OUT
19:07:19 01 10 ETAC13 A5471  CAN'T SEE WHAT HE'S DOING
19:07:38 01 10 ETAC13 A5471  GAS PUMPS I THINK,PUT A COUPLE BUCKS IN
19:07:51 01 10 ETAC13 A5471  YEAH,HE'S GETTING GAS
19:08:08 01 10 ETAC13 A5471  IF YOU CAN SEE,I'M GOIGN TO MOVE,I'M RIGHT NEXT TO HIM
19:08:10 01 10 ETAC13 A5471  YOU'RE GOOD
19:09:19 01 10 ETAC13 A5471  DRIVER IS IN,LET YOU KNOW WHEN HE MOVES
19:10:11 01 10 ETAC13 A5471  COMING OUT ANGLEING WEST FROM CIR K
19:10:16 01 10 ETAC13 A5471  A918 WE GOT THE EYE
19:10:16 01 10 ETAC13 A5471  A :A918 PT        WE GOT THE EYE
19:10:31 01 10 ETAC13 A5471  A918 CONT WEST TOWARD COMPLEX,PULLING ONTO NORTHERN
19:10:31 01 10 ETAC13 A5471  A :A918 PT        CONT WEST TOWARD COMPLEX,PULLING ONTO NORTHERN
19:10:38 01 10 ETAC13 A5471  A918 WB NORTHERN/21ST AVE
19:10:38 01 10 ETAC13 A5471  A :A918 PT        WB NORTHERN/21ST AVE
19:11:20 01 10 ETAC13 A5471  A918 NB ON I17
19:11:20 01 10 ETAC13 A5471  A :A918 PT        NB ON I17
19:11:49 01 10 ETAC13 A5471  A918 GETTING ON I17 NB FROM NORTHERN
19:11:49 01 10 ETAC13 A5471  A :A918 PT        GETTING ON I17 NB FROM NORTHERN
19:12:22 01 10 ETAC13 A5471  A918 RIGHT LANE,POSS EXIT DUNLAP
19:12:22 01 10 ETAC13 A5471  A :A918 PT        RIGHT LANE,POSS EXIT DUNLAP
19:12:26 01 10 ETAC13 A5471  A918 EXITING DUNLAP
19:12:26 01 10 ETAC13 A5471  A :A918 PT        EXITING DUNLAP
19:12:47 01 10 ETAC13 A5471  A918 MIDDLE LANE,STOPPED AT RED
19:12:47 01 10 ETAC13 A5471  A :A918 PT        MIDDLE LANE,STOPPED AT RED
19:13:34 01 10 ETAC13 A5471  LAST FEW HITS 35TH AV/UH AND 35TH AV/TBIRD
19:13:36 01 10 ETAC13 A5471  A918 THANKS
19:13:36 01 10 ETAC13 A5471  A :A918 PT        THANKS
19:14:12 01 10 ETAC13 A5471  A918 CONT NB ON ACCSS
19:14:12 01 10 ETAC13 A5471  A :A918 PT        CONT NB ON ACCSS
19:14:25 01 10 ETAC13 A5471  A918 BACK ON I17 NB FROM DUNLAP
19:14:25 01 10 ETAC13 A5471  A :A918 PT        BACK ON I17 NB FROM DUNLAP
19:14:31 01 10 ETAC13 A5471  A :A918 PT        I17/DUNLAP NB
19:14:45 01 10 ETAC13 A5471  A918 FAR RIGHT LANE
19:14:45 01 10 ETAC13 A5471  A :A918 PT        FAR RIGHT LANE
19:14:57 01 10 ETAC13 A5471  A918 EXITING PEORIA
19:14:57 01 10 ETAC13 A5471  A :A918 PT        EXITING PEORIA
19:15:23 01 10 ETAC13 A5471  A918 STOPPED AT RED
19:15:23 01 10 ETAC13 A5471  A :A918 PT        STOPPED AT RED
19:16:27 01 10 ETAC13 A5471  MEL YOU ON?
19:16:37 01 10 ETAC13 A5471  A918 GREEN LIGHT
```

PHX001435

```
(s0p10.0h10.0v0T
Page 9                        PHOENIX POLICE DEPARTMENT
FOR: EGGERSS             JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

                  Desk/
Time      Date  Unit  ID
19:16:37 01 10 ETAC13 A5471  A :A918 PT        GREEN LIGHT
19:16:49 01 10 ETAC13 A5471  MELANIE?
19:16:50 01 10 ETAC13 A5471  YES
19:16:55 01 10 ETAC13 A5471  JOIN US?
19:16:56 01 10 ETAC13 A5471  COPY
19:17:10 01 10 ETAC13 A5471  A918 CAUGHT AT THE RED,FEW VEHS SOUTH OF PEORIA
19:17:10 01 10 ETAC13 A5471  A :A918 PT        CAUGHT AT THE RED,FEW VEHS SOUTH OF PEORIA
19:18:44 01 10 ETAC13 A5471  A918 GREEN LIGHT,WB ON PEORIA
19:18:44 01 10 ETAC13 A5471  A :A918 PT        GREEN LIGHT,WB ON PEORIA
19:18:57 01 10 ETAC13 A5471  A :V638 DE 06103  I17/PEORIA WB
19:18:57 01 10 ETAC13 A5471  A :V635 DE 07014  I17/PEORIA WB
19:18:57 01 10 ETAC13 A5471  A :V63 PT         I17/PEORIA WB
19:18:57 01 10 ETAC13 A5471  A :A918 PT        I17/PEORIA WB
19:18:57 01 10 ETAC13 A5471  EN:S53 PT 07273   I17/PEORIA WB
19:19:30 01 10 ETAC13 A5471  A918 RED LIGTH AND TRAFFIC AT 28TH DR
19:19:30 01 10 ETAC13 A5471  A :A918 PT        RED LIGTH AND TRAFFIC AT 28TH DR
19:19:42 01 10 ETAC13 A5471  PICS COME ACROS?
19:19:43 01 10 ETAC13 A5471  YES
19:19:59 01 10 ETAC13 A5471  A918 WB FROM 28TH DR
19:19:59 01 10 ETAC13 A5471  A :A918 PT        WB FROM PEOIRA FROM 28TH DR
19:21:08 01 10 ETAC13 A5471  A918 35TH AV/PEORIA WB
19:21:08 01 10 ETAC13 A5471  A :A918 PT        35TH AV/PEORIA WB
19:21:11 01 10 ETAC13 A5471  A :V638 DE 06103  35TH AV/PEORIA WB
19:21:11 01 10 ETAC13 A5471  A :V635 DE 07014  35TH AV/PEORIA WB
19:21:11 01 10 ETAC13 A5471  A :V63 PT         35TH AV/PEORIA WB
19:21:11 01 10 ETAC13 A5471  A :A918 PT        35TH AV/PEORIA WB
19:21:12 01 10 ETAC13 A5471  EN:S53 PT 07273   35TH AV/PEORIA WB
19:22:46 01 10 ETAC13 A5471  A918 RED AT 43RD AV
19:22:46 01 10 ETAC13 A5471  A :A918 PT        RED AT 43RD AV
19:22:55 01 10 ETAC13 A5471  A :V638 DE 06103  43RD AV/PEORIA WB
19:22:55 01 10 ETAC13 A5471  A :V635 DE 07014  43RD AV/PEORIA WB
19:22:55 01 10 ETAC13 A5471  A :V63 PT         43RD AV/PEORIA WB
19:22:55 01 10 ETAC13 A5471  A :A918 PT        43RD AV/PEORIA WB
19:22:55 01 10 ETAC13 A5471  EN:S53 PT 07273   43RD AV/PEORIA WB
19:23:14 01 10 ETAC13 A5471  A918 WB AGAIN
19:23:14 01 10 ETAC13 A5471  A :A918 PT        WB AGAIN
19:24:50 01 10 ETAC13 A5471  A918 RED AT 51ST AV
19:24:50 01 10 ETAC13 A5471  A :A918 PT        RED AT 51ST AV
19:24:56 01 10 ETAC13 A5471  A :V638 DE 06103  51ST AV/PEORIA WB
19:24:56 01 10 ETAC13 A5471  A :V635 DE 07014  51ST AV/PEORIA WB
19:24:56 01 10 ETAC13 A5471  A :V63 PT         51ST AV/PEORIA WB
19:24:56 01 10 ETAC13 A5471  A :A918 PT        51ST AV/PEORIA WB
19:24:56 01 10 ETAC13 A5471  EN:S53 PT 07273   51ST AV/PEORIA WB
19:26:09 01 10 ETAC13 A5471  BC'D INC 56339
19:27:04 01 10 ETAC13 A5471  A918 RED AT 59TH AV STILL WB
19:27:04 01 10 ETAC13 A5471  A :A918 PT        RED AT 59TH AV STILL WB
19:27:12 01 10 ETAC13 A5471  A :V638 DE 06103  59TH AV/PEORIA WB
19:27:12 01 10 ETAC13 A5471  A :V635 DE 07014  59TH AV/PEORIA WB
19:27:12 01 10 ETAC13 A5471  A :V63 PT         59TH AV/PEORIA WB
19:27:12 01 10 ETAC13 A5471  A :A918 PT        59TH AV/PEORIA WB
```

PHX001436

```
(s0p10.0h10.0v0T
Page 10                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                 Desk/
Time     Date  Unit  ID
19:27:12 01 10 ETAC13 A5471  EN:S53 PT 07273  59TH AV/PEORIA WB
19:28:22 01 10 ETAC13 A5471  BRAKE LIGHTS
19:28:37 01 10 ETAC13 A5471  A918 POSS GOING SB
19:28:37 01 10 ETAC13 A5471  A :A918 PT        POSS GOING SB
19:29:32 01 10 ETAC13 A5471  BC'D INC 56382
19:30:07 01 10 ETAC13 A5471  A918 67TH AV/PEORIA SB
19:30:07 01 10 ETAC13 A5471  A :A918 PT        67TH AV/PEORIA SB
19:30:11 01 10 ETAC13 A5471  A :V638 DE 06103  67TH AV/PEORIA SB
19:30:11 01 10 ETAC13 A5471  A :V635 DE 07014  67TH AV/PEORIA SB
19:30:11 01 10 ETAC13 A5471  A :V63 PT         67TH AV/PEORIA SB
19:30:11 01 10 ETAC13 A5471  A :A918 PT        67TH AV/PEORIA SB
19:30:12 01 10 ETAC13 A5471  EN:S53 PT 07273  67TH AV/PEORIA SB
19:30:30 01 10 ETAC13 A5471  BC'D INC 56382
19:32:01 01 10 ETAC13 A5471  A918 STILL SB FROM OLIVE 67TH AVE
19:32:01 01 10 ETAC13 A5471  A :A918 PT        STILL SB FROM OLIVE 67TH AVE
19:32:05 01 10 ETAC13 A5471  A :V638 DE 06103  67TH AV/OLIVE SB
19:32:05 01 10 ETAC13 A5471  A :V635 DE 07014  67TH AV/OLIVE SB
19:32:05 01 10 ETAC13 A5471  A :V63 PT         67TH AV/OLIVE SB
19:32:05 01 10 ETAC13 A5471  A :A918 PT        67TH AV/OLIVE SB
19:32:06 01 10 ETAC13 A5471  EN:S53 PT 07273  67TH AV/OLIVE SB
19:32:43 01 10 ETAC13 A5471  A918 WB ON BUTLER
19:32:43 01 10 ETAC13 A5471  A :A918 PT        WB ON BUTLER
19:32:49 01 10 ETAC13 A5471  A :V638 DE 06103  67TH AV/BUTLER WB
19:32:49 01 10 ETAC13 A5471  A :V635 DE 07014  67TH AV/BUTLER WB
19:32:49 01 10 ETAC13 A5471  A :V63 PT         67TH AV/BUTLER WB
19:32:49 01 10 ETAC13 A5471  A :A918 PT        67TH AV/BUTLER WB
19:32:49 01 10 ETAC13 A5471  EN:S53 PT 07273  67TH AV/BUTLER WB
19:33:16 01 10 ETAC13 A5471  PULLING INTO LOT
19:33:23 01 10 ETAC13 A5471  A918 PULLING UP TO GARAGE
19:33:23 01 10 ETAC13 A5471  A :A918 PT        PULLING UP TO GARAGE
19:33:59 01 10 ETAC13 A5471  A918 LIL BLOCKED ON PASS SIDE,CAN'T SEE IT
19:33:59 01 10 ETAC13 A5471  A :A918 PT        LIL BLOCKED ON PASS SIDE,CAN'T SEE IT
19:34:20 01 10 ETAC13 A5471  PEOPLE STILL IN IT,CAN'T TELL IF DRIVER IS
19:34:28 01 10 ETAC13 A5471  A918 NO ONE GOT OUT DRIVER SIDE FOR SURE
19:34:28 01 10 ETAC13 A5471  A :A918 PT        NO ONE GOT OUT DRIVER SIDE FOR SURE
19:34:38 01 10 ETAC13 A5471  A918 DRIVER DOOR OPEN
19:34:38 01 10 ETAC13 A5471  A :A918 PT        DRIVER DOOR OPEN
19:35:22 01 10 ETAC13 A5471  A918 LOSING IN THE TREES,DRIVER ONLY ONE OUT
19:35:22 01 10 ETAC13 A5471  A :A918 PT        LOSING IN THE TREES,DRIVER ONLY ONE OUT
19:36:35 01 10 ETAC13 A5471  A918 DIRVER OUT,LEFT REAR PASS OUT,DRIVER IN,LEFT REAR PASS IN
19:36:35 01 10 ETAC13 A5471  A :A918 PT        DIRVER OUT,LEFT REAR PASS OUT,DRIVER IN,LEFT
                             REAR PASS IN
19:37:03 01 10 ETAC13 A5471  A918 LEFT REAR BACK OUT,WALKING AWAY EB THROUGH PLOT
19:37:03 01 10 ETAC13 A5471  A :A918 PT        LEFT REAR BACK OUT,WALKING AWAY EB THROUGH PLOT
19:37:07 01 10 ETAC13 A5471  LEFT REAR IS BLU SHI
19:37:20 01 10 ETAC13 A5471  BY A BUSN? OR AT ONE OF THEIR 20S?
19:37:26 01 10 ETAC13 A5471  A918 STAY WTH HIM OR VEH
19:37:26 01 10 ETAC13 A5471  A :A918 PT        STAY WTH HIM OR VEH
19:37:41 01 10 ETAC13 A5471  EYE ON VEH,THEY ARE AT HOME 20 8502 N 67TH AV,WB ON BUTLER FROM 67TH AVE
19:37:57 01 10 ETAC13 A5471  A918 WALKED TO NEXT BLDG EAST AND UP 2ND STAIR WELL,WEHER THEY WERE BEFORE
```

```
(s0p10.0h10.0v0T
Page 11                       PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

                Desk/
Time     Date  Unit  ID
19:37:57 01 10 ETAC13 A5471  A :A918 PT        WALKED TO NEXT BLDG EAST AND UP 2ND STAIR
                             WELL,WEHER THEY WERE BEFORE
19:38:14 01 10 ETAC13 A5471  A918 HE'S GOING IN THE DOOR ON 2ND LEVEL
19:38:14 01 10 ETAC13 A5471  A :A918 PT        HE'S GOING IN THE DOOR ON 2ND LEVEL
19:39:40 01 10 ETAC13 A5471  A :V638 DE 06103  8502 N 67TH AV
19:39:40 01 10 ETAC13 A5471  A :V635 DE 07014  8502 N 67TH AV
19:39:40 01 10 ETAC13 A5471  A :V63 PT         8502 N 67TH AV
19:39:40 01 10 ETAC13 A5471  A :A918 PT        8502 N 67TH AV
19:39:40 01 10 ETAC13 A5471  EN:S53 PT 07273  8502 N 67TH AV
19:40:16 01 10 ETAC13 A5471  SOLID GROUND RIGHT NOW
19:40:23 01 10 ETAC13 A5471  SEE HIM IN DRIVERS,ENOUGHT LIGHT NOW
19:40:24 01 10 ETAC13 A5471  COPY THANKS
19:40:48 01 10 ETAC13 A5471  A918 COPY THANKS
19:40:48 01 10 ETAC13 A5471  A :A918 PT        COPY THANKS
19:41:29 01 10 ETAC13 A5471  STILL IN VEH? OR AROUND IT?
19:44:22 01 10 ETAC13 A5471  S52 NO WORK COMING UP ON B8,WE'RE GOING TO SPLIT,S53 GOING TO B8,S52
                             STAYING HERE
19:44:24 01 10 ETAC13 A5471  63 COPY
19:45:43 01 10 ETAC13 A5471  THAT NIKE MATCHES PHYSICAL OF HARRIS PRETTY GOOD
19:45:54 01 10 ETAC13 A5471  LOOKING AT HIS NOSE AND EYES,GOOD LOOK AT THE STORE,PRETTY SURE SAME GUY
19:45:58 01 10 ETAC13 A5471  NIKE MATCH FOR TONIGHT?
19:46:11 01 10 ETAC13 A5471  SWEATSHI LOOKS IDENTICAL
19:46:22 01 10 ETAC13 A5471  HAIR LOOKS SHORTER AND MORE HEAVY SET
19:46:32 01 10 ETAC13 A5471  KNOW FOR SURE THIS GUY WAS IN STORE,HE WAS THICKER GUY
19:46:39 01 10 ETAC13 A5471  HE'S SHORTER AND HEAVIER ON MVD
19:46:58 01 10 ETAC13 A5471  ANY WITN STATED ANY WEAPS HAVE EXT MAGS
19:47:02 01 10 ETAC13 A5471  ANY WITN STATED ANY WEAPS HAVE EXT MAGS?
19:47:32 01 10 ETAC13 A5471  NOT THAT I KNOW OF,BUT I DONT KNOW THEM ALL,JUST A HANDGUN,POLICEPOINT AND
                             LOOK AT PHOTOS,LOOK SLIKE HIM,HANDS IN POCKETS
19:47:35 01 10 ETAC13 A5471  DOORS OPENING UP
19:48:02 01 10 ETAC13 A5471  FRONT PASS DOOR GIVES DOME LIGHT,3 PEOPLE IN CAR,NIKE IN BACKSEAT
19:48:37 01 10 ETAC13 A5471  S532 TO ARMOR,YOU HERE
19:48:39 01 10 ETAC13 A5471  10-4
19:48:51 01 10 ETAC13 A5471  I17 AND PEORIA AREA AND LISTEN TO B8 AND US PLEASE?
19:48:52 01 10 ETAC13 A5471  COPY
19:56:14 01 10 ETAC13 A5471  LIGHTS ON IN CAR,STILL OCCUP BY THREE
19:56:30 01 10 ETAC13 A5471  CAR BACKING UP
19:56:34 01 10 ETAC13 A5471  WHO IS IT MINUS?
19:56:41 01 10 ETAC13 A5471  BLU SHI,I DIDN'T SEE HIM RETURN
19:57:02 01 10 ETAC13 A5471  THEY LEFT,JUST BACKED INTO SPOT ON EAST END OF LOT
19:57:18 01 10 ETAC13 A5471  NEED ME TO COME HELP WITH THAT EYE
19:57:29 01 10 ETAC13 A5471  I THINK IT'S IT,BUSH IN MY WAY,I CAN SEE LUGGAGE RACK
19:57:41 01 10 ETAC13 A5471  A918 VEH MOVED,NOW SITTING TO DUMPSTER,BACKING UP
19:57:41 01 10 ETAC13 A5471  A :A918 PT        VEH MOVED,NOW SITTING TO DUMPSTER,BACKING UP
19:58:04 01 10 ETAC13 A5471  I'LL SEE IF I CAN GET SOME SUPPORT
19:58:17 01 10 ETAC13 A5471  A918 BACKED UP TO EAST END OF BLDG,DRIVER WALKING NB FROM VEH,LEFT DRIVER
                             DOOR OPEN
19:58:17 01 10 ETAC13 A5471  A :A918 PT        BACKED UP TO EAST END OF BLDG,DRIVER WALKING
                             NB FROM VEH,LEFT DRIVER DOOR OPEN
19:58:28 01 10 ETAC13 A5471  MAKE SURE CAR DOESNT LEAVE,FOLLOW HIM PLEASE
```

PHX001438

```
(s0p10.0h10.0v0T
Page 12                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

                Desk/
Time      Date Unit  ID
19:58:34 01 10 ETAC13 A5471  A918 WALKING TO THE APT ON THE FRONT
19:58:34 01 10 ETAC13 A5471  A :A918 PT        WALKING TO THE APT ON THE FRONT
19:58:44 01 10 ETAC13 A5471  HE WENT INSIDE FRONT DOOR OF 101,JUST SAW HIM
19:58:54 01 10 ETAC13 A5471  UNLOCKED DOOR IT APPEARED
19:59:29 01 10 ETAC13 A5471  THAT 101 WE JUST PASSED WAS IN THE CAR ORIGINALLY?
19:59:40 01 10 ETAC13 A5471  THIS IS TOO TALL FOR ME
19:59:53 01 10 ETAC13 A5471  I'LL PULL IN NEXT TO OU
20:00:11 01 10 ETAC13 A5471  HE'S COMING BACK OUT,SOMETHING IN HIS HAND,CAN'T SEE IT,OH HE'S TAKING OUT
                             THE TRASH,GOING BACK EB
20:00:16 01 10 ETAC13 A5471  A918 GOT HIM,TRASH IN HAND
20:00:16 01 10 ETAC13 A5471  A :A918 PT        GOT HIM,TRASH IN HAND
20:00:45 01 10 ETAC13 A5471  A918 CARRYING TWO BAGS?
20:00:45 01 10 ETAC13 A5471  A :A918 PT        CARRYING TWO BAGS?
20:00:53 01 10 ETAC13 A5471  YEAH LARGE HEFTY BAG,SOMETHING SMALLER IN OTHER HAND
20:00:58 01 10 ETAC13 A5471  PROB A BOX OR SOETHING
20:01:16 01 10 ETAC13 A5471  A918 LOST HIM ON EAST SIDE,LOOKED LIKE NOT CARRYING AS MUCH,RIGHT REAR
                             DOOR ON VEH IS OPEN NOW
20:01:16 01 10 ETAC13 A5471  A :A918 PT        LOST HIM ON EAST SIDE,LOOKED LIKE NOT CARRYING
                             AS MUCH,RIGHT REAR DOOR ON VEH IS OPEN NOW
20:02:27 01 10 ETAC13 A5471  A918 VHE IS OUT OF MY SIGHT ON HALF ORBIT,APT HAS ACTIVITY PEOPLE
20:02:27 01 10 ETAC13 A5471  A :A918 PT        VHE IS OUT OF MY SIGHT ON HALF ORBIT,APT HAS
                             ACTIVITY PEOPLE
20:02:28 01 10 ETAC13 A5471  GOT IT
20:03:43 01 10 ETAC13 A6171  THIS GUY CIOMING ON THE SIDEWALK LOOKS FAMILIAR WALKING TO CAR NOW MAYBE
20:03:56 01 10 ETAC13 A6171  HE'S GOT SOMETHING IN RIGHT HAND TRYING TO COVWER
20:04:10 01 10 ETAC13 A6171  GETTING IN THE DRIVER SIDE BACK
20:04:39 01 10 ETAC13 A6171  KINDA FUMBLING W SOMETHING IN HIDS HAND OPOSS WRAPPED UP DROPPED UP 99%
                             LOOKED LIKE A GUN - OTHER GUY WASHING SOMEHTIONG - STEPPED ARND HIM ONCE
                             HE SAW IT
20:04:41 01 10 ETAC13 A6171  GOOD DEAL
20:04:44 01 10 ETAC13 A6171  VEH ROLLING
20:04:48 01 10 ETAC13 A6171  I GOT IT
20:05:05 01 10 ETAC13 A6171  JUST CONFIRMING ANOTHER SUBJ W/GUN
20:05:08 01 10 ETAC13 A6171  YEAH BUT SAME BLU SHI
20:05:15 01 10 ETAC13 A6171  I THINK THERE ARE 4 PPL IN THE CAR
20:05:27 01 10 ETAC13 A6171  BLU SHI NIKE IN BACK 101 PASS AND JEREMIAH DRIVER
20:05:32 01 10 ETAC13 A6171  DID UTURN
20:05:51 01 10 ETAC13 A6171  WHI SUV APPROACHING LITE IS THAT US?
20:06:11 01 10 ETAC13 A6171  GOING TO DIFF PRECINCTS SWITCH LT'S
20:06:55 01 10 ETAC13 A6171  STILL SB 67A/NORTHERN - GOING TO CATCH A LITE HERE
20:07:53 01 10 ETAC13 A6171  AS WE GO INTO DIFF PRECINCTS CAN YOU LET SHIFT LT'S KNOW
20:09:01 01 10 ETAC13 A6171  GDALE #3 LANE GRN GOING S/B
20:09:32 01 10 ETAC13 A6171  A :V635 DE 07014  67A/GDALE[S/B
20:09:36 01 10 ETAC13 A6171  A :V638 DE 06103  67A/GDALE[S/B
20:10:14 01 10 ETAC13 A6171  67A/BHR S/B
20:10:23 01 10 ETAC13 A6171  TURNING W INTO SHOPPING PLAZA
20:10:34 01 10 ETAC13 A6171  IN PPLAZA N/W/C 67A/BHR
20:10:38 01 10 ETAC13 A6171  ANY POSS THERE
20:10:48 01 10 ETAC13 A6171  TMOBILE SUBWAY AND WALGREENS
20:11:00 01 10 ETAC13 A6171  IN PLOT S/B
```

```
(s0p10.0h10.0v0T
Page 13                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


              Desk/
Time     Date Unit  ID
20:11:10 01 10 ETAC13 A6171  A :V638 DE 06103  67A/BHR[N/W/C
20:11:16 01 10 ETAC13 A6171  BACK OUT BHR WB TUURN
20:11:33 01 10 ETAC13 A6171  N/B BHR/67A
20:11:41 01 10 ETAC13 A6171  A :V638 DE 06103  67A/BHR[N/B
20:11:44 01 10 ETAC13 A6171  A :V635 DE 07014  67A/BHR[N/B
20:12:00 01 10 ETAC13 A6171  PULLING INTO APT CPLX 6800 W ON W/S OF CPLX HEADED N/B
20:12:08 01 10 ETAC13 A6171  ACTUALLY 68DR TNWNHSE CPLX
20:12:17 01 10 ETAC13 A6171  A :V635 DE 07014  68DR/BHR
20:12:42 01 10 ETAC13 A6171  CONT N/B THIS WILL END ON TROSE LA THEN HAVE TO GO E/B
20:13:32 01 10 ETAC13 A6171  PARKING SPOT 2ND TO LAST BLDG 2 BLDGS DOUTH OF ROSE LA ABOUT 67DR SWING
                             ARND TO SEE WHAT WE CAN
20:13:44 01 10 ETAC13 A6171  BACK OF THESE BUSN'S TO FIND A GOOD SPOT
20:13:59 01 10 ETAC13 A6171  A :V638 DE 06103  69A/BHR
20:14:03 01 10 ETAC13 A6171  A :V635 DE 07014  69A/BHR
20:14:23 01 10 ETAC13 A6171  RIGTH REAR DOOR OPEN
20:15:20 01 10 ETAC13 A5471  A918 RIGHT REAR DOOR OPEN,STILL SEE BODY MOVING,RIGHT FRONT DOOR
                             OPENED,DROPPED A CIGARETTE AND CLOSED DOOR
20:15:20 01 10 ETAC13 A5471  A :A918 PT        RIGHT REAR DOOR OPEN,STILL SEE BODY
                             MOVING,RIGHT FRONT DOOR OPENED,DROPPED A CIGARETTE AND CLOSED DOOR
20:15:44 01 10 ETAC13 A5471  A918 PARKED IN FRONT OF 6816 W BHR
20:15:44 01 10 ETAC13 A5471  A :A918 PT        PARKED IN FRONT OF 6816 W BHR
20:15:51 01 10 ETAC13 A5471  A :V638 DE 06103  6816 W BHR
20:15:51 01 10 ETAC13 A5471  A :V635 DE 07014  6816 W BHR
20:15:51 01 10 ETAC13 A5471  A :V63 PT         6816 W BHR
20:15:51 01 10 ETAC13 A5471  A :A918 PT        6816 W BHR
20:15:51 01 10 ETAC13 A5471  EN:S53 PT 07273  6816 W BHR
20:18:00 01 10 ETAC13 A5471  A918 RIGHT REAR PASS WALKING NB
20:18:00 01 10 ETAC13 A5471  A :A918 PT        RIGHT REAR PASS WALKING NB
20:18:46 01 10 ETAC13 A5471  A918 LOST HIM IN TREES TO THE NORTH,POSS INTO APT,ALL THE WAY NORTH,LAST
                             BLD,SWC OF THAT BLDG,WHERE HE WENT
20:18:46 01 10 ETAC13 A5471  A :A918 PT        LOST HIM IN TREES TO THE NORTH,POSS INTO
                             APT,ALL THE WAY NORTH,LAST BLD,SWC OF THAT BLDG,WHERE HE WENT
20:19:39 01 10 ETAC13 A5471  A918 SHOWING 6816 W BHR,POSS #4122,NOT SURE IF THAT MAKES SENSE
20:19:39 01 10 ETAC13 A5471  A :A918 PT        SHOWING 6816 W BHR,POSS #4122,NOT SURE IF THAT
                             MAKES SENSE
20:19:47 01 10 ETAC13 A5471  A918 COULD BE PLAIN 22,PROB 4122 THO
20:19:47 01 10 ETAC13 A5471  A :A918 PT        COULD BE PLAIN 22,PROB 4122 THO
20:21:33 01 10 ETAC13 A5471  A918 LEFT REAR DOOR IS OPEN,HAVEN'T SEEN ANYONE COME OUT
20:21:33 01 10 ETAC13 A5471  A :A918 PT        LEFT REAR DOOR IS OPEN,HAVEN'T SEEN ANYONE
                             COME OUT
20:21:41 01 10 ETAC13 A5471  A918 DONT SEE ANYWHERE YOU CAN GET IN TO SEE IT
20:21:41 01 10 ETAC13 A5471  A :A918 PT        DONT SEE ANYWHERE YOU CAN GET IN TO SEE IT
20:21:45 01 10 ETAC13 A5471  I'M ON FOOT,DESC AGAIN?
20:21:57 01 10 ETAC13 A5471  A918 NORTH ON 68TH DR,1/4 MILE UP,LAST BLDG
20:21:57 01 10 ETAC13 A5471  A :A918 PT        NORTH ON 68TH DR,1/4 MILE UP,LAST BLDG
20:22:03 01 10 ETAC13 A5471  WALKING IN THE CUL DE SAC JW OF COMPLEX
20:23:17 01 10 ETAC13 A5471  EVERYONE OUT THE CAR?
20:23:36 01 10 ETAC13 A5471  A918 ONLY SEEN ONE EXIT LEFT REAR DOOR,HALF UNDER HUGE TREE,ONLY VISION ON
                             ONE THIRD OF ORBIT
20:23:36 01 10 ETAC13 A5471  A :A918 PT        ONLY SEEN ONE EXIT LEFT REAR DOOR,HALF UNDER
```

PHX001440

```
(s0p10.0h10.0v0T
Page 14                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


              Desk/
Time      Date Unit  ID
                            HUGE TREE,ONLY VISION ON ONE THIRD OF ORBIT
20:23:55 01 10 ETAC13 A5471  A918 COME UP 67TH DR,OPP SIDE OF COMPLEX,THEN WALK ALL THE WAY UP TO THEM
                            AND NOT BE SEEN
20:23:55 01 10 ETAC13 A5471  A :A918 PT        COME UP 67TH DR,OPP SIDE OF COMPLEX,THEN WALK
                            ALL THE WAY UP TO THEM AND NOT BE SEEN
20:25:09 01 10 ETAC13 A5471  KNOWN 20 THESE GUYS?
20:25:14 01 10 ETAC13 A5471  NAH,PROB JUST VISITING SOMEONE
20:25:52 01 10 ETAC13 A5471  A918 GO 4 MORE BLDGS NORTH,TWO BLDGS 100 YDS TO THE WEST
20:25:52 01 10 ETAC13 A5471  A :A918 PT        GO 4 MORE BLDGS NORTH,TWO BLDGS 100 YDS TO THE
                            WEST
20:26:30 01 10 ETAC13 A5471  A918 TOW TRUCK JUST TURNED SB
20:26:30 01 10 ETAC13 A5471  A :A918 PT        TOW TRUCK JUST TURNED SB
20:26:53 01 10 ETAC13 A5471  I'M AT NEC OF COMPLEX
20:27:15 01 10 ETAC13 A5471  A918 THEY ARE ON WEST SIDE OF 2ND BLDG,FACING EB
20:27:15 01 10 ETAC13 A5471  A :A918 PT        THEY ARE ON WEST SIDE OF 2ND BLDG,FACING EB
20:27:20 01 10 ETAC13 A5471  WALK BY? OR STILL IN IT?
20:27:34 01 10 ETAC13 A5471  A918 NOT CLEAR,RIGHT REAR WINDOW CRACKED,SEROUS CHAIN SMOKERS
20:27:34 01 10 ETAC13 A5471  A :A918 PT        NOT CLEAR,RIGHT REAR WINDOW CRACKED,SEROUS
                            CHAIN SMOKERS
20:27:42 01 10 ETAC13 A5471  A918 3 BODIES WALKING TOWARD VEH RIGHT NOW
20:27:42 01 10 ETAC13 A5471  A :A918 PT        3 BODIES WALKING TOWARD VEH RIGHT NOW
20:27:55 01 10 ETAC13 A5471  A918 OPENING RIGHT REAR DOOR
20:27:55 01 10 ETAC13 A5471  A :A918 PT        OPENING RIGHT REAR DOOR
20:28:44 01 10 ETAC13 A5471  A918 THEY ARE PLAY FIGHTING,ONE GUY WENT BACK IN,AT THE RIGHT REAR DOOR
20:28:44 01 10 ETAC13 A5471  A :A918 PT        THEY ARE PLAY FIGHTING,ONE GUY WENT BACK IN,AT
                            THE RIGHT REAR DOOR
20:29:16 01 10 ETAC13 A5471  I SEE THEM,I COULD PROBABY GET THERE IF NEEDED,DOESN'T SEEM LIKE THEY ARE
                            GOING TO LEAVE VEH
20:29:24 01 10 ETAC13 A5471  A918 ONE GUY STADING OUT,STILL SMOKING
20:29:24 01 10 ETAC13 A5471  A :A918 PT        ONE GUY STADING OUT,STILL SMOKING
20:31:27 01 10 ETAC13 A5471  A918 STILL STANDING BY THE RIGHT REAR,ONE SUBJ LEFT,VEH BACKING OUT,SUBJ
                            GOING BACK TO #4122
20:31:27 01 10 ETAC13 A5471  A :A918 PT        STILL STANDING BY THE RIGHT REAR,ONE SUBJ
                            LEFT,VEH BACKING OUT,SUBJ GOING BACK TO #4122
20:31:40 01 10 ETAC13 A5471  A918 EB ON SS OF BLDG,COMING TO YOU CHRIS
20:31:40 01 10 ETAC13 A5471  A :A918 PT        EB ON SS OF BLDG,COMING TO YOU CHRIS
20:31:41 01 10 ETAC13 A5471  COPY
20:31:55 01 10 ETAC13 A5471  A918 SB 687TH DR TO BHR
20:31:55 01 10 ETAC13 A5471  A :A918 PT        SB 687TH DR TO BHR
20:32:53 01 10 ETAC13 A5471  OCCUP COUNT?
20:33:03 01 10 ETAC13 A5471  A918 NOT A SOLID ONE,100% IS 2 AT THIS POINT
20:33:03 01 10 ETAC13 A5471  A :A918 PT        QRY PER:  A918 2 AT THIS IS
20:33:03 01 10 ETAC13 A5471  A :A918 PT        NOT A SOLID ONE,100% IS 2 AT THIS POINT
20:33:33 01 10 ETAC13 A5471  A918 EB BHR TOWARD 67TH AV
20:33:33 01 10 ETAC13 A5471  A :A918 PT        EB BHR TOWARD 67TH AV
20:33:48 01 10 ETAC13 A5471  A918 NB 67TH AV/BHR
20:33:48 01 10 ETAC13 A5471  A :A918 PT        NB 67TH AV/BHR
20:33:55 01 10 ETAC13 A5471  A :V638 DE 06103  NB 67TH AV/BHR
20:33:55 01 10 ETAC13 A5471  A :V635 DE 07014  NB 67TH AV/BHR
20:33:55 01 10 ETAC13 A5471  A :V63 PT         NB 67TH AV/BHR
```

PHX001441

```
(s0p10.0h10.0v0T
Page 15                        PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                 Desk/
Time      Date  Unit  ID
20:33:55 01 10 ETAC13 A5471  A :A918 PT        NB 67TH AV/BHR
20:33:55 01 10 ETAC13 A5471  EN:S53 PT 07273  NB 67TH AV/BHR
20:34:37 01 10 ETAC13 A5471  I SAW 3,ORIG DRIVER,101 AND BACK PASSENGER
20:35:51 01 10 ETAC13 A5471  A918 APPROACHING GLENDALE
20:35:51 01 10 ETAC13 A5471  A :A918 PT        APPROACHING GLENDALE
20:36:13 01 10 ETAC13 A5471  A918 RED LIGHT,6 VEHS BACK #1 LANE
20:36:13 01 10 ETAC13 A5471  A :A918 PT        RED LIGHT,6 VEHS BACK #1 LANE
20:36:53 01 10 ETAC13 A5471  A918 NB 67TH AV/GLENDALE
20:36:53 01 10 ETAC13 A5471  A :A918 PT        NB 67TH AV/GLENDALE
20:36:59 01 10 ETAC13 A5471  A :V638 DE 06103  NB 67TH AV/GLENDALE
20:36:59 01 10 ETAC13 A5471  A :V635 DE 07014  NB 67TH AV/GLENDALE
20:36:59 01 10 ETAC13 A5471  A :V63 PT        NB 67TH AV/GLENDALE
20:36:59 01 10 ETAC13 A5471  A :A918 PT        NB 67TH AV/GLENDALE
20:36:59 01 10 ETAC13 A5471  EN:S53 PT 07273  NB 67TH AV/GLENDALE
20:37:42 01 10 ETAC13 A5471  A918 THRU ORANGEWOOD
20:37:42 01 10 ETAC13 A5471  A :A918 PT        THRU ORANGEWOOD
20:38:28 01 10 ETAC13 A5471  PULL INTO COMPLEX,I'LL PULL AROUND AND GET ON BUTLER,GET GROUND EYE
20:38:36 01 10 ETAC13 A5471  A918 STILL NB PASSING NORTHERN
20:38:36 01 10 ETAC13 A5471  A :A918 PT        STILL NB PASSING NORTHERN
20:38:42 01 10 ETAC13 A5471  A :V638 DE 06103  67TH AV/NORTHERN NB
20:38:42 01 10 ETAC13 A5471  A :V635 DE 07014  67TH AV/NORTHERN NB
20:38:42 01 10 ETAC13 A5471  A :V63 PT        67TH AV/NORTHERN NB
20:38:43 01 10 ETAC13 A5471  A :A918 PT        67TH AV/NORTHERN NB
20:38:43 01 10 ETAC13 A5471  EN:S53 PT 07273  67TH AV/NORTHERN NB
20:39:08 01 10 ETAC13 A5471  A918 GOING WB BUTLER
20:39:08 01 10 ETAC13 A5471  A :A918 PT        GOING WB BUTLER
20:39:48 01 10 ETAC13 A5471  A918 BACK TO SPOT BEHIND THE GARAGE
20:39:48 01 10 ETAC13 A5471  A :A918 PT        BACK TO SPOT BEHIND THE GARAGE
20:40:05 01 10 ETAC13 A5471  25ING THERE?
20:40:17 01 10 ETAC13 A5471  A918 LOOKS LIKE IT,PRETTY HOT,NOT TOO LONG AGO EITHER
20:40:17 01 10 ETAC13 A5471  A :A918 PT        LOOKS LIKE IT,PRETTY HOT,NOT TOO LONG AGO
                             EITHER
20:40:25 01 10 ETAC13 A5471  GOT THE EYE ON THE GROUND
20:40:49 01 10 ETAC13 A5471  RED CAR IS MISSING FRONT BUMPER,BASICALLY SAME COLOR AS THE PASSPORT
20:41:00 01 10 ETAC13 A5471  FRONT BUMPER OR JUST GRILL? HYUNDAI WAS MISSING FRONT GRILL EARLIER
20:41:09 01 10 ETAC13 A5471  YEAH,DRIVER'S HEADLIGHT IS OFF CANTER A BIT,YOU'RE RIGHT
20:45:22 01 10 ETAC13 A5471  DON YES I'M HERE
20:45:39 01 10 ETAC13 A5471  STILL GOAL GET A TAG,LAST 4 HITS AFTER MIDFNIGHT,WONT HAVE AIRCRAFT
                             THEN,WORK TOWARD THAT
20:45:44 01 10 ETAC13 A5471  WAITING FOR GO AHEAD
20:46:04 01 10 ETAC13 A5471  LOOKING AT LAST 5,2147 - 0230 HOURS
20:46:44 01 10 ETAC13 A5471  NO ONE GOTTEN OUT OF 2 VEHS YET
20:46:54 01 10 ETAC13 A5471  PHOTO OF 2ND TO SEND TO SAU?
20:47:05 01 10 ETAC13 A5471  NOT POSS FROM THIS ANGLE,MAYBE FROM EARLIER?
20:47:20 01 10 ETAC13 A5471  WANT THEM TO UNDERSTAND THAT VEH,SO THEY CAN KEEP EYE OUT
20:47:50 01 10 ETAC13 A5471  TAKE A LOOK AT WHI VAN JUST CAME IN,
20:48:11 01 10 ETAC13 A5471  A918 BACKED INTO ONLY EMPTY SPOT,DOORS OPENING AND CLOSING BUT NOT SEEING
                             ANYONE COME TOT HE VEHS
20:48:11 01 10 ETAC13 A5471  A :A918 PT        BACKED INTO ONLY EMPTY SPOT,DOORS OPENING AND
                             CLOSING BUT NOT SEEING ANYONE COME TOT HE VEHS
```

```
(s0p10.0h10.0v0T
Page 16                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS           JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                 Desk/
Time      Date  Unit  ID
20:49:35 01 10 ETAC13 A5471  ONE CAR IS BACKED OUT NOW,BOTH CARS ARE REPOSITIONING
20:49:48 01 10 ETAC13 A5471  A918 HYUNDAI BACKED UP 3 FEET,THEN PASSPORT DID TOO,NOW PASSPORT GOING
                             BACKWARDS
20:49:48 01 10 ETAC13 A5471  A :A918 PT        HYUNDAI BACKED UP 3 FEET,THEN PASSPORT DID
                             TOO,NOW PASSPORT GOING BACKWARDS
20:50:11 01 10 ETAC13 A5471  POSS HYUNDAI MIGHT BE TRAILER VEHICLE,BOTH BAKCING OUT
20:50:34 01 10 ETAC13 A5471  A918 PASSPORT WB TO GO UTURN,HYUNDAI GOING TO FOLLOW
20:50:34 01 10 ETAC13 A5471  A :A918 PT        PASSPORT WB TO GO UTURN,HYUNDAI GOING TO FOLLOW
20:50:41 01 10 ETAC13 A5471  2 CARS ON SOME OF THE HITS?
20:50:50 01 10 ETAC13 A5471  A918 THAT'S WHAT WE WERE TOLD
20:50:50 01 10 ETAC13 A5471  A :A918 PT        THAT'S WHAT WE WERE TOLD
20:50:55 01 10 ETAC13 A5471  A918 67TH AV/BUTLER SB
20:50:55 01 10 ETAC13 A5471  A :A918 PT        67TH AV/BUTLER SB
20:51:03 01 10 ETAC13 A5471  DONT GET BETWEEN THEM
20:51:18 01 10 ETAC13 A5471  A918 PASSPORT IS MOVING QUICKER THAN BEFORE,I'LL STAY WITH HIM
20:51:18 01 10 ETAC13 A5471  A :A918 PT        PASSPORT IS MOVING QUICKER THAN BEFORE,I'LL
                             STAY WITH HIM
20:51:37 01 10 ETAC13 A5471  PHOTO OF THAT VEH? HYUNDAI
20:51:41 01 10 ETAC13 A5471  PUT IT ON THE JOINT APP
20:51:49 01 10 ETAC13 A5471  A918 THAT HYUNDAI IS RED TOO?
20:51:49 01 10 ETAC13 A5471  A :A918 PT        THAT HYUNDAI IS RED TOO?
20:52:03 01 10 ETAC13 A5471  A918 67TH AV/GRAND SB
20:52:03 01 10 ETAC13 A5471  A :A918 PT        67TH AV/GRAND SB
20:52:06 01 10 ETAC13 A5471  A :A918 PT        67TH AV/GRAND SB
20:52:31 01 10 ETAC13 A5471  A918 HYUNDAI HAS JOINED PASSPORT BASED ON HEAT SIGNATURE
20:52:31 01 10 ETAC13 A5471  A :A918 PT        HYUNDAI HAS JOINED PASSPORT BASED ON HEAT
                             SIGNATURE
20:53:12 01 10 ETAC13 A5471  A :A918 PT        67TH AV/GLENDALE EB
20:53:47 01 10 ETAC13 A5471  A918 64TH AV/GLENDALE SB
20:53:47 01 10 ETAC13 A5471  A :A918 PT        64TH AV/GLENDALE SB
20:53:55 01 10 ETAC13 A5471  A918 DRIVING WITH PURPOSE NOW,HAVENT' BEEN LIKE THIS ALL DAY
20:53:55 01 10 ETAC13 A5471  A :A918 PT        DRIVING WITH PURPOSE NOW,HAVENT' BEEN LIKE
                             THIS ALL DAY
20:54:00 01 10 ETAC13 A5471  A918 EB LE MAR FROM 64TH AV
20:54:00 01 10 ETAC13 A5471  A :A918 PT        EB LE MAR FROM 64TH AV
20:54:17 01 10 ETAC13 A5471  A918 63RD AV/LE MAR SB
20:54:17 01 10 ETAC13 A5471  A :A918 PT        63RD AV/LE MAR SB
20:54:31 01 10 ETAC13 A5471  A918 WB,LOOKS LIKE TRYING TO LOSE HYUNDAI
20:54:31 01 10 ETAC13 A5471  A :A918 PT        WB,LOOKS LIKE TRYING TO LOSE HYUNDAI
20:54:53 01 10 ETAC13 A5471  A918 WB LAMAR FROM 64TH AVE
20:54:53 01 10 ETAC13 A5471  A :A918 PT        WB LAMAR FROM 64TH AVE
20:55:02 01 10 ETAC13 A5471  A918 65TH AV/LAMAR SB
20:55:02 01 10 ETAC13 A5471  A :A918 PT        65TH AV/LAMAR SB
20:55:15 01 10 ETAC13 A5471  A918 HYUNDAI APPEARS LOST IN NEIGH
20:55:15 01 10 ETAC13 A5471  A :A918 PT        HYUNDAI APPEARS LOST IN NEIGH
20:55:31 01 10 ETAC13 A5471  A918 PASSPORT NOW SB IN APT COMPLEX WEST OF 65TH AV OCOTILLO
20:55:31 01 10 ETAC13 A5471  A :A918 PT        PASSPORT NOW SB IN APT COMPLEX WEST OF 65TH AV
                             OCOTILLO
20:55:40 01 10 ETAC13 A5471  THAT THE HYUNDAI BEHIND LOT BEHIND YOU
20:56:06 01 10 ETAC13 A5471  A918 DIRT ROAD ON WEST SIDE OF COMPLEX,ALMOST DOWN TO MARYLAND,TURNING EB
```

```
(s0p10.0h10.0v0T
Page 17                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                Desk/
Time      Date  Unit  ID
20:56:06 01 10 ETAC13 A5471 A :A918 PT      DIRT ROAD ON WEST SIDE OF COMPLEX,ALMOST DOWN
                            TO MARYLAND,TURNING EB
20:56:16 01 10 ETAC13 A5471 A918 65TH AV/MARYLAND JN
20:56:16 01 10 ETAC13 A5471 A :A918 PT        65TH AV/MARYLAND JN
20:56:27 01 10 ETAC13 A5471 PLATE ON HYUNDAI @CKP7117
20:56:34 01 10 ETAC13 A5471 MISSING FRONT GRILL,2 DR,FOUND IT
20:56:47 01 10 ETAC13 A5471 A918 EB MARYLAND/65TH AV
20:56:47 01 10 ETAC13 A5471 A :A918 PT        EB MARYLAND/65TH AV
20:56:51 01 10 ETAC13 A5471 CIR K 63RD AV MARYLAND
20:56:55 01 10 ETAC13 A5471 A918 SB
20:56:55 01 10 ETAC13 A5471 A :A918 PT        SB
20:57:15 01 10 ETAC13 A5471 A918 64TH DR/MARYLAND JS
20:57:15 01 10 ETAC13 A5471 A :A918 PT        64TH DR/MARYLAND JS
20:57:20 01 10 ETAC13 A5471 GETTING TO CIR K 63RD AV/MARYLAND
20:57:48 01 10 ETAC13 A5471 HAVE EYES ON HYUNDAI?
20:57:54 01 10 ETAC13 A5471 A918 WB FROM 64TH DR ON ROSE
20:57:54 01 10 ETAC13 A5471 A :A918 PT        WB FROM 64TH DR ON ROSE
20:58:02 01 10 ETAC13 A5471 A :V638 DE 06103  64TH DR/ROSE WB
20:58:02 01 10 ETAC13 A5471 A :V635 DE 07014  64TH DR/ROSE WB
20:58:02 01 10 ETAC13 A5471 A :V63 PT         64TH DR/ROSE WB
20:58:02 01 10 ETAC13 A5471 A :A918 PT        64TH DR/ROSE WB
20:58:02 01 10 ETAC13 A5471 EN:S53 PT 07273  64TH DR/ROSE WB
20:58:13 01 10 ETAC13 A5471 A918 65TH DR SB FROM ROSE
20:58:13 01 10 ETAC13 A5471 A :A918 PT        65TH DR SB FROM ROSE
20:58:39 01 10 ETAC13 A5471 A918 ALMOST TO BHR
20:58:39 01 10 ETAC13 A5471 A :A918 PT        ALMOST TO BHR
20:58:55 01 10 ETAC13 A5471 A918 WB BHR FROM 65TH AV
20:58:55 01 10 ETAC13 A5471 A :A918 PT        WB BHR FROM 65TH AV
20:59:01 01 10 ETAC13 A5471 A918 NB IN STRIP MALL
20:59:01 01 10 ETAC13 A5471 A :A918 PT        NB IN STRIP MALL
20:59:17 01 10 ETAC13 A5471 I SAW HYUNDAI64TH BHR
20:59:27 01 10 ETAC13 A5471 A918 RIGHT REAR GETTING OUT AND GOING INTO BUSN
20:59:27 01 10 ETAC13 A5471 A :A918 PT        RIGHT REAR GETTING OUT AND GOING INTO BUSN
20:59:36 01 10 ETAC13 A5471 WHICH CORNER?
21:00:04 01 10 ETAC13 A5471 A918 LOTS OF ACTIVITY,DRIVER JUST STEPPED OUT,STANDING OUT FRONT,NOT GOING
                            IN,MET UP WITH SOMEONE OUT FRONT,HANDING HIM SOMETHING,WENT IN STORE
21:00:04 01 10 ETAC13 A5471 A :A918 PT        LOTS OF ACTIVITY,DRIVER JUST STEPPED
                            OUT,STANDING OUT FRONT,NOT GOING IN,MET UP WITH SOMEONE OUT FRONT,HANDING
                            HIM SOMETHING,WENT IN STORE
21:00:09 01 10 ETAC13 A5471 LIQUOR STORE THERE
21:01:26 01 10 ETAC13 A5471 A1 LIQUOR
21:01:32 01 10 ETAC13 A5471 A918 BOTH CAME OUT AND GOT BACK IN
21:01:32 01 10 ETAC13 A5471 A :A918 PT        BOTH CAME OUT AND GOT BACK IN
21:01:44 01 10 ETAC13 A5471 A918 6514 W BHR
21:01:44 01 10 ETAC13 A5471 A :A918 PT        6514 W BHR
21:01:55 01 10 ETAC13 A5471 LARGE PERIMITER
21:02:05 01 10 ETAC13 A5471 A918 WB TRHOUBH PLAZA
21:02:05 01 10 ETAC13 A5471 A :A918 PT        WB TRHOUBH PLAZA
21:02:50 01 10 ETAC13 A5471 A918 WB BHR FROM 67TH AV
21:02:50 01 10 ETAC13 A5471 A :A918 PT        WB BHR FROM 67TH AV
```

PHX001444

```
(s0p10.0h10.0v0T
Page 18
FOR: EGGERSS              PHOENIX POLICE DEPARTMENT
                          JURISDICTION - PHOENIX POLICE        Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


              Desk/
Time      Date Unit  ID
21:03:10 01 10 ETAC13 A5471  A918 GOING BACK INTO SAME COMPLEX,68TH DR NB FROM BETHANY
21:03:10 01 10 ETAC13 A5471  A :A918 PT        GOING BACK INTO SAME COMPLEX,68TH DR NB FROM
                             BETHANY
21:03:49 01 10 ETAC13 A5471  GLENDALE MARKED UNITS ALL OVER THE PLACE,WANT ME TO CHECK?
21:03:51 01 10 ETAC13 A5471  YEAH,
21:04:45 01 10 ETAC13 A5471  A918 SAME PARKING SPOT AS BEFORE
21:04:45 01 10 ETAC13 A5471  A :A918 PT        SAME PARKING SPOT AS BEFORE
21:05:15 01 10 ETAC13 A5471  A918 RIGHT REAR GOT OUT,WALKING UP TO 4122
21:05:15 01 10 ETAC13 A5471  A :A918 PT        RIGHT REAR GOT OUT,WALKING UP TO 4122
21:06:03 01 10 ETAC13 A5471  A918 WALKING BACK OUT,BACK IN VEH
21:06:03 01 10 ETAC13 A5471  A :A918 PT        WALKING BACK OUT,BACK IN VEH
21:06:19 01 10 ETAC13 A5471  A918 RUNS LIKE AGIRL,POSS 101,GOT SOMETHING FROM SOMEONE,RAN BACK INSIDE
21:06:19 01 10 ETAC13 A5471  A :A918 PT        RUNS LIKE AGIRL,POSS 101,GOT SOMETHING FROM
                             SOMEONE,RAN BACK INSIDE
21:07:49 01 10 ETAC13 A5471  A918 MALE WALKING OUT TO THE VEH
21:07:49 01 10 ETAC13 A5471  A :A918 PT        MALE WALKING OUT TO THE VEH
21:08:05 01 10 ETAC13 A5471  A918 RIGHT REAR DOOR,SUBJ GOT IN
21:08:05 01 10 ETAC13 A5471  A :A918 PT        RIGHT REAR DOOR,SUBJ GOT IN
21:13:07 01 10 ETAC13 A5471  S52 TO 63,GIVING YOU HEADS UP,THESE GUYS HIT,BOTH VEHS INVOLVED,52 GUYS ON
                             PASSPORT H11,S51 HYUNDAI GO TO H12
21:13:44 01 10 ETAC13 A5471  A918 WE'VE BRIEFED HELICOPTER,IF IT GOES TO THAT,WE'LL STAY WITH
                             PRIMARY,ASSUMING ITS THE PASSPORT
21:13:44 01 10 ETAC13 A5471  A :A918 PT        WE'VE BRIEFED HELICOPTER,IF IT GOES TO
                             THAT,WE'LL STAY WITH PRIMARY,ASSUMING ITS THE PASSPORT
21:13:52 01 10 ETAC13 A5471  A918 HAVE HELO GO TO H12
21:13:52 01 10 ETAC13 A5471  A :A918 PT        HAVE HELO GO TO H12
21:14:23 01 10 ETAC13 A5471  A918 68TH DR BHR APT COMPLEX
21:14:23 01 10 ETAC13 A5471  A :A918 PT        68TH DR BHR APT COMPLEX
21:14:31 01 10 ETAC13 A5471  A :V638 DE 06103  6816 W BHR
21:14:31 01 10 ETAC13 A5471  A :V635 DE 07014  6816 W BHR
21:14:31 01 10 ETAC13 A5471  A :V63 PT         6816 W BHR
21:14:31 01 10 ETAC13 A5471  A :A918 PT        6816 W BHR
21:14:31 01 10 ETAC13 A5471  EN:S53 PT 07273  6816 W BHR
21:14:37 01 10 ETAC13 A5471  A918 PASSPORT AT NORTH END
21:14:37 01 10 ETAC13 A5471  A :A918 PT        PASSPORT AT NORTH END
21:14:56 01 10 ETAC13 A5471  A918 WE THNK THERE ARE 3 MAYBE 4,OTHER VEH HAVE NOT SEEN SINCE THEY WERE
                             CHASING EACH OTHER AROUND
21:14:56 01 10 ETAC13 A5471  A :A918 PT        WE THNK THERE ARE 3 MAYBE 4,OTHER VEH HAVE NOT
                             SEEN SINCE THEY WERE CHASING EACH OTHER AROUND
21:16:33 01 10 ETAC13 A5471  A918 ANOTHER VEH JOINED US,FLYING UP PREETY QUICK BEHIND PASSPORT,RIGHT
                             REAR GOT OUT AND ALL WALKING OVER TO HIM
21:16:33 01 10 ETAC13 A5471  A :A918 PT        ANOTHER VEH JOINED US,FLYING UP PREETY QUICK
                             BEHIND PASSPORT,RIGHT REAR GOT OUT AND ALL WALKING OVER TO HIM
21:17:11 01 10 ETAC13 A5471  A918 DRIVER GOT OUT,WALKED TO APT,THEN DRIVER AND RIGHT REAR PASS,IMMED
                             GOT BCK INTO PASSPORT
21:17:11 01 10 ETAC13 A5471  A :A918 PT        DRIVER GOT OUT,WALKED TO APT,THEN DRIVER AND
                             RIGHT REAR PASS,IMMED GOT BCK INTO PASSPORT
21:18:24 01 10 ETAC13 A5471  A918 VEH LEAVING IS NOT INVOLVED
21:18:24 01 10 ETAC13 A5471  A :A918 PT        VEH LEAVING IS NOT INVOLVED
21:20:13 01 10 ETAC13 A5471  RED VEH IS SB FROM MARYLAND 60TH DR
```

PHX001445

```
(s0p10.0h10.0v0T
Page 19                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS             JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


            Desk/
Time    Date Unit  ID
21:20:33 01 10 ETAC13 A5471  63 STAY WITH THIS?
21:21:36 01 10 ETAC13 A5471  I'M BEHIND 67TH AV/BHR EB
21:21:41 01 10 ETAC13 A5471  RO WAS DRIVER EARLIER
21:22:01 01 10 EAUTON A4261  67AV BHR EB @CKF7117
21:22:05 01 10 ETAC13 A5471  STAY WITH IT? OR NO
21:22:08 01 10 ETAC13 A5471  DON'T THINK SO
21:22:10 01 10 EAUTON A4261  Subject:LREM MVD.18-01 RR.00723D47.AZ0
                             COMMENT: LREM
                             MVD.18-01 RR.00723D47.AZ0072300.TXT LIC/CKF7117.LIY/2019.
                             LIC:CKF7117 001   TAB:CKF7117 EXPIRE: 07/15/2020
                             VIN:KMHHM65D73U020826      VYR:2003 VMA:HYUN VMO:TIB   VST:CP
                             NAM:OTIS,DANIEL,JOSEPH JR              CUST#:D10149764
                             ADR:11208 W DULUTH AVE
                             CTY:YOUNGTOWN              ST:AZ ZIP:853631325    GVW:000000
                             TTL:595K018351006 ST:AZ DTE: 12/17/2018
                             1ST LIEN:(NONE)                AMT:            DATE:
                                 ADDR:                      CTY:            ST:
                                 ZIP:
                             NO PRIOR PLATES
21:22:43 01 10 ETAC13 A5471  I GOT HIM,TAKE A BREAK
21:22:45 01 10 ETAC13 A5471  A918 THANKS
21:22:45 01 10 ETAC13 A5471  A :A918 PT        THANKS
21:23:17 01 10 ETAC13 A5471  A918 3 SHOULD BE IN PASSPORT,THAT VEH CAME UP A LITTLE 510,DRIVER GOT OUT
                             AND WENT IN REALLY QUICK
21:23:17 01 10 ETAC13 A5471  A :A918 PT        3 SHOULD BE IN PASSPORT,THAT VEH CAME UP A
                             LITTLE 510,DRIVER GOT OUT AND WENT IN REALLY QUICK
21:25:57 01 10 ETAC13 A5471  A918 EB GOING TO 67TH DR THEN SB FROM THERE
21:25:57 01 10 ETAC13 A5471  A :A918 PT        EB GOING TO 67TH DR THEN SB FROM THERE
21:26:18 01 10 EAUTON A4261  A :V630 DE 05057  6816 W BHR, - 67TH AV/GLENDALE
21:26:18 01 10 EAUTON A4261  A :V630 DE 05057  CONTROL FOR UNIT CHANGED T13
21:26:26 01 10 EAUTON A4261  A :V631 DE 06914  6816 W BHR, - 67TH AV/GLENDALE
21:26:26 01 10 EAUTON A4261  A :V631 DE 06914  CONTROL FOR UNIT CHANGED T13
21:27:04 01 10 ETAC13 A5471  A918 STOPPED HALF WAY DOWN,DRIVER GOT OUT,MOVED OVER TO PASS SIDE,101 IS
                             NOW THE DRIVER
21:27:04 01 10 ETAC13 A5471  A :A918 PT        STOPPED HALF WAY DOWN,DRIVER GOT OUT,MOVED
                             OVER TO PASS SIDE,101 IS NOW THE DRIVER
21:27:08 01 10 EAUTON A4261  A918 STOPPED HALWAY DOWN DRIVER GOT OUT,MOVED OVER TO PSGR SIDE & FRNT
                             RIGHT 101 SLID OVER & IS DRIVING NOW
21:27:08 01 10 EAUTON A4261  A :A918 PT        STOPPED HALWAY DOWN DRIVER GOT OUT,MOVED OVER
                             TO PSGR SIDE & FRNT RIGHT 101 SLID OVER & IS DRIVING NOW
21:27:30 01 10 ETAC13 A5471  SAU MAINTAIN WIDE PERIMETER,WE'LL MOVE IN TO GET JUMP SET IF IT GOES DOWN
21:27:43 01 10 EAUTON A4261  EN:S52 PT         67TH AV/GLENDALE
21:27:52 01 10 EAUTON A4261  S52 SAU MAINTAIN A WIDE PERIM
21:27:52 01 10 EAUTON A4261  EN:S52 PT         SAU MAINTAIN A WIDE PERIM
21:27:58 01 10 ETAC13 A5471  A918 EB BHR
21:27:58 01 10 ETAC13 A5471  A :A918 PT        EB BHR
21:28:24 01 10 ETAC13 A5471  A918 AT 67TH AV,CONT EB ON BHR,NOT GOING NB
21:28:24 01 10 ETAC13 A5471  A :A918 PT        AT 67TH AV,CONT EB ON BHR,NOT GOING NB
21:28:48 01 10 ETAC13 A5471  A918 67TH AV/BHR EB
21:28:48 01 10 ETAC13 A5471  A :A918 PT        67TH AV/BHR EB
```

```
(s0p10.0h10.0v0T
Page 20                        PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                 Desk/
Time      Date  Unit   ID
21:28:51 01 10 ETAC13 A5471  A :A918 PT         67TH AV/BHR EB
21:29:06 01 10 ETAC13 A5471  A918 LIL MORE 510 AGAIN THIS TIME
21:29:06 01 10 ETAC13 A5471  A :A918 PT          LIL MORE 510 AGAIN THIS TIME
21:29:44 01 10 EAUTON A4261  A :S563 K9 08942  67TH AV/GLENDALE
21:29:44 01 10 EAUTON A4261  A :S563 K9 08942  CONTROL FOR UNIT CHANGED T13
21:29:56 01 10 EAUTON A4261  WORKED ON H11
21:29:56 01 10 EAUTON A4261  Call Remarks added
21:30:08 01 10 ETAC13 A5471  A918 EB APPROACHING 59TH ON BHR
21:30:08 01 10 ETAC13 A5471  A :A918 PT         EB APPROACHING 59TH ON BHR
21:30:43 01 10 ETAC13 A5471  A918 59TH AV/BHR EB
21:30:43 01 10 ETAC13 A5471  A :A918 PT         59TH AV/BHR EB
21:30:50 01 10 EAUTON A4261  A918 WENT LONGER STILL EB 59AV CURB LA #2 VEH BACK HUGGING CURB LIKE GONNA
                             MAKE SB
21:30:50 01 10 EAUTON A4261  A :A918 PT         WENT LONGER STILL EB 59AV CURB LA #2 VEH BACK
                             HUGGING CURB LIKE GONNA MAKE SB
21:31:45 01 10 ETAC13 A5471  A918 59TH AV/BHR EB
21:31:45 01 10 ETAC13 A5471  A :A918 PT         59TH AV/BHR EB
21:32:06 01 10 ETAC13 A5471  A :A918 PT         59TH AV/BHR EB
21:32:20 01 10 EAUTON A4261  A :V638 DE 06103  59AV BHR EB
21:32:23 01 10 EAUTON A4261  A :V635 DE 07014  59AV BHR EB
21:32:26 01 10 EAUTON A4261  A :V63 PT          59AV BHR EB
21:32:28 01 10 EAUTON A4261  A :V630 DE 05057  59AV BHR EB
21:32:31 01 10 EAUTON A4261  A :V631 DE 06914  59AV BHR EB
21:33:13 01 10 ETAC13 A5471  A918 RED LIGHT AT 51ST AV/GRAND/BHR,CONT EB,CANT SEE THEM RIGHT NOW
21:33:13 01 10 ETAC13 A5471  A :A918 PT         RED LIGHT AT 51ST AV/GRAND/BHR,CONT EB,CANT
                             SEE THEM RIGHT NOW
21:33:16 01 10 EAUTON A4261  A918 LOOK LIKE MIGHT BE CATCHING LIGHT AT 51AV GRAND/BHR,LOOK CONTINUE
                             EB,ON RR TRACKS CANT SEE THEM RIGHT NOW
21:33:16 01 10 EAUTON A4261  A :A918 PT         LOOK LIKE MIGHT BE CATCHING LIGHT AT 51AV
                             GRAND/BHR,LOOK CONTINUE EB,ON RR TRACKS CANT SEE THEM RIGHT NOW
21:33:33 01 10 EAUTON A4261  A :V631 DE 06914  51AV BHR/GRAND EB
21:33:35 01 10 EAUTON A4261  A :V630 DE 05057  51AV BHR/GRAND EB
21:33:37 01 10 EAUTON A4261  A :V635 DE 07014  51AV BHR/GRAND EB
21:33:39 01 10 EAUTON A4261  A :V638 DE 06103  51AV BHR/GRAND EB
21:33:43 01 10 EAUTON A4261  A :V63 PT          51AV BHR/GRAND EB
21:34:10 01 10 EAUTON A4261  EN:S52 PT 08963
21:34:25 01 10 EAUTON A4261  A :V63 PT 05227
21:34:35 01 10 ETAC13 A5471  A918 4500 W BHR EB
21:34:35 01 10 ETAC13 A5471  A :A918 PT         4500 W BHR EB
21:34:38 01 10 EAUTON A4261  A :V638 DE 06103  4500 E BHR STILL EB
21:34:41 01 10 EAUTON A4261  A :V635 DE 07014  4500 E BHR STILL EB
21:34:44 01 10 ETAC13 A5471  A918 LIL FASTER THAN EVERYONE ELSE
21:34:44 01 10 ETAC13 A5471  A :A918 PT         LIL FASTER THAN EVERYONE ELSE
21:34:54 01 10 EAUTON A4261  A :V631 DE 06914  4500 E BHR STILL EB
21:34:57 01 10 EAUTON A4261  A :V630 DE 05057  4500 E BHR STILL EB
21:35:04 01 10 ETAC13 A5471  A918 43RD AV STILL EB ON BHR
21:35:04 01 10 ETAC13 A5471  A :A918 PT         43RD AV STILL EB ON BHR
21:35:09 01 10 EAUTON A4261  A :V638 DE 06103  EB 43AV BHR
21:35:11 01 10 ETAC13 A5471  A :A918 PT         43RD AV/BHR EB
21:35:11 01 10 EAUTON A4261  A :V635 DE 07014  EB 43AV BHR
```

```
(s0p10.0h10.0v0T
Page 21                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


             Desk/
Time     Date  Unit   ID
21:35:14 01 10 EAUTON A4261  A :V631 DE 06914  EB 43AV BHR
21:35:17 01 10 EAUTON A4261  A :V630 DE 05057  EB 43AV BHR
21:35:19 01 10 EAUTON A4261  A :V63 PT 05227   EB 43AV BHR
21:36:06 01 10 ETAC13 A5471  A918 35TH AV/BHR EB #1 LANE
21:36:06 01 10 ETAC13 A5471  A :A918 PT        35TH AV/BHR EB #1 LANE
21:36:08 01 10 EAUTON A4261  A918 EB BHR COMING UP 35AV
21:36:08 01 10 EAUTON A4261  A :A918 PT        EB BHR COMING UP 35AV
21:36:10 01 10 ETAC13 A5471  A :A918 PT        35TH AV/BHR EB
21:36:20 01 10 ETAC13 A5471  A918 RED LIGHT,#3 VEH
21:36:20 01 10 ETAC13 A5471  A :A918 PT        RED LIGHT,#3 VEH
21:36:25 01 10 EAUTON A4261  A918 CATCHING RED #1 LA #3 VEH
21:36:25 01 10 EAUTON A4261  A :A918 PT        CATCHING RED #1 LA #3 VEH
21:36:31 01 10 EAUTON A4261  A :V638 DE 06103  35AV BHR EB
21:36:33 01 10 EAUTON A4261  A :V635 DE 07014  35AV BHR EB
21:36:36 01 10 EAUTON A4261  A :V63 PT 05227   35AV BHR EB
21:36:46 01 10 EAUTON A4261  A :V630 DE 05057  35AV BHR EB
21:36:50 01 10 EAUTON A4261  A :V631 DE 06914  35AV BHR EB
21:37:51 01 10 ETAC13 A5471  A918 STILL EB #1 LANE,LEFT TURN LANE 27TH AV,NB
21:37:51 01 10 ETAC13 A5471  A :A918 PT        STILL EB #1 LANE,LEFT TURN LANE 27TH AV,NB
21:37:52 01 10 EAUTON A4261  A918 #1 LA MOVING LEFT TURN NB 27AV
21:37:52 01 10 EAUTON A4261  A :A918 PT        #1 LA MOVING LEFT TURN NB 27AV
21:37:56 01 10 ETAC13 A5471  A :A918 PT        NB 27TH AV/BHR
21:37:58 01 10 EAUTON A4261  A :V638 DE 06103  27AV BHR NB
21:38:00 01 10 EAUTON A4261  A :V635 DE 07014  27AV BHR NB
21:38:03 01 10 EAUTON A4261  A :V631 DE 06914  27AV BHR NB
21:38:06 01 10 EAUTON A4261  A :V630 DE 05057  27AV BHR NB
21:38:13 01 10 ETAC13 A5471  A918 TURNING 6161 COMPLEX?
21:38:13 01 10 ETAC13 A5471  A :A918 PT        TURNING 6161 COMPLEX?
21:38:17 01 10 EAUTON A4261  A918 TURNING INT COMPLX 6161 N 27AV
21:38:17 01 10 EAUTON A4261  A :A918 PT        TURNING INT COMPLX 6161 N 27AV
21:38:40 01 10 ETAC13 A5471  ON EAST SIDE IN THE MIDDLE
21:38:48 01 10 EAUTON A4261  A :V638 DE 06103  6131 N 27AV
21:38:50 01 10 EAUTON A4261  A :V635 DE 07014  6131 N 27AV
21:38:53 01 10 EAUTON A4261  A :V631 DE 06914  6131 N 27AV
21:38:55 01 10 EAUTON A4261  A :V630 DE 05057  6131 N 27AV
21:38:57 01 10 ETAC13 A5471  A :A918 PT        6131 N 27TH AV
21:38:59 01 10 EAUTON A4261  A :V63 PT 05227   6131 N 27AV
21:39:18 01 10 ETAC13 A5471  IN THE COMPLEX?
21:39:28 01 10 ETAC13 A5471  A918 YEAH ON EAST SIDE,UNDER COVERED PARKING,FEW SPOTS DOWN
21:39:28 01 10 ETAC13 A5471  A :A918 PT        YEAH ON EAST SIDE,UNDER COVERED PARKING,FEW
                                               SPOTS DOWN
21:39:34 01 10 ETAC13 A5471  JS OF DUMPSTER
21:39:38 01 10 EAUTON A4261  A918 OVER ON ES PULLING UNDER COVERED PARKING JUST A FEW SPOTS DOWN FROM
                             WHERE THEY PARKED LAST TIME,
21:39:38 01 10 EAUTON A4261  A :A918 PT        OVER ON ES PULLING UNDER COVERED PARKING JUST
                                               A FEW SPOTS DOWN FROM WHERE THEY PARKED LAST TIME,
21:39:55 01 10 EAUTON A4261  A918 SAME DUMPSTER JS OF ON ES,THEY ARE ON WS OF DRIVE
21:39:55 01 10 EAUTON A4261  A :A918 PT        SAME DUMPSTER JS OF ON ES,THEY ARE ON WS OF
                                               DRIVE
21:39:59 01 10 ETAC13 A5471  A918 SAME DUMPSTER,THEY ARE JUST SOUTH OF IT,WEST SIDE OF DIRVE,UNDER
```

PHX001448

```
(s0p10.0h10.0v0T
Page 22                   PHOENIX POLICE DEPARTMENT
FOR: EGGERSS             JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019


CALL: PH19-55839 ACTIVE (R)


              Desk/
Time      Date Unit  ID
                           COVER,I CAN SEE DOORS OPENEING PEOPE STEPPING OUT,CANT SEE WHERE THEY ARE
                           GOING RIGHT NOW
21:39:59 01 10 ETAC13 A5471 A :A918 PT          SAME DUMPSTER,THEY ARE JUST SOUTH OF IT,WEST
                           SIDE OF DIRVE,UNDER COVER,I CAN SEE DOORS OPENEING PEOPE STEPPING OUT,CANT
                           SEE WHERE THEY ARE GOING RIGHT NOW
21:40:04 01 10 EAUTON A4261 A918 GETTING OUT,CANT SEE WHERE THEY'RE GOING
21:40:04 01 10 EAUTON A4261 A :A918 PT          GETTING OUT,CANT SEE WHERE THEY'RE GOING
21:40:23 01 10 ETAC13 A5471 A918 ONE WALKING AWAY NB FROM VEH,CUTTING WB INTO COMPLEX
21:40:23 01 10 ETAC13 A5471 A :A918 PT          ONE WALKING AWAY NB FROM VEH,CUTTING WB INTO
                           COMPLEX
21:40:54 01 10 ETAC13 A5471 A918 SOUTH BOUND THEN GOING INTO FIRST STAIRWELL OF THIS BLDG,CANT TELL IF
                           GOING UPSTAIRS OR NOT
21:40:54 01 10 ETAC13 A5471 A :A918 PT          SOUTH BOUND THEN GOING INTO FIRST STAIRWELL OF
                           THIS BLDG,CANT TELL IF GOING UPSTAIRS OR NOT
21:40:59 01 10 EAUTON A4261 A918 OTHER SB & INTO THE 1ST STAIRWELL OF BLDG THEY ARE PARKED BY,CANT
                           TELL IF THEY WENT UPSTAIRS OR NOT
21:40:59 01 10 EAUTON A4261 A :A918 PT          OTHER SB & INTO THE 1ST STAIRWELL OF BLDG THEY
                           ARE PARKED BY,CANT TELL IF THEY WENT UPSTAIRS OR NOT
21:41:01 01 10 ETAC13 A5471 WE NEED CONFIRM GOING INTO 1050?
21:41:11 01 10 ETAC13 A5471 OUT ON FOOT?
21:41:12 01 10 EAUTON A4261 V630 HE'S OUT ON FOOT
21:41:12 01 10 EAUTON A4261 A :V630 DE 05057  HE'S OUT ON FOOT
21:41:26 01 10 ETAC13 A5471 A918 I HAVE GOOD VIEW OF STAIRS,HE WENT INTO GROUND FLOOR,DIDN'T SEE
                           ANYONE GO UPSTIARS
21:41:26 01 10 ETAC13 A5471 A :A918 PT          I HAVE GOOD VIEW OF STAIRS,HE WENT INTO GROUND
                           FLOOR,DIDN'T SEE ANYONE GO UPSTIARS
21:41:35 01 10 ETAC13 A5471 MAZDA DIRECTLY BEHIND WHERE THEY PARJKED TO THE EAST
21:41:37 01 10 EAUTON A4261 V630 MAZDA ALMOST DIRECTLY BHND WHERE THEY PARKED TO THE E
21:41:37 01 10 EAUTON A4261 A :V630 DE 05057  MAZDA ALMOST DIRECTLY BHND WHERE THEY PARKED
                           TO THE E
21:41:47 01 10 ETAC13 A5471 A918 NOT SEEN ANYONE ELSE LEAVE PASSPORT,NOT SURE WHICH POSITION,BUT POSS
                           RIGHT REAR
21:41:47 01 10 ETAC13 A5471 A :A918 PT          NOT SEEN ANYONE ELSE LEAVE PASSPORT,NOT SURE
                           WHICH POSITION,BUT POSS RIGHT REAR
21:41:50 01 10 EAUTON A4261 A918 I HAVE NOT SEEN ANYONE ELSE LEAVE THE PASSPORT,THINK HE GOT OUT OF
                           THE RIGHT REAR
21:41:50 01 10 EAUTON A4261 A :A918 PT          I HAVE NOT SEEN ANYONE ELSE LEAVE THE
                           PASSPORT,THINK HE GOT OUT OF THE RIGHT REAR
21:42:56 01 10 ETAC13 A5471 A918 MOVEMENT AT THE PASSPORT,ONE SUBJ JUST SMOKING
21:42:56 01 10 ETAC13 A5471 A :A918 PT          MOVEMENT AT THE PASSPORT,ONE SUBJ JUST SMOKING
21:43:08 01 10 ETAC13 A5471 RIGHT NOW SMOKING AT THE BACK
21:43:12 01 10 EAUTON A4261 V630 THATS THE PRIMARY SMOKING AT THE BACK
21:43:12 01 10 EAUTON A4261 A :V630 DE 05057  THATS THE PRIMARY SMOKING AT THE BACK
21:45:06 01 10 ETAC13 A5471 A918 GUY THAT WENT TO APT IS COMING BACK TO THE PASSPORT
21:45:06 01 10 ETAC13 A5471 A :A918 PT          GUY THAT WENT TO APT IS COMING BACK TO THE
                           PASSPORT
21:45:12 01 10 EAUTON A4261 A918 I THINK GUY WENT INTO APT COMING BACK TO PASSPORT,LOOKS LIKE HIM
21:45:12 01 10 EAUTON A4261 A :A918 PT          I THINK GUY WENT INTO APT COMING BACK TO
                           PASSPORT,LOOKS LIKE HIM
21:45:46 01 10 ETAC13 A5471 GOT IN REAR PASSENGER
```

PHX001449

```
(s0p10.0h10.0v0T
Page 23                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

              Desk/
Time    Date  Unit   ID
21:45:48 01 10 EAUTON A4261 V638 HE GOT IN REAR PSGR
21:45:48 01 10 EAUTON A4261 A :V638 DE 06103  HE GOT IN REAR PSGR
21:45:56 01 10 EAUTON A4261 A :V636 DE 07710  67TH AV/GLENDALE
21:45:56 01 10 EAUTON A4261 A :V636 DE 07710  CONTROL FOR UNIT CHANGED T13
21:46:00 01 10 ETAC13 A5471 V636 I SAW NIKE GO INTO 1050,USED A SET OF KEYS
21:46:00 01 10 ETAC13 A5471 A :V636 DE 07710  I SAW NIKE GO INTO 1050,USED A SET OF KEYS
21:46:02 01 10 EAUTON A4261 A :V636 DE 07710  6131 N 27AV
21:46:10 01 10 EAUTON A4261 V636 FOR THOSE I SAW HIM GO INTO APT 1050
21:46:10 01 10 EAUTON A4261 A :V636 DE 07710  FOR THOSE I SAW HIM GO INTO APT 1050
21:46:21 01 10 ETAC13 A5471 A918 BACKING OUT
21:46:21 01 10 ETAC13 A5471 A :A918 PT        BACKING OUT
21:46:24 01 10 EAUTON A4261 A918 THEY'RE BACKING UP
21:46:24 01 10 EAUTON A4261 A :A918 PT        THEY'RE BACKING UP
21:46:34 01 10 ETAC13 A5471 A918 SB THE WAY THEY CAME IN
21:46:34 01 10 ETAC13 A5471 A :A918 PT        SB THE WAY THEY CAME IN
21:46:47 01 10 EAUTON A4261 A918 SB GOING TO GO BACK OUT WHERE THEY CAME IN
21:46:47 01 10 EAUTON A4261 A :A918 PT        SB GOING TO GO BACK OUT WHERE THEY CAME IN
21:46:53 01 10 EAUTON A4261 A918 WB ON S END
21:46:53 01 10 EAUTON A4261 A :A918 PT        WB ON S END
21:46:56 01 10 ETAC13 A5471 A918 WB ON THE S END
21:46:56 01 10 ETAC13 A5471 A :A918 PT        WB ON THE S END
21:47:34 01 10 ETAC13 A5471 A918 27TH AV/GOING SB TURN
21:47:34 01 10 ETAC13 A5471 A :A918 PT        27TH AV/GOING SB TURN
21:47:41 01 10 ETAC13 A5471 A918 ALMOST SB
21:47:41 01 10 ETAC13 A5471 A :A918 PT        ALMOST SB
21:48:07 01 10 ETAC13 A5471 A918 EB BHR/27TH AV
21:48:07 01 10 ETAC13 A5471 A :A918 PT        EB BHR/27TH AV
21:48:08 01 10 EAUTON A4261 A :V638 DE 06103  EB BHR FROM 27AV
21:48:09 01 10 ETAC13 A5471 A :A918 PT        EB BHR/27TH AV
21:48:10 01 10 EAUTON A4261 A :V636 DE 07710  EB BHR FROM 27AV
21:48:12 01 10 EAUTON A4261 A :V635 DE 07014  EB BHR FROM 27AV
21:48:14 01 10 EAUTON A4261 A :V631 DE 06914  EB BHR FROM 27AV
21:48:17 01 10 EAUTON A4261 A :V630 DE 05057  EB BHR FROM 27AV
21:48:18 01 10 EAUTON A4261 A :V63 PT 05227   EB BHR FROM 27AV
21:48:31 01 10 ETAC13 A5471 A918 NOT GETTING ON I17,CONT EB ON BHR
21:48:31 01 10 ETAC13 A5471 A :A918 PT        NOT GETTING ON I17,CONT EB ON BHR
21:48:42 01 10 EAUTON A4261 A :V638 DE 06103  I17 EB ON BHR
21:48:44 01 10 EAUTON A4261 A :V636 DE 07710  I17 EB ON BHR
21:48:46 01 10 EAUTON A4261 A :V635 DE 07014  I17 EB ON BHR
21:48:51 01 10 ETAC13 A5471 NO WHATABURGER THERE,LAST TWO HITS
21:48:54 01 10 ETAC13 A5471 I'LL JUMP IN
21:49:02 01 10 ETAC13 A5471 STILL NB HERE 23RD AV
21:49:07 01 10 ETAC13 A5471 A918 STILL NB HERE 23RD AV
21:49:07 01 10 ETAC13 A5471 A :A918 PT        STILL NB HERE 23RD AV
21:49:09 01 10 EAUTON A4261 V63 WHATABURGER IN SHOPPING CNTR,THAT HAS BEEN THERE 2 LAST HITS
21:49:09 01 10 EAUTON A4261 A :V63 PT 05227   WHATABURGER IN SHOPPING CNTR,THAT HAS BEEN
                            THERE 2 LAST HITS
21:49:19 01 10 ETAC13 A5471 A918 WB THRU LOT
21:49:19 01 10 ETAC13 A5471 A :A918 PT        WB THRU LOT
21:49:26 01 10 ETAC13 A5471 TOWRAD WHATABURGER
```

```
(s0p10.0h10.0v0T
Page 24                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


               Desk/
Time     Date Unit  ID
21:49:27 01 10 EAUTON A4261 A918 WB THROUGH THE LOT
21:49:27 01 10 EAUTON A4261 A :A918 PT        WB THROUGH THE LOT
21:49:28 01 10 ETAC13 A5471 A918 PARKING SPOT
21:49:28 01 10 ETAC13 A5471 A :A918 PT        PARKING SPOT
21:49:48 01 10 ETAC13 A5471 WHATABURGER 2460 W BHR
21:50:35 01 10 EAUTON A4261 FLOOD LIGHTS FLASHING WS OF THIS WHATABURGER,COULD HAVE BEEN ON OTHER SIDE
                            OF FRWY
21:50:43 01 10 ETAC13 A5471 THOSE RED/BLU MAY HAVE BEEN DPS
21:50:48 01 10 ETAC13 A5471 I'M WATCHING BETWEEN THESE TWO VEHS
21:50:54 01 10 ETAC13 A5471 A4 STAGING?
21:50:57 01 10 ETAC13 A5471 I17/BHR
21:51:07 01 10 ETAC13 A5471 A918 VEH PARKED NEXT TO HAVE SOMEONE IN IT?
21:51:07 01 10 ETAC13 A5471 A :A918 PT        VEH PARKED NEXT TO HAVE SOMEONE IN IT?
21:51:12 01 10 ETAC13 A5471 SURE THERE A DRIVER IN THERE
21:51:18 01 10 ETAC13 A5471 A4 THAT VEH IS COLD
21:51:21 01 10 EAUTON A4261 V635 I PRETTY SURE DRIVER IN THAT VEH THEY ARE PARKED NEXT TO
21:51:21 01 10 EAUTON A4261 A :V635 DE 07014  I PRETTY SURE DRIVER IN THAT VEH THEY ARE
                            PARKED NEXT TO
21:51:24 01 10 ETAC13 A5471 52 PARKED NOSE IN TO BUSN?
21:51:30 01 10 EAUTON A4261 V635 THEY PARKED W END OF BUSN
21:51:30 01 10 EAUTON A4261 A :V635 DE 07014  THEY PARKED W END OF BUSN
21:51:34 01 10 ETAC13 A5471 NO VEHS IN PLOT BETWEEN BIG LOTS AND WHATABURGER
21:51:45 01 10 EAUTON A4261 V635 NO VEHS IN LT,THEY ARE BTWN BIG LOTS & WHATABURGER
21:51:45 01 10 EAUTON A4261 A :V635 DE 07014  NO VEHS IN LT,THEY ARE BTWN BIG LOTS &
                            WHATABURGER
21:51:48 01 10 ETAC13 A5471 A4 PRIME SPOT GOOD VISION ON WHATABURGER,PARKED THERE ON PURPOSE
21:52:01 01 10 ETAC13 A5471 A4 IT'S PARKED TO BLLOCK THEM FROM BEING SEEN
21:52:05 01 10 EAUTON A4261 A918 ALMOST LOOKED LIKE THEY PICKED OUT THIS VEH BLOCKING ANYBODY SEEING
                            THEM FROM THE WHATABURGER
21:52:05 01 10 ETAC13 A5471 SET UP IN THE AREA,SCOUT
21:52:05 01 10 EAUTON A4261 A :A918 PT        ALMOST LOOKED LIKE THEY PICKED OUT THIS VEH
                            BLOCKING ANYBODY SEEING THEM FROM THE WHATABURGER
21:52:11 01 10 ETAC13 A5471 DO WHAT YOU CAN TO FILM IN CAMERA
21:52:16 01 10 ETAC13 A5471 TRYING TO GET OVER THERE
21:52:20 01 10 ETAC13 A5471 V63 HEY CRAIG DO WHAT YOU CAN TO GET SET UP SO YOU CALL FILM IT
21:52:20 01 10 EAUTON A4261 A :V63 PT 05227  HEY CRAIG DO WHAT YOU CAN TO GET SET UP SO YOU
                            CALL FILM IT
21:52:26 01 10 ETAC13 A5471 23 STILL GOOD FOR K9 IN BACK?
21:52:38 01 10 ETAC13 A5471 GET WITH 25,I'LL JUMP IN FRONT SEAT
21:52:40 01 10 EAUTON A4261 EN:S523 PT        67TH AV/GLENDALE
21:52:50 01 10 ETAC13 A5471 PUT CODE 5 TO PATROL IN THIS LOCATION
21:52:55 01 10 EAUTON A4261 EN:S523 PT 09287
21:53:08 01 10 EAUTON A4261 EN:S522 PT        67TH AV/GLENDALE
21:53:13 01 10 ETAC13 A5471 A918 VEH ON MOVE
21:53:13 01 10 ETAC13 A5471 A :A918 PT        VEH ON MOVE
21:53:22 01 10 ETAC13 A5471 A918 BACK OUT TOWARD BETHANY
21:53:22 01 10 ETAC13 A5471 A :A918 PT        BACK OUT TOWARD BETHANY
21:53:23 01 10 EAUTON A4261 EN:S522 PT 08677
21:53:33 01 10 ETAC13 A5471 A918 GOING WB ON BHR
21:53:33 01 10 ETAC13 A5471 A :A918 PT        GOING WB ON BHR
```

PHX001451

```
(s0p10.0h10.0v0T
Page 25                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS               JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


              Desk/
Time      Date Unit  ID
21:53:38 01 10 EAUTON A4261  A918 VEH ON MOVE BACK OUT BHR,COULD GO NB ON ACCESS
21:53:38 01 10 EAUTON A4261  A :A918 PT      VEH ON MOVE BACK OUT BHR,COULD GO NB ON ACCESS
21:53:44 01 10 ETAC13 A5471  A918 NB ON ACCESS FROM BHR
21:53:44 01 10 ETAC13 A5471  A :A918 PT       NB ON ACCESS FROM BHR
21:53:46 01 10 EAUTON A4261  A918 CURB LA NB ON ACCESS RD FROM BHR
21:53:46 01 10 EAUTON A4261  A :A918 PT       CURB LA NB ON ACCESS RD FROM BHR
21:53:50 01 10 ETAC13 A5471  A :A918 PT       I17 /BHR NB ACCESS
21:53:56 01 10 ETAC13 A5471  A918 GOING PAST WHATABURGER RIGHT NOW
21:53:56 01 10 ETAC13 A5471  A :A918 PT       GOING PAST WHATABURGER RIGHT NOW
21:54:05 01 10 ETAC13 A5471  A918 GETTING ON I17 NB
21:54:05 01 10 ETAC13 A5471  A :A918 PT       GETTING ON I17 NB
21:54:15 01 10 EAUTON A4261  A :V638 DE 06103  I17 BHR NB
21:54:19 01 10 EAUTON A4261  A :V636 DE 07710  I17 BHR NB
21:54:22 01 10 EAUTON A4261  A :V635 DE 07014  I17 BHR NB
21:54:23 01 10 ETAC13 A5471  BIG HIT FROM LAST WHATABURGER LAST NIGHT,THEY LIKE THAT
21:54:33 01 10 ETAC13 A5471  A4 I'M AT GLENDALE AND 19TH
21:54:36 01 10 EAUTON A4261  V63 THEY GOT A BIG HIT ON WHATABURER THE OTHER NIGHT
21:54:36 01 10 EAUTON A4261  A :V63 PT 05227  THEY GOT A BIG HIT ON WHATABURER THE OTHER NIGHT
21:54:51 01 10 EAUTON A4261  A4 IS AT 19AV GLENDALE SURV OR TAKING OFF?
21:54:52 01 10 ETAC13 A5471  A918 FULL SURV FOR A WHILE YET,STILL NB I17/GLENDALE
21:54:52 01 10 ETAC13 A5471  A :A918 PT       FULL SURV FOR A WHILE YET,STILL NB I17/GLENDALE
21:54:59 01 10 ETAC13 A5471  A4 WE'LL ALMOST DONE,WE'RE IN THE AREA
21:55:06 01 10 EAUTON A4261  A4 OK WE'RE ABT DONE W/OUR SHIFT IN AREA
21:55:07 01 10 ETAC13 A5471  A918 NB I17
21:55:07 01 10 ETAC13 A5471  A :A918 PT       NB I17
21:55:14 01 10 ETAC13 A5471  A4 COPY,WHERE WAS IT?
21:55:18 01 10 EAUTON A4261  A4 WHAT WAS CAR?
21:55:26 01 10 EAUTON A4261  A918 MAR OLDER HOND PASSPORT
21:55:26 01 10 EAUTON A4261  A :A918 PT       MAR OLDER HOND PASSPORT
21:55:37 01 10 EAUTON A4261  A918 NB I17 CURB LANE,NOT EXITING NORTHERN
21:55:37 01 10 ETAC13 A5471  A :A918 PT       NB I17 CURB LANE,NOT EXITING NORTHERN
21:55:39 01 10 EAUTON A4261  A918 NB I17 CURB LA STILL NB FROM NO
21:55:39 01 10 EAUTON A4261  A :A918 PT       NB I17 CURB LA STILL NB FROM NO
21:56:03 01 10 EAUTON A4261  A :V638 DE 06103  I17 NORTHERN NB
21:56:05 01 10 EAUTON A4261  A :V636 DE 07710  I17 NORTHERN NB
21:56:07 01 10 EAUTON A4261  A :V635 DE 07014  I17 NORTHERN NB
21:56:11 01 10 EAUTON A4261  A :V63 PT 05227  I17 NORTHERN NB
21:56:16 01 10 EAUTON A4261  A :V630 DE 05057  I17 NORTHERN NB
21:56:20 01 10 EAUTON A4261  A :V631 DE 06914  I17 NORTHERN NB
21:56:49 01 10 EAUTON A4261  A :A918 PT       I17 NORTHERN NB
21:56:54 01 10 EAUTON A4261  EN:S52 PT 08963  I17 NORTHERN NB
21:56:56 01 10 EAUTON A4261  EN:S522 PT 08677  I17 NORTHERN NB
21:56:59 01 10 EAUTON A4261  EN:S523 PT 09287  I17 NORTHERN NB
21:57:07 01 10 ETAC13 A5471  A918 PASSING METRO CENTER,STILL NB
21:57:07 01 10 ETAC13 A5471  A :A918 PT       PASSING METRO CENTER,STILL NB
21:57:08 01 10 EAUTON A4261  A918 NB PASSING METRO
21:57:08 01 10 EAUTON A4261  A :A918 PT       NB PASSING METRO
21:58:02 01 10 ETAC13 A5471  A918 #1 LANE,STILL FASTER THAN TRAFFIC,APPROACHING CACTUS
21:58:02 01 10 ETAC13 A5471  A :A918 PT       #1 LANE,STILL FASTER THAN TRAFFIC,APPROACHING
                             CACTUS
```

PHX001452

```
(s0p10.0h10.0v0T
Page 26                          PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019


CALL: PH19-55839 ACTIVE (R)


                Desk/
Time      Date  Unit  ID
21:58:04 01 10 EAUTON A4261  A918 #1 STILL NB I17 COMING UP CACTUS
21:58:04 01 10 EAUTON A4261  A :A918 PT        #1 STILL NB I17 COMING UP CACTUS
21:58:21 01 10 ETAC13 A5471  NEXT WHATABURGERS ARE 31ST AV/THUNDERBIRD,43RD AV/BELL
21:58:22 01 10 EAUTON A4261  V63 I THINK NEXT WHATABURER TBIRD & 43AV BELL
21:58:22 01 10 EAUTON A4261  A :V63 PT 05227  I THINK NEXT WHATABURER TBIRD & 43AV BELL
21:59:00 01 10 ETAC13 A5471  A918 ALL THE WAY OVER LEFT,PASSING TBIRD
21:59:00 01 10 ETAC13 A5471  A :A918 PT       ALL THE WAY OVER LEFT,PASSING TBIRD
21:59:02 01 10 EAUTON A4261  A :V638 DE 06103  I17 TBIRD NB
21:59:05 01 10 EAUTON A4261  A :V636 DE 07710  I17 TBIRD NB
21:59:07 01 10 EAUTON A4261  A :V635 DE 07014  I17 TBIRD NB
21:59:14 01 10 EAUTON A4261  A :V631 DE 06914  I17 TBIRD NB
21:59:16 01 10 EAUTON A4261  A :V630 DE 05057  I17 TBIRD NB
21:59:18 01 10 EAUTON A4261  A :V63 PT 05227  I17 TBIRD NB
21:59:25 01 10 EAUTON A4261  A :A918 PT        I17 TBIRD NB
21:59:57 01 10 ETAC13 A5471  GUYS STAYING PRETTY CLOSE?
22:00:03 01 10 EAUTON A4261  V63 63 GUYS PRETTY CLOSE?
22:00:03 01 10 EAUTON A4261  A :V63 PT 05227  63 GUYS PRETTY CLOSE?
22:00:07 01 10 ETAC13 A5471  A918 NB FROM GREENWAY
22:00:07 01 10 ETAC13 A5471  A :A918 PT         NB FROM GREENWAY
22:00:11 01 10 ETAC13 A5471  ABOUT 1/4 MILE BACK
22:00:21 01 10 EAUTON A4261  V638 1/4 MI BACK
22:00:21 01 10 EAUTON A4261  A :V638 DE 06103  1/4 MI BACK
22:00:30 01 10 ETAC13 A5471  V636 I'M WITH HIM
22:00:30 01 10 ETAC13 A5471  A :V636 DE 07710  I'M WITH HIM
22:00:41 01 10 ETAC13 A5471  A918 HOV NB FROM BELL
22:00:41 01 10 ETAC13 A5471  A :A918 PT        HOV NB FROM BELL
22:00:46 01 10 ETAC13 A5471  A :A918 PT        I17/BELL NB
22:00:47 01 10 EAUTON A4261  A :V638 DE 06103  I17 BELL NB
22:00:49 01 10 EAUTON A4261  A :V636 DE 07710  I17 BELL NB
22:00:52 01 10 EAUTON A4261  A :V635 DE 07014  I17 BELL NB
22:00:54 01 10 EAUTON A4261  A :V631 DE 06914  I17 BELL NB
22:00:56 01 10 EAUTON A4261  A :V630 DE 05057  I17 BELL NB
22:00:57 01 10 EAUTON A4261  A :V63 PT 05227  I17 BELL NB
22:01:29 01 10 ETAC13 A5471  A918 PASSING UH GETTING OVER TO THE RIGHT
22:01:29 01 10 ETAC13 A5471  A :A918 PT         PASSING UH GETTING OVER TO THE RIGHT
22:01:30 01 10 EAUTON A4261  A918 UH GETTING OVER TO THE RIGHT LA
22:01:30 01 10 EAUTON A4261  A :A918 PT        UH GETTING OVER TO THE RIGHT LA
22:01:43 01 10 EAUTON A4261  A :V638 DE 06103  I17 UH
22:01:45 01 10 EAUTON A4261  A :V63 PT 05227  I17 UH
22:01:46 01 10 EAUTON A4261  A :V636 DE 07710  I17 UH
22:01:49 01 10 EAUTON A4261  A :V635 DE 07014  I17 UH
22:01:51 01 10 EAUTON A4261  A :V631 DE 06914  I17 UH
22:01:54 01 10 EAUTON A4261  A :V630 DE 05057  I17 UH
22:01:59 01 10 EAUTON A4261  A :V63 PT 05227  I17 UH
22:02:04 01 10 EAUTON A4261  A :A918 PT        I17 UH
22:02:13 01 10 EAUTON A4261  A918 GIVE ME A SEC,SEE WHICH WAY,LOOKS LIKE L101 WB
22:02:13 01 10 EAUTON A4261  A :A918 PT        GIVE ME A SEC,SEE WHICH WAY,LOOKS LIKE L101 WB
22:02:17 01 10 ETAC13 A5471  A918 GOING WB ON L101
22:02:17 01 10 ETAC13 A5471  A :A918 PT        GOING WB ON L101
22:02:20 01 10 EAUTON A4261  A :V638 DE 06103  I17 L101 WB
```

PHX001453

```
(s0p10.0h10.0v0T
Page 27                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


               Desk/
Time     Date Unit  ID
22:02:23 01 10 EAUTON A4261  A :V636 DE 07710  I17 L101 WB
22:02:25 01 10 EAUTON A4261  A :V635 DE 07014  I17 L101 WB
22:02:27 01 10 EAUTON A4261  A :V631 DE 06914  I17 L101 WB
22:02:30 01 10 EAUTON A4261  A :V630 DE 05057  I17 L101 WB
22:02:32 01 10 EAUTON A4261  A :V63 PT 05227   I17 L101 WB
22:02:48 01 10 EAUTON A4261  V636 L101 EB CLOSED SO IF HE WANTED THAT WHATABURER LOST THAT OPPORTUNITY
22:02:48 01 10 EAUTON A4261  A :V636 DE 07710  L101 EB CLOSED SO IF HE WANTED THAT WHATABURER
                             LOST THAT OPPORTUNITY
22:03:02 01 10 EAUTON A4261  A918 NEXT OPPORTUNITY TO EXIT IS 51AV
22:03:02 01 10 EAUTON A4261  A :A918 PT         NEXT OPPORTUNITY TO EXIT IS 51AV
22:03:27 01 10 EAUTON A4261  A :A918 PT         I17 L101 WB
22:03:38 01 10 ETAC13 A5471  A918 CROSSING 35TH AV,STAYING IN RIGHT LANE,STILL WB
22:03:38 01 10 ETAC13 A5471  A :A918 PT         CROSSING 35TH AV,STAYING IN RIGHT LANE,STILL WB
22:03:48 01 10 ETAC13 A5471  A918 WHATABURGER AT 67TH AV/L101?
22:03:48 01 10 ETAC13 A5471  A :A918 PT         WHATABURGER AT 67TH AV/L101?
22:03:50 01 10 EAUTON A4261  A918 PASSING 35AV STAYING OVER TOWARDS RIGHT LA,SO POSS 51AV EXIT
22:03:50 01 10 EAUTON A4261  A :A918 PT         PASSING 35AV STAYING OVER TOWARDS RIGHT LA,SO
                             POSS 51AV EXIT
22:03:59 01 10 ETAC13 A5471  JUST SOUTH
22:04:04 01 10 EAUTON A4261  A918 ISNT THERE ARE WHATABURER JN L101 67AV
22:04:04 01 10 EAUTON A4261  A :A918 PT         ISNT THERE ARE WHATABURER JN L101 67AV
22:04:09 01 10 EAUTON A4261  V631 JS
22:04:09 01 10 EAUTON A4261  A :V631 DE 06914  JS
22:04:16 01 10 ETAC13 A5471  JW OF L101 ON BELL
22:04:16 01 10 EAUTON A4261  V63 HIT THE ONE THE OTHER NIGHT JW
22:04:16 01 10 EAUTON A4261  A :V63 PT 05227  HIT THE ONE THE OTHER NIGHT JW
22:04:23 01 10 ETAC13 A5471  A918 PICKED UP SPEED IN #1 LANE
22:04:23 01 10 ETAC13 A5471  A :A918 PT         PICKED UP SPEED IN #1 LANE
22:04:31 01 10 ETAC13 A5471  (M) POSS DEST IS 8922 W BELL RD WHATABURGER
22:04:31 01 10 EAUTON A4261  A918 MOVED OVER #1 PICKED UP SPEED A BIT,MOVING QUICKER PASSING 43AV
22:04:31 01 10 EAUTON A4261  A :A918 PT         MOVED OVER #1 PICKED UP SPEED A BIT,MOVING
                             QUICKER PASSING 43AV
22:05:01 01 10 ETAC13 A5471  THINK THEY HIT THAT ONE
22:05:04 01 10 ETAC13 A5471  YEAH THEY HAVE
22:05:08 01 10 EAUTON A4261  V631 ONE AT 91AV BELL
22:05:08 01 10 EAUTON A4261  A :V631 DE 06914  ONE AT 91AV BELL
22:05:13 01 10 ETAC13 A5471  A918 MOVED BACK OVER,MIDDLE LANE,PASSING 51ST AV
22:05:13 01 10 ETAC13 A5471  A :A918 PT         MOVED BACK OVER,MIDDLE LANE,PASSING 51ST AV
22:05:15 01 10 EAUTON A4261  V63 YEHA THATS THE ONE THE HIT RIGHT CHRIS
22:05:15 01 10 EAUTON A4261  A :V63 PT 05227  YEHA THATS THE ONE THE HIT RIGHT CHRIS
22:05:29 01 10 EAUTON A4261  V638 YEAH
22:05:29 01 10 EAUTON A4261  A :V638 DE 06103  YEAH
22:05:40 01 10 ETAC13 A5471  A918 NOT EXITING 59TH AV,CONT WB #1 LANE
22:05:40 01 10 ETAC13 A5471  A :A918 PT         NOT EXITING 59TH AV,CONT WB #1 LANE
22:05:44 01 10 EAUTON A4261  A918 NOT EXITING 59AV CONTINUING WB #1 LA
22:05:44 01 10 EAUTON A4261  A :A918 PT         NOT EXITING 59AV CONTINUING WB #1 LA
22:05:48 01 10 EAUTON A4261  A :V638 DE 06103  59AV L101 WB
22:05:51 01 10 EAUTON A4261  A :V636 DE 07710  59AV L101 WB
22:05:53 01 10 EAUTON A4261  A :V635 DE 07014  59AV L101 WB
22:05:58 01 10 EAUTON A4261  A :V631 DE 06914  59AV L101 WB
```

PHX001454

```
(s0p10.0h10.0v0T
Page 28                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

                Desk/
Time      Date  Unit  ID
22:06:00 01 10 EAUTON A4261  A :V630 DE 05057  59AV L101 WB
22:06:02 01 10 EAUTON A4261  A :V63 PT 05227  59AV L101 WB
22:06:26 01 10 ETAC13 A5471  A918 #1 LANE,PASSING 67TH AV
22:06:26 01 10 ETAC13 A5471  A :A918 PT        #1 LANE,PASSING 67TH AV
22:06:31 01 10 EAUTON A4261  A918 STILL #1 JUST ABT TO PASS 67AV
22:06:31 01 10 EAUTON A4261  A :A918 PT        STILL #1 JUST ABT TO PASS 67AV
22:06:47 01 10 EAUTON A4261  V63 V638 YOU AT?
22:06:47 01 10 EAUTON A4261  A :V63 PT 05227  V638 YOU AT?
22:06:56 01 10 ETAC13 A5471  JUST ONE MILE BEHIND
22:06:57 01 10 EAUTON A4261  V638 IM A MI BHDN
22:06:57 01 10 EAUTON A4261  A :V638 DE 06103  IM A MI BHDN
22:07:04 01 10 ETAC13 A5471  68 AND I ARE WITHIN EYE SHOT
22:07:08 01 10 EAUTON A4261  V635 V68 & I ARE W/IN EYE SHOT
22:07:08 01 10 EAUTON A4261  A :V635 DE 07014  V68 & I ARE W/IN EYE SHOT
22:07:20 01 10 ETAC13 A5471  A918 STILL #1 LANE,CROSSING 75TH AV
22:07:20 01 10 ETAC13 A5471  A :A918 PT        STILL #1 LANE,CROSSING 75TH AV
22:07:21 01 10 EAUTON A4261  A918 STILL #1 ABT TO CROSS 75AV
22:07:21 01 10 EAUTON A4261  A :A918 PT        STILL #1 ABT TO CROSS 75AV
22:07:28 01 10 EAUTON A4261  A :V638 DE 06103  75AV L101 WB
22:07:30 01 10 EAUTON A4261  A :V636 DE 07710  75AV L101 WB
22:07:31 01 10 EAUTON A4261  A :V635 DE 07014  75AV L101 WB
22:07:34 01 10 EAUTON A4261  A :V631 DE 06914  75AV L101 WB
22:07:36 01 10 EAUTON A4261  A :V630 DE 05057  75AV L101 WB
22:07:39 01 10 EAUTON A4261  A :V630 DE 05057  75AV L101 WB
22:07:39 01 10 ETAC13 A5471  A :A918 PT        L101/75TH AV WB
22:07:41 01 10 EAUTON A4261  A :V63 PT 05227  75AV L101 WB
22:07:44 01 10 EAUTON A4261  A :A918 PT        75AV L101 WB
22:07:48 01 10 EAUTON A4261  EN:S52 PT 08963  75AV L101 WB
22:07:50 01 10 EAUTON A4261  EN:S522 PT 08677  75AV L101 WB
22:07:53 01 10 EAUTON A4261  EN:S523 PT 09287  75AV L101 WB
22:07:57 01 10 EAUTON A4261  A :S563 K9 08942  75AV L101 WB
22:08:00 01 10 EAUTON A4261  EN:S53 PT 07273  75AV L101 WB
22:08:10 01 10 ETAC13 A5471  A918 STILL #1 LANE
22:08:10 01 10 ETAC13 A5471  A :A918 PT        STILL #1 LANE
22:08:18 01 10 EAUTON A4261  A918 STILL #1 LA GOTTA GO SOON IF GOING TO GET OFF AT BELL
22:08:18 01 10 EAUTON A4261  A :A918 PT        STILL #1 LA GOTTA GO SOON IF GOING TO GET OFF
                             AT BELL
22:08:34 01 10 EAUTON A4261  A918 SB L101 CROSSING UH #1 LA
22:08:34 01 10 EAUTON A4261  A :A918 PT        SB L101 CROSSING UH #1 LA
22:08:35 01 10 ETAC13 A5471  A918 SB L101 #1 CROSSING UH
22:08:35 01 10 ETAC13 A5471  A :A918 PT        SB L101 #1 CROSSING UH
22:08:41 01 10 ETAC13 A5471  A :A918 PT        L101/UH SB
22:08:41 01 10 EAUTON A4261  A :V638 DE 06103  L101 UH SB
22:08:44 01 10 EAUTON A4261  A :V636 DE 07710  L101 UH SB
22:08:47 01 10 EAUTON A4261  A :V635 DE 07014  L101 UH SB
22:08:49 01 10 EAUTON A4261  A :V631 DE 06914  L101 UH SB
22:08:51 01 10 EAUTON A4261  A :V630 DE 05057  L101 UH SB
22:08:52 01 10 EAUTON A4261  A :V63 PT 05227  L101 UH SB
22:08:59 01 10 EAUTON A4261  A918 EXITING BELL FROM SB L101
22:08:59 01 10 EAUTON A4261  A :A918 PT        EXITING BELL FROM SB L101
```

PHX001455

```
(s0p10.0h10.0v0T
Page 29                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS          JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

            Desk/
Time    Date Unit  ID
22:09:00 01 10 ETAC13 A5471  A918 HE IS EXITING BELL ROAD FROM SB L101
22:09:00 01 10 ETAC13 A5471  A :A918 PT       HE IS EXITING BELL ROAD FROM SB L101
22:09:05 01 10 ETAC13 A5471  A :A918 PT       L101/BELL SB
22:09:06 01 10 EAUTON A4261  A :V638 DE 06103  L101 BELL
22:09:09 01 10 EAUTON A4261  A :A918 PT       L101 BELL
22:09:12 01 10 EAUTON A4261  A :V636 DE 07710  L101 BELL
22:09:14 01 10 EAUTON A4261  A :V635 DE 07014  L101 BELL
22:09:20 01 10 EAUTON A4261  A918 ALL WAY TO RIGHT WB ON BELL
22:09:20 01 10 EAUTON A4261  A :A918 PT       ALL WAY TO RIGHT WB ON BELL
22:09:25 01 10 EAUTON A4261  A :V635 DE 07014  L101 BELL WB
22:09:26 01 10 EAUTON A4261  A :V636 DE 07710  L101 BELL WB
22:09:29 01 10 EAUTON A4261  A :V638 DE 06103  L101 BELL WB
22:09:31 01 10 ETAC13 A5471  A918 ALL THE WAY RIGHT,WB TURN ON BELL,91ST AV/BELL ROAD LOOKING GOOD
                              RIGHT NOW
22:09:31 01 10 ETAC13 A5471  A :A918 PT       ALL THE WAY RIGHT,WB TURN ON BELL,91ST AV/BELL
                              ROAD LOOKING GOOD RIGHT NOW
22:09:31 01 10 EAUTON A4261  A :V631 DE 06914  L101 BELL WB
22:09:33 01 10 EAUTON A4261  A :V630 DE 05057  L101 BELL WB
22:09:35 01 10 EAUTON A4261  A :V63 PT 05227  L101 BELL WB
22:09:38 01 10 EAUTON A4261  A :A918 PT       L101 BELL WB
22:09:51 01 10 ETAC13 A5471  A918 GOING WB ON BELL RD FROM 101
22:09:51 01 10 EAUTON A4261  A918 NOW TURING WB BELL FROM L101
22:09:51 01 10 ETAC13 A5471  A :A918 PT       GOING WB ON BELL RD FROM 101
22:09:51 01 10 EAUTON A4261  A :A918 PT       NOW TURING WB BELL FROM L101
22:10:07 01 10 EAUTON A4261  A918 WHATABURGER 91AV BELL LOOKING PRETTY GOOD
22:10:07 01 10 EAUTON A4261  A :A918 PT       WHATABURGER 91AV BELL LOOKING PRETTY GOOD
22:10:16 01 10 ETAC13 A5471  A918 GOING SB ON 84THAV TOWARD CRACKER BARREL
22:10:16 01 10 ETAC13 A5471  A :A918 PT       GOING SB ON 84THAV TOWARD CRACKER BARREL
22:10:22 01 10 ETAC13 A5471  A :A918 PT       84TH AV/BELL SB
22:10:27 01 10 EAUTON A4261  A918 GETTING INTO LEFT TURN TO GO SB 84AV TOWARDS CRACKER BARREL
22:10:27 01 10 EAUTON A4261  A :A918 PT       GETTING INTO LEFT TURN TO GO SB 84AV TOWARDS
                              CRACKER BARREL
22:10:39 01 10 EAUTON A4261  A918 SEC CAR WASH THERE,JUST SITTING THERE
22:10:39 01 10 EAUTON A4261  A :A918 PT       SEC CAR WASH THERE,JUST SITTING THERE
22:10:43 01 10 ETAC13 A5471  A918 SEC CORNER BY THE CAR WASH,
22:10:43 01 10 ETAC13 A5471  A :A918 PT       SEC CORNER BY THE CAR WASH,
22:10:49 01 10 ETAC13 A5471  GET SOMEONE AT WHATABURGER
22:10:49 01 10 EAUTON A4261  V63 GET SOMEONE OVER WHATABURGER JUST IN CASE
22:10:49 01 10 EAUTON A4261  A :V63 PT 05227  GET SOMEONE OVER WHATABURGER JUST IN CASE
22:10:58 01 10 EAUTON A4261  A :V636 DE 07710  8922 W BELL
22:11:15 01 10 ETAC13 A5471  RED HYUNDAI,WOULDN'T BE SURPRISED LEAD VEH
22:11:16 01 10 EAUTON A4261  S52 LEAD VEH
22:11:16 01 10 EAUTON A4261  EN:S52 PT 08963  LEAD VEH
22:11:23 01 10 ETAC13 A5471  A918 PULLED INTO SHELL STATION,UNDER PUMP,OUT OF MY SIGHT
22:11:23 01 10 ETAC13 A5471  A :A918 PT       PULLED INTO SHELL STATION,UNDER PUMP,OUT OF MY
                              SIGHT
22:11:29 01 10 EAUTON A4261  A918 SB 84AV SEC INTO SHELL PULLING INTO PUMPS OUT OF MY SIGHT
22:11:29 01 10 EAUTON A4261  A :A918 PT       SB 84AV SEC INTO SHELL PULLING INTO PUMPS OUT
                              OF MY SIGHT
22:11:30 01 10 ETAC13 A5471  GET SOMEONE CLOSE TO SEE ANY WEAPS
```

PHX001456

```
(s0p10.0h10.0v0T
Page 30                     PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

                 Desk/
Time     Date  Unit  ID
22:11:32 01 10 ETAC13 A5471  I'LL GET IT
22:11:38 01 10 EAUTON A4261  V631 I'LL GET IN CLOSE SEE IF ANY WPNS
22:11:38 01 10 EAUTON A4261  A :V631 DE 06914  I'LL GET IN CLOSE SEE IF ANY WPNS
22:11:41 01 10 ETAC13 A5471  I'LL BE WHATABURGER
22:11:49 01 10 EAUTON A4261  A :V632 PT        67TH AV/GLENDALE
22:11:59 01 10 ETAC13 A5471  A918 TOWARD WEST END OF PUMPS
22:11:59 01 10 ETAC13 A5471  A :A918 PT        TOWARD WEST END OF PUMPS
22:12:01 01 10 EAUTON A4261  A :V632 PT        8922 W BELL
22:12:08 01 10 ETAC13 A5471  V631 I HAVE GROUND EYE
22:12:08 01 10 EAUTON A4261  A :V631 DE 06914  I HAVE GROUND EYE
22:12:13 01 10 EAUTON A4261  A :V632 PT 05994
22:12:49 01 10 EAUTON A4261  V631 101 DRIVER MALE STILL PSGR TRYING TO SEE REST
22:12:49 01 10 EAUTON A4261  A :V631 DE 06914  101 DRIVER MALE STILL PSGR TRYING TO SEE REST
22:12:51 01 10 EAUTON A4261  101 STILL DRIVER,MALE PASSENGER,TRYING TO SEE THE REST
22:13:15 01 10 ETAC13 A5471  A918 BACK END ON SWC? IS THAT THEM?
22:13:15 01 10 ETAC13 A5471  A :A918 PT        BACK END ON SWC? IS THAT THEM?
22:13:17 01 10 ETAC13 A5471  YES
22:13:21 01 10 EAUTON A4261  A918 THAT THEM W/BACK END STICKING OUT SWC OF PUMPS
22:13:21 01 10 EAUTON A4261  A :A918 PT        THAT THEM W/BACK END STICKING OUT SWC OF PUMPS
22:13:25 01 10 EAUTON A4261  V631 YEAH,10-4
22:13:25 01 10 EAUTON A4261  A :V631 DE 06914  YEAH,10-4
22:14:03 01 10 ETAC13 A5471  FAIRLY DECENT EYE FROM SE AT THE CRACKER BARREL
22:14:12 01 10 EAUTON A4261  V631 FAIRLY DECENT EYE FROM SE
22:14:12 01 10 EAUTON A4261  A :V631 DE 06914  FAIRLY DECENT EYE FROM SE
22:14:25 01 10 ETAC13 A5471  NO ONE GETTING OUT,NOT GETTING GAS,JUST SITTING THERE
22:14:36 01 10 EAUTON A4261  V631 NO ONE GETTING OUT,NO ONE PUMPING GAS,JUST SITTING THERE
22:14:36 01 10 EAUTON A4261  A :V631 DE 06914  NO ONE GETTING OUT,NO ONE PUMPING GAS,JUST
                             SITTING THERE
22:14:59 01 10 ETAC13 A5471  A918 DO THEY WAIT FOR LOTS TO CLEAR OUT BEFORE THEY HIT?
22:14:59 01 10 ETAC13 A5471  A :A918 PT        DO THEY WAIT FOR LOTS TO CLEAR OUT BEFORE THEY
                             HIT?
22:15:03 01 10 EAUTON A4261  A918 ON LAST ONE? WAITING FOR LOT TO CLR OUT BEFORE THEY HIT?
22:15:03 01 10 EAUTON A4261  A :A918 PT        ON LAST ONE? WAITING FOR LOT TO CLR OUT BEFORE
                             THEY HIT?
22:15:11 01 10 ETAC13 A5471  DON'T THINK SO,DID MORE LIKE TAKE DOWN STYLE WITH CUSTOMERS
22:15:22 01 10 EAUTON A4261  V638 I DONT THINKS SO,THINK THEY DID A TAKE DOWN STYLE W/CUSTS
22:15:22 01 10 EAUTON A4261  A :V638 DE 06103  I DONT THINKS SO,THINK THEY DID A TAKE DOWN
                             STYLE W/CUSTS
22:15:38 01 10 ETAC13 A5471  V63 ALL SET AT WHATABURGER
22:15:38 01 10 ETAC13 A5471  A :V63 PT 05227   ALL SET AT WHATABURGER
22:15:41 01 10 EAUTON A4261  V63 WE'RE GOOD AT WHATABURGER?
22:15:41 01 10 EAUTON A4261  A :V63 PT 05227   WE'RE GOOD AT WHATABURGER?
22:15:46 01 10 ETAC13 A5471  V635 I'M TO THE NORTH,IN CASE THEY PARK IN THE DARK
22:15:46 01 10 ETAC13 A5471  A :V635 DE 07014  I'M TO THE NORTH,IN CASE THEY PARK IN THE DARK
22:15:54 01 10 ETAC13 A5471  V63 JUST WANT TO MAKE SURE WE GET VIDEO
22:15:54 01 10 ETAC13 A5471  A :V63 PT 05227   JUST WANT TO MAKE SURE WE GET VIDEO
22:15:57 01 10 EAUTON A4261  V635 IM PARKED JN OF WHATABURGER IN CASE THEY PARK IN DRK
22:15:57 01 10 EAUTON A4261  A :V635 DE 07014  IM PARKED JN OF WHATABURGER IN CASE THEY PARK
                             IN DRK
22:16:08 01 10 ETAC13 A5471  CHECK THE DOORS,LOT OF THEM ARE CLOSIGN DOORS AT MIDNIGHT
```

PHX001457

```
(s0p10.0h10.0v0T
Page 31                   PHOENIX POLICE DEPARTMENT
FOR: EGGERSS             JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

              Desk/
Time    Date  Unit  ID
22:16:12 01 10 ETAC13 A5471  QUITE A FEW CUSTOMERS IN THERE
22:16:17 01 10 ETAC13 A5471  DOOR ON EAST SIDE OF BUSN AS WELL
22:16:17 01 10 EAUTON A4261  V638 MIGHT WANT TO CK DR,I KNOW A LOT CLOSING DRS AT MIDNIGHT
22:16:17 01 10 EAUTON A4261  A :V638 DE 06103  MIGHT WANT TO CK DR,I KNOW A LOT CLOSING DRS
                             AT MIDNIGHT
22:16:27 01 10 ETAC13 A5471  PASSENGER IS OUT,BM GRY TSHI BLK PANTS,
22:16:30 01 10 EAUTON A4261  V63 PSGR OUT - GRY TEE BLK PNTS BM
22:16:30 01 10 EAUTON A4261  A :V63 PT 05227  PSGR OUT - GRY TEE BLK PNTS BM
22:17:16 01 10 ETAC13 A5471  WALKING TOWARD THE STORE,NOT DRESSED OUT,YOU GOT EYE?
22:17:18 01 10 ETAC13 A5471  YES
22:17:21 01 10 EAUTON A4261  V63 WALKING TOWARDS STORE,NOT STRESSED OUT DAVE YOU GOT AN EYE
22:17:21 01 10 EAUTON A4261  A :V63 PT 05227  WALKING TOWARDS STORE,NOT STRESSED OUT DAVE YOU
                             GOT AN EYE
22:17:23 01 10 EAUTON A4261  V631 YEAH
22:17:23 01 10 EAUTON A4261  A :V631 DE 06914  YEAH
22:17:53 01 10 EAUTON A4261  A :V635 DE 07014  8922 W BELL JN
22:18:09 01 10 ETAC13 A5471  LOOKS LIKE HE'S PAYING FOR SOMETHING AT THE REGISTER
22:18:12 01 10 EAUTON A4261  V631 PAYING FOR SOMETHING AT REGISTER
22:18:12 01 10 EAUTON A4261  A :V631 DE 06914  PAYING FOR SOMETHING AT REGISTER
22:18:23 01 10 ETAC13 A5471  BACK OUT
22:18:24 01 10 EAUTON A4261  V631 BACK OUT
22:18:24 01 10 EAUTON A4261  A :V631 DE 06914  BACK OUT
22:18:34 01 10 EAUTON A4261  A :V630 DE 05057  84AV BELL SEC
22:18:53 01 10 ETAC13 A5471  BACK IN PASSENGER SEAT,STILL SITTING THERE
22:19:23 01 10 EAUTON A4261  A :V638 DE 06103  84AV BELL SEC
22:19:29 01 10 EAUTON A4261  A :V631 DE 06914  84AV BELL SEC
22:19:34 01 10 EAUTON A4261  A :V63 PT 05227  84AV BELL SEC
22:19:38 01 10 EAUTON A4261  A :A918 PT        84AV BELL SEC
22:20:02 01 10 EAUTON A4261  A918 1 CAR IN LOT E END OF PUMPS
22:20:02 01 10 EAUTON A4261  A :A918 PT        1 CAR IN LOT E END OF PUMPS
22:20:04 01 10 ETAC13 A5471  A918 ONLY ONE OTHER VEH IN PLOT AT EAST END OF PUMPS,MAY BE WAITING FOR
                             THEM TO LEAVE
22:20:04 01 10 ETAC13 A5471  A :A918 PT        ONLY ONE OTHER VEH IN PLOT AT EAST END OF
                             PUMPS,MAY BE WAITING FOR THEM TO LEAVE
22:20:25 01 10 ETAC13 A5471  S52 HOW CLOSE ARE WE SETTING UP TO THE EAST AND SOUTH?
22:20:25 01 10 ETAC13 A5471  EN:S52 PT 08963  HOW CLOSE ARE WE SETTING UP TO THE EAST AND
                             SOUTH?
22:20:28 01 10 EAUTON A4261  S52 HOW CLOSE AQRE WE TO GETTITNG SET UP TO THE E?
22:20:28 01 10 EAUTON A4261  EN:S52 PT 08963  HOW CLOSE AQRE WE TO GETTITNG SET UP TO THE E?
22:20:42 01 10 ETAC13 A5471  BLU SHI GETTING GAS AGAIN?
22:20:43 01 10 EAUTON A4261  V63 BLU SHI PUTTING GAS IN AGAIN
22:20:43 01 10 EAUTON A4261  A :V63 PT 05227  BLU SHI PUTTING GAS IN AGAIN
22:20:45 01 10 ETAC13 A5471  ONLY PART I CAN'T SEE
22:20:49 01 10 EAUTON A4261  V631 YEAH ONLY PART I CANT SEE
22:20:49 01 10 EAUTON A4261  A :V631 DE 06914  YEAH ONLY PART I CANT SEE
22:21:01 01 10 EAUTON A4261  V63 YEAH,BLU SHI PUTTING GAS IN
22:21:01 01 10 EAUTON A4261  A :V63 PT 05227  YEAH,BLU SHI PUTTING GAS IN
22:21:08 01 10 EAUTON A4261  S52 YEAH,LOOKS LIKE THEY ARE SCOUTING IT
22:21:08 01 10 EAUTON A4261  EN:S52 PT 08963  YEAH,LOOKS LIKE THEY ARE SCOUTING IT
22:21:14 01 10 EAUTON A4261  EN:S52 PT 08963  84AV BELL SEC
```

PHX001458

```
(s0p10.0h10.0v0T
Page 32                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS             JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

              Desk/
Time     Date Unit  ID
22:21:17 01 10 EAUTON A4261  EN:S522 PT 08677  84AV BELL SEC
22:21:19 01 10 EAUTON A4261  EN:S523 PT 09287  84AV BELL SEC
22:21:50 01 10 EAUTON A4261  EN:S53 PT 07273  84AV BELL SEC
22:21:53 01 10 EAUTON A4261  A :S52 PT 08963
22:21:55 01 10 EAUTON A4261  A :S522 PT 08677
22:21:57 01 10 EAUTON A4261  A :S523 PT 09287
22:22:43 01 10 EAUTON A4261  A :S563 K9 08942  87AV BELL
22:22:55 01 10 ETAC13 A5471  DAVE THAT YOU ON EAST END OF LOT?
22:23:02 01 10 EAUTON A4261  V63 V631 THAT YOU ON E END OF LOT
22:23:02 01 10 EAUTON A4261  A :V63 PT 05227  V631 THAT YOU ON E END OF LOT
22:23:11 01 10 EAUTON A4261  V63 I WANT YOU TO PULL OUT OF THERE,NOT SURE IF HE'S FAKING IT
22:23:11 01 10 EAUTON A4261  A :V63 PT 05227  I WANT YOU TO PULL OUT OF THERE,NOT SURE IF
                             HE'S FAKING IT
22:23:13 01 10 ETAC13 A5471  PULL OUT OF THERE,THAT'S A LOT OF GAS,HE MAY BE FAKING IT,
22:23:16 01 10 EAUTON A4261  V631 ALRIGHT YOU CAN SEE HIM
22:23:16 01 10 ETAC13 A5471  YOU CAN SEE HIM?
22:23:16 01 10 EAUTON A4261  A :V631 DE 06914  ALRIGHT YOU CAN SEE HIM
22:23:23 01 10 ETAC13 A5471  PUTTING THE HOSE AWAY
22:23:24 01 10 EAUTON A4261  V63 YEAH PUTTING THE HOSE AWAY & GAS CAP BACK ON
22:23:24 01 10 EAUTON A4261  A :V63 PT 05227  YEAH PUTTING THE HOSE AWAY & GAS CAP BACK ON
22:23:47 01 10 ETAC13 A5471  STARTING UP
22:24:03 01 10 EAUTON A4261  NA:S522 PT 08677
22:24:03 01 10 EAUTON A4261  A :S522 PT 07892
22:24:04 01 10 ETAC13 A5471  NB THROUGH THE LOT AND EAST
22:24:12 01 10 EAUTON A4261  V631 NB THROUGH LOT & E
22:24:12 01 10 EAUTON A4261  A :V631 DE 06914  NB THROUGH LOT & E
22:24:19 01 10 EAUTON A4261  A918 EB BELL
22:24:19 01 10 EAUTON A4261  A :A918 PT        EB BELL
22:24:21 01 10 ETAC13 A5471  GOT HIM,FACE DOWN EB BELL
22:24:26 01 10 ETAC13 A5471  A918 GOT HIM,FACE DOWN EB BELL
22:24:26 01 10 ETAC13 A5471  A :A918 PT        GOT HIM,FACE DOWN EB BELL
22:24:27 01 10 EAUTON A4261  EN:S525 PT        67TH AV/GLENDALE
22:24:34 01 10 ETAC13 A5471  A918 SB L101 FROM BELL
22:24:34 01 10 ETAC13 A5471  A :A918 PT        SB L101 FROM BELL
22:24:37 01 10 EAUTON A4261  A918 SB L101 FROM BELL
22:24:37 01 10 EAUTON A4261  A :A918 PT        SB L101 FROM BELL
22:24:40 01 10 ETAC13 A5471  A :A918 PT        L101/BELL SB
22:24:41 01 10 EAUTON A4261  A :V638 DE 06103  SB L101 FROM BELL
22:24:43 01 10 EAUTON A4261  A :V636 DE 07710  SB L101 FROM BELL
22:24:46 01 10 EAUTON A4261  A :V635 DE 07014  SB L101 FROM BELL
22:24:48 01 10 EAUTON A4261  A :V632 PT 05994  SB L101 FROM BELL
22:24:49 01 10 EAUTON A4261  A :V631 DE 06914  SB L101 FROM BELL
22:24:51 01 10 EAUTON A4261  A :V630 DE 05057  SB L101 FROM BELL
22:24:54 01 10 EAUTON A4261  A :V63 PT 05227  SB L101 FROM BELL
22:24:58 01 10 EAUTON A4261  A :A918 PT        SB L101 FROM BELL
22:25:01 01 10 EAUTON A4261  A :S52 PT 08963  SB L101 FROM BELL
22:25:05 01 10 EAUTON A4261  A :S522 PT 07892  SB L101 FROM BELL
22:25:07 01 10 EAUTON A4261  A :S523 PT 09287  SB L101 FROM BELL
22:25:09 01 10 EAUTON A4261  EN:S525 PT        SB L101 FROM BELL
22:25:26 01 10 EAUTON A4261  EN:S525 PT 08677
```

PHX001459

```
(s0p10.0h10.0v0T
Page 33                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS           JURISDICTION - PHOENIX POLICE         Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


            Desk/
Time    Date Unit  ID
22:26:00 01 10 EAUTON A4261  A918 PASSED SB L101 STAYING IN RIGHT LA MIGHT GET OFF A TBIRD
22:26:00 01 10 EAUTON A4261  A :A918 PT        PASSED SB L101 STAYING IN RIGHT LA MIGHT GET
                              OFF A TBIRD
22:26:02 01 10 ETAC13 A5471  A918 L101 STAYING IN RIGHT LANE,PASSING EVERYONE,LIKE THEY WANT TO EXIT AT
                              TBIRD
22:26:02 01 10 ETAC13 A5471  A :A918 PT        L101 STAYING IN RIGHT LANE,PASSING
                              EVERYONE,LIKE THEY WANT TO EXIT AT TBIRD
22:26:20 01 10 ETAC13 A5471  A918 STILL SB FROM TBIRD
22:26:20 01 10 ETAC13 A5471  A :A918 PT        STILL SB FROM TBIRD
22:26:21 01 10 EAUTON A4261  A918 SB L101 FROM TBIRD
22:26:21 01 10 EAUTON A4261  A :A918 PT        SB L101 FROM TBIRD
22:26:29 01 10 ETAC13 A5471  A :A918 PT        L101/TBIRD SB
22:26:29 01 10 EAUTON A4261  A :A918 PT        L101 TBIRD SB
22:26:32 01 10 EAUTON A4261  A :V638 DE 06103  L101 TBIRD SB
22:26:35 01 10 EAUTON A4261  A :V636 DE 07710  L101 TBIRD SB
22:26:37 01 10 EAUTON A4261  A :V635 DE 07014  L101 TBIRD SB
22:26:39 01 10 EAUTON A4261  A :V632 PT 05994  L101 TBIRD SB
22:26:41 01 10 EAUTON A4261  A :V631 DE 06914  L101 TBIRD SB
22:26:43 01 10 EAUTON A4261  A :V630 DE 05057  L101 TBIRD SB
22:26:45 01 10 EAUTON A4261  A :V63 PT 05227   L101 TBIRD SB
22:26:47 01 10 EAUTON A4261  A :S52 PT 08963   L101 TBIRD SB
22:26:49 01 10 EAUTON A4261  A :S522 PT 07892  L101 TBIRD SB
22:26:51 01 10 EAUTON A4261  A :S523 PT 09287  L101 TBIRD SB
22:26:56 01 10 EAUTON A4261  EN:S525 PT 08677  L101 TBIRD SB
22:27:23 01 10 EAUTON A4261  A :S563 K9 08942  I17 BELL SB
22:27:35 01 10 ETAC13 A5471  A918 STILL SB L101 UNDER GRAND
22:27:35 01 10 ETAC13 A5471  A :A918 PT        STILL SB L101 UNDER GRAND
22:27:36 01 10 EAUTON A4261  A918 PASSING CACTUS STILL SB L101 GOIGN UNDER GRAND
22:27:36 01 10 EAUTON A4261  A :A918 PT        PASSING CACTUS STILL SB L101 GOIGN UNDER GRAND
22:27:44 01 10 ETAC13 A5471  A918 STILL ALL THE WAY TO THE RIGHT
22:27:44 01 10 ETAC13 A5471  A :A918 PT        STILL ALL THE WAY TO THE RIGHT
22:27:47 01 10 EAUTON A4261  A918 STILL HANGING ALL WAY TO RIGHT
22:27:47 01 10 EAUTON A4261  A :A918 PT        STILL HANGING ALL WAY TO RIGHT
22:28:06 01 10 EAUTON A4261  A :V638 DE 06103  L101 CACTUS SB
22:28:08 01 10 EAUTON A4261  A :V63 PT 05227   L101 CACTUS SB
22:28:09 01 10 EAUTON A4261  A :V636 DE 07710  L101 CACTUS SB
22:28:13 01 10 EAUTON A4261  A :V635 DE 07014  L101 CACTUS SB
22:28:15 01 10 EAUTON A4261  A :V632 PT 05994  L101 CACTUS SB
22:28:17 01 10 EAUTON A4261  A :V631 DE 06914  L101 CACTUS SB
22:28:19 01 10 EAUTON A4261  A :V630 DE 05057  L101 CACTUS SB
22:28:22 01 10 EAUTON A4261  A :A918 PT        L101 CACTUS SB
22:28:28 01 10 ETAC13 A5471  A918 STILL SB FROM PEORIA
22:28:28 01 10 ETAC13 A5471  A :A918 PT        STILL SB FROM PEORIA
22:28:38 01 10 EAUTON A4261  A :A918 PT        L101 SB PEORIA
22:28:40 01 10 EAUTON A4261  A :V638 DE 06103  L101 SB PEORIA
22:28:42 01 10 EAUTON A4261  A :V636 DE 07710  L101 SB PEORIA
22:28:44 01 10 EAUTON A4261  A :V635 DE 07014  L101 SB PEORIA
22:28:46 01 10 EAUTON A4261  A :V632 PT 05994  L101 SB PEORIA
22:28:48 01 10 EAUTON A4261  A :V631 DE 06914  L101 SB PEORIA
22:28:50 01 10 EAUTON A4261  A :V630 DE 05057  L101 SB PEORIA
```

```
(s0p10.0h10.0v0T
Page 34                        PHOENIX POLICE DEPARTMENT
FOR: EGGERSS               JURISDICTION - PHOENIX POLICE              Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

              Desk/
Time     Date Unit  ID
22:28:52 01 10 EAUTON A4261  A :V63 PT 05227  L101 SB PEORIA
22:28:54 01 10 EAUTON A4261  A :S52 PT 08963  L101 SB PEORIA
22:28:56 01 10 EAUTON A4261  A :S522 PT 07892  L101 SB PEORIA
22:28:58 01 10 EAUTON A4261  A :S523 PT 09287  L101 SB PEORIA
22:29:01 01 10 EAUTON A4261  EN:S525 PT 08677  L101 SB PEORIA
22:29:19 01 10 EAUTON A4261  A918 SB L101 OLIVE
22:29:19 01 10 EAUTON A4261  A :A918 PT         SB L101 OLIVE
22:29:21 01 10 ETAC13 A5471  A918 STILL SB FROM OLIVE
22:29:21 01 10 ETAC13 A5471  A :A918 PT          STILL SB FROM OLIVE
22:29:28 01 10 EAUTON A4261  A :A918 PT         SB L101 OLIVE
22:29:30 01 10 EAUTON A4261  A :V63 PT 05227  SB L101 OLIVE
22:29:32 01 10 EAUTON A4261  A :V638 DE 06103  SB L101 OLIVE
22:29:34 01 10 EAUTON A4261  A :V636 DE 07710  SB L101 OLIVE
22:29:36 01 10 EAUTON A4261  A :V635 DE 07014  SB L101 OLIVE
22:29:38 01 10 EAUTON A4261  A :V632 PT 05994  SB L101 OLIVE
22:29:42 01 10 EAUTON A4261  A :V631 DE 06914  SB L101 OLIVE
22:29:43 01 10 EAUTON A4261  A :V630 DE 05057  SB L101 OLIVE
22:29:50 01 10 ETAC13 A5471  DPS IS SB,MIGHT HAVE GOT SOMEBODY,THEY ARE HITTING UP
22:29:52 01 10 EAUTON A4261  A :S52 PT 08963  SB L101 OLIVE
22:29:54 01 10 EAUTON A4261  A :S522 PT 07892  SB L101 OLIVE
22:29:57 01 10 EAUTON A4261  A :S523 PT 09287  SB L101 OLIVE
22:29:59 01 10 EAUTON A4261  EN:S525 PT 08677  SB L101 OLIVE
22:30:15 01 10 EAUTON A4261  V635 I THINK THEY GOT SOMEBODY
22:30:15 01 10 EAUTON A4261  A :V635 DE 07014  I THINK THEY GOT SOMEBODY
22:30:24 01 10 EAUTON A4261  A918 SB FROM NO
22:30:24 01 10 EAUTON A4261  A :A918 PT         SB FROM NO
22:30:33 01 10 EAUTON A4261  A :A918 PT         L101 SB FROM NO
22:30:38 01 10 EAUTON A4261  A :V638 DE 06103  L101 SB FROM NO
22:30:40 01 10 EAUTON A4261  A :V636 DE 07710  L101 SB FROM NO
22:30:42 01 10 EAUTON A4261  A :V635 DE 07014  L101 SB FROM NO
22:30:44 01 10 EAUTON A4261  A :V632 PT 05994  L101 SB FROM NO
22:30:47 01 10 EAUTON A4261  A :V631 DE 06914  L101 SB FROM NO
22:30:49 01 10 EAUTON A4261  A :V630 DE 05057  L101 SB FROM NO
22:30:51 01 10 EAUTON A4261  A :V63 PT 05227  L101 SB FROM NO
22:31:00 01 10 EAUTON A4261  A :A918 PT         L101 SB FROM NO
22:31:08 01 10 ETAC13 A5471  A918 HOV LANE PASSING GLENDALE,SB 101
22:31:08 01 10 ETAC13 A5471  A :A918 PT         HOV LANE PASSING GLENDALE,SB 101
22:31:11 01 10 EAUTON A4261  A918 STILL SB L101 GLENDALE TO HOV LA
22:31:11 01 10 EAUTON A4261  A :A918 PT         STILL SB L101 GLENDALE TO HOV LA
22:31:56 01 10 EAUTON A4261  A918 STILL SB L101 BHR
22:31:56 01 10 EAUTON A4261  A :A918 PT         STILL SB L101 BHR
22:32:01 01 10 EAUTON A4261  A :A918 PT         STILL SB L101 BHR
22:32:04 01 10 EAUTON A4261  A :A918 PT         SB L101 BHR
22:32:08 01 10 EAUTON A4261  A :V638 DE 06103  SB L101 BHR
22:32:10 01 10 EAUTON A4261  A :V636 DE 07710  SB L101 BHR
22:32:12 01 10 EAUTON A4261  A :V635 DE 07014  SB L101 BHR
22:32:15 01 10 EAUTON A4261  A :V632 PT 05994  SB L101 BHR
22:32:21 01 10 EAUTON A4261  V63 STILL HOV?
22:32:21 01 10 EAUTON A4261  A :V63 PT 05227  STILL HOV?
22:32:27 01 10 EAUTON A4261  A918 NO MOVED TO #1
```

PHX001461

```
(s0p10.0h10.0v0T
Page 35                        PHOENIX POLICE DEPARTMENT
FOR: EGGERSS           JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                 Desk/
Time      Date  Unit  ID
22:32:27 01 10 EAUTON A4261  A :A918 PT       NO MOVED TO #1
22:32:33 01 10 ETAC13 A6171  TWO AHEAD OF ME BUT PRETTY FAR
22:32:34 01 10 EAUTON A4261  V638 THEY ARE 2 AHEAD OF ME
22:32:34 01 10 EAUTON A4261  A :V638 DE 06103  THEY ARE 2 AHEAD OF ME
22:32:37 01 10 EAUTON A4261  V63 IM RIGHT BHND YOU
22:32:37 01 10 EAUTON A4261  A :V63 PT 05227  IM RIGHT BHND YOU
22:32:38 01 10 ETAC13 A6171  OKAY I'M BEHIND YOU
22:32:43 01 10 EAUTON A4261  A918 #1 LA GOING OVER CBACK RIGHT NOW
22:32:43 01 10 EAUTON A4261  A :A918 PT       #1 LA GOING OVER CBACK RIGHT NOW
22:32:46 01 10 ETAC13 A6171  #1 LA GOING OVER CBACK RIGHT NOW
22:32:49 01 10 EAUTON A4261  A :A918 PT       L101 CBACK SB
22:32:51 01 10 EAUTON A4261  A :V638 DE 06103  L101 CBACK SB
22:32:52 01 10 EAUTON A4261  A :V63 PT 05227  L101 CBACK SB
22:32:54 01 10 EAUTON A4261  A :V636 DE 07710  L101 CBACK SB
22:32:56 01 10 EAUTON A4261  A :V635 DE 07014  L101 CBACK SB
22:32:58 01 10 EAUTON A4261  A :V632 PT 05994  L101 CBACK SB
22:33:00 01 10 EAUTON A4261  A :V631 DE 06914  L101 CBACK SB
22:33:02 01 10 EAUTON A4261  A :V630 DE 05057  L101 CBACK SB
22:33:04 01 10 EAUTON A4261  A :S52 PT 08963  L101 CBACK SB
22:33:06 01 10 EAUTON A4261  A :S522 PT 07892  L101 CBACK SB
22:33:08 01 10 EAUTON A4261  A :S523 PT 09287  L101 CBACK SB
22:33:12 01 10 EAUTON A4261  EN:S525 PT 08677  L101 CBACK SB
22:33:39 01 10 EAUTON A4261  A918 SB FROM ISR
22:33:39 01 10 EAUTON A4261  A :A918 PT       SB FROM ISR
22:33:40 01 10 ETAC13 A6171  SOUTH FROM ISR
22:33:45 01 10 EAUTON A4261  A :A918 PT       L101 ISR SB
22:33:50 01 10 ETAC13 A6171  PICKING UP SPEED
22:33:53 01 10 EAUTON A4261  A918 PICKING SPEED UP
22:33:53 01 10 EAUTON A4261  A :A918 PT       PICKING SPEED UP
22:33:59 01 10 EAUTON A4261  A :V638 DE 06103  L101 ISR SB
22:34:00 01 10 EAUTON A4261  A :V636 DE 07710  L101 ISR SB
22:34:02 01 10 EAUTON A4261  A :V635 DE 07014  L101 ISR SB
22:34:04 01 10 EAUTON A4261  A :V632 PT 05994  L101 ISR SB
22:34:07 01 10 EAUTON A4261  A :V631 DE 06914  L101 ISR SB
22:34:08 01 10 EAUTON A4261  A :V630 DE 05057  L101 ISR SB
22:34:10 01 10 EAUTON A4261  A :V63 PT 05227  L101 ISR SB
22:34:18 01 10 EAUTON A4261  A :S52 PT 08963  L101 ISR SB
22:34:20 01 10 EAUTON A4261  A :S522 PT 07892  L101 ISR SB
22:34:23 01 10 EAUTON A4261  A :S523 PT 09287  L101 ISR SB
22:34:25 01 10 EAUTON A4261  EN:S525 PT 08677  L101 ISR SB
22:34:34 01 10 EAUTON A4261  A918 SB FROM THM MIDDLE LA
22:34:35 01 10 EAUTON A4261  A :A918 PT       SB FROM THM MIDDLE LA
22:34:36 01 10 ETAC13 A6171  THOMAS SB MID LANE
22:34:52 01 10 ETAC13 A6171  TOWARDS WB I10
22:34:53 01 10 EAUTON A4261  A918 LEANING TOWARDS WB I10 TURN HERE
22:34:53 01 10 EAUTON A4261  A :A918 PT       LEANING TOWARDS WB I10 TURN HERE
22:35:01 01 10 EAUTON A4261  A918 WB I10 FROM L101
22:35:01 01 10 EAUTON A4261  A :A918 PT       WB I10 FROM L101
22:35:07 01 10 EAUTON A4261  A :A918 PT       WB I10 FROM L101
22:35:09 01 10 ETAC13 A6171  COMMITED TO I10 W/B - GOING WB ON I10 FROM 101
```

```
(s0p10.0h10.0v0T
Page 36                   PHOENIX POLICE DEPARTMENT
FOR: EGGERSS             JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019


CALL: PH19-55839 ACTIVE (R)


               Desk/
Time      Date Unit  ID
22:35:10 01 10 EAUTON A4261  A :V638 DE 06103  WB I10 FROM L101
22:35:11 01 10 EAUTON A4261  A :V636 DE 07710  WB I10 FROM L101
22:35:14 01 10 ETAC13 A6171  EXITED MCD
22:35:17 01 10 EAUTON A4261  A918 SORRY GUYS EXITED MCD
22:35:17 01 10 EAUTON A4261  A :A918 PT           SORRY GUYS EXITED MCD
22:35:23 01 10 EAUTON A4261  A :A918 PT           L101 MCD
22:35:26 01 10 EAUTON A4261  A :V638 DE 06103  L101 MCD
22:35:27 01 10 EAUTON A4261  A :V636 DE 07710  L101 MCD
22:35:29 01 10 EAUTON A4261  A :V635 DE 07014  L101 MCD
22:35:31 01 10 EAUTON A4261  A :V632 PT 05994  L101 MCD
22:35:33 01 10 EAUTON A4261  A :V631 DE 06914  L101 MCD
22:35:36 01 10 EAUTON A4261  A918 WB #1 LA
22:35:36 01 10 EAUTON A4261  A :A918 PT           WB #1 LA
22:35:41 01 10 ETAC13 A6171  W/B ON MCD - #1 KANE LEFT TURN LA 99A
22:35:42 01 10 EAUTON A4261  A918 LEFT TURN LA AT 99AV
22:35:42 01 10 EAUTON A4261  A :A918 PT           LEFT TURN LA AT 99AV
22:35:52 01 10 ETAC13 A6171  SEMI SITTING THERE AT 99A - NEXT TO IT
22:35:58 01 10 EAUTON A4261  A918 SEMI THERE ARE LEFT TURN RIGHT NEXT TO HIM,ASSUMING 99AV
22:35:58 01 10 ETAC13 A6171  DO WE STILL HAVE HIM>
22:35:58 01 10 EAUTON A4261  A :A918 PT           SEMI THERE ARE LEFT TURN RIGHT NEXT TO
                             HIM,ASSUMING 99AV
22:36:06 01 10 EAUTON A4261  V63 GUYS OVER SHOOT THAT OR WE STILL HAVE HIM
22:36:06 01 10 EAUTON A4261  A :V63 PT 05227  GUYS OVER SHOOT THAT OR WE STILL HAVE HIM
22:36:08 01 10 ETAC13 A6171  S/B 99A/MCD
22:36:16 01 10 EAUTON A4261  A :A918 PT       SB 99AV MCD
22:36:18 01 10 EAUTON A4261  A :V63 PT 05227   SB 99AV MCD
22:36:20 01 10 EAUTON A4261  A :V636 DE 07710  SB 99AV MCD
22:36:22 01 10 EAUTON A4261  A :V635 DE 07014  SB 99AV MCD
22:36:24 01 10 EAUTON A4261  A :V632 PT 05994  SB 99AV MCD
22:36:27 01 10 EAUTON A4261  A :V631 DE 06914  SB 99AV MCD
22:36:28 01 10 ETAC13 A6171  DID THEY GO S/B ON 99A?
22:36:28 01 10 EAUTON A4261  A :V630 DE 05057  SB 99AV MCD
22:36:35 01 10 ETAC13 A6171  TURNING WEST ON THE FRONTAGE RD FROM 10
22:36:37 01 10 EAUTON A4261  A918 TURING WB ON FRONTAGE RD FROM I10
22:36:37 01 10 EAUTON A4261  A :A918 PT           TURING WB ON FRONTAGE RD FROM I10
22:36:53 01 10 ETAC13 A6171  ON THE I10 FRONTAGE RD W/B
22:36:54 01 10 EAUTON A4261  A918 HE'S ON THE I10 FRONTAGE RD WB
22:36:54 01 10 EAUTON A4261  A :A918 PT           HE'S ON THE I10 FRONTAGE RD WB
22:37:17 01 10 ETAC13 A6171  DID NOT GET ON I10 - STAYED ON FRONTAGE - COMING UOP TP 107A
22:37:27 01 10 ETAC13 A6171  LITTLE WAYS A WAY - CIR K 107A/LWER BEYE
22:37:31 01 10 EAUTON A4261  A918 DID NOT GET ON I10,CONTINUED WB ON FRONTAGE RD
22:37:31 01 10 EAUTON A4261  A :A918 PT           DID NOT GET ON I10,CONTINUED WB ON FRONTAGE RD
22:37:37 01 10 EAUTON A4261  V63 I10 ADVONDALE
22:37:37 01 10 EAUTON A4261  A :V63 PT 05227  I10 ADVONDALE
22:37:41 01 10 ETAC13 A6171  CIR K ON MCD AND ADLAE BLCD
22:37:45 01 10 EAUTON A4261  DP:V572 PT           67TH AV/GLENDALE
22:37:54 01 10 EAUTON A4261  DP:V572 PT 07991
22:38:00 01 10 ETAC13 A6171  STOPPED AT I10 FRONTAGE RD MID LA - POSS WENT N/B
22:38:08 01 10 EAUTON A4261  A918 CONTINUING WB ON FRONTAGE RD
22:38:08 01 10 EAUTON A4261  A :A918 PT           CONTINUING WB ON FRONTAGE RD
```

PHX001463

(s0p10.0h10.0v0T
Page 37                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

```
                Desk/
Time      Date  Unit  ID
22:38:09 01 10 ETAC13 A6171  CONTINUE ON STRAIGHT W/B ON THE FRONTAGE RD
22:38:17 01 10 ETAC13 A6171  NEXT WHATABURGER 99A/VB
22:38:24 01 10 EAUTON A4261  NEXT WHATABURER VB
22:38:31 01 10 EAUTON A4261  A918 I THINK THEY HAVE TO GET ONTO THE I10,109AV
22:38:31 01 10 EAUTON A4261  A :A918 PT        I THINK THEY HAVE TO GET ONTO THE I10,109AV
22:38:33 01 10 ETAC13 A6171  MERGING ON THE I10/109SA
22:38:37 01 10 EAUTON A4261  A :A918 PT           109AV I10 WB
22:38:40 01 10 EAUTON A4261  A :V638 DE 06103  109AV I10 WB
22:38:42 01 10 EAUTON A4261  A :V636 DE 07710  109AV I10 WB
22:38:44 01 10 EAUTON A4261  A :V635 DE 07014  109AV I10 WB
22:38:47 01 10 EAUTON A4261  A :V63 PT 05227  109AV I10 WB
22:38:49 01 10 EAUTON A4261  A :V63 PT 05222  109AV I10 WB
22:38:55 01 10 EAUTON A4261  A :V632 PT 05994  109AV I10 WB
22:38:58 01 10 ETAC13 A6171  STAYED IN THE LANE OR?
22:39:00 01 10 EAUTON A4261  A :V631 DE 06914  109AV I10 WB
22:39:03 01 10 EAUTON A4261  A :V630 DE 05057  109AV I10 WB
22:39:08 01 10 EAUTON A4261  A :A918 PT        WB I10 AVONDALE
22:39:09 01 10 ETAC13 A6171  CONTINUING W/B ON I10- CROSSING OVER ADALE RIGHT NOW
22:39:11 01 10 EAUTON A4261  A :V63 PT 05227  WB I10 AVONDALE
22:39:13 01 10 EAUTON A4261  A :V638 DE 06103  WB I10 AVONDALE
22:39:19 01 10 EAUTON A4261  A :V636 DE 07710  WB I10 AVONDALE
22:39:21 01 10 EAUTON A4261  A :V635 DE 07014  WB I10 AVONDALE
22:39:24 01 10 EAUTON A4261  A :V632 PT 05994  WB I10 AVONDALE
22:39:26 01 10 EAUTON A4261  A :V631 DE 06914  WB I10 AVONDALE
22:39:28 01 10 EAUTON A4261  A :V630 DE 05057  WB I10 AVONDALE
22:39:36 01 10 ETAC13 A6171  FAR RIGHT MAY WANNA EXIT
22:39:39 01 10 EAUTON A4261  A918 DEF HUGGING FAR RIGHT LIKE THEY MAY WANT TO EXIT
22:39:39 01 10 EAUTON A4261  A :A918 PT        DEF HUGGING FAR RIGHT LIKE THEY MAY WANT TO
                             EXIT
22:39:51 01 10 EAUTON A4261  A :S52 PT 08963  WB I10 AVONDALE
22:39:53 01 10 EAUTON A4261  A :S522 PT 07892  WB I10 AVONDALE
22:39:55 01 10 EAUTON A4261  A :S523 PT 09287  WB I10 AVONDALE
22:40:05 01 10 ETAC13 A6171  BELIEVE THEY ARE IN EXIT ONLY LANE CURBSIDE
22:40:06 01 10 EAUTON A4261  V572 BELIEVE EXIT ONLY ON CURB SIDE LA
22:40:06 01 10 EAUTON A4261  DP:V572 PT 07991  BELIEVE EXIT ONLY ON CURB SIDE LA
22:40:10 01 10 EAUTON A4261  DP:V572 PT 07991  WB I10 AVONDALE
22:40:18 01 10 ETAC13 A6171  I WAS WRONG PASSED EXIT ONLY NOW
22:40:20 01 10 EAUTON A4261  V572 I WAS WRONG EXIT ONLY ALREADY PASSED IT
22:40:20 01 10 EAUTON A4261  DP:V572 PT 07991  I WAS WRONG EXIT ONLY ALREADY PASSED IT
22:40:26 01 10 EAUTON A4261  A918 YEAH IM NOT FAMILIAR
22:40:26 01 10 EAUTON A4261  A :A918 PT        YEAH IM NOT FAMILIAR
22:40:28 01 10 ETAC13 A6171  HE IS EXITING AT DYSART
22:40:32 01 10 EAUTON A4261  A918 HE IS EXITING AT DYSART
22:40:32 01 10 EAUTON A4261  A :A918 PT        HE IS EXITING AT DYSART
22:40:44 01 10 ETAC13 A6171  WHATAVURGER SYART VB CIR K DYSART AND CIR K ON CENT/DYSART
22:40:51 01 10 EAUTON A4261  YEAH WHATABURGER DYSART VB (K) DYSART MCD
22:40:52 01 10 ETAC13 A6171  LOOKS LIKE HE WANTS TO GO SOUTH ON DYSART
22:40:59 01 10 ETAC13 A6171  CLEAR GOODYWAR UNITS FROM AREA
22:41:01 01 10 EAUTON A4261  I'LL CLR ALL GOODYR UNITS OUT OF THE AREA
22:41:05 01 10 EAUTON A4261  V63 I COPY THAT,THANK YOU
```

PHX001464

```
(s0p10.0h10.0v0T
Page 38                        PHOENIX POLICE DEPARTMENT
FOR: EGGERSS               JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

                     Desk/
Time      Date  Unit  ID
22:41:05 01 10 EAUTON A4261  A :V63 PT 05227  I COPY THAT,THANK YOU
22:41:10 01 10 EAUTON A4261  A918 GOING SB ON DYSART
22:41:10 01 10 EAUTON A4261  A :A918 PT          GOING SB ON DYSART
22:41:17 01 10 EAUTON A4261  A :V63 PT 05227  DYSART I10 SB
22:41:22 01 10 ETAC13 A6171  TRUCK FAR LEFT LA
22:41:28 01 10 EAUTON A4261  A :A918 PT          DYSART I10 SB
22:41:31 01 10 EAUTON A4261  A :V638 DE 06103  DYSART I10 SB
22:41:33 01 10 EAUTON A4261  A :V636 DE 07710  DYSART I10 SB
22:41:35 01 10 EAUTON A4261  A :V635 DE 07014  DYSART I10 SB
22:41:41 01 10 ETAC13 A6171  S/B DYSART FROM I10
22:41:42 01 10 EAUTON A4261  A918 GOT GRN SB DYSART UNDER I10
22:41:42 01 10 EAUTON A4261  A :A918 PT          GOT GRN SB DYSART UNDER I10
22:41:51 01 10 EAUTON A4261  A :V632 PT 05994  DYSART I10 SB
22:41:53 01 10 EAUTON A4261  A :V631 DE 06914  DYSART I10 SB
22:41:55 01 10 EAUTON A4261  A :V630 DE 05057  DYSART I10 SB
22:42:10 01 10 EAUTON A4261  GOODYR OFCR - SKECHERS ON NS OF RD BE GOOD PLACE TO GET VIDEO
22:42:16 01 10 ETAC13 A6171  MID LANE CONT S/B TO VB
22:42:18 01 10 EAUTON A4261  A918 M CONTINUED SB FCOMING UP TO VB
22:42:18 01 10 EAUTON A4261  A :A918 PT          M CONTINUED SB FCOMING UP TO VB
22:42:26 01 10 ETAC13 A6171  WHATABURGER S/W/C
22:42:30 01 10 EAUTON A4261  WHATABURGER IS SWC
22:42:34 01 10 ETAC13 A6171  MOVED OVER TO CURB LA COMING U PTO VB
22:42:46 01 10 ETAC13 A6171  MAKING WB TURN ON VB FROM DYART GOING REALLY SLOW
22:42:49 01 10 EAUTON A4261  A918 MOVED TO CURB LA MAKING WB TURN ONTO VB GOING REAL SLOW HERE
22:42:49 01 10 EAUTON A4261  A :A918 PT          MOVED TO CURB LA MAKING WB TURN ONTO VB GOING
                             REAL SLOW HERE
22:42:58 01 10 ETAC13 A6171  V635 GOT A GOOD EYE ON WHATABURGER
22:42:58 01 10 EAUTON A4261  A :V635 DE 07014  GOT A GOOD EYE ON WHATABURGER
22:43:00 01 10 EAUTON A4261  V635 IM JN TO N IVE GOT A GOOD EYE ON WHATABURGER
22:43:00 01 10 EAUTON A4261  A :V635 DE 07014  IM JN TO N IVE GOT A GOOD EYE ON WHATABURGER
22:43:07 01 10 ETAC13 A6171  VONTINUED WB ON VB COMING TO PALO VERDE
22:43:10 01 10 EAUTON A4261  A918 CONTINUING WB ON VB COMING UP TO PALO VERDE
22:43:10 01 10 EAUTON A4261  A :A918 PT          CONTINUING WB ON VB COMING UP TO PALO VERDE
22:43:13 01 10 ETAC13 A6171  UNITS SET UP ON WHATABURGER
22:43:19 01 10 EAUTON A4261  S52 GET SAU SET UP ON WHATABURGER
22:43:19 01 10 EAUTON A4261  A :S52 PT 08963  GET SAU SET UP ON WHATABURGER
22:43:26 01 10 ETAC13 A6171  THERE'S CIR K S/W/C NEXT LITE THEN N/E/C ON LITCHFIELD
22:43:32 01 10 EAUTON A4261  GOODYRD OFCR - (K) SEC & NEC AT LITCHFILED
22:43:37 01 10 ETAC13 A6171  CONT W/B THRU CENT AV ON VB
22:43:38 01 10 EAUTON A4261  A918 WB THROUGH CENT ON VB
22:43:38 01 10 EAUTON A4261  A :A918 PT          WB THROUGH CENT ON VB
22:44:02 01 10 EAUTON A4261  A918 REAL SLOW PASSING 137AV LIKE WANT TO GO SB
22:44:02 01 10 EAUTON A4261  A :A918 PT          REAL SLOW PASSING 137AV LIKE WANT TO GO SB
22:44:10 01 10 EAUTON A4261  A918 UTURN BACK EB VB FROM LITCHFIELD
22:44:10 01 10 ETAC13 A6171  ROLLING PRETTY SLOW WB ON VB REAL SLOW 137A MAYBE S/B OR UTURN - DID UTURN
                             BACK E/B ON VB FROM LITCHFIELD
22:44:10 01 10 EAUTON A4261  A :A918 PT          UTURN BACK EB VB FROM LITCHFIELD
22:44:16 01 10 EAUTON A4261  S52 ANY SAU
22:44:16 01 10 EAUTON A4261  A :S52 PT 08963  ANY SAU
22:44:17 01 10 ETAC13 A6171  UNIT AT WHATBURGER?
```

PHX001465

```
(s0p10.0h10.0v0T
Page 39                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                Desk/
Time     Date  Unit  ID
22:44:20 01 10 ETAC13 A6171  S522 23
22:44:20 01 10 ETAC13 A6171  A :S522 PT 07892  23
22:44:23 01 10 EAUTON A4261  S522 IM 23 AT WHATABURGER
22:44:23 01 10 EAUTON A4261  A :S522 PT 07892  IM 23 AT WHATABURGER
22:44:30 01 10 ETAC13 A6171  A :S521 PT      WB I10 AVONDALE, - 67TH AV/GLENDALE
22:44:36 01 10 ETAC13 A6171  N/S OF V/B
22:44:37 01 10 EAUTON A4261  S523 S523 & S525
22:44:37 01 10 EAUTON A4261  A :S523 PT 09287  S523 & S525
22:44:42 01 10 ETAC13 A6171  CHURCHES BUT DON'T THINK OT
22:44:49 01 10 EAUTON A4261  V632 ITS A CHURCH'S BUT I DONT THINK ITS OPEN
22:44:49 01 10 EAUTON A4261  A :V632 PT 05994  ITS A CHURCH'S BUT I DONT THINK ITS OPEN
22:45:00 01 10 ETAC13 A6171  FACING E/B MAYBE 100 YDS NORTH OF VB SLOW ROLL ON E/B P/LOT
22:45:02 01 10 EAUTON A4261  A918 SLOW ROLLING EB 100 FT N OF VB THROUGH PL
22:45:02 01 10 EAUTON A4261  A :A918 PT      SLOW ROLLING EB 100 FT N OF VB THROUGH PL
22:45:07 01 10 EAUTON A4261  V63 GIVE THEM SOME SPACE
22:45:07 01 10 EAUTON A4261  A :V63 PT 05227  GIVE THEM SOME SPACE
22:45:10 01 10 ETAC13 A6171  GIVE HIM SPAVE
22:45:16 01 10 ETAC13 A6171  CATTY CORNER TO THE PLAZA CIR K
22:45:22 01 10 EAUTON A4261  GOODYR OFCR - CORNER TO THAT (K)
22:45:34 01 10 ETAC13 A6171  MAKING WAY BACK OUT TO VB JUST WEST OF CENT
22:45:39 01 10 EAUTON A4261  A918 JW OF CENT MAKING WAY BACK OUT TO VB
22:45:39 01 10 EAUTON A4261  A :A918 PT      JW OF CENT MAKING WAY BACK OUT TO VB
22:45:45 01 10 ETAC13 A6171  E/B VB AT CENT ALL THE WAY TO CURB LA
22:45:46 01 10 EAUTON A4261  A918 EB VB CURB LA AT CENT
22:45:46 01 10 EAUTON A4261  A :A918 PT      EB VB CURB LA AT CENT
22:45:58 01 10 EAUTON A4261  A :A918 PT      VB CENT EB
22:46:00 01 10 EAUTON A4261  A :V63 PT 05227  VB CENT EB
22:46:02 01 10 EAUTON A4261  A :V638 DE 06103  VB CENT EB
22:46:04 01 10 EAUTON A4261  A :V636 DE 07710  VB CENT EB
22:46:06 01 10 EAUTON A4261  A :V635 DE 07014  VB CENT EB
22:46:08 01 10 EAUTON A4261  A :V632 PT 05994  VB CENT EB
22:46:10 01 10 EAUTON A4261  A :V631 DE 06914  VB CENT EB
22:46:23 01 10 ETAC13 A6171  JUST PASSED PALO VERDE APPROACHING DYSART E/B VB CURB LA
22:46:23 01 10 EAUTON A4261  A918 APPROACHING DYSART EB VB CURB LA
22:46:23 01 10 EAUTON A4261  A :A918 PT      APPROACHING DYSART EB VB CURB LA
22:46:29 01 10 EAUTON A4261  A :A918 PT      DYSART VB EB
22:46:33 01 10 EAUTON A4261  A :V638 DE 06103  DYSART VB EB
22:46:35 01 10 EAUTON A4261  A :V63 PT 05227  DYSART VB EB
22:46:39 01 10 ETAC13 A6171  S/B ON DYSART FROM VB
22:46:42 01 10 EAUTON A4261  A918 SB DYSART FROM VB
22:46:42 01 10 EAUTON A4261  A :A918 PT      SB DYSART FROM VB
22:46:48 01 10 EAUTON A4261  A :A918 PT      SB DYSART FROM VB
22:46:51 01 10 ETAC13 A6171  SLOW ROLL SB ON DYSART NOW
22:46:51 01 10 EAUTON A4261  A918 SLOW ON DYSART
22:46:51 01 10 EAUTON A4261  A :A918 PT      SLOW ON DYSART
22:46:59 01 10 ETAC13 A6171  SET UP IN P/LOT
22:47:02 01 10 EAUTON A4261  S52 S523 SET UP IN PL?
22:47:02 01 10 EAUTON A4261  A :S52 PT 08963  S523 SET UP IN PL?
22:47:07 01 10 ETAC13 A6171  IN FOOD CITY PASSING US
22:47:11 01 10 EAUTON A4261  S523 WE'RE IN FOOD CITY,HE'S GOING TO BE PASSING US
```

```
(s0p10.0h10.0v0T
Page 40                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

                 Desk/
Time     Date  Unit  ID
22:47:11 01 10 EAUTON A4261  A :S523 PT 09287  WE'RE IN FOOD CITY,HE'S GOING TO BE PASSING US
22:47:12 01 10 ETAC13 A6171  OULLED INTO FRY S/W/C
22:47:17 01 10 EAUTON A4261  A918 PULLING INTO PLAZA ON SWC
22:47:17 01 10 EAUTON A4261  A :A918 PT        PULLING INTO PLAZA ON SWC
22:47:27 01 10 ETAC13 A6171  WORKING OUR WAY DIRECTLY NORTH OF THEM
22:47:32 01 10 EAUTON A4261  GOODYR OFCR- YEAH ITS DUE N OF THEM IS WHATABURER
22:47:35 01 10 ETAC13 A6171  TAKING A PARKING SPOT
22:47:41 01 10 ETAC13 A6171  PARKED NEXT TO 3 SAU UYS
22:47:41 01 10 EAUTON A4261  A918 YEAH,THEY ARE TALKING PARKING SPOT
22:47:41 01 10 EAUTON A4261  A :A918 PT         YEAH,THEY ARE TALKING PARKING SPOT
22:47:50 01 10 ETAC13 A6171  I'M AWAY FROM WHERE THEY ARE
22:47:53 01 10 EAUTON A4261  V63 THEY ARE PARKED NEXT TO 3 SAU GUYS NOW
22:47:53 01 10 EAUTON A4261  A :V63 PT 05227  THEY ARE PARKED NEXT TO 3 SAU GUYS NOW
22:48:05 01 10 ETAC13 A6171  SITTING WEST TO DRIVE THRU CAN SEE THE N/S OF WHATABURGER
22:48:06 01 10 EAUTON A4261  V632 IM TO W & CAN SEE NS OF WHATABURGER
22:48:06 01 10 EAUTON A4261  A :V632 PT 05994  IM TO W & CAN SEE NS OF WHATABURGER
22:48:13 01 10 ETAC13 A6171  CRCAIG THERE'S ONE ON THE E/S AND N/S
22:48:18 01 10 EAUTON A4261  GOODYR OFCR - DR TO ES & 1 TO THE N
22:48:20 01 10 ETAC13 A6171  I'M EAST OF SP VEH
22:48:25 01 10 EAUTON A4261  V635 IM E OF WHERE SUSP VEH IS
22:48:25 01 10 EAUTON A4261  A :V635 DE 07014  IM E OF WHERE SUSP VEH IS
22:48:30 01 10 ETAC13 A6171  THINKING SAU IS SOUTH OF SP VEH
22:48:33 01 10 EAUTON A4261  S52 ANY SAU S OF SUSP VEH?
22:48:33 01 10 EAUTON A4261  A :S52 PT 08963  ANY SAU S OF SUSP VEH?
22:48:37 01 10 ETAC13 A6171  PARKED RIGHT BEHIND ME
22:48:47 01 10 ETAC13 A6171  STAGED TO SOUTH BY FILIB'S
22:48:57 01 10 EAUTON A4261  S52 IM STAGED TO THE S AT FILIBERTOS,I CAN GET REAR BLOCK FOR YOU GUYS
22:48:57 01 10 EAUTON A4261  A :S52 PT 08963  IM STAGED TO THE S AT FILIBERTOS,I CAN GET REAR
                             BLOCK FOR YOU GUYS
22:49:05 01 10 ETAC13 A6171  JUST SITTING IN CAR PARKED NEXT TO 3 OF US
22:49:14 01 10 EAUTON A4261  S522 THEY ARE JUST SITTING IN CAR NEXT TO US
22:49:14 01 10 EAUTON A4261  A :S522 PT 07892  THEY ARE JUST SITTING IN CAR NEXT TO US
22:49:19 01 10 ETAC13 A6171  ABLE TO GET DRIVER OR PASS FROM WHERE YOU'RE PARKED
22:49:22 01 10 ETAC13 A6171  I CAN GET IT
22:49:24 01 10 EAUTON A4261  S52 YOU GUYS ABLE TO GET PSGR SIDE?
22:49:24 01 10 EAUTON A4261  A :S52 PT 08963  YOU GUYS ABLE TO GET PSGR SIDE?
22:49:27 01 10 EAUTON A4261  A :S527 PT        67TH AV/GLENDALE
22:49:30 01 10 EAUTON A4261  S527 I CAN GET IT
22:49:30 01 10 ETAC13 A6171  HOLD TIGHT NO MVMENT
22:49:30 01 10 EAUTON A4261  A :S527 PT        I CAN GET IT
22:49:39 01 10 EAUTON A4261  S52 NOT MAKE ANY MOVEMENT RIGHT NOW,SEE WHAT THEY ARE GOING TO DO
22:49:39 01 10 EAUTON A4261  A :S52 PT 08963  NOT MAKE ANY MOVEMENT RIGHT NOW,SEE WHAT THEY
                             ARE GOING TO DO
22:50:03 01 10 ETAC13 A6171  KINDA PLAN THIS A LITTLE ANYONE FOR PASS SIDE WE CAN GET IT
22:50:07 01 10 EAUTON A4261  S525 FI WE PLAN WE HAVE SOMEONE FOR PSGR SIDE? WE CAN GET ARND THERE IF
                             NOT SOMEONE
22:50:07 01 10 EAUTON A4261  EN:S525 PT 08677  FI WE PLAN WE HAVE SOMEONE FOR PSGR SIDE? WE
                             CAN GET ARND THERE IF NOT SOMEONE
22:50:08 01 10 ETAC13 A6171  SETTING UP FOR THAT
22:50:11 01 10 EAUTON A4261  S52 S527 HAS GOT IT
```

```
(s0p10.0h10.0v0T
Page 41                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

                Desk/
Time      Date  Unit   ID
22:50:11 01 10 EAUTON A4261  A :S52 PT 08963  S527 HAS GOT IT
22:50:38 01 10 ETAC13 A6171  JUST FYI THEY GO ON FOOT THEY CAN SEE THRU WINDSHIELD THE Y HAVE NO IDEA
                             VEHS ARE OCCUPIED
22:50:40 01 10 EAUTON A4261  S522 JUST FYI THEY ARE GETTING OUT ON FOOT,THEY HAVE NO IDEA THESE VEHS
                             ARE OCC'D AT THE MOMENT
22:50:40 01 10 EAUTON A4261  A :S522 PT 07892  JUST FYI THEY ARE GETTING OUT ON FOOT,THEY
                             HAVE NO IDEA THESE VEHS ARE OCC'D AT THE MOMENT
22:50:51 01 10 EAUTON A4261  A :S517 PT           67TH AV/GLENDALE
22:50:54 01 10 ETAC13 A6171  JUST FYI JUST WEST OF YOU IN P/LOT
22:51:05 01 10 EAUTON A4261  A :S517 PT 07497
22:51:16 01 10 EAUTON A4261  S517 IM JW OF YOU IN PL
22:51:16 01 10 EAUTON A4261  A :S517 PT 07497  IM JW OF YOU IN PL
22:51:27 01 10 ETAC13 A6171  DO WE HAVE SOMEONE FOR FRONT BLOCK?
22:51:29 01 10 EAUTON A4261  S525 IF HAPPENS HERE WE HAVE SOMEONE FOR FRNT BLOCK
22:51:29 01 10 EAUTON A4261  EN:S525 PT 08677  IF HAPPENS HERE WE HAVE SOMEONE FOR FRNT BLOCK
22:51:36 01 10 EAUTON A4261  S52 S52 AT FRNT BLOCK
22:51:36 01 10 EAUTON A4261  A :S52 PT 08963  S52 AT FRNT BLOCK
22:51:40 01 10 ETAC13 A6171  COPY WE HAVE K9 TWRDS BACK
22:51:45 01 10 EAUTON A4261  S525 WE HAVE K9 TOWARDS THE BACK
22:51:45 01 10 EAUTON A4261  EN:S525 PT 08677  WE HAVE K9 TOWARDS THE BACK
22:51:51 01 10 EAUTON A4261  A :S563 K9 08942  DYSART VB
22:51:59 01 10 ETAC13 A6171  TRY AND CLIMB BACKDEAT ACT NORMAL
22:52:02 01 10 EAUTON A4261  S52 DO BEST YOU CAN TO APPEAR NATURAL,CLIMB IN BACK SEAT
22:52:02 01 10 EAUTON A4261  A :S52 PT 08963  DO BEST YOU CAN TO APPEAR NATURAL,CLIMB IN BACK
                             SEAT
22:52:04 01 10 ETAC13 A6171  KEEP AN EYE ON THEM
22:52:07 01 10 EAUTON A4261  A918 KEEP AN EYE ON THEM
22:52:07 01 10 EAUTON A4261  A :A918 PT           KEEP AN EYE ON THEM
22:52:10 01 10 EAUTON A4261  A :S52 PT 08963  DYSART VB
22:52:15 01 10 ETAC13 A6171  CAN YOU GO TO THE AIRCRAFT RECORDING
22:52:15 01 10 EAUTON A4261  A :S522 PT 07892  DYSART VB
22:52:17 01 10 EAUTON A4261  A :S523 PT 09287  DYSART VB
22:52:19 01 10 ETAC13 A6171  YEAH 10-4
22:52:19 01 10 EAUTON A4261  EN:S525 PT 08677  DYSART VB
22:52:22 01 10 EAUTON A4261  A :S517 PT 07497  DYSART VB
22:52:28 01 10 EAUTON A4261  DP:V572 PT 07991  DYSART VB
22:52:34 01 10 EAUTON A4261  V635 THEYRE ON FOOD
22:52:34 01 10 EAUTON A4261  A :V635 DE 07014  THEYRE ON FOOD
22:52:39 01 10 EAUTON A4261  V635 THEYRE ON FOOT
22:52:39 01 10 EAUTON A4261  A :V635 DE 07014  THEYRE ON FOOT
22:52:44 01 10 ETAC13 A6171  HE CAME FROM DIFF VEH
22:52:44 01 10 EAUTON A4261  S525 HE CAME FROM A DIFF VEH
22:52:44 01 10 EAUTON A4261  EN:S525 PT 08677  HE CAME FROM A DIFF VEH
22:52:56 01 10 EAUTON A4261  S525 HE CAME S & N,NOT EVEN SURE HE CAME FROM A VEH
22:52:56 01 10 EAUTON A4261  EN:S525 PT 08677  HE CAME S & N,NOT EVEN SURE HE CAME FROM A VEH
22:52:59 01 10 ETAC13 A6171  NOT EVEN SURE HE CAME FROM VEH HE CAME SOUTH FROM NORTH OF PATHFINDER
22:53:09 01 10 ETAC13 A6171  IF THIS GOES DOWN CAN YOU GUY FOCUS ON CONTAINING P/LOT HERE
22:53:15 01 10 EAUTON A4261  S52 V63 YOU GUYS FOCUS ON CONTAINING PL IF THIS GOES DOWN HERE
22:53:15 01 10 EAUTON A4261  A :S52 PT 08963  V63 YOU GUYS FOCUS ON CONTAINING PL IF THIS
                             GOES DOWN HERE
```

PHX001468

```
(s0p10.0h10.0v0T
Page 42                          PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE              Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                 Desk/
Time      Date  Unit   ID
22:53:21 01 10 EAUTON A4261  A :S51 PT        67TH AV/GLENDALE
22:53:28 01 10 EAUTON A4261  A :S51 PT 08566
22:53:32 01 10 ETAC13 A6171  MOVEMENT IN CARS
22:53:35 01 10 EAUTON A4261  S51 10-4
22:53:35 01 10 EAUTON A4261  A :S51 PT 08566  10-4
22:53:44 01 10 EAUTON A4261  A :A918 PT        1460 N DYSART
22:53:46 01 10 EAUTON A4261  A :S52 PT 08963  1460 N DYSART
22:53:51 01 10 EAUTON A4261  A :S522 PT 07892  1460 N DYSART
22:53:53 01 10 EAUTON A4261  A :S523 PT 09287  1460 N DYSART
22:53:55 01 10 EAUTON A4261  EN:S525 PT 08677  1460 N DYSART
22:53:57 01 10 EAUTON A4261  A :S527 PT        1460 N DYSART
22:53:58 01 10 ETAC13 A6171  PASS FRNT WINDOW SMOKING AGAIN THAT WINDOW IS OPEN
22:54:04 01 10 EAUTON A4261  A918 PSGR FRNT WINDOW OPEN SMOKING AGAIN
22:54:04 01 10 EAUTON A4261  A :A918 PT       PSGR FRNT WINDOW OPEN SMOKING AGAIN
22:54:05 01 10 ETAC13 A6171  WHO HAS FRNT OF THE STORE
22:54:18 01 10 EAUTON A4261  S51 WHOS UNIT IN FRNT GONNA GRAB STORE?
22:54:18 01 10 EAUTON A4261  A :S51 PT 08566  WHOS UNIT IN FRNT GONNA GRAB STORE?
22:54:21 01 10 ETAC13 A6171  NOT IN P/LOT IF THIS GOES DOWN I CAN BE
22:54:24 01 10 EAUTON A4261  A :S549 PT       67TH AV/GLENDALE
22:54:33 01 10 EAUTON A4261  S549 IM IN FRNT NOW,IF GOES DOWN I CAN BE IN
22:54:33 01 10 EAUTON A4261  A :S549 PT       IM IN FRNT NOW,IF GOES DOWN I CAN BE IN
22:54:41 01 10 ETAC13 A6171  2 UNITS ONE FOR V/B ONE FOR DYSART AND ONE FOR KFC
22:54:47 01 10 EAUTON A4261  S52 NEED 2 UNITS IN FRNT VB THEN 1 FOR K9 TO LOCK IT DOWN
22:54:47 01 10 EAUTON A4261  A :S52 PT 08963  NEED 2 UNITS IN FRNT VB THEN 1 FOR K9 TO LOCK
                             IT DOWN
22:54:53 01 10 ETAC13 A6171  GOODYEAR PD ON VB
22:54:56 01 10 ETAC13 A6171  COPY
22:54:58 01 10 EAUTON A4261  A :S549 PT 08509
22:55:04 01 10 ETAC13 A6171  COMING FROM THE EAST I CAN TAKE EHAT YOU NEED
22:55:08 01 10 ETAC13 A6171  I',COMING FROM WEST
22:55:16 01 10 ETAC13 A6171  FOOD CITY VLOSED?
22:55:18 01 10 EAUTON A4261  A :S511 PT 07097  1460 N DYSART, - 67TH AV/GLENDALE
22:55:18 01 10 EAUTON A4261  A :S511 PT 07099  CONTROL FOR UNIT CHANGED T13
22:55:19 01 10 ETAC13 A6171  LOOKS LIKE THEU
22:55:40 01 10 ETAC13 A6171  MARK I'LL TAKE THE FOOD CTY I CAN GET TO IT BETTER
22:55:51 01 10 ETAC13 A6171  I GOT 21 W/ME COMING FROM THE SOUTH
22:56:10 01 10 EAUTON A4261  S522 S511 SEE HOW WE'RE SET UP HERE?
22:56:10 01 10 EAUTON A4261  A :S522 PT 07892  S511 SEE HOW WE'RE SET UP HERE?
22:56:18 01 10 EAUTON A4261  S511 IM OVER ON ES IN APT CMPLX,SO I CANT SEE
22:56:18 01 10 EAUTON A4261  A :S511 PT 07097  IM OVER ON ES IN APT CMPLX,SO I CANT SEE
22:56:20 01 10 EAUTON A4261  S522 COPY
22:56:20 01 10 EAUTON A4261  A :S522 PT 07892  COPY
22:56:32 01 10 EAUTON A4261  A918 ANYONE FROM DPS ON IN CASE IT GOES BACK TO I10
22:56:32 01 10 EAUTON A4261  A :A918 PT       ANYONE FROM DPS ON IN CASE IT GOES BACK TO I10
22:56:44 01 10 EAUTON A4261  GOODYRD OFCR - YEAH I CAN TAKE CARE OF DPS
22:56:52 01 10 EAUTON A4261  A918 OK JUST WANT TO MAKE SURE WE'VE GOT
22:56:52 01 10 EAUTON A4261  A :A918 PT       OK JUST WANT TO MAKE SURE WE'VE GOT
22:57:00 01 10 ETAC13 A6102  DO HAVE A HELICOPTER READY,STAGING IN THE DISTANCE
22:57:05 01 10 ETAC13 A6102  ANY UPDATE ON SUSP VEH WHAT THEY DOING
22:57:08 01 10 EAUTON A4261  A918 WE DO HAVE HELICOPTER READY & BRIEFED STAGING A BIT AWAY
```

```
(s0p10.0h10.0v0T
Page 43                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                Desk/
Time      Date  Unit  ID
22:57:08 01 10 EAUTON A4261 A :A918 PT        WE DO HAVE HELICOPTER READY & BRIEFED STAGING
                                              A BIT AWAY
22:57:12 01 10 ETAC13 A6102 PASS WINDOW ONLY ONE DOWN,SMOKIN CIG
22:57:17 01 10 EAUTON A4261 A918 JSUT SITTING THERE WINDOW DOWN SMOKING CIG
22:57:17 01 10 EAUTON A4261 A :A918 PT        JSUT SITTING THERE WINDOW DOWN SMOKING CIG
22:57:22 01 10 ETAC13 A6102 47 COMING FROM THE WEST,CAN CONTAIN
22:57:32 01 10 ETAC13 A6102 ANOTHER VEH PARKED SHOPPER POSS PARKED BETWENN THE 2 OF US
22:57:34 01 10 EAUTON A4261 A918 OTHER VEH PARKED IN HERE CNTR CLOCK TO SP VEH
22:57:34 01 10 EAUTON A4261 A :A918 PT        OTHER VEH PARKED IN HERE CNTR CLOCK TO SP VEH
22:57:50 01 10 EAUTON A4261 S52 BLOCK TO KFC WE'LL KEEP SAME PERIM POS
22:57:50 01 10 EAUTON A4261 A :S52 PT 08963  BLOCK TO KFC WE'LL KEEP SAME PERIM POS
22:57:58 01 10 ETAC13 A6102 DESC WHERE VEH PARKED/FACING
22:58:11 01 10 ETAC13 A6102 MAIN ENT TO FOOD CITY,8 SPACES OUT IN 2 ROW,FACING NW
22:58:20 01 10 EAUTON A4261 A918 ITS FACING NW RIGHT NOW
22:58:20 01 10 EAUTON A4261 A :A918 PT        ITS FACING NW RIGHT NOW
22:58:35 01 10 EAUTON A4261 A918 2 SHOPPERS WERE WALKING LOOKING AT YOU,NOW WALKING BACK TO THEIR VEHS
22:58:35 01 10 EAUTON A4261 A :A918 PT        2 SHOPPERS WERE WALKING LOOKING AT YOU,NOW
                                              WALKING BACK TO THEIR VEHS
22:58:50 01 10 EAUTON A4261 S522 YEAH THEY WERE WALKING ALMOST POINTING US OUT,WALKING BACK TO THEIR
                                              VEHS
22:58:50 01 10 EAUTON A4261 A :S522 PT 07892  YEAH THEY WERE WALKING ALMOST POINTING US
                                              OUT,WALKING BACK TO THEIR VEHS
22:59:01 01 10 EAUTON A4261 A :S519 PT        67TH AV/GLENDALE
22:59:10 01 10 EAUTON A4261 A :S519 PT 08469
22:59:12 01 10 ETAC13 A5471 TAK WAYS ON DYSART IF CAN
22:59:25 01 10 EAUTON A4261 NA:S519 PT 08469
22:59:25 01 10 EAUTON A4261 A :S519 PT 08467
22:59:28 01 10 ETAC13 A5471 A918 ON THE MOVE
22:59:28 01 10 ETAC13 A5471 A :A918 PT        ON THE MOVE
22:59:31 01 10 EAUTON A4261 A918 VEH ON MOVE
22:59:31 01 10 EAUTON A4261 A :A918 PT        VEH ON MOVE
22:59:36 01 10 EAUTON A4261 A918 WE ARE RECORDING
22:59:36 01 10 EAUTON A4261 A :A918 PT        WE ARE RECORDING
22:59:38 01 10 ETAC13 A5471 A918 WE ARE RECORDING
22:59:38 01 10 ETAC13 A5471 A :A918 PT        WE ARE RECORDING
22:59:49 01 10 ETAC13 A5471 TOWARD WHATABURGER
23:00:06 01 10 ETAC13 A5471 A918 KINDA MOTION YOU GUYS,FOLLOWING THEM NOW,TRYING TO GET THEIR ATTENTION
23:00:06 01 10 ETAC13 A5471 A :A918 PT        KINDA MOTION YOU GUYS,FOLLOWING THEM
                                              NOW,TRYING TO GET THEIR ATTENTION
23:00:12 01 10 EAUTON A4261 A918 CAR KINDA MOTIONING AT THEM,FOLLOWING THE,LIKE THRYING TO GET THEIR
                                              ATTENTION
23:00:12 01 10 EAUTON A4261 A :A918 PT        CAR KINDA MOTIONING AT THEM,FOLLOWING THE,LIKE
                                              THRYING TO GET THEIR ATTENTION
23:00:19 01 10 EAUTON A4261 A918 EB VB DYSART
23:00:19 01 10 EAUTON A4261 A :A918 PT        EB VB DYSART
23:00:20 01 10 ETAC13 A5471 A918 VEH IS EB ON VAN BUREN DYSART
23:00:20 01 10 ETAC13 A5471 A :A918 PT        VEH IS EB ON VAN BUREN DYSART
23:00:25 01 10 EAUTON A4261 A918 BACK SB DYSART FROM VB
23:00:25 01 10 EAUTON A4261 A :A918 PT        BACK SB DYSART FROM VB
23:00:27 01 10 ETAC13 A5471 A918 SB ON DYSART FROM VB
```

```
(s0p10.0h10.0v0T
Page 44                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019


CALL: PH19-55839 ACTIVE (R)


              Desk/
Time    Date  Unit  ID
23:00:27 01 10 ETAC13 A5471  A :A918 PT       SB ON DYSART FROM VB
23:00:28 01 10 EAUTON A4261  A918 SLOW ROLLING
23:00:28 01 10 EAUTON A4261  A :A918 PT       SLOW ROLLING
23:00:34 01 10 ETAC13 A5471  A918 FIRST ENTRANCE PULLING BACK INTO PLOT
23:00:34 01 10 ETAC13 A5471  A :A918 PT       FIRST ENTRANCE PULLING BACK INTO PLOT
23:00:40 01 10 EAUTON A4261  A918 PULLING BACK INTO THE PL 1ST ENTRANCE BY WHATABURGER
23:00:40 01 10 EAUTON A4261  A :A918 PT       PULLING BACK INTO THE PL 1ST ENTRANCE BY
                             WHATABURGER
23:00:42 01 10 ETAC13 A5471  A918 SB AWAY FROM WHATABURGER
23:00:42 01 10 ETAC13 A5471  A :A918 PT       SB AWAY FROM WHATABURGER
23:00:48 01 10 EAUTON A4261  A918 SB IN LOT AWAY FROM WHATABURGER
23:00:48 01 10 EAUTON A4261  A :A918 PT       SB IN LOT AWAY FROM WHATABURGER
23:00:54 01 10 EAUTON A4261  S522 RIGHT BACK TO WHERE WE ARE
23:00:54 01 10 EAUTON A4261  A :S522 PT 07892  RIGHT BACK TO WHERE WE ARE
23:01:03 01 10 ETAC13 A5471  A918 DYSART NB TO VB
23:01:03 01 10 ETAC13 A5471  A :A918 PT       DYSART NB TO VB
23:01:06 01 10 EAUTON A4261  A918 OK BACK OUT ONTO DYSART NB TOWARDS VB
23:01:06 01 10 EAUTON A4261  A :A918 PT       OK BACK OUT ONTO DYSART NB TOWARDS VB
23:01:12 01 10 EAUTON A4261  A :A918 PT       DYSART VB NB
23:01:14 01 10 EAUTON A4261  A :V638 DE 06103  DYSART VB NB
23:01:15 01 10 ETAC13 A5471  (M) WHATABURGER 1460 N DYSART RD
23:01:17 01 10 EAUTON A4261  A :V636 DE 07710  DYSART VB NB
23:01:19 01 10 EAUTON A4261  A :V635 DE 07014  DYSART VB NB
23:01:21 01 10 EAUTON A4261  A :V632 PT 05994  DYSART VB NB
23:01:23 01 10 EAUTON A4261  A :V632 PT 05994  DYSART VB WB
23:01:25 01 10 EAUTON A4261  A :V638 DE 06103  DYSART VB WB
23:01:27 01 10 EAUTON A4261  A :A918 PT       DYSART VB WB
23:01:35 01 10 EAUTON A4261  A918 SLOW ROLLING WB VB
23:01:35 01 10 EAUTON A4261  A :A918 PT       SLOW ROLLING WB VB
23:01:42 01 10 ETAC13 A5471  A918 PULLING BACK INTO FOOD CITY PLOT FAR WEST END
23:01:42 01 10 ETAC13 A5471  A :A918 PT       PULLING BACK INTO FOOD CITY PLOT FAR WEST END
23:01:43 01 10 EAUTON A4261  A918 PULLING BACK INTO FOOD CITY PL FAR W END OF IT
23:01:43 01 10 EAUTON A4261  A :A918 PT       PULLING BACK INTO FOOD CITY PL FAR W END OF IT
23:02:08 01 10 ETAC13 A5471  A918 EB THROUGH PLOT JS OF VAN BUREN,ALMOST STOP,FACING WHATABURGER ON NS
                             OF FOOD CITY,SLOW ROLLING NOW
23:02:08 01 10 EAUTON A4261  A :A918 PT       1460 N DYSART
23:02:08 01 10 ETAC13 A5471  A :A918 PT       EB THROUGH PLOT JS OF VAN BUREN,ALMOST
                             STOP,FACING WHATABURGER ON NS OF FOOD CITY,SLOW ROLLING NOW
23:02:16 01 10 EAUTON A4261  A :V638 DE 06103  1460 N DYSART
23:02:18 01 10 EAUTON A4261  A :V636 DE 07710  1460 N DYSART
23:02:20 01 10 EAUTON A4261  A :V635 DE 07014  1460 N DYSART
23:02:23 01 10 ETAC13 A5471  A918 2 VEHS IN DRIVE THRU,BACKING INTO SPOT,200 FT NW OF WHATABURGER
23:02:23 01 10 ETAC13 A5471  A :A918 PT       2 VEHS IN DRIVE THRU,BACKING INTO SPOT,200 FT
                             NW OF WHATABURGER
23:02:30 01 10 ETAC13 A5471  5 SPACES EAST OF ME
23:02:36 01 10 EAUTON A4261  V638 5 SPACES E OF ME
23:02:36 01 10 EAUTON A4261  A :V638 DE 06103  5 SPACES E OF ME
23:02:43 01 10 EAUTON A4261  A918 PARKED INTO SPOT RIGHT ALONG VB
23:02:43 01 10 EAUTON A4261  A :A918 PT       PARKED INTO SPOT RIGHT ALONG VB
23:02:52 01 10 ETAC13 A5471  A918 INTO SPOT RIGHT ALONG VAN BUREN,4 SPACES WEST OF ENTRANCE,
```

```
(s0p10.0h10.0v0T
Page 45                     PHOENIX POLICE DEPARTMENT
FOR: EGGERSS               JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                  Desk/
Time      Date  Unit   ID
23:02:52 01 10 ETAC13 A5471  A :A918 PT        INTO SPOT RIGHT ALONG VAN BUREN,4 SPACES WEST
                             OF ENTRANCE,
23:02:54 01 10 EAUTON A4261  A918 1ST ENTRANCE JW OF DYSART 4 SPCS W OF THAT FACING SB
23:02:54 01 10 EAUTON A4261  A :A918 PT        1ST ENTRANCE JW OF DYSART 4 SPCS W OF THAT
                             FACING SB
23:03:02 01 10 ETAC13 A5471  2242 AND HAVE EYES ON HIM
23:03:09 01 10 ETAC13 A5471  25 HAVE PONY WALL BLOCKING BACK END
23:03:13 01 10 EAUTON A4261  S525 HE HAVE A PONY WALL BLOCKING?
23:03:13 01 10 EAUTON A4261  EN:S525 PT 08677  HE HAVE A PONY WALL BLOCKING?
23:03:21 01 10 ETAC13 A5471  WAYS AWAY,PUSHING HIM,WB ON VAN BUREN,BLOCK BACK END OF IT
23:03:30 01 10 ETAC13 A5471  TAKE WHATABURGER
23:03:33 01 10 EAUTON A4261  S52 NEG GONNA BE BUSHES,NEED BEAM POLE TO GET IN TO IT
23:03:33 01 10 EAUTON A4261  A :S52 PT 08963  NEG GONNA BE BUSHES,NEED BEAM POLE TO GET IN TO
                             IT
23:03:58 01 10 EAUTON A4261  S549 IF SOMEONE WANTS TO TAKE WHATABURGER I CAN GET IT
23:03:58 01 10 EAUTON A4261  A :S549 PT 08509  IF SOMEONE WANTS TO TAKE WHATABURGER I CAN GET
                             IT
23:04:24 01 10 ETAC13 A5471  25 TO 22,LOOK SLIKE WE CAN GO AORUND SOUTH END OF BLDG,FAR WEST END,WE CAN
                             TAKE PASSENGER SIDE
23:04:24 01 10 EAUTON A4261  S525 TO S522 LOOKS LIKE WE CAN GO ARND THE S END OF THIS BLDG & WE CAN GET
                             TO FAR W ENT,WE CAN TAKE PSGR SIDE FROM W END
23:04:24 01 10 EAUTON A4261  EN:S525 PT 08677  TO S522 LOOKS LIKE WE CAN GO ARND THE S END OF
                             THIS BLDG & WE CAN GET TO FAR W ENT,WE CAN TAKE PSGR SIDE FROM W END
23:04:31 01 10 ETAC13 A5471  GATE RUNS ON BOTH SIDES OF FOOD CITY
23:04:37 01 10 ETAC13 A5471  25 WE CAN JUST TAKE IT FROM HERE
23:04:40 01 10 EAUTON A4261  GOODYR OFCR - THERES A GATE THAT RUNS ON BOTH SIDES OF FOOD CITY
23:04:48 01 10 EAUTON A4261  S522 YEAH S525 WE CAN JUST TAKE IT FROM THERE
23:04:48 01 10 EAUTON A4261  A :S522 PT 07892  YEAH S525 WE CAN JUST TAKE IT FROM THERE
23:04:50 01 10 EAUTON A4261  S525 COPY
23:04:50 01 10 EAUTON A4261  EN:S525 PT 08677  COPY
23:05:00 01 10 ETAC13 A5471  51 BIG WHITE POLE BEHIND HIM,INHIBIT YOUR ABILITY TO MAKE CONTACT
23:05:06 01 10 ETAC13 A5471  A918 DIRECTLY IN FRONT OF POLE
23:05:06 01 10 ETAC13 A5471  A :A918 PT        DIRECTLY IN FRONT OF POLE
23:05:08 01 10 EAUTON A4261  S51 BIG LGIHT POLE BHND HIM GOING TO MAKE DIFF TO CONT HIM
23:05:08 01 10 EAUTON A4261  A :S51 PT 08566  BIG LGIHT POLE BHND HIM GOING TO MAKE DIFF TO
                             CONT HIM
23:05:11 01 10 ETAC13 A5471  NEED HIM THERE AS VEH DROP FOR VB
23:05:19 01 10 EAUTON A4261  A918 YEAH HE IS DIRECTLY IN FRNT OF LIGHT POLE
23:05:19 01 10 EAUTON A4261  A :A918 PT        YEAH HE IS DIRECTLY IN FRNT OF LIGHT POLE
23:05:28 01 10 ETAC13 A5471  I'LL PUT IT THERE,THEN SCOOT
23:05:40 01 10 ETAC13 A5471  WHO DO WE HAVE FOR BLOCK?
23:05:46 01 10 ETAC13 A5471  25 BEST FOR THAT
23:05:49 01 10 ETAC13 A5471  25 10-4
23:05:55 01 10 EAUTON A4261  NA:S549 PT 08509
23:05:55 01 10 EAUTON A4261  A :S549 PT 08506
23:06:03 01 10 ETAC13 A5471  A918 TWO WIATING FOR PICK UP,NO ONE ORDERING,NO VEH IN PLOT
23:06:03 01 10 ETAC13 A5471  A :A918 PT        TWO WIATING FOR PICK UP,NO ONE ORDERING,NO VEH
                             IN PLOT
23:06:22 01 10 EAUTON A4261  A :V632 PT 05994  1460 N DYSART
23:06:24 01 10 ETAC13 A5471  DROVE BY THRE,BUSHES 3 FEET WIDE,ALMOST TOUCHING THEM
```

```
(s0p10.0h10.0v0T
Page 46                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS           JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                 Desk/
Time     Date  Unit  ID
23:06:26 01 10 EAUTON A4261  A :V631 DE 06914  1460 N DYSART
23:06:28 01 10 EAUTON A4261  A :V630 DE 05057  1460 N DYSART
23:06:31 01 10 EAUTON A4261  A :V63 PT 05227  1460 N DYSART
23:06:36 01 10 EAUTON A4261  DP:V572 PT 07991  1460 N DYSART
23:06:47 01 10 EAUTON A4261  A :S549 PT 08506  1460 N DYSART
23:06:53 01 10 ETAC13 A5471  52 ANYONE TO THE WEST FOR PASSENGER SIDE?
23:06:56 01 10 EAUTON A4261  S52 ANYONE SET UP TO W FOR PSGR SIDE
23:06:56 01 10 EAUTON A4261  A :S52 PT 08963  ANYONE SET UP TO W FOR PSGR SIDE
23:06:58 01 10 ETAC13 A5471  27 I CAN GET IT WHEN I GET THERE
23:07:01 01 10 EAUTON A4261  S527 I CAN GET ARND & GET THAT
23:07:01 01 10 EAUTON A4261  A :S527 PT         I CAN GET ARND & GET THAT
23:07:14 01 10 ETAC13 A5471  NOT NOW,DON'T SPOOK THEM,JUST BE AWARE,WHEN THEY GO IN,MOVE TOT HE WEST
23:07:14 01 10 EAUTON A4261  S52 DONT NEED TO MOVE IN POS YET,DONT WANT TO SPOOK THEM
23:07:14 01 10 EAUTON A4261  A :S52 PT 08963  DONT NEED TO MOVE IN POS YET,DONT WANT TO SPOOK
                             THEM
23:07:28 01 10 ETAC13 A5471  LIGHTS,EAST BOUND TRAFFIC,I'LL STOP EB/WB TRAFFIC ON VV
23:07:33 01 10 ETAC13 A5471  LIGHTS,EAST BOUND TRAFFIC,I'LL STOP EB/WB TRAFFIC ON VB
23:07:36 01 10 EAUTON A4261  S51 YOU GUYS WANT TO STAGE AT CENT,IN CASE THIS GOES DOWNI'LL STOP TRAFFIC
                             GOES E TO W ON VB
23:07:36 01 10 EAUTON A4261  A :S51 PT 08566  YOU GUYS WANT TO STAGE AT CENT,IN CASE THIS
                             GOES DOWNI'LL STOP TRAFFIC GOES E TO W ON VB
23:07:40 01 10 ETAC13 A5471  I CAN DO WHATEVER,I HAVE LIGHTS
23:07:44 01 10 EAUTON A4261  S511 BOSS I CAN DO WHATAEVER
23:07:44 01 10 EAUTON A4261  A :S511 PT 07097  BOSS I CAN DO WHATAEVER
23:07:53 01 10 ETAC13 A5471  27 YOU SET UP TO THE WEST? I'M WITH 25,I CAN TAKE PASSENGER SIDE
23:07:56 01 10 EAUTON A4261  S522 S527 YO SET UP TO W? I CAN TAKE PSGR SIDE
23:07:56 01 10 EAUTON A4261  A :S522 PT 07892  S527 YO SET UP TO W? I CAN TAKE PSGR SIDE
23:08:09 01 10 EAUTON A4261  S527 I CAN GET IT,IM AT DYSART & VB NOW
23:08:09 01 10 EAUTON A4261  A :S527 PT         I CAN GET IT,IM AT DYSART & VB NOW
23:08:11 01 10 ETAC13 A5471  SAY FOR DRIVER? HAVE ACCESS TO THAT SIDE?
23:08:20 01 10 EAUTON A4261  S522 DO WE HAVE ACCESS TO DRIVERS SIDE
23:08:20 01 10 EAUTON A4261  A :S522 PT 07892  DO WE HAVE ACCESS TO DRIVERS SIDE
23:08:24 01 10 ETAC13 A5471  A918 OPEN ON ALL SIDES WHERE THE POLE IS IN THE BACK
23:08:24 01 10 ETAC13 A5471  A :A918 PT         OPEN ON ALL SIDES WHERE THE POLE IS IN THE BACK
23:08:28 01 10 ETAC13 A5471  I CAN GET DRIVER FROM HERE
23:08:34 01 10 EAUTON A4261  A918 SET UP ON ALL SIDES EXCEPT WHERE LIGHT POLE IS
23:08:34 01 10 EAUTON A4261  A :A918 PT         SET UP ON ALL SIDES EXCEPT WHERE LIGHT POLE IS
23:08:41 01 10 EAUTON A4261  S522 ALRIGHT,I CAN GET DRIVER FROM HERE
23:08:41 01 10 EAUTON A4261  A :S522 PT 07892  ALRIGHT,I CAN GET DRIVER FROM HERE
23:08:49 01 10 ETAC13 A5471  CAN'T TELL,PIZZA HUT JW OF THEM,STILL OPEN
23:08:52 01 10 EAUTON A4261  S52 THAT PIZZA HUT JW? STILL OPEN?
23:08:52 01 10 EAUTON A4261  A :S52 PT 08963  THAT PIZZA HUT JW? STILL OPEN?
23:08:55 01 10 ETAC13 A5471  10-4 PIZZA HUT
23:08:59 01 10 ETAC13 A5471  STILL OPEN?
23:09:00 01 10 EAUTON A4261  GOODYR OFCR - 10-4 PIZZA HUT
23:09:05 01 10 EAUTON A4261  S52 YEAH STILL OPEN?
23:09:05 01 10 EAUTON A4261  A :S52 PT 08963  YEAH STILL OPEN?
23:09:09 01 10 ETAC13 A5471  PEOPLE INSIDE THERE,BUT NOT SURE IF STILL OPEN
23:09:14 01 10 EAUTON A4261  V632 PPL INSIDE,DONT KNOW IF STILL OPEN
23:09:14 01 10 EAUTON A4261  A :V632 PT 05994  PPL INSIDE,DONT KNOW IF STILL OPEN
```

PHX001473

```
(s0p10.0h10.0v0T
Page 47                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                Desk/
Time     Date  Unit  ID
23:09:19 01 10 EAUTON A4261  A918 2 PPL JUST WALKED IN
23:09:19 01 10 EAUTON A4261  A :A918 PT        2 PPL JUST WALKED IN
23:09:22 01 10 ETAC13 A5471  A918 TWO PEOPLE WALKED IN,LOST THEM UNDER AWNING
23:09:22 01 10 ETAC13 A5471  A :A918 PT        TWO PEOPLE WALKED IN,LOST THEM UNDER AWNING
23:09:26 01 10 ETAC13 A5471  THEY WALKED AROUND CORNER TO THE SOTUH
23:09:28 01 10 EAUTON A4261  V632 NAH THEY WALKED ARND CORNER TO THE S
23:09:28 01 10 EAUTON A4261  A :V632 PT 05994  NAH THEY WALKED ARND CORNER TO THE S
23:09:33 01 10 EAUTON A4261  A918 HOW FAR W OF PIZZA HUT?
23:09:33 01 10 EAUTON A4261  A :A918 PT        HOW FAR W OF PIZZA HUT?
23:09:35 01 10 ETAC13 A5471  PU IN FRONT? HOW FAR WEST OF PH?
23:09:37 01 10 ETAC13 A5471  50 FEET
23:09:39 01 10 ETAC13 A5471  A918 COPY
23:09:39 01 10 ETAC13 A5471  A :A918 PT        COPY
23:09:40 01 10 EAUTON A4261  V632 50FT
23:09:40 01 10 EAUTON A4261  A :V632 PT 05994  50FT
23:09:45 01 10 ETAC13 A5471  PIZZA CLOSES AT 2300 HRS
23:09:51 01 10 EAUTON A4261  GOODYR OFCR - PIZZA HUT CLOSES AT 2300
23:10:55 01 10 EAUTON A4261  S52 COUPLE BUSINESS JS EYEBROW & SMOKE SHOP,SOON AS GOES DOWN AT LEAST 1
                             PERSON SIDEWALK TO STRIP MALL
23:10:55 01 10 EAUTON A4261  A :S52 PT 08963  COUPLE BUSINESS JS EYEBROW & SMOKE SHOP,SOON AS
                             GOES DOWN AT LEAST 1 PERSON SIDEWALK TO STRIP MALL
23:10:56 01 10 ETAC13 A5471  COUPLE BUSN STILL OPEN TO THE SOUTH,EYEBROW PLACE,SMOKE SHOP,GET ONE
                             PERSON OVER THERE TO THE SIDEWALK TO THE STRIP MALL,
23:11:14 01 10 ETAC13 A5471  GET THOSE BUSN,YOU GRAB TRAFFIC WB,BE CONTAINMENT ON SSS
23:11:16 01 10 ETAC13 A5471  YEP
23:11:31 01 10 ETAC13 A5471  WANT ME WEST OF WHATABURGER STOP EB TRAFFIC?
23:11:32 01 10 ETAC13 A5471  10-4
23:11:38 01 10 EAUTON A4261  S51 YOU WANT ME WB OF WHATABURGER STOP EB VB RIGHT?
23:11:38 01 10 EAUTON A4261  A :S51 PT 08566  YOU WANT ME WB OF WHATABURGER STOP EB VB RIGHT?
23:11:43 01 10 EAUTON A4261  S511 YOU WANT ME WB OF WHATABURGER STOP EB VB RIGHT?
23:11:43 01 10 EAUTON A4261  A :S511 PT 07097  YOU WANT ME WB OF WHATABURGER STOP EB VB RIGHT?
23:11:46 01 10 EAUTON A4261  S51 YEAH,10-4
23:11:46 01 10 EAUTON A4261  A :S51 PT 08566  YEAH,10-4
23:11:56 01 10 ETAC13 A5471  TO 25 HOW LONG TAKE YOU TO GET TO THAT VEH?
23:11:58 01 10 EAUTON A4261  S52 TO S525 HOW LONG THINK IT'LL TAKE YOU TO GET TO THAT VEH?
23:11:58 01 10 EAUTON A4261  A :S52 PT 08963  TO S525 HOW LONG THINK IT'LL TAKE YOU TO GET TO
                             THAT VEH?
23:12:11 01 10 ETAC13 A5471  A918 PEDEST CROSSED N TO S,WALKING TOWARD WHATABURGER
23:12:11 01 10 ETAC13 A5471  A :A918 PT        PEDEST CROSSED N TO S,WALKING TOWARD
                             WHATABURGER
23:12:13 01 10 EAUTON A4261  A918 PED ON FOOT CROSSED N OT S WALKING TOWARDS WHATABURGER
23:12:13 01 10 EAUTON A4261  A :A918 PT        PED ON FOOT CROSSED N OT S WALKING TOWARDS
                             WHATABURGER
23:12:44 01 10 ETAC13 A5471  22 TO 52 ONCE GOES DOWN,PUSH UP ALONG BLDG HERE,STIR UP ALITTLE,MAKE IT
                             INSIDE,GET TOT HE VEH JUST A COUPLE SECONDS,NEEED TO BE STAGED ONCE THEY
                             EXIT
23:12:49 01 10 EAUTON A4261  S522 S52,ONCE GOES DOWN WE'D HAVE TO PUSH UP ALONG BLDG,ONCE WE MAKE IN
                             INSIDE WE CAN MAKE TO VEH IN COUPLE OF SECONDS,JUST HAVE PUSH UP ONCE THEY
                             GET OUT
23:12:49 01 10 EAUTON A4261  A :S522 PT 07892  S52,ONCE GOES DOWN WE'D HAVE TO PUSH UP ALONG
```

```
(s0p10.0h10.0v0T
Page 48                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                 Desk/
Time      Date  Unit  ID
                           BLDG,ONCE WE MAKE IN INSIDE WE CAN MAKE TO VEH IN COUPLE OF SECONDS,JUST
                           HAVE PUSH UP ONCE THEY GET OUT
23:12:54 01 10 ETAC13 A5471 FIND A POSITION,OUT OF SITE OF GETWAY DRIVER
23:13:10 01 10 ETAC13 A5471 FIND A POSITION,OUT OF SITE OF GETWAY DRIVER,THEY LEAVE DRIVER IN VEH,WILL
                           YOU BE IN POSITION SO THEY CAN'T SEE YOU
23:13:14 01 10 EAUTON A4261 S52 OKAY HIGH LIKELIHOOD LEAVING DRIVER IN VEH,ABLE TO GET IN POS WHERE
                           THEY WONT SEE YOU AT?
23:13:14 01 10 EAUTON A4261 A :S52 PT 08963  OKAY HIGH LIKELIHOOD LEAVING DRIVER IN VEH,ABLE
                           TO GET IN POS WHERE THEY WONT SEE YOU AT?
23:13:37 01 10 ETAC13 A5471 THEY ARE BACKED IN FACING WHERE WE WERE,WE WOULD JUST HAVE TO MOVE TO
                           FRONT OF STORE,CREEP UP WHEN GOES DOWN,ANSWER QUESTION,YES,SEE
                           HEADLIGHTS,BUT THATS IT
23:13:37 01 10 EAUTON A4261 S522 THEY ARE PARKED BACK WHERE ORIG WAS,WE'LL HAVE TO MOVE OUT WAY TO NS
                           OF STORE HERE NONCHALANTLY BUT WE CAN DO THAT
23:13:37 01 10 EAUTON A4261 A :S522 PT 07892  THEY ARE PARKED BACK WHERE ORIG WAS,WE'LL HAVE
                           TO MOVE OUT WAY TO NS OF STORE HERE NONCHALANTLY BUT WE CAN DO THAT
23:13:39 01 10 ETAC13 A5471 COYP
23:13:41 01 10 EAUTON A4261 S52 I COPY
23:13:41 01 10 EAUTON A4261 A :S52 PT 08963  I COPY
23:13:46 01 10 ETAC13 A5471 16 FOOD CITY,WHERE IS VEH?
23:13:47 01 10 EAUTON A4261 A :S516 PT        67TH AV/GLENDALE
23:13:56 01 10 EAUTON A4261 A :S516 PT 08288
23:14:01 01 10 ETAC13 A5471 DIRECTLY IN FRONT OF PAYLESS SHOE SIGN,BACKED IN,REAR END NORTH TO VAN
                           BUREN
23:14:14 01 10 EAUTON A4261 S516 OK JW OF WHATABURGER UP AGNST FOOD CITY
23:14:14 01 10 EAUTON A4261 A :S516 PT 08288  OK JW OF WHATABURGER UP AGNST FOOD CITY
23:14:24 01 10 EAUTON A4261 S51 YEAH JW OF WHATABURGER CLOSEST TO VB
23:14:24 01 10 ETAC13 A5471 WEST OF WHATABURGER AND CLOSEST TO VAN BUREN,GET ON ROOF OF PAYLESS,CAN'T
                           SEE IT FROM FOOD CITY
23:14:24 01 10 EAUTON A4261 A :S51 PT 08566  YEAH JW OF WHATABURGER CLOSEST TO VB
23:14:25 01 10 ETAC13 A5471 COPY THANK
23:14:41 01 10 EAUTON A4261 S51 SO UNLESS YOU GET UP ON ROOF OF FOOD CITY,YOU'RE NOT GOING TO BE ABLE
                           TO SEE IT
23:14:41 01 10 EAUTON A4261 A :S51 PT 08566  SO UNLESS YOU GET UP ON ROOF OF FOOD
                           CITY,YOU'RE NOT GOING TO BE ABLE TO SEE IT
23:14:45 01 10 EAUTON A4261 S516 COPY
23:14:45 01 10 EAUTON A4261 A :S516 PT 08288  COPY
23:15:09 01 10 EAUTON A4261 Call re-directed:T13
23:15:19 01 10 ETAC13 A5471 THEY LOCK DOORS AT MIDNIGHT?
23:15:21 01 10 EAUTON A4261 S52 THIS WHATABURGER LOCK ITS DRS AT MIDNIGHT?
23:15:21 01 10 EAUTON A4261 A :S52 PT 08963  THIS WHATABURGER LOCK ITS DRS AT MIDNIGHT?
23:15:30 01 10 ETAC13 A5471 UNKNOWN
23:15:31 01 10 EAUTON A4261 A :S519 PT 08467  1460 N DYSART
23:15:36 01 10 EAUTON A4261 V638 UNK
23:15:36 01 10 EAUTON A4261 A :V638 DE 06103  UNK
23:15:44 01 10 EAUTON A4261 A :S563 K9 08942  1460 N DYSART
23:15:51 01 10 EAUTON A4261 EN:S525 PT 08677  1460 N DYSART
23:15:53 01 10 EAUTON A4261 A :S525 PT 08677
23:15:57 01 10 EAUTON A4261 A :S521 PT
23:16:04 01 10 EAUTON A4261 A :S521 PT
```

PHX001475

```
(s0p10.0h10.0v0T
Page 49                  PHOENIX POLICE DEPARTMENT
FOR: EGGERSS          JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

              Desk/
Time    Date Unit  ID
23:16:10 01 10 EAUTON A4261  A :S521 PT      1460 N DYSART
23:16:16 01 10 EAUTON A4261  A :S517 PT 07497 1460 N DYSART
23:16:20 01 10 EAUTON A4261  A :S516 PT 08288  1460 N DYSART
23:16:25 01 10 EAUTON A4261  A :S51 PT 08566  1460 N DYSART
23:16:39 01 10 EAUTON A4261  A :V572 PT 07991
23:18:06 01 10 ETAC13 A5471  13 TO 52 DAVID IS YOUR ROAD BLOCK,BENE TO GET TWO CARS,SPLIT POLE FOR REAR
                             BLOCK
23:18:09 01 10 EAUTON A4261  A :S513 PT       67TH AV/GLENDALE
23:18:16 01 10 EAUTON A4261  A :S513 PT       1460 N DYSART
23:18:21 01 10 ETAC13 A5471  COULD HELP,ONE TO THE WEST,ONE DIRECTLY JUST NORTH BY TATTOO SHOP
23:18:32 01 10 EAUTON A4261  S513 WE'RE STAGGED JUST A LITTLE N
23:18:32 01 10 EAUTON A4261  A :S513 PT       WE'RE STAGGED JUST A LITTLE N
23:18:40 01 10 EAUTON A4261  A :S513 PT 07244
23:18:45 01 10 ETAC13 A5471  WE'RE STAGED JW OF UHAUL,SECOND TO GET UP THERE,REAR BLOCK RIGHT NOW,MAY
                             BE MORE BENE TO HAVE TWO
23:18:48 01 10 ETAC13 A5471  52 COPY
23:18:57 01 10 EAUTON A4261  S513 WE'RE GOING TO BE DOWN RANGE,SO WE'RE JUST GOING TO GET DOWN ON FLR
                             BOARDS WHEN MAKE CONT
23:18:57 01 10 EAUTON A4261  A :S513 PT 07244  WE'RE GOING TO BE DOWN RANGE,SO WE'RE JUST
                             GOING TO GET DOWN ON FLR BOARDS WHEN MAKE CONT
23:19:05 01 10 ETAC13 A5471  TELL IF VEH ARE WEST IN FRONT OF PIZZA HUT OCCUP
23:19:09 01 10 EAUTON A4261  S52 CAN TELL IF VEHS DIRECTLY W OF THEM IN FRNT OF PIZZA HUT IS OCCUPIED
23:19:09 01 10 EAUTON A4261  A :S52 PT 08963  CAN TELL IF VEHS DIRECTLY W OF THEM IN FRNT OF
                             PIZZA HUT IS OCCUPIED
23:19:16 01 10 ETAC13 A5471  ONE IS ME,BUT OTHER IS NOT,PROB EMPLOYEE OF PIZZA HUT
23:19:20 01 10 EAUTON A4261  V638 1 IS ME & OTHER IS UNOCC,BUT EMP INSIDE PIZZA HUT
23:19:20 01 10 EAUTON A4261  A :V638 DE 06103  1 IS ME & OTHER IS UNOCC,BUT EMP INSIDE PIZZA
                             HUT
23:19:32 01 10 EAUTON A4261  S52 IF YOU CAN TRY TO SEAK COVER OR BACK UP CLOSER TO PIZZA HUT
23:19:32 01 10 EAUTON A4261  A :S52 PT 08963  IF YOU CAN TRY TO SEAK COVER OR BACK UP CLOSER
                             TO PIZZA HUT
23:19:34 01 10 ETAC13 A5471  52 COPY,IF YOU CAN,SEEK COVER WHEN GOES DOWN,GO TO SHOE STORE,FIELD OF
                             FIRE NORTHWEST
23:19:42 01 10 EAUTON A4261  S52 MORE THAN LIKELY FIELD OF FIRE WILL BE TO THE NW
23:19:42 01 10 EAUTON A4261  A :S52 PT 08963  MORE THAN LIKELY FIELD OF FIRE WILL BE TO THE NW
23:19:52 01 10 ETAC13 A5471  A918 EB THROUGH THE LOT,OUT TO VB
23:19:52 01 10 ETAC13 A5471  A :A918 PT       EB THROUGH THE LOT,OUT TO VB
23:19:56 01 10 EAUTON A4261  A918 VEH ON MOVE EB THROUGH LOT PULLING OUT TO VB
23:19:56 01 10 EAUTON A4261  A :A918 PT       VEH ON MOVE EB THROUGH LOT PULLING OUT TO VB
23:20:02 01 10 EAUTON A4261  A918 EB VB UP TO DYSART
23:20:02 01 10 EAUTON A4261  A :A918 PT       EB VB UP TO DYSART
23:20:03 01 10 ETAC13 A5471  A918 EB VB/DYSART
23:20:03 01 10 ETAC13 A5471  A :A918 PT       EB VB/DYSART
23:20:12 01 10 ETAC13 A5471  A918 SB DYSART/VB
23:20:12 01 10 ETAC13 A5471  A :A918 PT       SB DYSART/VB
23:20:24 01 10 ETAC13 A5471  A918 PULL INTO FIRST ENTRANCE SOUTH OF VAN BUREN AGAIN,STILL RECORDING
23:20:24 01 10 ETAC13 A5471  A :A918 PT       PULL INTO FIRST ENTRANCE SOUTH OF VAN BUREN
                             AGAIN,STILL RECORDING
23:20:30 01 10 EAUTON A4261  A918 THEYRE SLOW ROLLING 1ST ENTRANCE S OF VB,REMINDER WE ARE RECORDING
23:20:30 01 10 ETAC13 A5471  A918 NB TOWARD WHATABURGER
```

```
(s0p10.0h10.0v0T
Page 50                        PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                Desk/
Time      Date  Unit  ID
23:20:30 01 10 EAUTON A4261  A :A918 PT        THEYRE SLOW ROLLING 1ST ENTRANCE S OF
                             VB,REMINDER WE ARE RECORDING
23:20:30 01 10 ETAC13 A5471  A :A918 PT        NB TOWARD WHATABURGER
23:20:35 01 10 EAUTON A4261  A918 NB TWOARDS WHATABURGER
23:20:35 01 10 EAUTON A4261  A :A918 PT        NB TWOARDS WHATABURGER
23:20:37 01 10 ETAC13 A5471  A918 ON EAST SIDE OF WHATABURGER
23:20:37 01 10 ETAC13 A5471  A :A918 PT        ON EAST SIDE OF WHATABURGER
23:20:40 01 10 EAUTON A4261  A918 ON ES OF WHATABURGER
23:20:40 01 10 EAUTON A4261  A :A918 PT        ON ES OF WHATABURGER
23:20:55 01 10 EAUTON A4261  A918 PULLING ARND NS WB ALONG NS WHATABURGER
23:20:55 01 10 EAUTON A4261  A :A918 PT        PULLING ARND NS WB ALONG NS WHATABURGER
23:20:56 01 10 ETAC13 A5471  A918 ALONG NORTH SIDE WB
23:20:56 01 10 ETAC13 A5471  A :A918 PT        ALONG NORTH SIDE WB
23:21:03 01 10 ETAC13 A5471  HOLD YOUR POSITIONS,SEE WHAT THEY DO
23:21:07 01 10 EAUTON A4261  S52 EVERYBODY HOLD POS SEE WHAT THEY DO
23:21:07 01 10 EAUTON A4261  A :S52 PT 08963 EVERYBODY HOLD POS SEE WHAT THEY DO
23:21:08 01 10 ETAC13 A5471  A918 SB THROUGH PLOT AGAIN
23:21:08 01 10 ETAC13 A5471  A :A918 PT        SB THROUGH PLOT AGAIN
23:21:11 01 10 EAUTON A4261  A918 SB THROUGH PL AGAIN
23:21:11 01 10 EAUTON A4261  A :A918 PT        SB THROUGH PL AGAIN
23:21:18 01 10 EAUTON A4261  A918 KFC ALL WAY OVER THIS WHATABURGER
23:21:18 01 10 EAUTON A4261  A :A918 PT        KFC ALL WAY OVER THIS WHATABURGER
23:21:21 01 10 ETAC13 A5471  PASS KFC,WHATABURGER IS JW
23:21:27 01 10 EAUTON A4261  V636 YEAH PAST KFC WHATABURGER JW
23:21:27 01 10 EAUTON A4261  A :V636 DE 07710  YEAH PAST KFC WHATABURGER JW
23:21:31 01 10 ETAC13 A5471  A918 GOING BACK OUT TO DYSART
23:21:31 01 10 ETAC13 A5471  A :A918 PT        GOING BACK OUT TO DYSART
23:21:39 01 10 ETAC13 A5471  A918 NB TO LEFT TURN LANE GOING WB ON VB
23:21:39 01 10 ETAC13 A5471  A :A918 PT        NB TO LEFT TURN LANE GOING WB ON VB
23:21:40 01 10 EAUTON A4261  A918 PASSED KFC BACK OUT ONTO DYSART TO GO BACK WB ON VB
23:21:40 01 10 EAUTON A4261  A :A918 PT        PASSED KFC BACK OUT ONTO DYSART TO GO BACK WB
                             ON VB
23:21:48 01 10 ETAC13 A5471  A918 WB VB DYSART
23:21:48 01 10 ETAC13 A5471  A :A918 PT        WB VB DYSART
23:21:50 01 10 EAUTON A4261  A918 WB VB FROM DYSART
23:21:50 01 10 EAUTON A4261  A :A918 PT        WB VB FROM DYSART
23:22:06 01 10 EAUTON A4261  A918 BACK IN OVER BY PIZZA HUT
23:22:06 01 10 EAUTON A4261  A :A918 PT        BACK IN OVER BY PIZZA HUT
23:22:07 01 10 ETAC13 A5471  A918 BACK IN BY PIZZA HUT
23:22:07 01 10 ETAC13 A5471  A :A918 PT        BACK IN BY PIZZA HUT
23:22:16 01 10 ETAC13 A5471  A918 EB BACK TO WHERE THEY STARTED
23:22:16 01 10 ETAC13 A5471  A :A918 PT        EB BACK TO WHERE THEY STARTED
23:22:17 01 10 EAUTON A4261  A918 NS OF FOOD CITY BACK EB OVER TO WHERE THEY JUST STARTED ALL THISE
23:22:17 01 10 EAUTON A4261  A :A918 PT        NS OF FOOD CITY BACK EB OVER TO WHERE THEY
                             JUST STARTED ALL THISE
23:22:33 01 10 ETAC13 A5471  A918 BACK INTO SAME SPOT BY THE POLE
23:22:33 01 10 ETAC13 A5471  A :A918 PT        BACK INTO SAME SPOT BY THE POLE
23:22:35 01 10 EAUTON A4261  A918 FACING OVER TOWARDS REST,PARKING BACK INTO EXACT SAME SPOT BY LIGHT
                             POLE
23:22:35 01 10 EAUTON A4261  A :A918 PT        FACING OVER TOWARDS REST,PARKING BACK INTO
```

```
(s0p10.0h10.0v0T
Page 51                PHOENIX POLICE DEPARTMENT
FOR: EGGERSS           JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


            Desk/
Time      Date  Unit  ID
                              EXACT SAME SPOT BY LIGHT POLE
23:23:01 01 10 EAUTON A4261  A918 WE CANT TELL WHICH REST IS WHICH,VERY ONE E OF THEM IS WHATABURGER
                              RIGHT?
23:23:01 01 10 EAUTON A4261  A :A918 PT        WE CANT TELL WHICH REST IS WHICH,VERY ONE E OF
                              THEM IS WHATABURGER RIGHT?
23:23:10 01 10 EAUTON A4261  GOODYR OFCR - CORRECT
23:23:29 01 10 ETAC13 A5471  I CAN SEE THEM FRONT PASSENGER CINCHING UP HOODY
23:23:31 01 10 ETAC13 A5471  WHO IS DRIVER
23:23:33 01 10 EAUTON A4261  V638 I CAN SEE THEM LOOKS LIKE FRNT PSGR CINCHING UP HOODIE
23:23:33 01 10 EAUTON A4261  A :V638 DE 06103  I CAN SEE THEM LOOKS LIKE FRNT PSGR CINCHING
                              UP HOODIE
23:23:38 01 10 EAUTON A4261  S52 DRIVER 101?
23:23:38 01 10 EAUTON A4261  A :S52 PT 08963  DRIVER 101?
23:23:40 01 10 ETAC13 A5471  THINK 101 IS,NOT POSTIVE BUT I BELIEVE
23:23:50 01 10 EAUTON A4261  V638 I THINK SO,NOT POS,BUT I THINK SO
23:23:50 01 10 EAUTON A4261  A :V638 DE 06103  I THINK SO,NOT POS,BUT I THINK SO
23:26:17 01 10 ETAC13 A5471  CAN SEE PONYTAIL OF DRIVER,SHOULD BE THE FEMALE
23:26:19 01 10 EAUTON A4261  V638 BELIEVE I CAN SEE PONYTAIL OF DRIVER SO SHOULD BE 101
23:26:19 01 10 EAUTON A4261  A :V638 DE 06103  BELIEVE I CAN SEE PONYTAIL OF DRIVER SO SHOULD
                              BE 101
23:27:48 01 10 ETAC13 A5471  GET READY TO MOVE,FOOT ON BREAK
23:27:52 01 10 ETAC13 A5471  A918 EB IN THE LOT
23:27:52 01 10 ETAC13 A5471  A :A918 PT        EB IN THE LOT
23:27:54 01 10 EAUTON A4261  V638 MIGHT BE GETTING READY TO MOVE FOOT ON BRAKE
23:27:54 01 10 EAUTON A4261  A :V638 DE 06103  MIGHT BE GETTING READY TO MOVE FOOT ON BRAKE
23:28:00 01 10 ETAC13 A5471  A918 OUT VB
23:28:00 01 10 EAUTON A4261  A918 VEH EB IN LOT
23:28:00 01 10 ETAC13 A5471  A :A918 PT        OUT VB
23:28:00 01 10 EAUTON A4261  A :A918 PT        VEH EB IN LOT
23:28:07 01 10 ETAC13 A5471  A918 EB VB CURB LANE
23:28:07 01 10 ETAC13 A5471  A :A918 PT        EB VB CURB LANE
23:28:16 01 10 EAUTON A4261  A918 PULLING OUT EB VB CURB LA PULLING UP TO DYSART
23:28:16 01 10 EAUTON A4261  A :A918 PT        PULLING OUT EB VB CURB LA PULLING UP TO DYSART
23:28:22 01 10 ETAC13 A5471  A918 GOING SB ON DYSART FROM VB
23:28:22 01 10 ETAC13 A5471  A :A918 PT        GOING SB ON DYSART FROM VB
23:28:23 01 10 EAUTON A4261  A918 POSITION TO GO SB DYSART FROM VB
23:28:23 01 10 EAUTON A4261  A :A918 PT        POSITION TO GO SB DYSART FROM VB
23:28:28 01 10 EAUTON A4261  A918 SB DYSART STAYING IN CURB
23:28:28 01 10 ETAC13 A5471  A918 CURB LANE
23:28:28 01 10 EAUTON A4261  A :A918 PT        SB DYSART STAYING IN CURB
23:28:28 01 10 ETAC13 A5471  A :A918 PT        CURB LANE
23:28:40 01 10 ETAC13 A5471  A918 1ST ENTRANCE SOUTH OF VB,MAKING THE LOOP AGAIN
23:28:40 01 10 ETAC13 A5471  A :A918 PT        1ST ENTRANCE SOUTH OF VB,MAKING THE LOOP AGAIN
23:28:47 01 10 EAUTON A4261  A918 1ST ENTRANCE S OF VB PULLING IN TO CMPLX MAKING LOOP ARND BACK TO THE
                              N
23:28:47 01 10 EAUTON A4261  A :A918 PT        1ST ENTRANCE S OF VB PULLING IN TO CMPLX
                              MAKING LOOP ARND BACK TO THE N
23:28:53 01 10 EAUTON A4261  A918 WB ALONG SS OF KFC
23:28:53 01 10 EAUTON A4261  A :A918 PT        WB ALONG SS OF KFC
23:29:11 01 10 EAUTON A4261  A918 PULLING UP BY DUMPSTER & SLOW ROLLING WB
```

PHX001478

```
(s0p10.0h10.0v0T
Page 52                        PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


              Desk/
Time     Date Unit  ID
23:29:11 01 10 EAUTON A4261  A :A918 PT         PULLING UP BY DUMPSTER & SLOW ROLLING WB
23:29:16 01 10 EAUTON A4261  A918 TO THE S OF WHATABURGER
23:29:16 01 10 EAUTON A4261  A :A918 PT         TO THE S OF WHATABURGER
23:29:19 01 10 ETAC13 A5471  A918 PULLING UP TO DUMPSTER,SLOW ROLLING 2 ROWS SOUTH OF WHATABURGER
23:29:19 01 10 ETAC13 A5471  A :A918 PT         PULLING UP TO DUMPSTER,SLOW ROLLING 2 ROWS
                             SOUTH OF WHATABURGER
23:29:25 01 10 EAUTON A4261  A918 SLOW NB
23:29:25 01 10 EAUTON A4261  A :A918 PT         SLOW NB
23:29:38 01 10 ETAC13 A5471  A918 SLOW NB,ALONG WEST SIDE OF,BACK TO THE PARKING SPOT AGAIN
23:29:38 01 10 EAUTON A4261  A918 NB ALONG WS OF WHATABURGER GOING BACK TO THEIR PARKIN SPOT AGAIN
23:29:38 01 10 ETAC13 A5471  A :A918 PT         SLOW NB,ALONG WEST SIDE OF,BACK TO THE PARKING
                             SPOT AGAIN
23:29:38 01 10 EAUTON A4261  A :A918 PT         NB ALONG WS OF WHATABURGER GOING BACK TO THEIR
                             PARKIN SPOT AGAIN
23:29:52 01 10 ETAC13 A5471  A918 BACKING IN TO DIFFERENT SPOT,
23:29:52 01 10 ETAC13 A5471  A :A918 PT         BACKING IN TO DIFFERENT SPOT,
23:29:54 01 10 EAUTON A4261  A918 BACK IN BUT NOT TO THE SAME SPOT,SO THAT LIGHT POLE...THEY'RE KIND OF
                             STOPPED HERE
23:29:54 01 10 EAUTON A4261  A :A918 PT         BACK IN BUT NOT TO THE SAME SPOT,SO THAT LIGHT
                             POLE...THEY'RE KIND OF STOPPED HERE
23:30:14 01 10 ETAC13 A5471  A918 TRYING TO TAKE SAME SPOT,BUT 2 SPOTS JW,LIGHT POLE NOT IN PLAY ANYMORE
23:30:14 01 10 ETAC13 A5471  A :A918 PT         TRYING TO TAKE SAME SPOT,BUT 2 SPOTS JW,LIGHT
                             POLE NOT IN PLAY ANYMORE
23:30:20 01 10 EAUTON A4261  A918 TRYING TO TAK SAME SPOT AGAIN BUT ABT 2 SPOTS W SO THAT LGITH POLE
                             NOT IN PLAY BHND THEM JSUT TALL BUSHES BHND THEM
23:30:20 01 10 EAUTON A4261  A :A918 PT         TRYING TO TAK SAME SPOT AGAIN BUT ABT 2 SPOTS
                             W SO THAT LGITH POLE NOT IN PLAY BHND THEM JSUT TALL BUSHES BHND THEM
23:30:27 01 10 EAUTON A4261  A918 FORWARD JUST A BIT
23:30:27 01 10 ETAC13 A5471  A918 PULLING FORWARD AWAY FROM BUSHES
23:30:27 01 10 EAUTON A4261  A :A918 PT         FORWARD JUST A BIT
23:30:27 01 10 ETAC13 A5471  A :A918 PT         PULLING FORWARD AWAY FROM BUSHES
23:30:40 01 10 ETAC13 A5471  WE'LL NEED THAT REAR BLOCKED TO MAKE CONTACT
23:30:44 01 10 EAUTON A4261  S52 DEF NEED THAT REAR BLOCKED IF GOES DOWN & MAKE FCONT
23:30:44 01 10 EAUTON A4261  A :S52 PT 08963  DEF NEED THAT REAR BLOCKED IF GOES DOWN & MAKE
                             FCONT
23:30:55 01 10 ETAC13 A5471  WE'RE GOING TO NEED THE REAR BLOCK TO MAKE CONTACT,IF GOES DOWN NOW
23:30:58 01 10 EAUTON A4261  S52 NEED REAR BLOCKED OT MAKE CONT IF GOES DOWN
23:30:58 01 10 EAUTON A4261  A :S52 PT 08963  NEED REAR BLOCKED OT MAKE CONT IF GOES DOWN
23:31:04 01 10 ETAC13 A5471  STILL TWO OF US,PINCH IN FROM THE REAR MAKE CONTACT
23:31:08 01 10 EAUTON A4261  S549 COPY WEVE GOT 2 OF US
23:31:08 01 10 EAUTON A4261  A :S549 PT 08506  COPY WEVE GOT 2 OF US
23:31:13 01 10 ETAC13 A5471  WHERE THEY ARE,TREE STUMP OR ROCK DIRECTLY BEHIND THEM
23:31:19 01 10 ETAC13 A5471  COPY
23:31:23 01 10 EAUTON A4261  V572 TREE STUMP OR ROCK DIRECTLY BHND THEM
23:31:23 01 10 EAUTON A4261  A :V572 PT 07991  TREE STUMP OR ROCK DIRECTLY BHND THEM
23:31:27 01 10 ETAC13 A5471  638 GET A GOOD LOOK AGAIN?
23:31:35 01 10 EAUTON A4261  V63 ABLE TO GET GOOD LOOK AT THEM AGAIN
23:31:35 01 10 EAUTON A4261  A :V63 PT 05227  ABLE TO GET GOOD LOOK AT THEM AGAIN
23:31:36 01 10 ETAC13 A5471  NO,NO SILHOUETTE ANY MORE
23:31:41 01 10 EAUTON A4261  V638 NO
```

PHX001479

```
(s0p10.0h10.0v0T
Page 53                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS           JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

               Desk/
Time     Date Unit  ID
23:31:41 01 10 EAUTON A4261  A :V638 DE 06103  NO
23:31:44 01 10 ETAC13 A5471  52 SAU IF YOU WOULD SOUND OFF POSITIONS
23:31:48 01 10 EAUTON A4261  S52 SAU SOUND OFF ON POS
23:31:48 01 10 EAUTON A4261  A :S52 PT 08963  SAU SOUND OFF ON POS
23:31:51 01 10 EAUTON A4261  S525 I'LL GET FRNT
23:31:51 01 10 EAUTON A4261  A :S525 PT 08677  I'LL GET FRNT
23:31:54 01 10 EAUTON A4261  S522 D RIVER
23:31:54 01 10 EAUTON A4261  A :S522 PT 07892  D RIVER
23:31:56 01 10 EAUTON A4261  S527 PSGR
23:31:56 01 10 EAUTON A4261  A :S527 PT        PSGR
23:31:58 01 10 ETAC13 A5471  25 FRONT BLOCK,22 DRIVER,27 PASSENGER
23:32:03 01 10 ETAC13 A5471  GETTING OUT,HOODIES CINCHED UP
23:32:05 01 10 EAUTON A4261  V638 GETTING OUT HOODIES CINCHED
23:32:05 01 10 EAUTON A4261  A :V638 DE 06103  GETTING OUT HOODIES CINCHED
23:32:08 01 10 ETAC13 A5471  48 ONE SIDE REAR BLOCKED
23:32:11 01 10 ETAC13 A5471  A918 GETTING OU T
23:32:11 01 10 ETAC13 A5471  A :A918 PT        GETTING OU T
23:32:13 01 10 EAUTON A4261  S549 REAR
23:32:13 01 10 EAUTON A4261  A :S549 PT 08506  REAR
23:32:18 01 10 EAUTON A4261  A918 GUYS GETTING OUT
23:32:18 01 10 EAUTON A4261  A :A918 PT        GUYS GETTING OUT
23:32:29 01 10 ETAC13 A5471  PULLED UP TO PIZZA HUT
23:32:35 01 10 ETAC13 A5471  A918 ONLY FRONT RIGHT DOOR IS OPEN
23:32:35 01 10 ETAC13 A5471  A :A918 PT        ONLY FRONT RIGHT DOOR IS OPEN
23:32:36 01 10 EAUTON A4261  V632 PULLED UP TO PIZZA HUT
23:32:36 01 10 EAUTON A4261  A :V632 PT 05994  PULLED UP TO PIZZA HUT
23:32:40 01 10 EAUTON A4261  A918 FRNT RIGHT DR OPEN
23:32:40 01 10 EAUTON A4261  A :A918 PT        FRNT RIGHT DR OPEN
23:32:41 01 10 ETAC13 A5471  A918 BACK IN AND CLOSED
23:32:41 01 10 ETAC13 A5471  A :A918 PT        BACK IN AND CLOSED
23:32:43 01 10 EAUTON A4261  A918 BACK IN DR CLOSED
23:32:43 01 10 EAUTON A4261  A :A918 PT        BACK IN DR CLOSED
23:32:49 01 10 ETAC13 A5471  PIZZA HUT PEOPLE CMING OUT,HOPEFULLY WAIT A SECOND
23:32:52 01 10 EAUTON A4261  V638 PIZZA HUT PPL LEAVING
23:32:52 01 10 EAUTON A4261  A :V638 DE 06103  PIZZA HUT PPL LEAVING
23:32:53 01 10 ETAC13 A5471  ALL DRESSED OUT NOW
23:32:56 01 10 ETAC13 A5471  DEFINITELY
23:33:03 01 10 EAUTON A4261  V63 V638 SAY THEY ALL DRESSED UP?
23:33:03 01 10 EAUTON A4261  A :V638 PT 05227  V638 SAY THEY ALL DRESSED UP?
23:33:04 01 10 EAUTON A4261  V638 YEAH
23:33:04 01 10 EAUTON A4261  A :V638 DE 06103  YEAH
23:33:19 01 10 EAUTON A4261  S52 JW EMPTY LOT & BOX FOCUS FIELD OF FIRE TO THE W
23:33:19 01 10 EAUTON A4261  A :S52 PT 08963  JW EMPTY LOT & BOX FOCUS FIELD OF FIRE TO THE W
23:33:22 01 10 ETAC13 A5471  BACK DROP ISSUE TO THE WEST,CLEARED UP NOW,ELECTRIC BOX,FOCUS FIRE TO THE
                             WEST,ONE UC TOTHE WEST
23:33:38 01 10 EAUTON A4261  S52 1 US TO W TRY TAKE COVER TO FLRBOARD
23:33:38 01 10 EAUTON A4261  A :S52 PT 08963  1 US TO W TRY TAKE COVER TO FLRBOARD
23:33:39 01 10 ETAC13 A5471  PIZZA CARS ARE LEAVING
23:33:43 01 10 EAUTON A4261  V638 PIZZA HUT CARS LEAVING
23:33:43 01 10 EAUTON A4261  A :V638 DE 06103  PIZZA HUT CARS LEAVING
```

```
(s0p10.0h10.0v0T
Page 54                  PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

                Desk/
Time     Date Unit  ID
23:33:45 01 10 EAUTON A4261  V638 COPY
23:33:45 01 10 EAUTON A4261  A :V638 DE 06103  COPY
23:34:06 01 10 EAUTON A4261  A918 DRS OPENING UP AGAIN
23:34:06 01 10 EAUTON A4261  A :A918 PT        DRS OPENING UP AGAIN
23:34:12 01 10 ETAC13 A5471  A918 FRONT RIGHT DOOR OPEN,LEFT REAR DOOR IS OPEN
23:34:12 01 10 ETAC13 A5471  A :A918 PT        FRONT RIGHT DOOR OPEN,LEFT REAR DOOR IS OPEN
23:34:24 01 10 EAUTON A4261  A918 DRIVER FRND RIGHT & LEFT REAR
23:34:24 01 10 EAUTON A4261  A :A918 PT        DRIVER FRND RIGHT & LEFT REAR
23:34:25 01 10 ETAC13 A5471  A918 FRONT RIGHT BACK CLOSED AGAIN
23:34:25 01 10 ETAC13 A5471  A :A918 PT        FRONT RIGHT BACK CLOSED AGAIN
23:34:31 01 10 EAUTON A4261  A918 FRNT RIGHT BACK CLOSED
23:34:31 01 10 EAUTON A4261  A :A918 PT        FRNT RIGHT BACK CLOSED
23:34:41 01 10 ETAC13 A5471  A918 VEH PULLED INTO DRIVE THRU,DOORS ALL CLOSED AGAIN
23:34:41 01 10 ETAC13 A5471  A :A918 PT        VEH PULLED INTO DRIVE THRU,DOORS ALL CLOSED
                             AGAIN
23:34:42 01 10 EAUTON A4261  A918 VEH PULLED INTO DRIVETHRU,ALL DRS CLOSED AGAIN
23:34:42 01 10 EAUTON A4261  A :A918 PT        VEH PULLED INTO DRIVETHRU,ALL DRS CLOSED AGAIN
23:35:35 01 10 ETAC13 A5471  A918 RIGHT FRONT DOOR OPENING UP AGAIN
23:35:35 01 10 ETAC13 A5471  A :A918 PT        RIGHT FRONT DOOR OPENING UP AGAIN
23:35:36 01 10 EAUTON A4261  A918 RIGHT FRNT DR OPEN AGAIN
23:35:36 01 10 EAUTON A4261  A :A918 PT        RIGHT FRNT DR OPEN AGAIN
23:35:49 01 10 ETAC13 A5471  REALLY MESSING WITH WAISTBAND,FRONT PASSENGER
23:35:50 01 10 EAUTON A4261  V638 FRNT PSGR REALLY MESSING W/FRNT WIASTEBAND
23:35:50 01 10 EAUTON A4261  A :V638 DE 06103  FRNT PSGR REALLY MESSING W/FRNT WIASTEBAND
23:36:06 01 10 EAUTON A4261  A918 DRIVE THRU PULLING ARND TO PICK UP FOOD,NO DRS OPEN
23:36:06 01 10 EAUTON A4261  A :A918 PT        DRIVE THRU PULLING ARND TO PICK UP FOOD,NO DRS
                             OPEN
23:36:09 01 10 ETAC13 A5471  A918 VEH IN DRIVE THRU PULLING AROUND,NO DOORS OPEN ON SP VEH
23:36:09 01 10 ETAC13 A5471  A :A918 PT        VEH IN DRIVE THRU PULLING AROUND,NO DOORS OPEN
                             ON SP VEH
23:36:54 01 10 ETAC13 A5471  A918 LEFT REAR CLOSED AGAIN
23:36:54 01 10 ETAC13 A5471  A :A918 PT        LEFT REAR CLOSED AGAIN
23:36:55 01 10 EAUTON A4261  A918 LEFT REAR LOOKS LIKE RELIEVED HIMSELF BACK OF CAR,DRS BACK CLOSED
                             AGAIN
23:36:55 01 10 EAUTON A4261  A :A918 PT        LEFT REAR LOOKS LIKE RELIEVED HIMSELF BACK OF
                             CAR,DRS BACK CLOSED AGAIN
23:37:21 01 10 ETAC13 A5471  LITTLE NO TRAFFIC ON VB,ALL BUSN ARE CURRENTLY CLOSED
23:37:22 01 10 EAUTON A4261  S52 LITTLE TO NO TRAFFIC ON VB,LOOKS LIKE ALL BUSN SURROUNDING CLOSED
23:37:22 01 10 EAUTON A4261  A :S52 PT 08963  LITTLE TO NO TRAFFIC ON VB,LOOKS LIKE ALL BUSN
                             SURROUNDING CLOSED
23:37:27 01 10 EAUTON A4261  A918 1 CUST IN DRIVETHRU AT WINDOW
23:37:27 01 10 EAUTON A4261  A :A918 PT        1 CUST IN DRIVETHRU AT WINDOW
23:37:29 01 10 ETAC13 A5471  A918 ONE CUST IN DT IS AT WINDOW TO PICK UP
23:37:29 01 10 EAUTON A4261  A :A918 PT        ONE CUST IN DT IS AT WINDOW TO PICK UP
23:37:38 01 10 ETAC13 A5471  SET UP NORTH CONTAINMENT,VB SHUT DOWN
23:37:40 01 10 ETAC13 A5471  COPY
23:37:44 01 10 EAUTON A4261  S51 WE'LL HAVE N CONTAINMENT & VB SHUT DOWN
23:37:44 01 10 EAUTON A4261  A :S51 PT 08566  WE'LL HAVE N CONTAINMENT & VB SHUT DOWN
23:37:47 01 10 EAUTON A4261  S52 COPY
23:37:47 01 10 EAUTON A4261  A :S52 PT 08963  COPY
```

PHX001481

```
(s0p10.0h10.0v0T
Page 55                     PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


               Desk/
Time      Date Unit   ID
23:38:54 01 10 ETAC13 A5471  51 TO 52,WHO IS CALLING IT? TRY TO GET IT WHILE ITS ROLLING OR CALL IT OFF?
23:38:57 01 10 EAUTON A4261  S51 S52 GONNA CALL IT INITIATE IF VEH STARTS ROLLING
23:38:57 01 10 EAUTON A4261  A :S51 PT 08566  S52 GONNA CALL IT INITIATE IF VEH STARTS ROLLING
23:39:05 01 10 ETAC13 A5471  25 WHEN THEY GO IN,5 SECS OUT,LET YOU KNOW WHEN COMING BACK
23:39:14 01 10 ETAC13 A5471  25 CALLIG IT,SLOW ROLLING,CREEP ON THEM
23:39:20 01 10 EAUTON A4261  S52 IM GONNA TIME IT IF THEY GET IN
23:39:20 01 10 EAUTON A4261  A :S52 PT 08963  IM GONNA TIME IT IF THEY GET IN
23:39:26 01 10 ETAC13 A5471  GUYS WITH EYES,IF SPEEDS OUT,LET IT GO,EITHER HAVE IT OR DONT
23:39:31 01 10 EAUTON A4261  S52 I DONT WANT TO BURN OUT & HAVE IT 510 ON US
23:39:31 01 10 EAUTON A4261  A :S52 PT 08963  I DONT WANT TO BURN OUT & HAVE IT 510 ON US
23:39:38 01 10 ETAC13 A5471  ONLY OPTION GO IN DO IT AND HAVE GET AWAY SLOW ROLLING
23:39:42 01 10 ETAC13 A5471  TRANS TO GRAPPLER
23:39:46 01 10 EAUTON A4261  S51 WAY GUYS DO IN GO IN DO 211 THEN THESE GUYS COME BACK OUT
23:39:46 01 10 EAUTON A4261  A :S51 PT 08566  WAY GUYS DO IN GO IN DO 211 THEN THESE GUYS
                             COME BACK OUT
23:39:54 01 10 ETAC13 A5471  IF THEY CHANGE POSITION,CANT GET FRONT REAR BLOCK,CALL IT OFF AND GET
                             GRAPPLER
23:39:56 01 10 ETAC13 A5471  COPY
23:40:12 01 10 EAUTON A4261  S52 YEAH IF WE CANT GET FRNT DR BLOCKED IMMEDIATELY,WE'LL HAVE TO CALL IT
                             OFF
23:40:12 01 10 EAUTON A4261  A :S52 PT 08963  YEAH IF WE CANT GET FRNT DR BLOCKED
                             IMMEDIATELY,WE'LL HAVE TO CALL IT OFF
23:40:15 01 10 EAUTON A4261  S51 COPY THAT
23:40:15 01 10 EAUTON A4261  A :S51 PT 08566  COPY THAT
23:40:19 01 10 EAUTON A4261  A918 CUST STILL AT WINDOW
23:40:19 01 10 EAUTON A4261  A :A918 PT       CUST STILL AT WINDOW
23:40:20 01 10 ETAC13 A5471  A918 CUST STILL AT WINDOW
23:40:20 01 10 ETAC13 A5471  A :A918 PT       CUST STILL AT WINDOW
23:40:52 01 10 ETAC13 A5471  SLOW ROLL EB,TAKE NB EXIT,CALL OUT TO WRAP AROUND AND TAKE FRONT BLOCK?
23:41:05 01 10 ETAC13 A5471  A918 ANOTHER CUST IN DT
23:41:05 01 10 ETAC13 A5471  A :A918 PT       ANOTHER CUST IN DT
23:41:11 01 10 ETAC13 A5471  S52 IF THEY DO START ROLLING TO TAKE NB EXIT SOMEBODY CALL OUT TO WRAP
                             ARND WHATABURGER TAKE THAT FRNT BLOCK
23:41:11 01 10 EAUTON A4261  A :S52 PT 08963  IF THEY DO START ROLLING TO TAKE NB EXIT
                             SOMEBODY CALL OUT TO WRAP ARND WHATABURGER TAKE THAT FRNT BLOCK
23:41:15 01 10 EAUTON A4261  A918 ANOTHER CUST
23:41:15 01 10 EAUTON A4261  A :A918 PT       ANOTHER CUST
23:41:27 01 10 EAUTON A4261  A918 20MINS WE HIT 16HR MAX PSB SUPV WILLING TO OVERRIDE THAT FOR US?
23:41:27 01 10 EAUTON A4261  A :A918 PT       20MINS WE HIT 16HR MAX PSB SUPV WILLING TO
                             OVERRIDE THAT FOR US?
23:41:28 01 10 ETAC13 A5471  A918 20 MINS WE HIT MAX,ANY PSB SUPV WILLING TO OVERRIDE
23:41:28 01 10 ETAC13 A5471  A :A918 PT       20 MINS WE HIT MAX,ANY PSB SUPV WILLING TO
                             OVERRIDE
23:41:31 01 10 EAUTON A4261  S51 YEAH 10-4
23:41:31 01 10 EAUTON A4261  A :S51 PT 08566  YEAH 10-4
23:41:37 01 10 ETAC13 A5471  S51 10-4
23:41:37 01 10 ETAC13 A5471  A :S51 PT 08566  10-4
23:41:39 01 10 ETAC13 A5471  A918 COPY
23:41:39 01 10 ETAC13 A5471  A :A918 PT       COPY
23:41:49 01 10 ETAC13 A5471  GUY IN FRONT OF FOOD CITY,START SLOW ROLLING,GET THAT FRONT BLOCK
```

PHX001482

```
(s0p10.0h10.0v0T
Page 56                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


             Desk/
Time    Date Unit  ID
23:41:56 01 10 EAUTON A4261  S51 1 GUYS IN FRNT OF FOOD CITY START SLOW ROLLING ABLE TO GET THAT FRNT
                             BLOCKED IF THIS GOES DOWN
23:41:56 01 10 EAUTON A4261  A :S51 PT 08566  1 GUYS IN FRNT OF FOOD CITY START SLOW ROLLING
                             ABLE TO GET THAT FRNT BLOCKED IF THIS GOES DOWN
23:41:58 01 10 ETAC13 A5471  2ND CAR JUST KEPT GOING
23:42:03 01 10 ETAC13 A5471  A918 PLOT IS ALL CLEAR NOW
23:42:03 01 10 ETAC13 A5471  A :A918 PT        PLOT IS ALL CLEAR NOW
23:42:04 01 10 EAUTON A4261  V635 2ND CAR JUST KEPT GOING
23:42:04 01 10 EAUTON A4261  A :V635 DE 07014  2ND CAR JUST KEPT GOING
23:42:09 01 10 EAUTON A4261  A918 PL & DRIVETHRU ALL CLR NOW
23:42:09 01 10 EAUTON A4261  A :A918 PT        PL & DRIVETHRU ALL CLR NOW
23:42:23 01 10 ETAC13 A5471  PEDESTRIAN IN FRONT OF PAYLESS NORTH SIDE OF IT
23:42:26 01 10 EAUTON A4261  S52 PED HANGING OUT TO NS OF PAYLESS
23:42:26 01 10 EAUTON A4261  A :S52 PT 08963  PED HANGING OUT TO NS OF PAYLESS
23:42:27 01 10 ETAC13 A5471  DUMPSTER DIVING
23:42:38 01 10 ETAC13 A5471  CONT TO WALK EAST
23:42:48 01 10 EAUTON A4261  V632 YEAH LOOKS LIKE HE'S DUMPSTER DIVING,CONTINUED EB
23:42:48 01 10 EAUTON A4261  A :V632 PT 05994  YEAH LOOKS LIKE HE'S DUMPSTER DIVING,CONTINUED
                             EB
23:42:50 01 10 ETAC13 A5471  A918 FRONT RIGHT DOOR OPEN,LEFT REAR DOOR OPEN
23:42:50 01 10 ETAC13 A5471  A :A918 PT        FRONT RIGHT DOOR OPEN,LEFT REAR DOOR OPEN
23:42:58 01 10 EAUTON A4261  A918 FRNT RIGHT & LEFT REAR DRS OPEN AGAIN
23:42:58 01 10 EAUTON A4261  A :A918 PT        FRNT RIGHT & LEFT REAR DRS OPEN AGAIN
23:42:59 01 10 ETAC13 A5471  DUMPSTER DIVER MAY TRY TO MAKE CONTACT
23:43:06 01 10 ETAC13 A5471  GOING TO GIVE HIM SOME MONEY
23:43:07 01 10 EAUTON A4261  V632 LOOKS LIKE DUMPSTER DRIVER GOING TO MAKE CONT
23:43:07 01 10 EAUTON A4261  A :V632 PT 05994  LOOKS LIKE DUMPSTER DRIVER GOING TO MAKE CONT
23:43:16 01 10 EAUTON A4261  V638 LOOKS LIKE THEY ARE GIVING HIM SOME MONEY
23:43:16 01 10 EAUTON A4261  A :V638 DE 06103  LOOKS LIKE THEY ARE GIVING HIM SOME MONEY
23:43:21 01 10 ETAC13 A5471  WHO HAS EYES INSIDE?
23:43:26 01 10 EAUTON A4261  S52 WHO HAS EYES INSIDE WHATABURGER
23:43:26 01 10 EAUTON A4261  A :S52 PT 08963  WHO HAS EYES INSIDE WHATABURGER
23:43:34 01 10 ETAC13 A5471  635 LOOKING FROM SOUTH INTO WINDOW,SHOULD SEE HIM COME IN
23:43:40 01 10 ETAC13 A5471  SEE IF 211 OCC'S?
23:43:40 01 10 EAUTON A4261  V635 IM LOOKING TO THE S THROUGH WINDOWS,SHOULD BE ABLE TO SEE THEM COME IN
23:43:40 01 10 EAUTON A4261  A :V635 DE 07014  IM LOOKING TO THE S THROUGH WINDOWS,SHOULD BE
                             ABLE TO SEE THEM COME IN
23:43:48 01 10 EAUTON A4261  S52 ABLE TO SEE IF 211 OCCURS?
23:43:48 01 10 EAUTON A4261  A :S52 PT 08963  ABLE TO SEE IF 211 OCCURS?
23:43:49 01 10 ETAC13 A5471  COUPLE BLIND SPOTS,DEPENDS WHERE STANDING
23:43:55 01 10 EAUTON A4261  V635 COUPLE BLIND SPOTS,IM NOT SURE
23:43:55 01 10 EAUTON A4261  A :V635 DE 07014  COUPLE BLIND SPOTS,IM NOT SURE
23:44:07 01 10 ETAC13 A5471  52 COPY,LOTS OF MOVNG PARTS INSIDE,RADIO TRAFFIC MINIMIAL,SAU ON STREET
                             CRIKES
23:44:21 01 10 ETAC13 A5471  A918 DUMPSTER DIVER WALKED AWAY AND NOW GOING BACK TO PASSENGER WINDOW
23:44:21 01 10 ETAC13 A5471  A :A918 PT        DUMPSTER DIVER WALKED AWAY AND NOW GOING BACK
                             TO PASSENGER WINDOW
23:44:22 01 10 EAUTON A4261  S52 IF THEY GO INSIDE,SOON AS THEY GO INSIDE TEHYR'E BE A LOT OF
                             MOVEMTN,KEEP RADIO TRAFFIC TO MINIMUM
23:44:22 01 10 EAUTON A4261  A :S52 PT 08963  IF THEY GO INSIDE,SOON AS THEY GO INSIDE
```

```
(s0p10.0h10.0v0T
Page 57                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS               JURISDICTION - PHOENIX POLICE              Fri, Jan-11-2019


CALL: PH19-55839 ACTIVE (R)


                Desk/
Time      Date Unit  ID
                             TEHYR'E BE A LOT OF MOVEMTN,KEEP RADIO TRAFFIC TO MINIMUM
23:44:39 01 10 EAUTON A4261  A918 DUMPSTER DRIVER WALKED TO PSGR SIDE DR,WALKED AWAY & IS HEADING BACK
23:44:39 01 10 EAUTON A4261  A :A918 PT        DUMPSTER DRIVER WALKED TO PSGR SIDE DR,WALKED
                             AWAY & IS HEADING BACK
23:44:40 01 10 ETAC13 A5471  A918 WALKING AWAY AGAIN
23:44:40 01 10 ETAC13 A5471  A :A918 PT        WALKING AWAY AGAIN
23:44:43 01 10 EAUTON A4261  A918 HE'S WALKING AWAY AGAIN
23:44:43 01 10 EAUTON A4261  A :A918 PT        HE'S WALKING AWAY AGAIN
23:44:56 01 10 ETAC13 A5471  A918 WALKING TO WHATABURGER
23:44:56 01 10 ETAC13 A5471  A :A918 PT        WALKING TO WHATABURGER
23:44:59 01 10 EAUTON A4261  A918 HES WALKING INTO WHATABURGER
23:44:59 01 10 EAUTON A4261  A :A918 PT        HES WALKING INTO WHATABURGER
23:45:06 01 10 ETAC13 A5471  SOMEONE GOT OUT OF THE CAR AND CHECKED DOOR,APPEARED TO BE LOCKED
23:45:10 01 10 EAUTON A4261  V632 SOMEONE GOT OUT OF THAT CAR & CHECKED DR,APPEARED TO BE LOCKED
23:45:10 01 10 EAUTON A4261  A :V632 PT 05994  SOMEONE GOT OUT OF THAT CAR & CHECKED
                             DR,APPEARED TO BE LOCKED
23:45:13 01 10 ETAC13 A5471  MAYBE NOT,GOING INSIDE,IT IS OPEN
23:45:21 01 10 EAUTON A4261  V632 MAYBE NOT,THEY'RE GOING INSIDE FROM TAHT CAR,SO LOBBY IS OPEN
23:45:21 01 10 EAUTON A4261  A :V632 PT 05994  MAYBE NOT,THEY'RE GOING INSIDE FROM TAHT
                             CAR,SO LOBBY IS OPEN
23:45:39 01 10 ETAC13 A5471  S52 MOVE PEOPLE TO THE NORTH,SEE REGISTER AND VERIFY 211 BEFORE CAN JUMP
                             THE CAR
23:45:43 01 10 ETAC13 A5471  635 WORK ON THAT
23:45:49 01 10 EAUTON A4261  S52 POSITION PPL TO N,WE NEED TO BE ABLE TO SEE REGISTER IF THIS 211 GOES
                             DOWN
23:45:49 01 10 EAUTON A4261  A :S52 PT 08963  POSITION PPL TO N,WE NEED TO BE ABLE TO SEE
                             REGISTER IF THIS 211 GOES DOWN
23:45:51 01 10 ETAC13 A5471  36 I CAN SEE REGS,IM DIRECTLY EAST
23:45:54 01 10 ETAC13 A5471  52 COPY
23:46:01 01 10 ETAC13 A5471  DON'T WANT TO WAIT FOR HOT CALL FOR THIS
23:46:01 01 10 EAUTON A4261  V636 IM DIRECTLY TO E I CAN SEE REGISTERS
23:46:01 01 10 EAUTON A4261  A :V636 DE 07710  IM DIRECTLY TO E I CAN SEE REGISTERS
23:46:10 01 10 ETAC13 A5471  52 ONCE IT DOES,WE'LL GO INSIDE AND CONFIRM IMMED
23:46:19 01 10 EAUTON A4261  V63 S52 ONCE DOES GO DOWN,MY GOES GO INSIDE IMMEDIATELY & CONFIRM
                             EVERYTHING
23:46:19 01 10 EAUTON A4261  A :V63 PT 05227  S52 ONCE DOES GO DOWN,MY GOES GO INSIDE
                             IMMEDIATELY & CONFIRM EVERYTHING
23:46:26 01 10 EAUTON A4261  S52 COPY JUST WANT VALIDATION TO CONFIRM
23:46:26 01 10 EAUTON A4261  A :S52 PT 08963  COPY JUST WANT VALIDATION TO CONFIRM
23:46:27 01 10 ETAC13 A5471  COPY THAT,WANT VALID,PUT JUMP IN PLACE,OTHERWISE HAVE TO LET ROLL
23:46:33 01 10 ETAC13 A5471  SHOULD BE ABLE TO SEE IT GO DOWN
23:46:40 01 10 ETAC13 A5471  35 I'LL BE ABLE TO TELL REAL QUICK
23:46:43 01 10 EAUTON A4261  V63 WE SHOULD BE ABLE TO SEE FROM VANTAGE POINT OUTSIDE IF GOES DONW
23:46:43 01 10 EAUTON A4261  A :V63 PT 05227  WE SHOULD BE ABLE TO SEE FROM VANTAGE POINT
                             OUTSIDE IF GOES DONW
23:46:46 01 10 ETAC13 A5471  36 HAS REGISTERS,SHOULD BE COVERED
23:46:58 01 10 ETAC13 A5471  I'M ALSO TO THE NORTH,GOING IN NOW
23:47:00 01 10 EAUTON A4261  V635 I'LL BE ABLE TO SEE IF THEY GO IN & TELL WHAT THEY ARE DOING,V636 TO
                             E GOT REGISTERS
23:47:00 01 10 EAUTON A4261  A :V635 DE 07014  I'LL BE ABLE TO SEE IF THEY GO IN & TELL WHAT
```

```
(s0p10.0h10.0v0T
Page 58                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


               Desk/
Time      Date Unit  ID
                          THEY ARE DOING,V636 TO E GOT REGISTERS
23:47:07 01 10 EAUTON A4261 V630 IM TO N TOO
23:47:07 01 10 EAUTON A4261 A :V630 DE 05057  IM TO N TOO
23:47:20 01 10 ETAC13 A5471 A918 ONE CUST AT PICK UP WINDOW NOW,TRANSIENT,AND TWO FROM CAR ON NORTH
                          SIDE,3 INSIDE AND ONE AT PU WINDOW
23:47:20 01 10 ETAC13 A5471 A :A918 PT       ONE CUST AT PICK UP WINDOW NOW,TRANSIENT,AND
                          TWO FROM CAR ON NORTH SIDE,3 INSIDE AND ONE AT PU WINDOW
23:47:25 01 10 EAUTON A4261 A918 1 CUST,TRANSIENT & ANOTHER CUST,SO 3 CUSTS INSIDE INCLUDING 1 AT PICK
                          UP WINDOW
23:47:25 01 10 EAUTON A4261 A :A918 PT       1 CUST,TRANSIENT & ANOTHER CUST,SO 3 CUSTS
                          INSIDE INCLUDING 1 AT PICK UP WINDOW
23:47:51 01 10 ETAC13 A5471 ANYONE FROM AVONDALE OVER HERE?
23:48:04 01 10 EAUTON A4261 S52 ANYONE FROM AVONDALE OVER HERE MONT?
23:48:04 01 10 EAUTON A4261 A :S52 PT 08963  ANYONE FROM AVONDALE OVER HERE MONT?
23:48:28 01 10 EAUTON A4261 S52 DISP AVONDALE AWARE OF THIS?
23:48:28 01 10 EAUTON A4261 A :S52 PT 08963  DISP AVONDALE AWARE OF THIS?
23:48:37 01 10 ETAC13 A5471 A918 DOOR OPENING AGAIN
23:48:37 01 10 ETAC13 A5471 A :A918 PT       DOOR OPENING AGAIN
23:48:39 01 10 EAUTON A4261 A918 DRS OPENING AGAIN
23:48:39 01 10 EAUTON A4261 A :A918 PT       DRS OPENING AGAIN
23:49:05 01 10 EAUTON A4261 A918 FRNT PSGR DR CRACKED NO ONE OUT YET
23:49:05 01 10 EAUTON A4261 A :A918 PT       FRNT PSGR DR CRACKED NO ONE OUT YET
23:49:06 01 10 ETAC13 A5471 A918 FRONT PASS DOOR CRACKED A LITTLE,NO ONE OUT YET
23:49:06 01 10 ETAC13 A5471 A :A918 PT       FRONT PASS DOOR CRACKED A LITTLE,NO ONE OUT YET
23:49:27 01 10 EAUTON A4261 A918 ANOTHER CUST TOO
23:49:27 01 10 EAUTON A4261 A :A918 PT       ANOTHER CUST TOO
23:49:28 01 10 ETAC13 A5471 A918 ANOTHER CUST HITTING THE DT
23:49:28 01 10 ETAC13 A5471 A :A918 PT       ANOTHER CUST HITTING THE DT
23:49:54 01 10 ETAC13 A5471 A918 ONE AT WINDOW,TWO AT THE ORDER
23:49:54 01 10 ETAC13 A5471 A :A918 PT       ONE AT WINDOW,TWO AT THE ORDER
23:50:01 01 10 EAUTON A4261 A918 ANOTHER CUST DRIVETHRU,1 AT WINDOW & 2 AT ORDER
23:50:01 01 10 EAUTON A4261 A :A918 PT       ANOTHER CUST DRIVETHRU,1 AT WINDOW & 2 AT ORDER
23:50:44 01 10 EAUTON A4261 S52 S51 CAR958 YOU ON?
23:50:44 01 10 EAUTON A4261 A :S52 PT 08963  S51 CAR958 YOU ON?
23:51:00 01 10 EAUTON A4261 S52 CAR958 YO ABLE TO CLR RESOURCES IN CASE WE NEED THEM OUT HERE
23:51:00 01 10 EAUTON A4261 A :S52 PT 08963  CAR958 YO ABLE TO CLR RESOURCES IN CASE WE NEED
                          THEM OUT HERE
23:51:02 01 10 ETAC13 A5471 51 TO GOING TO VB AND DYSART,OBV NO ONE IN AREA AT ALL
23:51:02 01 10 EAUTON A4261 A :CAR958 PT       67TH AV/GLENDALE
23:51:08 01 10 EAUTON A4261 A :CAR958 PT       1460 N DYSART
23:51:11 01 10 ETAC13 A5471 A918 LEFT REAR DOOR CRACKED OPEN
23:51:11 01 10 ETAC13 A5471 A :A918 PT       LEFT REAR DOOR CRACKED OPEN
23:51:14 01 10 EAUTON A4261 A918 LEFT REAR DR CRACKED OPEN
23:51:14 01 10 EAUTON A4261 A :A918 PT       LEFT REAR DR CRACKED OPEN
23:51:22 01 10 EAUTON A4261 CAR958 ABSOLUTELY
23:51:22 01 10 EAUTON A4261 A :CAR958 PT       ABSOLUTELY
23:52:52 01 10 ETAC13 A5471 A918 ONE LEFT,2 AT WINDOW,ONES INSIDE
23:52:52 01 10 EAUTON A4261 A918 1 CUST LEFT,DOWN TO 2 AT PICK UP WINDOW & 1 INSIDE
23:52:52 01 10 ETAC13 A5471 A :A918 PT       ONE LEFT,2 AT WINDOW,ONES INSIDE
23:52:52 01 10 EAUTON A4261 A :A918 PT       1 CUST LEFT,DOWN TO 2 AT PICK UP WINDOW & 1
```

```
(s0p10.0h10.0v0T
Page 59                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS               JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                 Desk/
Time      Date Unit  ID
                            INSIDE
23:55:29 01 10 ETAC13 A5471 LOOKS LIKE TWO INSIDE JUST CAME OUT,LOOKS LIKE THEY'RE LEAVING
23:55:33 01 10 EAUTON A4261 V632 LOOKS LIKE 2 INSIDE JSUT CAME OUT & THEY ARE LEAVING
23:55:33 01 10 EAUTON A4261 A :V632 PT 05994  LOOKS LIKE 2 INSIDE JSUT CAME OUT & THEY ARE
                            LEAVING
23:56:28 01 10 ETAC13 A5471 A918 INSIDE CUST LEFT,ONE CAR AT WINDOW,ONE CAR ORDERING
23:56:28 01 10 EAUTON A4261 A918 CUSTS HAVE LEFT 1 CAR AT WINDOW 1 CAR ORDERING
23:56:28 01 10 ETAC13 A5471 A :A918 PT        INSIDE CUST LEFT,ONE CAR AT WINDOW,ONE CAR
                            ORDERING
23:56:28 01 10 EAUTON A4261 A :A918 PT        CUSTS HAVE LEFT 1 CAR AT WINDOW 1 CAR ORDERING
23:56:45 01 10 ETAC13 A5471 TRANSIENT STILL INSIDE
23:56:51 01 10 EAUTON A4261 GOODYR OFCR - THAT TRANSIENT STILL INSIDE
23:58:41 01 10 ETAC13 A5471 A918 ONE AT WINDOW,ONE WAITG TO PICK UP,2 MINS UNTIL DOORS GET LOCKED
23:58:41 01 10 ETAC13 A5471 A :A918 PT        ONE AT WINDOW,ONE WAITNG TO PICK UP,2 MINS
                            UNTIL DOORS GET LOCKED
23:58:42 01 10 EAUTON A4261 A918 1 CAR AT WINDOW,1 WAITING TO PICK UP,2MINS UNTIL DRS GET LOCKED
23:58:42 01 10 EAUTON A4261 A :A918 PT        1 CAR AT WINDOW,1 WAITING TO PICK UP,2MINS
                            UNTIL DRS GET LOCKED
23:59:31 01 10 ETAC13 A5471 TRANSIENT STILL INSIDE
23:59:35 01 10 EAUTON A4261 V635 TRANSIENT STILL INSIDE
23:59:35 01 10 EAUTON A4261 A :V635 DE 07014  TRANSIENT STILL INSIDE
23:59:39 01 10 ETAC13 A5471 A918 ONE LEAVING WINDOW,2ND ONE UP TO IT NOW
23:59:39 01 10 ETAC13 A5471 A :A918 PT        ONE LEAVING WINDOW,2ND ONE UP TO IT NOW
23:59:53 01 10 EAUTON A4261 A918 1 CUST LEAVING PICKUP WINDOW,2ND ONE UP TO PICKUP WINDOW
23:59:53 01 10 EAUTON A4261 A :A918 PT        1 CUST LEAVING PICKUP WINDOW,2ND ONE UP TO
                            PICKUP WINDOW
00:00:10 01 11 ETAC13 A5471 TRANSIENT COMING OUT THE DOOR
00:00:12 01 11 EAUTON A4261 V635 TRANSIENT COMING OUT DR
00:00:12 01 11 EAUTON A4261 A :V635 DE 07014  TRANSIENT COMING OUT DR
00:00:54 01 11 EAUTON A4261 A918 TRANSIENT JN TO BUS STOP,GOING TO SIT UNDER BUS STOP COVER
00:00:54 01 11 EAUTON A4261 A :A918 PT        TRANSIENT JN TO BUS STOP,GOING TO SIT UNDER
                            BUS STOP COVER
00:00:57 01 11 ETAC13 A5471 A918 TRANSIENT AWAY,NORTH TO BUS STOP,SITTING DOWN UNDER COVER
00:00:57 01 11 ETAC13 A5471 A :A918 PT        TRANSIENT AWAY,NORTH TO BUS STOP,SITTING DOWN
                            UNDER COVER
00:01:10 01 11 EAUTON A4261 A918 BELIEVE THATS THE LAST GUY
00:01:10 01 11 EAUTON A4261 A :A918 PT        BELIEVE THATS THE LAST GUY
00:01:16 01 11 ETAC13 A5471 A918 THAT'S THE LAST CUSTOMER,THEY ARE CUSTOMER FREE AT THIS POINT
00:01:16 01 11 ETAC13 A5471 A :A918 PT        THAT'S THE LAST CUSTOMER,THEY ARE CUSTOMER
                            FREE AT THIS POINT
00:01:19 01 11 EAUTON A4261 A918 BELIEVE THEY ARE CUST FREE AT THIS POINT
00:01:19 01 11 EAUTON A4261 A :A918 PT        BELIEVE THEY ARE CUST FREE AT THIS POINT
00:01:31 01 11 EAUTON A4261 V635 LOOKS LIKE EMPS GOING OUT TO EXIT
00:01:31 01 11 EAUTON A4261 A :V635 DE 07014  LOOKS LIKE EMPS GOING OUT TO EXIT
00:01:32 01 11 ETAC13 A5471 EMPLOYEES ARE GOING OUT TO THE EXIT
00:01:54 01 11 ETAC13 A5471 A918 SUV PULLED IN,STRAIT NORTH FROM DT IN SPOT,FEW PEOPLE GETTING OUT
00:01:54 01 11 ETAC13 A5471 A :A918 PT        SUV PULLED IN,STRAIT NORTH FROM DT IN SPOT,FEW
                            PEOPLE GETTING OUT
00:01:55 01 11 EAUTON A4261 A918 SUV JUST PULLED IN STRAIGHT N FROM PARKING SPOT GOT A FEW PPL GETTING
                            OUT
```

PHX001486

```
(s0p10.0h10.0v0T
Page 60                         PHOENIX POLICE DEPARTMENT
FOR: EGGERSS                    JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                   Desk/
Time      Date  Unit  ID
00:01:55 01 11 EAUTON A4261 A :A918 PT        SUV JUST PULLED IN STRAIGHT N FROM PARKING
                                              SPOT GOT A FEW PPL GETTING OUT
00:02:05 01 11 ETAC13 A5471 A918 3 PEOPLE WALKING TOT HE DOOR,ANOTHER CUST IN DT
00:02:05 01 11 ETAC13 A5471 A :A918 PT        3 PEOPLE WALKING TOT HE DOOR,ANOTHER CUST IN DT
00:02:07 01 11 EAUTON A4261 A918 3 PPL WALKING TOWARDS DR & ANOTHER CUST HITTING DRIVETHRU
00:02:07 01 11 EAUTON A4261 A :A918 PT        3 PPL WALKING TOWARDS DR & ANOTHER CUST
                                              HITTING DRIVETHRU
00:02:09 01 11 ETAC13 A5471 LOCKED THE DOOR?
00:02:14 01 11 EAUTON A4261 V630 I THINK THEY JUST LOCKED THE DR
00:02:14 01 11 EAUTON A4261 A :V630 DE 05057  I THINK THEY JUST LOCKED THE DR
00:02:17 01 11 ETAC13 A5471 A918 ALL GETTING BACK INTO THE VEH NOW
00:02:17 01 11 ETAC13 A5471 A :A918 PT        ALL GETTING BACK INTO THE VEH NOW
00:02:24 01 11 EAUTON A4261 A918 YEAH THEY WENT BACK TO THEIR VEH & ARE GETTING IN
00:02:24 01 11 EAUTON A4261 A :A918 PT        YEAH THEY WENT BACK TO THEIR VEH & ARE GETTING
                                              IN
00:02:27 01 11 ETAC13 A5471 LOCKING EAST DOOR TOO
00:02:32 01 11 EAUTON A4261 V636 LOCKING THE E DR TOO
00:02:32 01 11 EAUTON A4261 A :V636 DE 07710  LOCKING THE E DR TOO
00:04:07 01 11 EAUTON A4261 A918 LEFT REAR DOOR CRACKED AGAIN
00:04:07 01 11 ETAC13 A5471 A :A918 PT        LEFT REAR DOOR CRACKED AGAIN
00:04:09 01 11 EAUTON A4261 A918 LEFT REAR DR CRACKED OPEN AGAIN
00:04:09 01 11 EAUTON A4261 A :A918 PT        LEFT REAR DR CRACKED OPEN AGAIN
00:04:45 01 11 ETAC13 A5471 A918 FRONT RIGHT AND LEFT REAR DOORS OPEN
00:04:45 01 11 ETAC13 A5471 A :A918 PT        FRONT RIGHT AND LEFT REAR DOORS OPEN
00:04:48 01 11 EAUTON A4261 A918 FRNT RIGHT & LEFT REAR DRS ARE OPEN
00:04:48 01 11 EAUTON A4261 A :A918 PT        FRNT RIGHT & LEFT REAR DRS ARE OPEN
00:05:54 01 11 ETAC13 A5471 A918 ALL DOOR BUT DRIVER OPEN,THREE OUT WALKING TOWARD WHATABURGER
00:05:54 01 11 ETAC13 A5471 A :A918 PT        ALL DOOR BUT DRIVER OPEN,THREE OUT WALKING
                                              TOWARD WHATABURGER
00:05:58 01 11 EAUTON A4261 A918 ALL BUT DRIVERS DR OPEN,GOT 3 OUT WALKING TOWARDS WHATABURGER
00:05:58 01 11 EAUTON A4261 A :A918 PT        ALL BUT DRIVERS DR OPEN,GOT 3 OUT WALKING
                                              TOWARDS WHATABURGER
00:06:08 01 11 ETAC13 A5471 A918 TWO ARE WALKING,RIGHT REAR PASS AT VEH,HE'S MORE OF LOOKOUT
00:06:08 01 11 ETAC13 A5471 A :A918 PT        TWO ARE WALKING,RIGHT REAR PASS AT VEH,HE'S
                                              MORE OF LOOKOUT
00:06:12 01 11 EAUTON A4261 A918 2 TOWARDS WHATABURGER,RIGHT REAR PSGR STILL AT VEH LOOKING OUT
00:06:12 01 11 EAUTON A4261 A :A918 PT        2 TOWARDS WHATABURGER,RIGHT REAR PSGR STILL AT
                                              VEH LOOKING OUT
00:06:14 01 11 ETAC13 A5471 A918 TWO WALKING TO DRIVE THRU
00:06:14 01 11 ETAC13 A5471 A :A918 PT        TWO WALKING TO DRIVE THRU
00:06:30 01 11 EAUTON A4261 A918 BACK DOOR,LOOKOUT STILL AT VEH,WEST SIDE,WENT TO BACK DOOR,OUT OF
                                 SITE RIGHT NOW
00:06:30 01 11 EAUTON A4261 A918 2 TOWARDS DRIVETHRU,LOOKOUT STILL BY VEH ON WS OF BLDG BY BACK DR OUT
                                 OF MY SIGHT
00:06:30 01 11 ETAC13 A5471 A :A918 PT        BACK DOOR,LOOKOUT STILL AT VEH,WEST SIDE,WENT
                                              TO BACK DOOR,OUT OF SITE RIGHT NOW
00:06:30 01 11 EAUTON A4261 A :A918 PT        2 TOWARDS DRIVETHRU,LOOKOUT STILL BY VEH ON WS
                                              OF BLDG BY BACK DR OUT OF MY SIGHT
00:06:35 01 11 EAUTON A4261 V632 JUST PEERING INTO WINDOW NOW
00:06:35 01 11 EAUTON A4261 A :V632 PT 05994  JUST PEERING INTO WINDOW NOW
```

PHX001487

```
(s0p10.0h10.0v0T
Page 61                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS           JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

               Desk/
Time      Date Unit  ID
00:06:38 01 11 ETAC13 A5471  PEERING INTO WINDOW RIGHT NOW
00:06:43 01 11 ETAC13 A5471  GOT EM,REALLY SNEAKING
00:06:44 01 11 EAUTON A4261  V635 YEAH I GO TTHEM TOO,REALLY SNEAKING
00:06:44 01 11 EAUTON A4261  A :V635 DE 07014  YEAH I GO TTHEM TOO,REALLY SNEAKING
00:06:48 01 11 ETAC13 A5471  A918 NWC
00:06:48 01 11 ETAC13 A5471  A :A918 PT       NWC
00:06:51 01 11 EAUTON A4261  A918 ONE ON NWC OF BLDG
00:06:51 01 11 EAUTON A4261  A :A918 PT       ONE ON NWC OF BLDG
00:06:58 01 11 ETAC13 A5471  DON'T FORCE IT,HAVE IT TAKE IT,WORK ON GRAPPLER
00:07:06 01 11 EAUTON A4261  S52 SAU DONT FORCE IT,IF WE HAVE WILL TAKE IT,IF NOT WE'LL CONTINUE TAC
                             SURV
00:07:06 01 11 EAUTON A4261  A :S52 PT 08963  SAU DONT FORCE IT,IF WE HAVE WILL TAKE IT,IF
                             NOT WE'LL CONTINUE TAC SURV
00:07:19 01 11 ETAC13 A5471  A918 JOINING UP ON WEST /BACK DOOR OF BLDG
00:07:19 01 11 EAUTON A4261  A918 2 ON SWC,ALL JOINING AT BACK DR,W DR OF BLDG
00:07:19 01 11 ETAC13 A5471  A :A918 PT       JOINING UP ON WEST /BACK DOOR OF BLDG
00:07:19 01 11 EAUTON A4261  A :A918 PT       2 ON SWC,ALL JOINING AT BACK DR,W DR OF BLDG
00:07:30 01 11 EAUTON A4261  A918 ALL 3 WALKING ARND TO NS OF BLDG
00:07:30 01 11 EAUTON A4261  A :A918 PT       ALL 3 WALKING ARND TO NS OF BLDG
00:07:32 01 11 ETAC13 A5471  A918 WALKING AROUND TO NORTH SIDE OF BLDG
00:07:32 01 11 ETAC13 A5471  A :A918 PT       WALKING AROUND TO NORTH SIDE OF BLDG
00:07:45 01 11 ETAC13 A5471  I GOT EM,CREPPING UP TO THE DOOR,ALL WALKING BACK
00:07:54 01 11 ETAC13 A5471  CURVING BACK AROUND OTHER SIDE
00:07:55 01 11 EAUTON A4261  V632 I GOT THEM DR LOCKED & ALL WALKING BACK
00:07:55 01 11 EAUTON A4261  A :V632 PT 05994  I GOT THEM DR LOCKED & ALL WALKING BACK
00:08:02 01 11 EAUTON A4261  V632 CURRENTLY WALKING ARND SS
00:08:02 01 11 ETAC13 A5471  A918 SOUTH SIDE,ONE CAR AT PICK UP WINDOW NOW
00:08:02 01 11 EAUTON A4261  A :V632 PT 05994  CURRENTLY WALKING ARND SS
00:08:02 01 11 ETAC13 A5471  A :A918 PT       SOUTH SIDE,ONE CAR AT PICK UP WINDOW NOW
00:08:05 01 11 ETAC13 A5471  HERE THEY COME
00:08:06 01 11 EAUTON A4261  A918 1 CAR DRIVETHRU WINDOW
00:08:06 01 11 EAUTON A4261  A :A918 PT       1 CAR DRIVETHRU WINDOW
00:08:12 01 11 EAUTON A4261  V635 HERE THEY COME
00:08:12 01 11 EAUTON A4261  A :V635 DE 07014  HERE THEY COME
00:08:14 01 11 ETAC13 A5471  A918 TYRING WINDOW AT DRIVE THRU
00:08:14 01 11 ETAC13 A5471  A :A918 PT       TYRING WINDOW AT DRIVE THRU
00:08:22 01 11 ETAC13 A5471  TELLING THAT TRUCK TO GET MOVING
00:08:24 01 11 EAUTON A4261  A918 MIGHT BE TRYING TO DO DRIVETHRU
00:08:24 01 11 EAUTON A4261  A :A918 PT       MIGHT BE TRYING TO DO DRIVETHRU
00:08:28 01 11 ETAC13 A5471  HANDGUN IN LEFT HANDGUN
00:08:34 01 11 EAUTON A4261  V635 HANDGUN IN HIS LEFT HAND TELLING GUY TO GET MOVING
00:08:34 01 11 EAUTON A4261  A :V635 DE 07014  HANDGUN IN HIS LEFT HAND TELLING GUY TO GET
                             MOVING
00:08:40 01 11 EAUTON A4261  V635 UP TO WINDOW NOW,YEP 211 RIGHT NOW
00:08:40 01 11 EAUTON A4261  A :V635 DE 07014  UP TO WINDOW NOW,YEP 211 RIGHT NOW
00:08:44 01 11 ETAC13 A5471  WINDOW NOW,211 RIGHT NOW,CLIMBED IN
00:08:47 01 11 EAUTON A4261  V635 HE JUST CLIMBED IN
00:08:47 01 11 EAUTON A4261  A :V635 DE 07014  HE JUST CLIMBED IN
00:08:49 01 11 ETAC13 A5471  A918 TWO RUNNING UP,ALL AT WINDOW
00:08:49 01 11 ETAC13 A5471  A :A918 PT       TWO RUNNING UP,ALL AT WINDOW
```

```
(s0p10.0h10.0v0T
Page 62                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS          JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

                Desk/
Time     Date  Unit   ID
00:08:51 01 11 EAUTON A4261  A918 ALL 3 AT WINDOW
00:08:51 01 11 EAUTON A4261  A :A918 PT         ALL 3 AT WINDOW
00:08:55 01 11 ETAC13 A5471  25 GOTING UP TO FOOD CITY
00:08:59 01 11 ETAC13 A5471  STILL OUT ON FOOT EAST SIDE OF BLD
00:09:05 01 11 ETAC13 A5471  A918 ONE WENT AROUND NS OF BLDG
00:09:05 01 11 EAUTON A4261  V635 GUYS TILL ON FOOT ON ES
00:09:05 01 11 ETAC13 A5471  A :A918 PT         ONE WENT AROUND NS OF BLDG
00:09:05 01 11 EAUTON A4261  A :V635 DE 07014  GUYS TILL ON FOOT ON ES
00:09:10 01 11 ETAC13 A5471  GUN TO HEAD,PUSHING TO BACK ROOM
00:09:14 01 11 EAUTON A4261  V636 GUY TO GUYS HEAD BROUGHT HIM INTO BACK RM
00:09:14 01 11 EAUTON A4261  A :V636 DE 07710  GUY TO GUYS HEAD BROUGHT HIM INTO BACK RM
00:09:17 01 11 ETAC13 A5471  OPENED NORTH SIDE DOOR
00:09:22 01 11 ETAC13 A5471  A918 HELO MOVING IN?
00:09:22 01 11 EAUTON A4261  A :A918 PT         HELO MOVING IN?
00:09:24 01 11 EAUTON A4261  V632 JUST OPENED NS DR,3RD ONE IN
00:09:24 01 11 EAUTON A4261  A :V632 PT 05994  JUST OPENED NS DR,3RD ONE IN
00:09:29 01 11 EAUTON A4261  A918 HELICOPER IN?
00:09:29 01 11 EAUTON A4261  A :A918 PT         HELICOPER IN?
00:09:32 01 11 ETAC13 A5471  NOT YET,NOT OVERHEAD YET,JUST CLOSER
00:09:33 01 11 EAUTON A4261  S52 NOT YET
00:09:33 01 11 EAUTON A4261  A :S52 PT 08963   NOT YET
00:09:37 01 11 ETAC13 A5471  EMPLOYEE STILL SAFE,GOT HANDGUN
00:09:42 01 11 EAUTON A4261  V636 EMPS STILL SAFE,BUT THEY GOT THE HIT
00:09:42 01 11 EAUTON A4261  A :V636 DE 07710  EMPS STILL SAFE,BUT THEY GOT THE HIT
00:09:49 01 11 ETAC13 A5471  PULLING VEH AROUND
00:09:52 01 11 EAUTON A4261  S52 TAILLIGHTS TO VEH ON
00:09:52 01 11 EAUTON A4261  A :S52 PT 08963  TAILLIGHTS TO VEH ON
00:09:53 01 11 ETAC13 A5471  A918 CUST COMING TO DT
00:09:53 01 11 ETAC13 A5471  A :A918 PT         CUST COMING TO DT
00:09:57 01 11 ETAC13 A5471  A918 CUST INTO THE DIRVETHRU
00:09:57 01 11 EAUTON A4261  A :A918 PT         CUST INTO THE DIRVETHRU
00:10:01 01 11 ETAC13 A5471  GOING TO TILL RIGHT NOW
00:10:05 01 11 EAUTON A4261  V636 GOING THROUGH TIL RIGHT NOW
00:10:05 01 11 EAUTON A4261  A :V636 DE 07710  GOING THROUGH TIL RIGHT NOW
00:10:22 01 11 ETAC13 A5471  IF THAT VEH MOVES,CALL OUT POSITION,DONT HAVE IT CALL TAC SURV
00:10:24 01 11 EAUTON A4261  S52 IF VEH STARTS MOVING CALL OUT POSITIONS,LET IT GO
00:10:24 01 11 EAUTON A4261  A :S52 PT 08963  IF VEH STARTS MOVING CALL OUT POSITIONS,LET IT
                             GO
00:10:28 01 11 ETAC13 A5471  OPENING DRIVE THRU,MIGHT GO THRU IT
00:10:34 01 11 EAUTON A4261  V635 OPENEING DRIVETHRU WINDOW LOOKS LIKE MIGHT GO THROUGH IT
00:10:34 01 11 EAUTON A4261  A :V635 DE 07014  OPENEING DRIVETHRU WINDOW LOOKS LIKE MIGHT GO
                             THROUGH IT
00:10:35 01 11 ETAC13 A5471  COMIGN OUT THE FRONT,ONE GUY IS
00:10:41 01 11 EAUTON A4261  V635 1 COMING OUT OT FRNT NOW
00:10:41 01 11 EAUTON A4261  A :V635 DE 07014  1 COMING OUT OT FRNT NOW
00:10:48 01 11 ETAC13 A5471  A918 TWO OUT NORTH SIDE,VEH ON MOVE
00:10:48 01 11 ETAC13 A5471  A :A918 PT         TWO OUT NORTH SIDE,VEH ON MOVE
00:10:50 01 11 EAUTON A4261  A918 2 COMING OUT MAIN ENTRANCE ON NS,VEH ON MOVE
00:10:50 01 11 EAUTON A4261  A :A918 PT         2 COMING OUT MAIN ENTRANCE ON NS,VEH ON MOVE
00:10:56 01 11 ETAC13 A5471  CAN'T GET IT,LET IT GO,SET GRAPPLE
```

```
(s0p10.0h10.0v0T
Page 63                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS             JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                 Desk/
Time     Date  Unit   ID
00:11:01 01 11 ETAC13 A5471  A918 2 ARE IN,ONE RUNNING
00:11:01 01 11 ETAC13 A5471  A :A918 PT        2 ARE IN,ONE RUNNING
00:11:04 01 11 ETAC13 A5471  HOLD POSITION
00:11:04 01 11 EAUTON A4261  S525 VEH ON MOVE NOT GONNA BE ABLE TO GET IT,LET GRAPPLER GET IT
00:11:04 01 11 EAUTON A4261  A :S525 PT 08677  VEH ON MOVE NOT GONNA BE ABLE TO GET IT,LET
                             GRAPPLER GET IT
00:11:11 01 11 EAUTON A4261  A918 2 IN 1 GETTING IN
00:11:11 01 11 EAUTON A4261  A :A918 PT        2 IN 1 GETTING IN
00:11:17 01 11 EAUTON A4261  A918 VEH MVOING NB DYSART FROM VB
00:11:17 01 11 EAUTON A4261  A :A918 PT        VEH MVOING NB DYSART FROM VB
00:11:18 01 11 ETAC13 A5471  A918 VEH EB VB,DRIVE AROUND,GOING NB DYSART FROM VB
00:11:18 01 11 ETAC13 A5471  A :A918 PT        VEH EB VB,DRIVE AROUND,GOING NB DYSART FROM VB
00:11:21 01 11 ETAC13 A5471  35 GOT THE STORE
00:11:22 01 11 EAUTON A4261  V635 I GOT STORE
00:11:22 01 11 EAUTON A4261  A :V635 DE 07014  I GOT STORE
00:11:29 01 11 ETAC13 A5471  32 COUPLE GOODYEAR UNITS THERE TOO
00:11:33 01 11 EAUTON A4261  V63 V632 ALSO TO STORE,& COUPLE GOODYR UNITS
00:11:33 01 11 EAUTON A4261  A :V63 PT 05227  V632 ALSO TO STORE,& COUPLE GOODYR UNITS
00:11:39 01 11 ETAC13 A5471  WHERE IS IT?
00:11:43 01 11 EAUTON A4261  S549 WHERE AT ?
00:11:43 01 11 EAUTON A4261  A :S549 PT 08506  WHERE AT ?
00:11:48 01 11 ETAC13 A5471  A918 NB DYSART TO EB I10
00:11:48 01 11 ETAC13 A5471  A :A918 PT        NB DYSART TO EB I10
00:11:54 01 11 ETAC13 A5471  A918 TURN SIGNAL?
00:11:54 01 11 ETAC13 A5471  A :A918 PT        TURN SIGNAL?
00:11:57 01 11 ETAC13 A5471  WITH HIM
00:11:57 01 11 EAUTON A4261  A918 NB DYSART CURB TO GO EB I10
00:11:57 01 11 EAUTON A4261  A :A918 PT        NB DYSART CURB TO GO EB I10
00:12:03 01 11 EAUTON A4261  A918 MADE TURN EB ON I10 FROM DYSART
00:12:03 01 11 ETAC13 A5471  A918 EB I10/DYSART
00:12:03 01 11 EAUTON A4261  A :A918 PT        MADE TURN EB ON I10 FROM DYSART
00:12:03 01 11 ETAC13 A5471  A :A918 PT        EB I10/DYSART
00:12:08 01 11 EAUTON A4261  A :A918 PT        DYSART I10 EB
00:12:10 01 11 EAUTON A4261  A :S52 PT 08963  DYSART I10 EB
00:12:11 01 11 EAUTON A4261  A :S522 PT 07892  DYSART I10 EB
00:12:13 01 11 EAUTON A4261  A :S523 PT 09287  DYSART I10 EB
00:12:16 01 11 EAUTON A4261  A :S525 PT 08677  DYSART I10 EB
00:12:26 01 11 ETAC13 A5471  GIVE HIM BREATHING ROOM TRY FOR GRAPPLER UP THERE
00:12:27 01 11 EAUTON A4261  S52 GIVE BREATHING RM & TRY GET GRAPPLER UP THERE
00:12:27 01 11 EAUTON A4261  A :S52 PT 08963  GIVE BREATHING RM & TRY GET GRAPPLER UP THERE
00:12:39 01 11 ETAC13 A5471  A918 EB ON I10 SPEED NOT TOO EXCESSIVE,
00:12:39 01 11 ETAC13 A5471  A :A918 PT        EB ON I10 SPEED NOT TOO EXCESSIVE,
00:12:42 01 11 EAUTON A4261  A918 EB ON I10 SPEED DOESNT LOOKE TOO EXCESSIVE
00:12:42 01 11 EAUTON A4261  A :A918 PT        EB ON I10 SPEED DOESNT LOOKE TOO EXCESSIVE
00:12:50 01 11 ETAC13 A5471  635 ADVISE WHEN C4 WITH EMPLOYEES?
00:12:54 01 11 EAUTON A4261  V63 V635 ADVISE WHEN C4 INSIDE W/ALL EMPS
00:12:54 01 11 EAUTON A4261  A :V63 PT 05227  V635 ADVISE WHEN C4 INSIDE W/ALL EMPS
00:13:07 01 11 EAUTON A4261  A :S521 PT
00:13:20 01 11 EAUTON A4261  A918 HE'S IN #1 COMING UP AVONDALE PASSING SEMI
00:13:20 01 11 EAUTON A4261  A :A918 PT        HE'S IN #1 COMING UP AVONDALE PASSING SEMI
```

PHX001490

```
(s0p10.0h10.0v0T
Page 64                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


               Desk/
Time      Date Unit   ID
00:13:21 01 11 ETAC13 A5471  A918 UNITS ON 10,PASSED SEMI,#1 LANE,COMING UP EXIT FOR AVONDALE STILL EB
00:13:21 01 11 ETAC13 A5471  A :A918 PT       UNITS ON 10,PASSED SEMI,#1 LANE,COMING UP EXIT
                              FOR AVONDALE STILL EB
00:13:26 01 11 EAUTON A4261  A918 STILL EB
00:13:26 01 11 EAUTON A4261  A :A918 PT       STILL EB
00:13:32 01 11 EAUTON A4261  A :S52 PT 08963  AVONDALE I10 EB
00:13:34 01 11 ETAC13 A5471  COUPLE VEHS BEHIND US,WE GET TRAFFIC STOP BEHIND US
00:13:36 01 11 EAUTON A4261  A :S522 PT 07892  AVONDALE I10 EB
00:13:38 01 11 EAUTON A4261  A :S523 PT 09287  AVONDALE I10 EB
00:13:41 01 11 EAUTON A4261  A :S525 PT 08677  AVONDALE I10 EB
00:13:44 01 11 ETAC13 A5471  A918 UNITS NEAR BY APT ON BUTLER?
00:13:44 01 11 ETAC13 A5471  A :A918 PT       UNITS NEAR BY APT ON BUTLER?
00:13:47 01 11 EAUTON A4261  A918 WE HAVE UNITS BY APT ON BUTLER?
00:13:47 01 11 EAUTON A4261  A :A918 PT       WE HAVE UNITS BY APT ON BUTLER?
00:14:11 01 11 ETAC13 A5471  COUPLE VEHS BEHIND HIM
00:14:24 01 11 ETAC13 A5471  A918 112TH AV THREW SOMETHING OUT RIGHT REAR WINDOW,POSS CIGARETTE
00:14:24 01 11 ETAC13 A5471  A :A918 PT       112TH AV THREW SOMETHING OUT RIGHT REAR
                              WINDOW,POSS CIGARETTE
00:14:30 01 11 EAUTON A4261  A918 112AV THREW SOMETHING OUT THAT WINDOW CROSSING 107AV NOW 2 SEMIS
                              PASSING THEM
00:14:30 01 11 EAUTON A4261  A :A918 PT       112AV THREW SOMETHING OUT THAT WINDOW CROSSING
                              107AV NOW 2 SEMIS PASSING THEM
00:14:39 01 11 EAUTON A4261  HE JUST GET IN FRNT OF SEMIS
00:14:44 01 11 ETAC13 A5471  A918 GOING NB HERE
00:14:44 01 11 ETAC13 A5471  A :A918 PT       GOING NB HERE
00:14:56 01 11 EAUTON A4261  A918 FAR RIGHT,GOING NB ON L101
00:14:56 01 11 ETAC13 A5471  A :A918 PT       FAR RIGHT,GOING NB ON L101
00:14:58 01 11 EAUTON A4261  A918 10-4 LOOKS LIKE MIGHT BE POSITIONING TO GO NB,ALL WAY OVER FAR
                              R,SHOULD PUT HJIM TO GO NB L101
00:14:58 01 11 EAUTON A4261  A :A918 PT       10-4 LOOKS LIKE MIGHT BE POSITIONING TO GO
                              NB,ALL WAY OVER FAR R,SHOULD PUT HJIM TO GO NB L101
00:15:05 01 11 EAUTON A4261  A :A918 PT       L101 I10 NB
00:15:07 01 11 EAUTON A4261  A :S52 PT 08963  L101 I10 NB
00:15:09 01 11 EAUTON A4261  A :S521 PT       L101 I10 NB
00:15:11 01 11 EAUTON A4261  A :S522 PT 07892  L101 I10 NB
00:15:13 01 11 EAUTON A4261  A :S523 PT 09287  L101 I10 NB
00:15:16 01 11 EAUTON A4261  A :S52 PT 08963  L101 I10 NB
00:15:19 01 11 EAUTON A4261  A :S525 PT 08677  L101 I10 NB
00:15:20 01 11 EAUTON A4261  A918 GOING NB L101 FROM I10
00:15:20 01 11 ETAC13 A5471  A :A918 PT       GOING NB L101 FROM I10
00:15:27 01 11 EAUTON A4261  A918 MAKIGN TURN NB L101 FROM I10
00:15:27 01 11 EAUTON A4261  A :A918 PT       MAKIGN TURN NB L101 FROM I10
00:15:29 01 11 EAUTON A4261  S52 WHATS SPEED
00:15:29 01 11 EAUTON A4261  A :S52 PT 08963  WHATS SPEED
00:15:37 01 11 EAUTON A4261  A918 LITTLE ABOVE NORMAL,NOTHING TOO CRAZY
00:15:37 01 11 EAUTON A4261  A :A918 PT       LITTLE ABOVE NORMAL,NOTHING TOO CRAZY
00:15:47 01 11 ETAC13 A5471  A918 SPEED LIL ABOVE NORMAL,BARELY ABOVE TRAFFIC MERGING WITH,72 MPH
00:15:47 01 11 ETAC13 A5471  A :A918 PT       SPEED LIL ABOVE NORMAL,BARELY ABOVE TRAFFIC
                              MERGING WITH,72 MPH
00:15:50 01 11 EAUTON A4261  A918 SPEED OF TRAFFIC THEY ARE MERGING W/ON L101,SHOWING THEM AT 72MPH
```

```
(s0p10.0h10.0v0T
Page 65                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                     Desk/
Time       Date Unit   ID
00:15:50 01 11 EAUTON A4261  A :A918 PT        SPEED OF TRAFFIC THEY ARE MERGING W/ON
                             L101,SHOWING THEM AT 72MPH
00:16:05 01 11 ETAC13 A5471  FREEWAY,70 OR BELOW,WE CAN DO IT
00:16:10 01 11 EAUTON A4261  S51 IF 70 BELOW WE CAN DO IT ON THE FRWY IF TRAFFIC BLOCK
00:16:10 01 11 EAUTON A4261  A :S51 PT 08566  IF 70 BELOW WE CAN DO IT ON THE FRWY IF TRAFFIC
                             BLOCK
00:16:17 01 11 EAUTON A4261  A918 VERY LITTLE TRAFFIC ON FRWY RIGHT NOW
00:16:17 01 11 EAUTON A4261  A :A918 PT        VERY LITTLE TRAFFIC ON FRWY RIGHT NOW
00:16:18 01 11 ETAC13 A5471  A918 VERY LITTLE TRAFFIC ON 101 FOR NOW
00:16:18 01 11 ETAC13 A5471  A :A918 PT        VERY LITTLE TRAFFIC ON 101 FOR NOW
00:16:29 01 11 ETAC13 A5471  A918 APPROACHING THOMAS,SEMI WITHOUT TRAILER
00:16:29 01 11 EAUTON A4261  A918 ANY UNITS BHND STILL NB L101 COMING UP ON THM SEMI JUST CAB HE'S
00:16:29 01 11 ETAC13 A5471  A :A918 PT        APPROACHING THOMAS,SEMI WITHOUT TRAILER
00:16:29 01 11 EAUTON A4261  A :A918 PT        ANY UNITS BHND STILL NB L101 COMING UP ON THM
                             SEMI JUST CAB HE'S
00:16:43 01 11 ETAC13 A5471  ANY GRAPPLERS OUT?
00:16:47 01 11 ETAC13 A5471  JUST ABOUT UP THERE
00:16:47 01 11 EAUTON A4261  S52 ANY GRAPPLERS 10-8?
00:16:47 01 11 EAUTON A4261  A :S52 PT 08963  ANY GRAPPLERS 10-8?
00:16:54 01 11 EAUTON A4261  EN:S526 PT       67TH AV/GLENDALE
00:17:00 01 11 ETAC13 A5471  I'M RIGHT BEHIND 21,I CAN RUN BLOCK IF
00:17:07 01 11 ETAC13 A5471  A918 #1 LANE,74 MPH
00:17:07 01 11 ETAC13 A5471  A :A918 PT       #1 LANE,74 MPH
00:17:09 01 11 EAUTON A4261  EN:S512 PT       67TH AV/GLENDALE
00:17:11 01 11 EAUTON A4261  S512 IM RIGHT BHDN S521
00:17:11 01 11 EAUTON A4261  EN:S512 PT       IM RIGHT BHDN S521
00:17:14 01 11 ETAC13 A5471  STREET CRIMES,LEAVING ONE LANE OPEN
00:17:17 01 11 ETAC13 A5471  COPY
00:17:25 01 11 EAUTON A4261  EN:S526 PT 08829
00:17:28 01 11 ETAC13 A5471  NATURAL TRAFFIC,BUT LET SAU GO AROUND
00:17:32 01 11 ETAC13 A5471  BURT SWITCH WITH ME
00:17:42 01 11 ETAC13 A5471  #1 LANE,FIRST IN FRONT OF BLK CADILLAC,I'LL BLOCK FOR YOU
00:17:47 01 11 EAUTON A4261  S521 1ST ONE IN FRNT OF BLK CADI,LET ME KNOW WHEN YOU'RE READY & I'LL GET
                             IN FRNT
00:17:47 01 11 EAUTON A4261  A :S521 PT       1ST ONE IN FRNT OF BLK CADI,LET ME KNOW WHEN
                             YOU'RE READY & I'LL GET IN FRNT
00:17:49 01 11 ETAC13 A5471  A918 ALL THE WAY EXITING CAMELBACK
00:17:49 01 11 ETAC13 A5471  A :A918 PT       ALL THE WAY EXITING CAMELBACK
00:17:55 01 11 EAUTON A4261  A918 MOVING ALLW AY OVER TO GET OFF AT CBACK
00:17:55 01 11 EAUTON A4261  A :A918 PT       MOVING ALLW AY OVER TO GET OFF AT CBACK
00:18:10 01 11 ETAC13 A5471  HAVE JUMP AT THE LIGHT,CREEP UP IN FRONT
00:18:14 01 11 EAUTON A4261  S512 WE HAVE ENOUGHT FOR JUMP AT THIS LIGHT,W E CAN CREEP UP ON HIM
00:18:14 01 11 EAUTON A4261  EN:S512 PT       WE HAVE ENOUGHT FOR JUMP AT THIS LIGHT,W E CAN
                             CREEP UP ON HIM
00:18:18 01 11 ETAC13 A5471  A918 BENDING EXIT,EB ON CAMELBACK,
00:18:18 01 11 ETAC13 A5471  A :A918 PT       BENDING EXIT,EB ON CAMELBACK,
00:18:19 01 11 EAUTON A4261  A918 EB ON CBACK FROM L101
00:18:19 01 11 EAUTON A4261  A :A918 PT       EB ON CBACK FROM L101
00:18:21 01 11 EAUTON A4261  A :A918 PT       EB ON CBACK FROM L101
00:18:23 01 11 EAUTON A4261  EN:S512 PT       EB ON CBACK FROM L101
```

```
(s0p10.0h10.0v0T
Page 66                 PHOENIX POLICE DEPARTMENT
FOR: EGGERSS           JURISDICTION - PHOENIX POLICE        Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


              Desk/
Time     Date Unit  ID
00:18:26 01 11 EAUTON A4261  A :S52 PT 08963   EB ON CBACK FROM L101
00:18:28 01 11 EAUTON A4261  A :S521 PT        EB ON CBACK FROM L101
00:18:39 01 11 EAUTON A4261  S52 BE LOOKING FOR THAT ST JUMP,BE LOOKING TO GET GRAPPLER UP THERE TOO
00:18:39 01 11 EAUTON A4261  A :S52 PT 08963   BE LOOKING FOR THAT ST JUMP,BE LOOKING TO GET
                             GRAPPLER UP THERE TOO
00:18:51 01 11 EAUTON A4261  A918 CATCHING RED AT 95AV #1 VEH #1 LA 95AVCBACK
00:18:51 01 11 ETAC13 A5471  A918 AUGHT RED AT 95TH AV,#1 LANE #1 VEH
00:18:51 01 11 EAUTON A4261  A :A918 PT         CATCHING RED AT 95AV #1 VEH #1 LA 95AVCBACK
00:18:51 01 11 ETAC13 A5471  A :A918 PT         AUGHT RED AT 95TH AV,#1 LANE #1 VEH
00:18:55 01 11 EAUTON A4261  A918 95AV CBACK
00:18:55 01 11 EAUTON A4261  A :A918 PT         95AV CBACK
00:19:00 01 11 ETAC13 A5471  GOING TO DEPLOY THIS,GET SPEED GOING,I'LL GET UP THERE
00:19:05 01 11 EAUTON A4261  S512 IM GOING TO GO AHEAD & DEPLOY THIS THING
00:19:05 01 11 EAUTON A4261  EN:S512 PT         IM GOING TO GO AHEAD & DEPLOY THIS THING
00:19:09 01 11 ETAC13 A5471  EXHAUST ON PASS SIDE,HAS MUD FLAPS
00:19:14 01 11 ETAC13 A5471  A918 EB CAMELBACK/91ST AV
00:19:14 01 11 EAUTON A4261  EXHAUST ON PSGR SIDE TIRE & HAS MUD FLAPS
00:19:14 01 11 ETAC13 A5471  A :A918 PT         EB CAMELBACK/91ST AV
00:19:20 01 11 ETAC13 A5471  GOOD TO GO,
00:19:21 01 11 EAUTON A4261  S512 IM GOOD TO GO
00:19:21 01 11 EAUTON A4261  EN:S512 PT         IM GOOD TO GO
00:19:25 01 11 EAUTON A4261  A918 91AV CBACK
00:19:25 01 11 EAUTON A4261  A :A918 PT         91AV CBACK
00:19:29 01 11 EAUTON A4261  A :A918 PT         91AV CBACK
00:19:31 01 11 EAUTON A4261  EN:S512 PT         91AV CBACK
00:19:34 01 11 EAUTON A4261  A :S521 PT         91AV CBACK
00:19:43 01 11 EAUTON A4261  A918 DEPLOYED RIGHT REAR PSG RUNNING
00:19:43 01 11 EAUTON A4261  A :A918 PT         DEPLOYED RIGHT REAR PSG RUNNING
00:19:45 01 11 ETAC13 A5471  A918 RIGHT REAR PASS THREW SOMEHTING,DEPLOYED
00:19:45 01 11 ETAC13 A5471  A :A918 PT         RIGHT REAR PASS THREW SOMEHTING,DEPLOYED
00:19:47 01 11 EAUTON A4261  A918 BAILOUT
00:19:47 01 11 EAUTON A4261  A :A918 PT         BAILOUT
00:19:58 01 11 EAUTON A4261  A918 NOBODY'S MOVING THREW SOMETHING POSS GUN 1 SUBJ DOWN
00:19:58 01 11 EAUTON A4261  A :A918 PT         NOBODY'S MOVING THREW SOMETHING POSS GUN 1
                             SUBJ DOWN
00:20:15 01 11 ETAC13 A5471  NO ONE IS MOVING,ONE SUBJ DOWN,RUNNER IS DOWN THEN,SOUTH SIDE OF ROAD,50
                             FEET FROM VEH,THREW SOMETHING POSS GUN,10 FEET AWAY,WITHIN REACH
00:20:18 01 11 EAUTON A4261  A918 RUNNER'S DOWN ON SS OF RD 30FT FROM VEH HE THREW SOMETHING POSS GUN
                             10FT AWAY FROM HIM WITHIN HIS REACH
00:20:18 01 11 EAUTON A4261  A :A918 PT         RUNNER'S DOWN ON SS OF RD 30FT FROM VEH HE
                             THREW SOMETHING POSS GUN 10FT AWAY FROM HIM WITHIN HIS REACH
00:20:28 01 11 ETAC13 A5471  I'M COMIGN FROM EAST,I'LL STOP TRAFFIC
00:20:32 01 11 ETAC13 A5471  GOT IT STOPPED
00:20:34 01 11 EAUTON A4261  S51 IKM COMING FORM E I'M STOPPING TRAFFIC
00:20:34 01 11 EAUTON A4261  A :S51 PT 08566  IKM COMING FORM E I'M STOPPING TRAFFIC
00:20:39 01 11 EAUTON A4261  S51 EB TRAFFIC STOPPED
00:20:39 01 11 ETAC13 A5471  PASSENGER SIDE
00:20:39 01 11 EAUTON A4261  A :S51 PT 08566   EB TRAFFIC STOPPED
00:20:56 01 11 ETAC13 A5471  EB SHUT DOWN,SOMEONE GOING TO CIRK,GET EVERYONE OUT OF LINE OF FIRE,PEOPLE
                             AT THE PUMP
```

PHX001493

```
(s0p10.0h10.0v0T
Page 67                      PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE        Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

               Desk/
Time     Date Unit  ID
00:21:01 01 11 ETAC13 A5471  CIR K IS GOOD
00:21:22 01 11 ETAC13 A5471  A918 UNTS HERE ME,OBJECT 6 FEET AWAY FROM RIGHT HAND,WITHIN REACH,I
                             BELIEVE ITS A GUN
00:21:22 01 11 ETAC13 A5471  A :A918 PT        UNTS HERE ME,OBJECT 6 FEET AWAY FROM RIGHT
                             HAND,WITHIN REACH,I BELIEVE ITS A GUN
00:21:28 01 11 ETAC13 A5471  TAKE HIM CALL OUT TO THE NORTH SIDE
00:21:48 01 11 EAUTON A4261  S52 HAVE FIRE STAGE WE DO HAVE A 998 NEED (K) SHUT DOWN GET UNITS THERE
                             SHUT DOWN PPL IN THERE
00:21:48 01 11 EAUTON A4261  A :S52 PT 08963  HAVE FIRE STAGE WE DO HAVE A 998 NEED (K) SHUT
                             DOWN GET UNITS THERE SHUT DOWN PPL IN THERE
00:22:01 01 11 ETAC13 A5471  S52 HAVE FIRE STAGE WEST OF US,998,WORKING RHOUGH,CIR K SHUT DOWN,
00:22:10 01 11 EHM    A6234  (AM) AMBULANCE: AM,
00:22:13 01 11 ETAC13 A5471  998 WE ARE C4,DO NOT NEED ALL CALL
00:22:19 01 11 ETAC13 A5471  A :P94 PS 05821  67TH AV/GLENDALE
00:22:19 01 11 ETAC13 A5471  A :P94 PS 05821  CONTROL FOR UNIT CHANGED H11
00:22:26 01 11 ETAC13 A5471  A :P94 PS 05821  91ST AV/CBACK
00:22:29 01 11 ED8B   A6238  EN:814P PT 08701  67TH AV/GLENDALE
00:22:46 01 11 ED8B   A6238  EN:81J PS 05707  67TH AV/GLENDALE
00:22:49 01 11 EHM    A6234  FIRE STAGED*****
00:22:52 01 11 ETAC13 A5471  520 ONCE EVERYONE OUT,WE'LL GO TO SUBJTHAT DOWN,IF =CANT' WE'LL MOVE UP
                             WITH CHAIN AND K9
00:22:56 01 11 ED8B   A6238  C41 C4 1033 91A/CBACK 998 C4 HARD CLOSURE 91A/CBACK
00:23:07 01 11 EAUTON A4261  (M) GLENDALE ADVISED ON PSAP & WILL HAVE UNITS 17
00:23:10 01 11 ED8B   A6238  NEED CAMELBACK 91A HARDCLOSURE THAT WOULD BE GOOD FOR NOW
00:23:16 01 11 EAUTON A4261  A :A918 PT        91AV CBACK
00:23:18 01 11 EAUTON A4261  A :S52 PT 08963  91AV CBACK
00:23:20 01 11 EAUTON A4261  A :S51 PT 08566  91AV CBACK
00:23:21 01 11 ED8B   A6238  EN:811L PT 09772  67TH AV/GLENDALE
00:23:30 01 11 ETAC13 A5471  52 ON SUPS IN VEH,CALLING OUT NOW,ONE PRONED OUT SS OF RAOD
00:23:34 01 11 EAUTON A4261  S52 1 SUSP STILL INSIDE VEH,CALLING OUT NOW,1 PRONED OUT
00:23:34 01 11 EAUTON A4261  A :S52 PT 08963  1 SUSP STILL INSIDE VEH,CALLING OUT NOW,1
                             PRONED OUT
00:23:35 01 11 ED8B   A6238  EN:814P PT 08701  91A/CAMELBACK
00:23:39 01 11 EAUTON A4261  S52 CURRENTLY NO INJS TO OFCRS
00:23:39 01 11 EAUTON A4261  A :S52 PT 08963  CURRENTLY NO INJS TO OFCRS
00:23:40 01 11 ETAC13 A5471  CURRENTLY NO INJURIES TO OFFICERS
00:23:43 01 11 ED8B   A6238  EN:P84 PS 07876  67TH AV/GLENDALE
00:23:48 01 11 813M   09744  EN:813M PT 09744  ASSIST:81J    /67TH AV/GLENDALE
00:23:48 01 11 813M   10021  EN:813M PT 10021  ASSIST:81J    /67TH AV/GLENDALE
00:23:48 01 11 813M   09744  EN:813M PT 09744  CONTROL FOR UNIT CHANGED 9
00:23:48 01 11 813M   10021  EN:813M PT 10021  CONTROL FOR UNIT CHANGED 9
00:23:48 01 11 EAUTON A4261  EN:S512 PT        91AV CBACK
00:23:50 01 11 EAUTON A4261  A :S521 PT        91AV CBACK
00:23:50 01 11 ETAC13 A5471  A :V638 DE 06103  91ST AV/CBACK
00:23:50 01 11 ETAC13 A5471  A :V635 DE 07014  91ST AV/CBACK
00:23:50 01 11 ETAC13 A5471  A :V636 DE 07710  91ST AV/CBACK
00:23:51 01 11 ETAC13 A5471  A :V630 DE 05057  91ST AV/CBACK
00:23:51 01 11 ETAC13 A5471  A :V63 PT 05227  91ST AV/CBACK
00:23:51 01 11 ETAC13 A5471  A :A918 PT        91ST AV/CBACK
00:23:51 01 11 ETAC13 A5471  A :S52 PT 08963  91ST AV/CBACK
```

```
(s0p10.0h10.0v0T
Page 68                         PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE              Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


               Desk/
Time    Date  Unit  ID
00:23:51 01 11 ETAC13 A5471  A :S563 K9 08942  91ST AV/CBACK
00:23:51 01 11 ETAC13 A5471  EN:P84 PS 07876  91ST AV/CBACK
00:23:51 01 11 ETAC13 A5471  A :P94 PS 05821  91ST AV/CBACK
00:23:51 01 11 ETAC13 A5471  EN:81J PS 05707  91ST AV/CBACK
00:23:51 01 11 ETAC13 A5471  EN:813M PT 09744  91ST AV/CBACK
00:23:51 01 11 ETAC13 A5471  EN:813M PT 10021  91ST AV/CBACK
00:23:52 01 11 ETAC13 A5471  EN:81LL PT 09772  91ST AV/CBACK
00:23:52 01 11 ETAC13 A5471  EN:814P PT 08701  91ST AV/CBACK
00:23:52 01 11 ETAC13 A5471  A :S523 PT 09287  91ST AV/CBACK
00:23:52 01 11 ETAC13 A5471  A :S522 PT 07892  91ST AV/CBACK
00:23:52 01 11 ETAC13 A5471  A :V632 PT 05994  91ST AV/CBACK
00:23:52 01 11 ETAC13 A5471  A :S525 PT 08677  91ST AV/CBACK
00:23:52 01 11 ETAC13 A5471  A :V572 PT 07991  91ST AV/CBACK
00:23:52 01 11 ETAC13 A5471  A :S521 PT         91ST AV/CBACK
00:23:52 01 11 ETAC13 A5471  A :S527 PT         91ST AV/CBACK
00:23:52 01 11 ETAC13 A5471  A :S517 PT 07497  91ST AV/CBACK
00:23:52 01 11 ETAC13 A5471  A :S51 PT 08566  91ST AV/CBACK
00:23:52 01 11 ETAC13 A5471  A :S549 PT 08506  91ST AV/CBACK
00:23:52 01 11 ETAC13 A5471  A :S519 PT 08467  91ST AV/CBACK
00:23:53 01 11 ETAC13 A5471  A :S516 PT 08288  91ST AV/CBACK
00:23:53 01 11 ETAC13 A5471  A :S513 PT 07244  91ST AV/CBACK
00:23:53 01 11 ETAC13 A5471  A :CAR958 PT        91ST AV/CBACK
00:23:53 01 11 ETAC13 A5471  EN:S526 PT 08829  91ST AV/CBACK
00:23:53 01 11 ETAC13 A5471  EN:S512 PT         91ST AV/CBACK
00:23:53 01 11 ETAC13 A5471  A :S511 PT 07097  91ST AV/CBACK
00:23:53 01 11 ETAC13 A5471  EN:S53 PT 07273  91ST AV/CBACK
00:23:53 01 11 ETAC13 A5471  A :V631 DE 06914  91ST AV/CBACK
00:23:58 01 11 EAUTON A4261  EN:S515 PT         67TH AV/GLENDALE
00:24:07 01 11 EAUTON A4261  S515 EVERYBODY IN CUST? INCLUDING SUSP DOWN
00:24:07 01 11 EAUTON A4261  EN:S515 PT         EVERYBODY IN CUST? INCLUDING SUSP DOWN
00:24:08 01 11 ETAC13 A5471  15 TO 52 IN CUSTODY? INCLUDDING SUSP DOWN
00:24:14 01 11 EAUTON A4261  S52 NEG EVERYBODY IS NOT IN CUST
00:24:14 01 11 EAUTON A4261  A :S52 PT 08963  NEG EVERYBODY IS NOT IN CUST
00:24:18 01 11 EAUTON A4261  Call re-directed:T13
00:24:21 01 11 ED7A   A5580  Call re-directed:
00:24:24 01 11 ED7A   A5580  Call re-directed:T13
00:24:28 01 11 ETAC13 A5471  EVERYONE IS NOT,EVERYONE OUT OF VEH,WORKIKNG ON SUSP DOWN IN CUSTODY,NEXT
                             SUPV TO GO OUT WITH S521,STANDY WITH HIM
00:24:38 01 11 ETAC13 A5471  GREEN EQUIP VAN
00:24:40 01 11 EAUTON A4261  S52 NEG NOT ALL IN CUST WORK ON NEXT SUSP PRONED OUT,NEXT SUPV 23 GO OW
                             S521 1012 W/HIM
00:24:40 01 11 EAUTON A4261  A :S52 PT 08963  NEG NOT ALL IN CUST WORK ON NEXT SUSP PRONED
                             OUT,NEXT SUPV 23 GO OW S521 1012 W/HIM
00:24:49 01 11 ETAC13 A5471  CLEAR THE VEH FIRST,FROM DRIVER'S SIDE
00:24:52 01 11 EAUTON A4261  S52 S521 BY GREEN EQUIP VAN
00:24:52 01 11 EAUTON A4261  A :S52 PT 08963  S521 BY GREEN EQUIP VAN
00:25:08 01 11 EAUTON A4261  S52 PUTTING TOGETHER 2 TEAMS 1 & COMMANDS TO SUSP THAT IS DOWN
00:25:08 01 11 EAUTON A4261  A :S52 PT 08963  PUTTING TOGETHER 2 TEAMS 1 & COMMANDS TO SUSP
                             THAT IS DOWN
00:25:14 01 11 814M   08743  EN:814M PT 08743  ASSIST:81LL    /91ST AV/CBACK
```

PHX001495

```
(s0p10.0h10.0v0T
Page 69                        PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE            Fri, Jan-11-2019


CALL: PH19-55839 ACTIVE (R)


              Desk/
Time    Date  Unit   ID
00:25:14 01 11 814M   08743  EN:814M PT 09292  ASSIST:811L     /91ST AV/CBACK
00:25:14 01 11 814M   08743  EN:814M PT 08743  CONTROL FOR UNIT CHANGED 9
00:25:14 01 11 814M   08743  EN:814M PT 09292  CONTROL FOR UNIT CHANGED 9
00:25:20 01 11 ETAC13 A5471  TWO TEAMS RIGHT NOW,PUSH UP BEHIND PANEL,GIVE COMMANDS TO SUSP IS
                             DOWN,WILL DEPLOY K9 AND PULL HIM BACK TO US,UNITS CLEAR VEH,MOVE JN OF
                             US,NO CROSSFIRE
00:25:24 01 11 ED8B   A6238  811L TRAFFIC SHUT DOWN ON 91A
00:25:24 01 11 ED8B   A6238  EN:811L PT 09772  TRAFFIC SHUT DOWN ON 91A
00:25:25 01 11 ETAC13 A5471  A :V638 DE 06103  91ST AV/CBACK
00:25:25 01 11 ETAC13 A5471  A :V635 DE 07014  91ST AV/CBACK
00:25:25 01 11 ETAC13 A5471  A :V636 DE 07710  91ST AV/CBACK
00:25:25 01 11 ETAC13 A5471  A :V630 DE 05057  91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  A :V63 PT 05227   91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  A :A918 PT        91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  A :S52 PT 08963   91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  A :S563 K9 08942  91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  EN:P84 PS 07876   91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  A :P94 PS 05821   91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  EN:81J PS 05707   91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  EN:813M PT 09744  91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  EN:813M PT 10021  91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  EN:814M PT 08743  91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  EN:814M PT 09292  91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  EN:811L PT 09772  91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  EN:814P PT 08701  91ST AV/CBACK
00:25:26 01 11 ETAC13 A5471  A :S523 PT 09287  91ST AV/CBACK
00:25:27 01 11 ETAC13 A5471  A :S522 PT 07892  91ST AV/CBACK
00:25:27 01 11 ETAC13 A5471  A :V632 PT 05994  91ST AV/CBACK
00:25:27 01 11 ETAC13 A5471  A :S525 PT 08677  91ST AV/CBACK
00:25:27 01 11 ETAC13 A5471  A :V572 PT 07991  91ST AV/CBACK
00:25:27 01 11 ETAC13 A5471  A :S521 PT        91ST AV/CBACK
00:25:27 01 11 ETAC13 A5471  A :S527 PT        91ST AV/CBACK
00:25:27 01 11 ETAC13 A5471  A :S517 PT 07497  91ST AV/CBACK
00:25:27 01 11 ETAC13 A5471  A :S51 PT 08566   91ST AV/CBACK
00:25:27 01 11 ETAC13 A5471  A :S549 PT 08506  91ST AV/CBACK
00:25:27 01 11 ETAC13 A5471  A :S519 PT 08467  91ST AV/CBACK
00:25:27 01 11 ETAC13 A5471  A :S516 PT 08288  91ST AV/CBACK
00:25:27 01 11 ETAC13 A5471  A :S513 PT 07244  91ST AV/CBACK
00:25:28 01 11 ETAC13 A5471  A :CAR958 PT      91ST AV/CBACK
00:25:28 01 11 ETAC13 A5471  EN:S526 PT 08829  91ST AV/CBACK
00:25:28 01 11 ETAC13 A5471  EN:S512 PT        91ST AV/CBACK
00:25:28 01 11 ETAC13 A5471  EN:S515 PT        91ST AV/CBACK
00:25:28 01 11 ETAC13 A5471  A :S511 PT 07097  91ST AV/CBACK
00:25:28 01 11 ETAC13 A5471  EN:S53 PT 07273   91ST AV/CBACK
00:25:28 01 11 ETAC13 A5471  A :V631 DE 06914  91ST AV/CBACK
00:25:29 01 11 EAUTON A4261  S52 TEAM THATS GONNA CLR VEH MOVE JN OF US SO WE DONT HAVE ANY CROSSFIRES
00:25:29 01 11 EAUTON A4261  A :S52 PT 08963   TEAM THATS GONNA CLR VEH MOVE JN OF US SO WE
                             DONT HAVE ANY CROSSFIRES
00:25:32 01 11 ED8B   A6238  EN:811L PT 09772  91A/CBACK
00:25:40 01 11 ED8B   A6238  EN:811L PT 09772  91A/CBACK EB
```

PHX001496

```
(s0p10.0h10.0v0T
Page 70                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS            JURISDICTION - PHOENIX POLICE          Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


                 Desk/
Time     Date  Unit   ID
00:25:51 01 11 ED8B   A6238  A :811L PT 09772
00:25:51 01 11 ED8B   A6238  A :811L PT 09772  Sent to MDT: 811L,Status changed to A  by ED8B
00:25:53 01 11 ETAC13 A5471  LET GLENDALE DO NOT DRIVE WB ON CAMELBACK,THEY JUST WENT PAST MY VEH
00:26:12 01 11 815M   10076  EN:815M PT 10076  ASSIST:814M     /91ST AV/CBACK
00:26:12 01 11 815M   10076  EN:815M PT 10078  ASSIST:814M     /91ST AV/CBACK
00:26:12 01 11 815M   10076  EN:815M PT 10076  CONTROL FOR UNIT CHANGED 9
00:26:12 01 11 815M   10076  EN:815M PT 10078  CONTROL FOR UNIT CHANGED 9
00:26:13 01 11 ED8B   A6238  814P NEXT UNIT COMES 23 LOCK DOWN CIR K
00:26:13 01 11 ED8B   A6238  EN:814P PT 08701  NEXT UNIT COMES 23 LOCK DOWN CIR K
00:26:15 01 11 ETAC13 A5471  CONT TO HOLD SUSP IS DOWN,MOVE IN ON SUSP VEH FROM NORTH,USE IT FOR
                             COVER,THEN CLEAR IT
00:26:17 01 11 EAUTON A4261  S52 ADVISE GELNDALE NOT TO GO WB ON CBACK
00:26:17 01 11 EAUTON A4261  A :S52 PT 08963  ADVISE GELNDALE NOT TO GO WB ON CBACK
00:26:20 01 11 ETAC13 A5471  CLEARING VEH NOW FROM NORTH SIDE
00:26:20 01 11 EAUTON A4261  GLENDALE ADVISED
00:26:31 01 11 EAUTON A4261  S513 WE'RE GOING TO CLR THIS VEH RIGHT NOW
00:26:31 01 11 EAUTON A4261  A :S513 PT 07244  WE'RE GOING TO CLR THIS VEH RIGHT NOW
00:26:39 01 11 ETAC13 A5471  HOLD HERE,WORK THAT SIDE,DOG FIRST?
00:26:42 01 11 EAUTON A4261  S513 WEVE GOT GOOD COVERAGE ON SUSP THAT IS DOWN,
00:26:42 01 11 EAUTON A4261  A :S513 PT 07244  WEVE GOT GOOD COVERAGE ON SUSP THAT IS DOWN,
00:26:44 01 11 ED8B   A6238  EN:811J PT 10394  67TH AV/GLENDALE
00:26:51 01 11 ED9A   A5943  P94 900 SUPV SEE ME 99TH AV /CBACK COME IN OFF 107TH EB TOWARD 99TH
00:26:51 01 11 ED9A   A5943  A :P94 PS 05821  900 SUPV SEE ME 99TH AV /CBACK COME IN OFF
                             107TH EB TOWARD 99TH
00:26:53 01 11 ETAC13 A5471  MOVE UP AND GIVE COMMANDS TO CRAWL TO US,IF DONES'T COMPLY,DEPLOY DOG
00:26:54 01 11 ED9A   A5943  EN:91J PS 07725  67TH AV/GLENDALE
00:26:56 01 11 ETAC13 A5471  GOOD COVER,HOLD HERE
00:26:59 01 11 814P   08701  A :814P PT 08701
00:27:01 01 11 EAUTON A4261  S52 COPY WE'RE GOING TO GIVE HIM COMMANDS TO CRAWL BACK TO HIM,IF HE DOES
                             NOT COMPLY WELL SEND IN DOG TO DRAG HIM BACK TO US
00:27:01 01 11 EAUTON A4261  A :S52 PT 08963  COPY WE'RE GOING TO GIVE HIM COMMANDS TO CRAWL
                             BACK TO HIM,IF HE DOES NOT COMPLY WELL SEND IN DOG TO DRAG HIM BACK TO US
00:27:06 01 11 ETAC13 A5471  CIR K UNIT PHX STOP
00:27:07 01 11 ED8B   A6238  P94 I NEED PATROL SUPR 100TH AV CBACK HAVE THEM COME IN 103 EB TOWARDS
                             99TH AV,81J WILL MEET
00:27:07 01 11 ED8B   A6238  A :P94 PS 05821  I NEED PATROL SUPR 100TH AV CBACK HAVE THEM
                             COME IN 103 EB TOWARDS 99TH AV,81J WILL MEET
00:27:08 01 11 EAUTON A4261  S52 UNITS AT (K0 STOP
00:27:08 01 11 EAUTON A4261  A :S52 PT 08963  UNITS AT (K0 STOP
00:27:18 01 11 ETAC13 A5471  BEARCAT IS 23
00:27:21 01 11 EAUTON A4261  BEARCAT COMING 23
00:27:23 01 11 ETAC13 A5471  A :BEARCA PT      67TH AV/GLENDALE
00:27:27 01 11 EAUTON A4261  S513 TRYING TO GIVE HIM COMMANDS
00:27:27 01 11 EAUTON A4261  A :S513 PT 07244  TRYING TO GIVE HIM COMMANDS
00:27:30 01 11 ETAC13 A5471  GIVING COMMANDS TO CALL
00:27:33 01 11 EAUTON A4261  S52 GIVING HIM COMMANDS
00:27:33 01 11 EAUTON A4261  A :S52 PT 08963  GIVING HIM COMMANDS
00:27:34 01 11 ETAC13 A5471  52 GIVING COMMANDS
00:27:53 01 11 ETAC13 A5471  STOP RIGHT THERE
00:27:54 01 11 EAUTON A4261  S513 STOP RIGHT THERE
```

PHX001497

```
(s0p10.0h10.0v0T
Page 71                        PHOENIX POLICE DEPARTMENT
FOR: EGGERSS             JURISDICTION - PHOENIX POLICE              Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)


               Desk/
Time      Date Unit   ID
00:27:54 01 11 EAUTON A4261  A :S513 PT 07244  STOP RIGHT THERE
00:28:01 01 11 812J   10320  EN:812J PT 10320  ASSIST:811J    /67TH AV/GLENDALE
00:28:01 01 11 812J   10320  EN:812J PT 10320  CONTROL FOR UNIT CHANGED 9
00:28:02 01 11 ETAC13 A5471  BEARCAT THAT'S GOOD
00:28:03 01 11 814M   08743  A :814M PT 08743
00:28:03 01 11 814M   08743  A :814M PT 09292
00:28:04 01 11 EAUTON A4261  S513 BEARCAT JUST PULLED IN THATS GOOD
00:28:04 01 11 EAUTON A4261  A :S513 PT 07244  BEARCAT JUST PULLED IN THATS GOOD
00:28:14 01 11 ETAC13 A5471  A :V638 DE 06103  91ST AV/CBACK
00:28:14 01 11 ETAC13 A5471  A :V635 DE 07014  91ST AV/CBACK
00:28:14 01 11 ETAC13 A5471  A :V636 DE 07710  91ST AV/CBACK
00:28:14 01 11 ETAC13 A5471  A :V630 DE 05057  91ST AV/CBACK
00:28:14 01 11 ETAC13 A5471  A :V63 PT 05227   91ST AV/CBACK
00:28:14 01 11 ETAC13 A5471  A :A918 PT        91ST AV/CBACK
00:28:14 01 11 ETAC13 A5471  A :S52 PT 08963   91ST AV/CBACK
00:28:14 01 11 ETAC13 A5471  A :S563 K9 08942  91ST AV/CBACK
00:28:14 01 11 ETAC13 A5471  EN:P84 PS 07876   91ST AV/CBACK
00:28:14 01 11 ETAC13 A5471  EN:91J PS 07725   91ST AV/CBACK
00:28:15 01 11 ETAC13 A5471  A :P94 PS 05821   91ST AV/CBACK
00:28:15 01 11 ETAC13 A5471  EN:815M PT 10076  91ST AV/CBACK
00:28:15 01 11 ETAC13 A5471  EN:815M PT 10078  91ST AV/CBACK
00:28:15 01 11 ETAC13 A5471  EN:81J PS 05707   91ST AV/CBACK
00:28:15 01 11 ETAC13 A5471  EN:81LJ PT 10394  91ST AV/CBACK
00:28:15 01 11 ETAC13 A5471  EN:813M PT 09744  91ST AV/CBACK
00:28:15 01 11 ETAC13 A5471  EN:813M PT 10021  91ST AV/CBACK
00:28:15 01 11 ETAC13 A5471  EN:812J PT 10320  91ST AV/CBACK
00:28:15 01 11 ETAC13 A5471  A :814M PT 08743  91ST AV/CBACK
00:28:15 01 11 ETAC13 A5471  A :814M PT 09292  91ST AV/CBACK
00:28:15 01 11 ETAC13 A5471  A :811L PT 09772  91ST AV/CBACK
00:28:15 01 11 ETAC13 A5471  A :814P PT 08701  91ST AV/CBACK
00:28:15 01 11 ETAC13 A5471  A :S523 PT 09287  91ST AV/CBACK
00:28:16 01 11 ETAC13 A5471  A :S522 PT 07892  91ST AV/CBACK
00:28:16 01 11 ETAC13 A5471  A :V632 PT 05994  91ST AV/CBACK
00:28:16 01 11 ETAC13 A5471  A :S525 PT 08677  91ST AV/CBACK
00:28:16 01 11 ETAC13 A5471  A :V572 PT 07991  91ST AV/CBACK
00:28:16 01 11 ETAC13 A5471  A :S521 PT        91ST AV/CBACK
00:28:16 01 11 ETAC13 A5471  A :S527 PT        91ST AV/CBACK
00:28:16 01 11 ETAC13 A5471  A :S517 PT 07497  91ST AV/CBACK
00:28:16 01 11 ETAC13 A5471  A :S51 PT 08566   91ST AV/CBACK
00:28:16 01 11 ETAC13 A5471  A :S549 PT 08506  91ST AV/CBACK
00:28:16 01 11 ETAC13 A5471  A :S519 PT 08467  91ST AV/CBACK
00:28:16 01 11 ETAC13 A5471  A :S516 PT 08288  91ST AV/CBACK
00:28:17 01 11 ETAC13 A5471  A :S513 PT 07244  91ST AV/CBACK
00:28:17 01 11 ETAC13 A5471  A :CAR958 PT      91ST AV/CBACK
00:28:17 01 11 ETAC13 A5471  EN:S526 PT 08829  91ST AV/CBACK
00:28:17 01 11 ETAC13 A5471  EN:S512 PT        91ST AV/CBACK
00:28:17 01 11 ETAC13 A5471  EN:S515 PT        91ST AV/CBACK
00:28:17 01 11 ETAC13 A5471  A :BEARCA PT      91ST AV/CBACK
00:28:17 01 11 ETAC13 A5471  A :S511 PT 07097  91ST AV/CBACK
00:28:17 01 11 ETAC13 A5471  EN:S53 PT 07273   91ST AV/CBACK
```

```
(s0p10.0h10.0v0T
Page 72                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE           Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

               Desk/
Time     Date Unit  ID
00:28:17 01 11 ETAC13 A5471  A :V631 DE 06914  91ST AV/CBACK
00:28:32 01 11 ETAC13 A5471  52 GET DOG ORIENTED TO DRAG HIM BACK TO US
00:28:33 01 11 EAUTON A4261  S52 DOG GET UP THERE & DRAG HIM BACK TO US
00:28:33 01 11 EAUTON A4261  A :S52 PT 08963  DOG GET UP THERE & DRAG HIM BACK TO US
00:28:35 01 11 ED8B   A6238  (M) DUPLICATE: PH19-57600: COMP HEARD 2-3 SHOTS 5 AGO, NOTHING ELSE SEEN
                             OR HEARD, COMP WAS INSIDE, NOW HEARING AIR UNIT IN AREA
00:28:35 01 11 ED8B   A6238  (M) DUPLICATE: PH19-57600: CALLER:GEORGE CHAPMAN, (H) (602)435-0762, NO
                             CONTACT
00:28:35 01 11 ED8B   A6238  Related Call:ADDED DUPLICATE:PH19-57600
00:28:45 01 11 ED9A   A5943  P94 91J 91ST AVE NOW HAVE HIM 1050 H11
00:28:45 01 11 ED9A   A5943  A :P94 PS 05821  91J 91ST AVE NOW HAVE HIM 1050 H11
00:28:58 01 11 ETAC13 A5471  SEND THAT DOG OUT ON HIM
00:29:02 01 11 EAUTON A4261  S513 YOU GUYS SEND THAT DOG OUT ON HIM
00:29:02 01 11 EAUTON A4261  A :S513 PT 07244  YOU GUYS SEND THAT DOG OUT ON HIM
00:29:09 01 11 ETAC13 A5471  TRYING TO GET DOG ORIENTED,CLOSING DISTANCE
00:29:11 01 11 EAUTON A4261  S52 TRYING TO CLOSE THE DISTANCE & GET DOG ORIENTED TO SUSP
00:29:11 01 11 EAUTON A4261  A :S52 PT 08963  TRYING TO CLOSE THE DISTANCE & GET DOG ORIENTED
                             TO SUSP
00:29:24 01 11 EAUTON A4261  S52 DOG ON HIM DRAGGING HIM BACK TO US AWAY FROM GUN
00:29:24 01 11 EAUTON A4261  A :S52 PT 08963  DOG ON HIM DRAGGING HIM BACK TO US AWAY FROM GUN
00:29:26 01 11 EAUTON A4261  S52 1012
00:29:26 01 11 EAUTON A4261  A :S52 PT 08963  1012
00:29:27 01 11 ETAC13 A5471  52 DOG IS ON HIM,DRAGGING HIM AWAY FROM GUN TOWARD US
00:29:44 01 11 ETAC13 A5471  DETAINING SUSP,1012 FOR C4 FOR FIRE
00:29:46 01 11 EAUTON A4261  S52 DETAINING SUSP 1012 WE'LL LET YOU KNOW WHEN C4 FOR FIRE
00:29:46 01 11 EAUTON A4261  A :S52 PT 08963  DETAINING SUSP 1012 WE'LL LET YOU KNOW WHEN C4
                             FOR FIRE
00:30:02 01 11 ETAC13 A5471  HE WAS LAYIG STRAIGHT OUT FROM YOU,STIL HAVE EYE ON GUN,STOP THERE,RIGHT
                             AT YOUR FEET
00:30:04 01 11 ETAC13 A5471  COPY GOT IT
00:30:08 01 11 EAUTON A4261  A918 HE WAS LAYING STRAIGHT OUT FROM YOU WE STILL HAVE GLOW OF WHAT I
                             BELIEVE IS GUN,STOP RIGHT THERE,RIGHT AT YOUR FEET
00:30:08 01 11 EAUTON A4261  A :A918 PT        HE WAS LAYING STRAIGHT OUT FROM YOU WE STILL
                             HAVE GLOW OF WHAT I BELIEVE IS GUN,STOP RIGHT THERE,RIGHT AT YOUR FEET
00:30:13 01 11 EAUTON A4261  S513 COPY,WE GOT IT
00:30:13 01 11 EAUTON A4261  A :S513 PT 07244  COPY,WE GOT IT
00:30:19 01 11 ETAC13 A5471  52 C4 SUSP IN CUSTODY,ROLL FIRE BEHIND US,OR MAKE WAY UP TO US
00:30:26 01 11 EAUTON A4261  S52 C4 SUSP IS DETAINED,GET FIRE 17 BHND US
00:30:26 01 11 EAUTON A4261  A :S52 PT 08963  C4 SUSP IS DETAINED,GET FIRE 17 BHND US
00:30:29 01 11 ETAC13 A5471  CAR958 HAVE ENG 58 17 CODE 2
00:30:29 01 11 ETAC13 A5471  A :CAR958 PT       HAVE ENG 58 17 CODE 2
00:30:38 01 11 ETAC13 A5471  P94 COUPLE UNITS HARD CLOSRE EB AND WB ON CBACK
00:30:38 01 11 ETAC13 A5471  A :P94 PS 05821  COUPLE UNITS HARD CLOSRE EB AND WB ON CBACK
00:30:41 01 11 EAUTON A4261  P94 P84 COUPLE 800 UNITS HARD CLOSURE E & W OF US
00:30:41 01 11 EAUTON A4261  A :P94 PS 05821  P84 COUPLE 800 UNITS HARD CLOSURE E & W OF US
00:30:45 01 11 ETAC13 A5471  P84 GET IT TAKEN CARE OF
00:30:45 01 11 ETAC13 A5471  EN:P84 PS 07876  GET IT TAKEN CARE OF
00:30:46 01 11 EAUTON A4261  Call re-directed:T13
00:30:49 01 11 V638   06103  A :V638 DE 06103  EXT Q PERS-NAME:BUSANI  G1:SARIAH
                             DOB:09211999  SEX:F  STATE:AZ  CAD:Y  EXTN:Y  EXTD:Y  PKI:N  TONC:Y
```

```
(s0p10.0h10.0v0T
Page 73                    PHOENIX POLICE DEPARTMENT
FOR: EGGERSS              JURISDICTION - PHOENIX POLICE              Fri, Jan-11-2019

CALL: PH19-55839 ACTIVE (R)

                Desk/
Time      Date  Unit  ID
                                UNIT:V638
00:30:55 01 11 EAUTON A4261  S52 HAVE AT LEAST 2 GSW TO BACK
00:30:55 01 11 EAUTON A4261  A :S52 PT 08963  HAVE AT LEAST 2 GSW TO BACK
00:30:57 01 11 ETAC13 A5471  RENDERING FIRST AID TO FIRE,AT LEAST 2 GUNSHOTS WOUNDS TO THE BACK
00:31:12 01 11 ETAC13 A5471  15 TO 52,I'LL SEE YOU THERE P94
00:31:12 01 11 EAUTON A4261  S515 P94 IM HEADING OUT SEE YOU THERE
00:31:12 01 11 EAUTON A4261  EN:S515 PT           P94 IM HEADING OUT SEE YOU THERE
00:31:21 01 11 ETAC13 A5471  P94 ID ANY WITNESS AND SHOOTER OFFICERS PLEASE
00:31:21 01 11 ETAC13 A5471  A :P94 PS 05821  ID ANY WITNESS AND SHOOTER OFFICERS PLEASE
00:31:27 01 11 EAUTON A4261  P94 ID ANY WITN OFCRS AS WELL AS SHOOTERS
00:31:27 01 11 EAUTON A4261  A :P94 PS 05821  ID ANY WITN OFCRS AS WELL AS SHOOTERS
00:31:37 01 11 ETAC13 A5471  A918 GOING TO HEAD BACK,CALL US AT HANGER IN 30,
00:31:37 01 11 ETAC13 A5471  A :A918 PT          GOING TO HEAD BACK,CALL US AT HANGER IN 30,
00:31:42 01 11 EAUTON A4261  A918 LOW FUEL CALL UP TO HANGER IN 30MINS
00:31:42 01 11 EAUTON A4261  A :A918 PT          LOW FUEL CALL UP TO HANGER IN 30MINS
00:32:21 01 11 ED4A   A4453  P84 1-2 MORE UNITS EB 99A/CBACK SHUT DOWN
00:32:21 01 11 ED4A   A4453  EN:P84 PS 07876  1-2 MORE UNITS EB 99A/CBACK SHUT DOWN
00:32:30 01 11 ED8B   A6238  P84 I NEED A COUPLE MORE UNITS TO SHUT DOWN EB CBACK
00:32:30 01 11 ED8B   A6238  EN:P84 PS 07876  I NEED A COUPLE MORE UNITS TO SHUT DOWN EB CBACK
00:32:35 01 11 ED8B   A6238  EN:812L PT 08952  67TH AV/GLENDALE
00:32:38 01 11 ETAC13 A5471  CAR958 TO S52 SUBJ HAS LAC SOFT INJ FROM DOG OR??
00:32:38 01 11 ETAC13 A5471  A :CAR958 PT        TO S52 SUBJ HAS LAC SOFT INJ FROM DOG OR??
00:32:42 01 11 ETAC13 A5471  S52 2 GSW
00:32:42 01 11 ETAC13 A5471  A :S52 PT 08963  2 GSW
00:32:59 01 11 ETAC13 A5471  FIRE GETS HERE,ALREADY TREATING,GET FIRE TO COME UP HERE BY THE BEARCAT
00:33:05 01 11 EAUTON A6171  FIRE JUST GOT HERE TREATING HIM - HAVE FIRE 25 US BEHIND THE BEARCAT
00:33:25 01 11 ED8B   A6238  EN:831L PT 09714  67TH AV/GLENDALE
00:33:29 01 11 ETAC13 A5471  P84 TO P94 WHERE IS SCENE? SHUT DOWN EB
00:33:29 01 11 ETAC13 A5471  EN:P84 PS 07876  TO P94 WHERE IS SCENE? SHUT DOWN EB
00:33:34 01 11 EAUTON A6171  P84 P94 WHERE'S SCENE AT SO WE KNOW
00:33:34 01 11 EAUTON A6171  EN:P84 PS 07876  P94 WHERE'S SCENE AT SO WE KNOW
00:33:46 01 11 ETAC13 A5471  SEE ALL LIGHTS,WEST SHUT DOWN HARD CLOSURE FROM EAST AT THE LIGTH
00:33:48 01 11 ETAC13 A5471  COPY
00:33:52 01 11 EAUTON A6171  P94 YU'LL SEE THE LITES WHATEVER XSECT IS CLOSEST FROM E TO W
00:33:52 01 11 EAUTON A6171  A :P94 PS 05821  YU'LL SEE THE LITES WHATEVER XSECT IS CLOSEST
                                FROM E TO W
00:34:06 01 11 ED8B   A5707  EN:81J PS 05707  REMOVED HANDLED STATUS FOR PH19-57129
00:34:27 01 11 ETAC13 A5471  P94 NEED NEXT SGT BRING COMPUTER START SCRIBING WITH ME
00:34:27 01 11 ETAC13 A5471  A :P94 PS 05821  NEED NEXT SGT BRING COMPUTER START SCRIBING
                                WITH ME
00:34:34 01 11 EAUTON A6171  P94 NEXT PATROL SGT TO BRING THEIR COMP START SCRIBING
00:34:34 01 11 EAUTON A6171  A :P94 PS 05821  NEXT PATROL SGT TO BRING THEIR COMP START
                                SCRIBING
00:34:41 01 11 ETAC13 A5471  S52 CHECKING EVERYONE AT CIR K C4?
00:34:41 01 11 ETAC13 A5471  A :S52 PT 08963  CHECKING EVERYONE AT CIR K C4?
00:34:47 01 11 ETAC13 A5471  814M WE
00:34:47 01 11 ETAC13 A5471  A :814M PT 08743  WE
00:35:02 01 11 ETAC13 A5471  SHAMROCK FOODS TOO,MAKE SURE DRIVER IS C4
00:35:38 01 11 EAUTON A6171  P94 ANYONE RESPONDING INCLUDING MAC VANS COME E FROM 99A ON CBACK
00:35:38 01 11 EAUTON A6171  A :P94 PS 05821  ANYONE RESPONDING INCLUDING MAC VANS COME E
```

# EXHIBIT 11

















Case 2:20-cv-00078-DUR   Document 162-5   Filed 01/20/22   Page 191 of 191



2013

THE
BUFFALO
SPOT
WORLD FAMOUS BUFFALO WINGS

THE
BUFFALO
SPOT
WORLD FAMOUS BUFFALO WINGS

CA.

No Outside
Food or Drinks
Allowed

No Outside
Food or Drinks
Allowed

Store Hours
Open 7 Days a Week
10:30 AM - 10 PM

Store
Open 7 Days
10:30

www.TheBuffaloSpot.com



Caribou COFFEE & EINSTEIN BROS BAGELS

DRIVE THRU →