# EXHIBIT 13
## (Non-Electronic)

# EXHIBIT 14



# CERTIFICATE OF ACCURACY

Net Transcripts, Inc. certifies that the document produced from the audio file named

30_201900055839_01102019_2327_0031.mp3 submitted by Wieneke Law Group on

the 28th day of January, 2020 is a true and accurate transcription.  The transcript was

produced by Net Transcripts' employees and contractors to the best of their abilities and

no intentional changes or redactions have been made.

Dated:  February 5, 2020

_____

Shane Mirkovich, General Manager
For Net Transcripts, Inc.

PHX001636

```
 1
 2
 3
 4
 5
 6
 7                          RADIO TRAFFIC
 8                            Q=Man
 9
10
11   Man:        (Unintelligible) put on the brake.
12
13   Q:          Okay, vehicle's on the move. Eastbound in the lot. Pullin' out to VanBuren.
14               Eastbound VanBuren, curb lane. Comin' up to Dysart. (Unintelligible) to go
15               southbound on Dysart from VanBuren. And they're southbound Dysart,
16               stayin' on the curb. First entrance south of VanBuren, pullin' into the complex
17               and makin' that loop around back to the north. Westbound along the southside
18               of I believe it was - this was a KFC. Pullin' up by the dumpster and slow
19               rollin' here, uh, westbound to the south of the Whataburger. And slow
20               northbound - northbound along the west side of the Whataburger goin' back to
21               the parking spot again. (All right), they're backin' in, but not to the exact same
22               spot so that light pole will - uh, they're kinda stopped here. They're tryin' to
23               take the same spot again, but they are about two spots west of where they
24               were parked before and so that light pole is not in play behind them now. It's
25               just the, uh, tall bushes behind the vehicle. They backed right up to the bushes.
26               Forward just a bit like they didn't wanna be up close to the bushes or maybe
27               it's blockin' their view, I don't...
28
29   Man:        (Unintelligible) goes down in here (unintelligible) contact.
30
31   Man:        (Unintelligible).
32
33   Man:        If it goes down a little further (unintelligible) parked at right now, we're
34               definitely gonna need the rear blocked to make contact.
35
36   Man:        (Unintelligible) copy. Still got two of us, we'll, uh, pinch 'em in from the rear,
37               make contact.
38
39   Man:        They are parked, it looks like there's either a tree stump or a rock directly
40               behind them.
41
42   Man:        Copy that, thank you.
43
44   Man:        60-38, were you able to get a good look at 'em again?
45
```

| | | |
|---|---|---|
| 46 | Man: | No, I don't have - I don't have, uh, light silhouette anymore. |
| 47 | | |
| 48 | Man: | (9-2), real quick where we have a - a down night here and they're sittin' there. |
| 49 | | (Unintelligible) sound off on your positions. |
| 50 | | |
| 51 | Man: | (Unintelligible). |
| 52 | | |
| 53 | Man: | 22 driver. |
| 54 | | |
| 55 | Man: | 27 passenger. |
| 56 | | |
| 57 | Man: | (Unintelligible) so these are cinched up. |
| 58 | | |
| 59 | Man: | 48, I'm, uh, one side of the (unintelligible). |
| 60 | | |
| 61 | Man: | (Unintelligible) guys, they're gettin' out. |
| 62 | | |
| 63 | Man: | (Unintelligible) pulled up to the Pizza Hut (unintelligible). |
| 64 | | |
| 65 | Man: | 4-5, looks like only front right door is open. Back in and closed. |
| 66 | | |
| 67 | Man: | Yeah, and the Pizza Hut people are comin' out, so hopefully, they'll (wait) |
| 68 | | right there. |
| 69 | | |
| 70 | Man: | 38, you say they're all (dressed) out now? |
| 71 | | |
| 72 | Man: | Yeah, definitely. |
| 73 | | |
| 74 | Man: | (Unintelligible) looks like I have a backdrop (issue) west gonna be cleared up |
| 75 | | here. There's an empty car lot, uh, electrical box. Can try to focus on |
| 76 | | (unintelligible) to the west. (Unintelligible) see to the west. (Unintelligible). |
| 77 | | Okay (unintelligible). |
| 78 | | |
| 79 | Man: | Pizza Hut cars are pretty much leaving. |
| 80 | | |
| 81 | Q: | Car doors are openin' back up again. Front right door is open. Looks like, uh, |
| 82 | | driver - or left rear door is open. (Unintelligible) back closed again. All right, |
| 83 | | we got a vehicle just pulled into the drive-thru and doors all look closed again. |
| 84 | | Got a door openin' up again, right front door. |
| 85 | | |
| 86 | Man: | (Unintelligible) messin' with his front waistband, he's front passenger. |
| 87 | | |
| 88 | Q: | (Unintelligible) pullin' around to pick up the food. More doors are openin' on |
| 89 | | the (SD) vehicle. Left rear looked like he, uh, relieved himself at the back of |
| 90 | | the car. Now the doors are back closed again. |

| | | |
|---|---|---|
| 91 | | |
| 92 | Man: | And there's little to no traffic on the VanBuren. It looks like all of |
| 93 | | (unintelligible) surrounding (unintelligible). |
| 94 | | |
| 95 | Q: | Got one customer in the drive-thru is, uh, at the window to pick up his food. |
| 96 | | |
| 97 | Man: | I think we have a (unintelligible) containment and VanBuren shut down. |
| 98 | | |
| 99 | Man: | Um, are you gonna call that initiate or is someone else callin' it if that vehicle |
| 100 | | starts rollin'? Are we just gonna call it off or are we gonna still try to get him |
| 101 | | (unintelligible)? |
| 102 | | |
| 103 | Man: | (Unintelligible) I'm gonna time it. So, I'm gonna start (unintelligible) when |
| 104 | | they go in. And I'll let you guys know if you wanna get staged, (developed) |
| 105 | | five seconds out. I'll let you know when they're comin' back and I'll call it. |
| 106 | | |
| 107 | Man: | (Unintelligible) 25, I'm callin' it. If it's slow-rollin', just creep (on him). |
| 108 | | We're gonna have to play it by ear. Um, the guys that have eyes on him have |
| 109 | | to call out if we think we can get it or not. If he speeds outta there, we'll let it |
| 110 | | go. I don't wanna burn (it off) and have a 510 on us, so - so either we have it |
| 111 | | or we don't. |
| 112 | | |
| 113 | Man: | 10-4. The only other option I see (unintelligible). |
| 114 | | |
| 115 | Man: | There's a (unintelligible). |
| 116 | | |
| 117 | Man: | (Unintelligible) change of position of the vehicle, so we can't get that |
| 118 | | (unintelligible) (blocked) immediately. Just have to call it off and try to get |
| 119 | | back (unintelligible). |
| 120 | | |
| 121 | Man: | (He)'s still at the window. |
| 122 | | |
| 123 | Man: | (Unintelligible) eastbound to take that northbound exit, can somebody call out |
| 124 | | to wrap around the Whataburger and take the, uh, front (block). |
| 125 | | |
| 126 | Q: | And we just got another customer in the drive-thru. |
| 127 | | |
| 128 | Man: | (Unintelligible) technicality here. In 20 minutes we hit a, uh, 16-hour max |
| 129 | | crew duty day for any unit that (unintelligible) DSPC provider (unintelligible) |
| 130 | | override that (unintelligible). |
| 131 | | |
| 132 | Man: | Copy, thank you, sir. |
| 133 | | |

| | | |
|---|---|---|
| 134 | Man: | (Unintelligible) maybe start slower when this, uh, goes down you might be |
| 135 | | able to get (unintelligible) but I don't think anybody who's north of it's gonna |
| 136 | | be able to get in that parkin' lot and move around. |
| 137 | | |
| 138 | Man: | Car just kept goin'. |
| 139 | | |
| 140 | Q: | Have parkin' lot, drive-thru all clear now. |
| 141 | | |
| 142 | Man: | (Unintelligible) pedestrian hangin' out in front of the Payless Shoe Store. |
| 143 | | (Unintelligible). |
| 144 | | |
| 145 | Man: | Dumpster divin'. Need to walk, uh, east. |
| 146 | | |
| 147 | Man: | All right. (Unintelligible) right there (unintelligible). |
| 148 | | |
| 149 | Q: | Left rear door open. |
| 150 | | |
| 151 | Man: | Dumpster diver may be tryin' to make contact. |
| 152 | | |
| 153 | Man: | I think they're gonna give him some money. |
| 154 | | |
| 155 | Man: | (Unintelligible) who do we have with eyes inside the Whataburger? |
| 156 | | |
| 157 | Man: | 35. I'm looking from the south into the windows, should be able to see 'em |
| 158 | | come in. |
| 159 | | |
| 160 | Man: | Be able to see the 211 first. |
| 161 | | |
| 162 | Man: | There's a couple of blind spots, I'm not positive, it depends where they're |
| 163 | | standing. |
| 164 | | |
| 165 | Man: | (Unintelligible) copy. |
| 166 | | |
| 167 | Man: | If they go inside, as soon as they're inside, there's nothin' (unintelligible). |
| 168 | | Have to keep radio traffic to a minimal if they do (unintelligible). |
| 169 | | |
| 170 | Man: | All right, that dumpster diver dude went up to their passenger door, talked to |
| 171 | | 'em for a second, walked away, now he's walkin' back over to 'em. All right, |
| 172 | | hang on, he's walkin' away again. He's walkin' to the Whataburger and there's |
| 173 | | also a car out front of the Whataburger now, too. |
| 174 | | |
| 175 | Man: | Somebody got outta that car and checked the door, and it appeared to be |
| 176 | | locked. They are going inside, so it is open. Lobby is open. |
| 177 | | |

| | | |
|---|---|---|
| 178 | Man: | (Unintelligible) we need to reposition some people to the north. We need to be |
| 179 | | able to see the register and verify that 211 goes down before we can (jump) |
| 180 | | this car. |
| 181 | | |
| 182 | Man: | Yeah, 635 can you work on that? Get a better spot? |
| 183 | | |
| 184 | Man: | 36, I'm directly to the east, I can see the registers. |
| 185 | | |
| 186 | Man: | Okay. (Unintelligible) we got that. |
| 187 | | |
| 188 | Man: | Thank you, copy. I just didn't wanna be waitin' on a, uh, call to come in to |
| 189 | | deal with this thing. |
| 190 | | |
| 191 | Man: | All right, (unintelligible) once it does go down, my guys go, uh, inside |
| 192 | | immediately. I know it'd be fluid, but we'll go inside and confirm everything. |
| 193 | | |
| 194 | Man: | I copy that. I just want the, uh, validation so we can put the (unintelligible) in |
| 195 | | place and take 'em in the parking lot if we have the opportunity. Otherwise, |
| 196 | | we're gonna have to let them roll until we get that verification. |
| 197 | | |
| 198 | Man: | We should be able to see, from our vantage point, it go down from the outside. |
| 199 | | |
| 200 | Man: | 10-35, since I - I can't see the registers, but, uh, as they come in, I'll be able to |
| 201 | | tell real quick what they're doin', and, if, uh, 36 has the registers, I think we |
| 202 | | have everything covered. |
| 203 | | |
| 204 | Man: | I'm also to the north. That (unintelligible) guy just - oh, he's goin' in now. |
| 205 | | |
| 206 | Q: | We've got one customer here at the pick-up window right now. |
| 207 | | (Unintelligible) transient and the two from that car on the north side, so we |
| 208 | | should have three customers inside and then the one at the pick-up window. |
| 209 | | |
| 210 | Man: | (Unintelligible) look around here. 10-4. |
| 211 | | |
| 212 | Dispatch: | 10-4. Video notified them for us. |
| 213 | | |
| 214 | Q: | ('Kay), we got doors openin' again. Front passenger door just cracked open a |
| 215 | | little bit. Nobody out yet. We got another customer hittin' the drive-thru. |
| 216 | | Another customer at the drive-thru, so we have one at the window, two at the |
| 217 | | order. |
| 218 | | |
| 219 | Man: | (Unintelligible). |
| 220 | | |
| 221 | Man: | 295-(8) (unintelligible). |
| 222 | | |

| | | |
|---|---|---|
| 223<br>224<br>225 | Man: | (Unintelligible) coordinate resources in case we need, uh, (unintelligible) out here. |
| 226<br>227 | Man: | Absolutely. |
| 228<br>229<br>230 | Man: | (Unintelligible) probably be one at VanBuren and Dysart but obviously nobody (unintelligible). |
| 231<br>232<br>233<br>234<br>235<br>236<br>237 | Q: | Left rear door is cracked open. Last customer has left. We're down to two at the pick-up window and the, uh, one inside. (Unintelligible) the two that were inside just came out and it looks like they're leavin'. Inside customers have left and we have one car at the window and one car ordering. One car at the window and one waitin' to pick up. Looks like they (give), uh, two minutes until the doors get locked tonight. |
| 238<br>239 | Man: | (Unintelligible) still inside. |
| 240<br>241<br>242 | Q: | All right, one customer's leavin' the pick-up window. Second one is up to it right now. |
| 243<br>244 | Man: | (Unintelligible)'s gonna come out the door. |
| 245<br>246<br>247<br>248 | Q: | (Unintelligible) straight north to the bus stop and look like he's, uh, gonna sit down under the bus stop cover. I believe that's the last guy that just - on the north side of the road. I believe, uh, they're customer-free at this point. |
| 249<br>250 | Man: | And the - looks like maybe employees are goin' out to the exit. |
| 251<br>252<br>253<br>254 | Q: | SUV just pulled in straight north from the drive-thru into a parkin' spot and a few people gettin' out. Three people walkin' towards the door, and another customer hittin' the drive-thru. |
| 255<br>256 | Man: | Locked the door. |
| 257<br>258 | Q: | Yeah, they, uh, went back to the vehicle and they're all gettin' in. |
| 259<br>260 | Man: | Lockin' the east door, too. |
| 261<br>262<br>263<br>264<br>265<br>266 | Q: | Standin' by the door. Left rear door cracked open again. All right, left rear, front right doors are open. All but the driver's door are open. We got, uh, one, two, three out walking towards the Whataburger. Two are walking towards the Whataburger. Right rear passenger still at the vehicle. He's out now, walkin' - he's kinda hangin' by the vehicle. He's kinda lookin' like more like a look-out. We got two walkin' towards the drive-thru of the Whataburger. That's the |

RADIO TRAFFIC
Case # 2-20-cv-00078-DLR
Page 8

| | | |
|---|---|---|
| 267 | | back door. The look-out's still over by the vehicle, but on the west side of that |
| 268 | | building there, the went to the back door, kinda outta my sight right now. |
| 269 | | |
| 270 | Man: | And they're just peering into the window right now. |
| 271 | | |
| 272 | Man: | I got 'em (unintelligible) yeah, they're - they're really sneakin'. |
| 273 | | |
| 274 | Q: | The one is joinin' 'em. He's on the northwest corner of the building. |
| 275 | | |
| 276 | Man: | (Unintelligible) force it. If we have it, take it. If not, we'll re-setup, |
| 277 | | (unintelligible). |
| 278 | | |
| 279 | Q: | All right, uh, two are on the southwest corner. Okay, they're all joinin' up |
| 280 | | together at the back door - the west door of the building. The three are walkin' |
| 281 | | around to the north side of the building. I'm on the southside (unintelligible) I |
| 282 | | do not have video on the north side. |
| 283 | | |
| 284 | Man: | I got 'em. They're, uh, creepin' up to the door. Door's locked, they're all |
| 285 | | gonna start walkin' back. Nope, they're curlin' back around to the other side. |
| 286 | | |
| 287 | Q: | (Unintelligible) southside. We got one car at the drive-thru pick-up window |
| 288 | | right now. |
| 289 | | |
| 290 | Man: | Oh, here they come. |
| 291 | | |
| 292 | Q: | They might be tryin' a window up by the drive-thru. |
| 293 | | |
| 294 | Man: | Now he's tryin' to tell that truck to get movin'. Handgun in his left hand. The |
| 295 | | window now. They just - yeah - yeah, yeah, (unintelligible) (two of 'em) right |
| 296 | | now. Climbed in. |
| 297 | | |
| 298 | Q: | 202, (we're) runnin' up to the window with 'em. We got all three at the |
| 299 | | window. |
| 300 | | |
| 301 | Man: | 25, we're gonna start (jukin') up to the front of that Food City. If you guys |
| 302 | | wanna get in place on VanBuren... |
| 303 | | |
| 304 | Man: | Guy's still out on foot on the east side of the building. |
| 305 | | |
| 306 | Q: | Two are inside to the drive-thru, one went around to the north side of the |
| 307 | | building. |
| 308 | | |
| 309 | Man: | He's got a gun to the guy's head. He just brought him into the back room. |
| 310 | | |
| 311 | Q: | Just opened the, uh, north side door, the third one's in. |

PHX001643

| | | |
|---|---|---|
| 312 | | |
| 313 | Man: | (Unintelligible) helicopter movin' in. |
| 314 | | |
| 315 | Man: | Yeah, they can come in closer, (unintelligible). (Unintelligible). |
| 316 | | |
| 317 | Man: | The employees are still safe, but they got their (hands)... |
| 318 | | |
| 319 | Man: | (Unintelligible) clear on. |
| 320 | | |
| 321 | Q: | Got a customer comin' into the drive-thru. |
| 322 | | |
| 323 | Man: | Goin' through the till right now. |
| 324 | | |
| 325 | Man: | (Unintelligible) in positions. We don't have it, let it go, pick up |
| 326 | | (unintelligible). |
| 327 | | |
| 328 | Man: | They - they had the op- they're opening the drive-thru window. It's like they |
| 329 | | might wanna go through it. Comin' out through the front now. One guy is. |
| 330 | | |
| 331 | Q: | (Unintelligible) two of 'em are comin' out the main entrance on the north side. |
| 332 | | Vehicle's on the move. Vehicle's on the move. |
| 333 | | |
| 334 | Man: | (25). Vehicle's moving, we're not gonna be able to get him. We're gonna have |
| 335 | | to let this go and get (unintelligible). |
| 336 | | |
| 337 | Q: | Two are in. Third one's runnin' to 'em. |
| 338 | | |
| 339 | Man: | (Unintelligible) copy. Everybody hold your positions. Let the air unit call it. |
| 340 | | |
| 341 | Q: | 918, vehicle's away, eastbound VanBuren. Looks they want a position to go - |
| 342 | | oh, they're gonna drive around some traffic here. Probably (unintelligible) |
| 343 | | goin' northbound. Northbound Dysart from VanBuren. |
| 344 | | |
| 345 | Man: | (Unintelligible) we got the store. |
| 346 | | |
| 347 | Man: | Okay. 32, can you hold them at the store and, um, can you get a couple |
| 348 | | (Goodyear) units there as well? |
| 349 | | |
| 350 | Q: | They're northbound Dysart, curb line movin' over to go eastbound on the I- |
| 351 | | 10. |
| 352 | | |
| 353 | Man: | (Unintelligible) with the turn signal, right? 21, I'm with it. |
| 354 | | |
| 355 | Man: | Just made the turn, eastbound. He's on the ramp to go eastbound on the I-10 |
| 356 | | from Dysart. |

| 357 | | |
|---|---|---|
| 358 | Man: | (Unintelligible) let's give 'em a little bit of breathing room and try to get a |
| 359 | | (grappler) up there. |
| 360 | | |
| 361 | Q: | 918 eastbound on the 10 and, uh, speed doesn't look too excessive. He's |
| 362 | | (unintelligible) but nothin' extravagant. |
| 363 | | |
| 364 | Man: | 635, (unintelligible) Code 4 inside there with all the employees. |
| 365 | | |
| 366 | Man: | (12-21) is that you in front of me? |
| 367 | | |
| 368 | Man: | Yeah, right next to the (unintelligible). About a quarter-mile ahead of me. |
| 369 | | |
| 370 | Q: | (Unintelligible) units on the 10, did you see the semi? He just passed a semi. |
| 371 | | Uh, he's over in the number one lane and he's just comin' up on the exit for |
| 372 | | Avondale. He's not gonna take it, but he's, uh, just approaching Avondale |
| 373 | | Boulevard, number one lane, still eastbound. |
| 374 | | |
| 375 | Man: | I have a couple of vehicles back behind us. (Unintelligible) traffic stop behind |
| 376 | | us. |
| 377 | | |
| 378 | Man: | 918. Do we have units, uh, nearby to (unintelligible) (just check). |
| 379 | | |
| 380 | Man: | 918, we got, uh, couple of us behind you. Could you (orientate us) which - |
| 381 | | which vehicle it is? |
| 382 | | |
| 383 | Q: | About 112th Avenue, they threw something out the right rear window. It |
| 384 | | coulda been just a cigarette (unintelligible), but, uh, they threw something out |
| 385 | | that window. Uh, they're just crossing 107th Avenue right now. If you s- if |
| 386 | | you're just behind, if you see two semi's that will beam each other, he's just |
| 387 | | passing those two semi's right now. |
| 388 | | |
| 389 | Man: | All right. So, did he just get in front of one of those semi's? |
| 390 | | |
| 391 | Q: | 10-4, moved over in front of one of 'em. Uh, it looks like he might be |
| 392 | | positioning to go, uh, northbound here. He's all the way over to the far right, |
| 393 | | so this should put him on the ramp to go northbound on the 101. All right, he |
| 394 | | is on the ramp here. We are, uh, he's makin' a turn northbound on the 101 |
| 395 | | from the 10 now. |
| 396 | | |
| 397 | Man: | Do you have their speed (unintelligible). |
| 398 | | |
| 399 | Q: | A little above normal, nothin', uh, nothin' too crazy. He's just barely above |
| 400 | | the, uh, speed of the traffic. They're merging (unintelligible) 101 northbound |

RADIO TRAFFIC
Case # 2-20-cv-00078-DLR
Page 11

| 401 | | right now. (Unintelligible) ahead of them. I'm showin' 'em right now at, uh, |
| 402 | | 72 miles an hour. |
| 403 | | |
| 404 | Man: | I don't know how that freeway traffic looks, but if it's, uh, 70 or below, we |
| 405 | | can use that on the freeway as long as we can (unintelligible) traffic |
| 406 | | (unintelligible). |
| 407 | | |
| 408 | Q: | Very little traffic on the freeway (unintelligible) (101) right now. |
| 409 | | |
| 410 | Man: | Are the units behind him for positioning or... |
| 411 | | |
| 412 | Q: | Still northbound 101, coming up on Thomas. If you see a semi-truck that is, |
| 413 | | uh, it's just a cab, not pullin' anything, he's, uh, (unintelligible) right about |
| 414 | | now. |
| 415 | | |
| 416 | Man: | Uh, do we have any grapplers (unintelligible)? |
| 417 | | |
| 418 | Man: | Uh, I'm just about up there. |
| 419 | | |
| 420 | Man: | 12, I'm right behind, uh, 21. We could run a pretty good block (unintelligible). |
| 421 | | |
| 422 | Q: | Number one lane, just about to cross Indian School. I'm showing him at 74 |
| 423 | | miles an hour. |
| 424 | | |
| 425 | Man: | If we have any (unintelligible) leave, uh, one lane open to block everybody |
| 426 | | else (unintelligible) traffic back. |
| 427 | | |
| 428 | Man: | (Unintelligible) one exit (unintelligible). |
| 429 | | |
| 430 | Man: | Give us a natural traffic (unintelligible) for vehicles (unintelligible) go around, |
| 431 | | please. |
| 432 | | |
| 433 | Man: | Hey, (Burch), which car is it, man? |
| 434 | | |
| 435 | Man: | In one lane, number one lane. The first in from HOV and it's, uh, the first one |
| 436 | | in front of the black Cadillac. Let me know when you're ready, and I'll get up |
| 437 | | there and actually run (unintelligible) my lane now, but I'll block for you |
| 438 | | when you're ready to make that move. |
| 439 | | |
| 440 | Q: | (Unintelligible) guys, movin' all the way over to get off at Camelback. |
| 441 | | |
| 442 | Man: | (Unintelligible) we have enough for a jump at this light. We can (creep) up in |
| 443 | | front. |
| 444 | | |

| 445 | Q: | All right, it's kind of (unintelligible) access here so they're, uh, gonna be |
| 446 | | westbound - I'm sorry, eastbound - eastbound on Camelback from the 101. |
| 447 | | |
| 448 | Man: | (Unintelligible) lookin' for that street jump. Let's wait for him to get a |
| 449 | | grappler up here as well. |
| 450 | | |
| 451 | Q: | Uh, it looks like they're catchin' a red at, uh, 95th. They're the number one |
| 452 | | vehicle, number one lane, uh, 95th Avenue. |
| 453 | | |
| 454 | Man: | All right, (Brooks), I'm gonna go ahead and deploy this thing. Um, we'll get |
| 455 | | the speed goin', I'll get up there. |
| 456 | | |
| 457 | Man: | Copy, let me know when you're ready to move over. Exhaust is on the |
| 458 | | passenger side tire and he's got mud flaps. |
| 459 | | |
| 460 | Man: | (Unintelligible) spare rear tire in there, too. I don't know if that makes a |
| 461 | | difference for this thing, but they're eastbound, uh, Camelback comin' up |
| 462 | | towards 91st. |
| 463 | | |
| 464 | Man: | All right, (Burch), I'm good to go. Um, (unintelligible) (for a sec). |
| 465 | | |
| 466 | Man: | (Unintelligible). |
| 467 | | |
| 468 | Q: | Deployed, and, uh, we got the vehicle stopped. We got bail out right rear |
| 469 | | passenger running. He threw something, probably a gun. |
| 470 | | |
| 471 | Man: | (Unintelligible). |
| 472 | | |
| 473 | Man: | All right, nobody's movin'. Nobody's movin'. One subject down. ('Kay), the |
| 474 | | runner's down then. |
| 475 | | |
| 476 | Q: | Runner is down on the southside of the road, about 50 feet from the - 30 feet |
| 477 | | from the vehicle. He threw something, it looked like it could be a gun. It's |
| 478 | | about 10 feet away from him. It's within his reach. |
| 479 | | |
| 480 | Man: | Guys, I'm comin' from the east. I'm gonna stop traffic for you. |
| 481 | | |
| 482 | Man: | (Unintelligible). |
| 483 | | |
| 484 | Man: | (Unintelligible) we're over here (on the passenger) side. Give me a dog on |
| 485 | | (unintelligible) side. |
| 486 | | |
| 487 | Man: | (Unintelligible) I need (eastbound) shut down and I need somebody to go to |
| 488 | | the Circle K and get everybody out of our line of fire at Circle K. We have a |
| 489 | | bunch of people at the pumps. |

| | | |
|---|---|---|
| 490 | | |
| 491 | Man: | Okay, it's good. |
| 492 | | |
| 493 | Q: | (Unintelligible) units out there heard - can hear me (unintelligible) goin' on |
| 494 | | but the subject that's down on the southside of the road, there's an object that |
| 495 | | is about six feet away from his right hand, uh, if he crawls a little bit, it's |
| 496 | | within his reach and I believe it may be a handgun. |
| 497 | | |
| 498 | Man: | (Unintelligible) gonna take him (unintelligible). We're gonna call out from the |
| 499 | | northside. |
| 500 | | |
| 501 | Man: | Sam 52, up (unintelligible) west of our location, we do have a 998. We are |
| 502 | | still working through getting everybody apprehended. I need that Circle K |
| 503 | | (unintelligible) shut down. We need (unintelligible) and get everybody pushed |
| 504 | | outta there. |
| 505 | | |
| 506 | Man: | (Unintelligible) shut down at the brick structure, and there's a semi parked in |
| 507 | | front of it. I have a civilian keepin' to one side. |
| 508 | | |
| 509 | Man: | All right, perfect. |
| 510 | | |
| 511 | Man: | (Unintelligible) dispatch, you copy? We do have a 998 out here. We are code |
| 512 | | 4, we (unintelligible). Code 4, yes, but we don't need (unintelligible). We have |
| 513 | | enough to take care of it. |
| 514 | | |
| 515 | Dispatch: | Copy. 998 code 4 do not need the (all call) at 0-22. |
| 516 | | |
| 517 | Man: | (Unintelligible) patrol (unintelligible) I'll be 23 as well. |
| 518 | | |
| 519 | Dispatch: | (4). |
| 520 | | |
| 521 | Man: | (Unintelligible) once everybody's out of that vehicle, we're gonna deal with |
| 522 | | the subject who is down. We're gonna give him instructions to walk back to, |
| 523 | | uh, sorta crawl back to us. If he cannot, we'll move up with a team and... |
| 524 | | |
| 525 | ((Crosstalk)) | |
| 526 | | |
| 527 | Man: | (Unintelligible) we still have one suspect inside the vehicle, calling him out |
| 528 | | now. We have one (unintelligible) southside of the road. Apparently we have |
| 529 | | no injuries to officers. |
| 530 | | |
| 531 | Man: | (Unintelligible). |
| 532 | | |
| 533 | Man: | (Unintelligible). |
| 534 | | |

| | | |
|---|---|---|
| 535 | Man: | Everybody in custody including the, uh, suspect that's down? |
| 536 | | |
| 537 | Man: | Negative. Everybody is not in custody. We have everybody out of the vehicle. |
| 538 | | We're gonna start workin' on gettin' the suspect who is down and (proned) out |
| 539 | | in custody and then I need a (unintelligible) supervisor on scene who doesn't |
| 540 | | have a job to go out with, uh, (unintelligible) 21. Stand by (unintelligible). |
| 541 | | |
| 542 | Man: | Where's 5-21 at? |
| 543 | | |
| 544 | Man: | He's gonna be in the green equipment van. |
| 545 | | |
| 546 | Man: | (Unintelligible) car before we go anywhere near that guy on the ground, and |
| 547 | | we're gonna clear from the driver's side. |
| 548 | | |
| 549 | Man: | (Unintelligible) we're puttin' together two teams right now. One to clear the |
| 550 | | vehicle. One to push up behind the panel and give commands to the suspect |
| 551 | | who is down. If he does not crawl back to us, we will deploy the K-9 and pull |
| 552 | | him back to us, away from that gun. The team that's gonna clear the vehicle |
| 553 | | will move just - just to the north of us and parallel so - so we don't have any |
| 554 | | cross-fires. |
| 555 | | |
| 556 | Man: | (Unintelligible). |
| 557 | | |
| 558 | Man: | (Unintelligible) know to not drive westbound on Camelback, they just went |
| 559 | | (unintelligible). |
| 560 | | |
| 561 | Man: | (Unintelligible) suspect who is down, we have a (unintelligible) angle to move |
| 562 | | in on the suspect vehicle from the north utilizing (unintelligible) cover, we're |
| 563 | | gonna clear that and then we'll deal with the suspect who is down. |
| 564 | | |
| 565 | Man: | (13), we're gonna (unintelligible) right now. Stand by (unintelligible). |
| 566 | | |
| 567 | Man: | (Unintelligible) hold here, we got (good) coverage on the suspect that's down. |
| 568 | | You guys can work that side. |
| 569 | | |
| 570 | Man: | Are you gonna (work) dog first? |
| 571 | | |
| 572 | Man: | (Unintelligible) copy. We're gonna move up and give him commands to crawl |
| 573 | | back towards us, away from that weapon. If he does not comply, we are gonna |
| 574 | | send in the dog in, drag him back to us. |
| 575 | | |
| 576 | Man: | Okay, copy. You got good coverage, we'll hold here. |
| 577 | | |
| 578 | Man: | (Unintelligible) units (unintelligible). |
| 579 | | |

| 580 | Man: | (Unintelligible) 23. |
|---|---|---|
| 581 | | |
| 582 | Man: | (Unintelligible) push off with it. We're tryin' to give him commands to crawl |
| 583 | | to us. |
| 584 | | |
| 585 | Man: | (Unintelligible) givin' him commands. |
| 586 | | |
| 587 | Man: | (Stop) right there. |
| 588 | | |
| 589 | Man: | (Unintelligible). |
| 590 | | |
| 591 | Man: | (Unintelligible) tryin' to get the dog oriented to get up there and drag him |
| 592 | | back to us. |
| 593 | | |
| 594 | Man: | (Unintelligible) did you guys, uh, send that dog out on him? |
| 595 | | |
| 596 | Man: | (Unintelligible) we're tryin' to get the dog oriented. We're gonna start closin' |
| 597 | | the distance and get that dog oriented to the suspect. |
| 598 | | |
| 599 | Man: | (Unintelligible) threw the dogs on him. We're draggin' him back to us away |
| 600 | | from the gun (unintelligible). (Unintelligible) suspect. Stand by, I'll let you |
| 601 | | know when it's Code 4 for fire. |
| 602 | | |
| 603 | Q: | (918). Unit walkin' out to where he was layin' straight - straight out from you |
| 604 | | in - I don't know if that's an embankment there or whatever, but, uh, we still |
| 605 | | have the glow of what I believe is the gun. Stop there, right at your feet. |
| 606 | | |
| 607 | Man: | Copy. We got it. |
| 608 | | |
| 609 | Man: | (Unintelligible) we're Code 4. Suspect is in custody. We can, uh, get fire on |
| 610 | | stage (unintelligible) back behind us, or if they can make their way up to us, I |
| 611 | | don't know. (Unintelligible) the way here. |
| 612 | | |
| 613 | Man: | 9-58 (unintelligible) Engine 54 en route, Code 2. |
| 614 | | |
| 615 | Man: | Patrol 94, Patrol 84, if you can have a (unintelligible) hard closure on |
| 616 | | Camelback Road, east of us - or east and west of us. |
| 617 | | |
| 618 | Man: | (Troy) (unintelligible) we'll get it taken care of. |
| 619 | | |
| 620 | Man: | (Unintelligible) we're rendering first aid to the suspect right now until Fire's |
| 621 | | (23). He's gonna have at least, uh, two gunshot wounds in the, uh, back. |
| 622 | | |
| 623 | Man: | (Unintelligible) copy, you're Code 4 and, uh, Patrol 94, I'm headin' out. I'll |
| 624 | | see you there. |

| | | |
|---|---|---|
| 625 | | |
| 626 | Man: | Patrol 94 copy. And (Brad), if you can identify any witness officers as well as |
| 627 | | the shooters, please. |
| 628 | | |
| 629 | Man: | (Unintelligible). |
| 630 | | |
| 631 | Man: | (Unintelligible) we're gonna have to head back. If, uh, (unintelligible) hang |
| 632 | | out at about 30 minutes and we'll, uh, figure out what - who we wanna get |
| 633 | | back out to the (unintelligible). |
| 634 | | |
| 635 | | |

636   The transcript has been reviewed with the audio recording submitted and it is an accurate
637   transcription.
638   Signed_____

# EXHIBIT 15

# In the Matter of:

*Harris*

*vs*

**City of Phoenix**

---

*David Norman*

*December 21, 2021*

---



**GRIFFIN GROUP INTERNATIONAL**

3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

86

1          I want to say there was mention of them putting

2    their hoods up and kind of cinching them down a little

3    bit.   I think there was mention of they could see a gun

4    in at least one of their hands.

5          And then I hear, "I think they're at the door."

6    And then they're at the -- the drive-through window.

7          And then I hear them discuss -- or hear them

8    put out information that, I think they crawled through

9    the drive-through window with the gun in hand.

10          And once inside, I think someone inside opened

11   up the doors to the Whataburger and let the other guy --

12   the rest of the crew in that way, and then went about

13   their armed robbery.

14          I know we had street crimes detectives close

15   enough to where they could see some of the things going

16   on inside the Whataburger, and I even think that they

17   were videotaping what was happening inside.

18          I think I over- -- I think I heard one of the

19   street crimes detectives say, you know, "He is pointing

20   the gun.   I think he has the manager.   I think he has a

21   gun to the manager's head," something like that, or

22   pushed him over the -- the countertop, something to

23   that -- something along those lines.

24          Whatever was being said, it was very clear that

25   an armed robbery was -- was currently taking place with

87

1  multiple suspects in the -- in the Whataburger,

2  conducting an armed robbery, armed with pistols.  And

3  there was multiple employees inside the Whataburger.

4          I was also made aware that the suspect vehicle,

5  the driver was still in the car and then drove up

6  alongside the Whataburger as the suspects exited the

7  Whataburger, then very quickly got into the -- their

8  vehicle and drove away.

9          I don't think guys were close enough or decided

10 not to contact the vehicle at that point.  I think that

11 they -- that's sort of a -- a tough place to -- to try

12 and, you know, stop a vehicle or contact suspects right

13 after they conduct an armed robbery, because, you know,

14 the adrenaline is high, it's a very short time period,

15 and we would have put together a very hasty plan if they

16 were to conduct it there, and things probably could have

17 gone pretty bad.

18         So the suspect vehicle exited, I think went

19 down Dysart, north on Dysart towards the I-10.  I saw

20 the suspect vehicle drive past me, and I pulled out on

21 Dysart and followed them.

22         I believe they got on I-10, went towards the

23 101, and then north on the 101.  I mean, the speeds

24 being well above the speed limit, but not, like, overly

25 excessive, not like reckless driving, but they were just

91

1    at the time, dragging my Tahoe for a short bit.  And

2    their vehicle came to a rest, having turned slightly to

3    the left.

4           At this point, Officer Bertz had pulled his

5    truck off to my right and slightly ahead of me, and that

6    vehicle came to a stop.

7           Now I kind of have a lot going on inside of my

8    vehicle because grappling a car is not exactly jarring,

9    but I leave my seat belt on for that.  So now I need to

10   throw my car in park -- make sure that vehicle is

11   stopped, make sure my vehicle is stopped, throw it in

12   park, undo my seat belt, hop out.

13          At this point, I see the rear passenger side

14   door of this SUV come open.  I'm aware of -- a

15   flash-bang distraction device detonates, and I see a

16   male suspect enter -- or exit that vehicle with a gun in

17   hand.

18          As I'm exiting, I exit my vehicle now, and I

19   see that suspect as he begins to run, quartering away

20   from -- from us towards that open field.

21          So first off, that -- Officer Bertz is off to

22   my right and a bit ahead of me.  Now, granted, my tether

23   is 15 feet long.  I have a 15-foot-long tether on my

24   Grappler system.

25          Officer Bertz is slightly ahead of me and off

Harris vs
City of Phoenix

David Norman
December 21, 2021

92

1  to my right.  Puts him pretty close to that open -- to

2  that vehicle, especially when the door opens.

3          And when that suspect pops out with a gun in

4  hand, I recognize that -- that he definitely has an

5  advantage over Officer Bertz at that time.

6          Flash-bang goes off, and the suspect begins to

7  run.  I see the suspect look back, kind of quartering,

8  at Officer Bertz, and then maybe a step later looks back

9  again.  Gun is still in hand.

10          I feel that he is now about to target

11  Officer Bertz, who he is still pretty close to, and I

12  begin to fire my pistol, which at the same time I

13  recognize that Officer Bertz is firing his weapon system

14  as well.

15          The suspect goes down flat on his stomach

16  and -- and holds still for -- for a few seconds.

17          At this point, other officers are coming up.

18  Another flash-bang was deployed.  And the other officers

19  coming up were now focused more on the other three

20  suspects that were in the SUV.  And I know their focus

21  is towards them.

22          And I break away, come around to the passenger

23  side of my vehicle.  I check with Officer Bertz, say,

24  "Hey, are you okay?"

25          Because I wasn't sure if that suspect fired

1      A.   Not at all.

2      Q.   And when you saw and heard that flash-bang, did

3  you know what it was?

4      A.   Yes.

5      Q.   Did you have any confusion about what the sound

6  you heard was?

7      A.   No.  It sounded like a flash-bang going off.

8           I hate to -- you know, as weird as it is, I'm

9  used to it, you know.  I've probably had too many of

10 them go off near me, yeah.

11     Q.   So earlier you testified about it being a very

12 risky proposition to try to stop fleeing felons right

13 after they have committed an armed robbery.  Do you

14 recall that testimony?

15     A.   Yes.

16     Q.   So in this situation, is it fair to say that

17 you wanted to give a bit of a cool-down period to

18 increase the risk of safety for everybody, including the

19 suspects?

20     A.   Yep, absolutely.  And that's sort of a --

21 that's sort of a built-in tactic when we -- when we do

22 our typical street jumps, which, again, I can mention as

23 a tactic comes out of surveillance.  If someone had just

24 committed a crime or just left a crime scene, that sort

25 of thing, or even if, say, a patrol had tried to conduct

120

1   a vehicle stop with the red-and-blue lights and that

2   vehicle takes off, we don't try to do a jump right after

3   that.

4          We try to let them feel like they've got enough

5   distance from where that thing took place, let their

6   adrenaline come down a little bit, let them start

7   feeling like they're blending in to traffic, and then

8   through our surveillance we can get around them and take

9   them off at a location of our choosing.

10         And that just really didn't seem to be possible

11  in this moment, this place, this traffic conditions, all

12  that.  The Grappler seemed to be the best -- it was the

13  best tactic to use to -- to conduct our contact.

14     Q.   So fair to say that in consideration of the

15  tactics that are involved in this situation, everything

16  that you're doing is trying to decrease the likelihood

17  of there being a shooting or any use of force?

18     A.   Yeah.  I mean, that's -- that's -- I mean,

19  that's the entire mission of the Special Assignments

20  Unit is to employ team tactics that reduce the

21  likelihood of us getting hurt or just reduce the

22  likelihood of there being a conflict, you know.

23         You know, we -- you know, we try to deescalate.

24  We try to bring as many different forms of levels of

25  force and capabilities to give suspects every

121

1   opportunity to -- to realize this is over and we take

2   them into custody.

3           The downside to that is, you know, and it's

4   something we talk about in training, like, the bad guy

5   always gets a vote.  No tactics are perfect.  None.  And

6   no tactics are perfect, and the bad guy, the suspect,

7   always gets a vote.  And all we can do is adjust our

8   tactics and react to that.

9      Q.   So I want to follow up on a line of questioning

10  about text messaging, get some precision there.

11          Do you have a specific -- specific recollection

12  of text messaging with your squad about this incident,

13  or are you simply saying that you sometimes have a text

14  chain with your squad?

15          MR. KNIGHT:  Objection.  Form.

16          THE WITNESS:  I -- so, you know, and I

17  apologize.  So our work phones serve -- our work phones,

18  you know, serve several different functions, right?

19  Just like as a telephone, as our Push-to-Talk that we

20  can push-talk and talk almost like -- like a radio to

21  individual officers or to a group.  And we have groups

22  set up.

23          We also have, obviously, just text messaging,

24  just like anyone's phone, right, where I can text

25  individual officers or text a group.

# EXHIBIT 16







PHX000301

PHX000317



PHX000329





PHX000333





PHX003454

PLTX000507











PHX000605





PHX000614





PHX000862



PHX000697



PHX000648





PHX000710

PHX000701



PHX0030702



PHX000703



PHX000704



PHX000705



PHX000706



PHX000707

