# In the Matter of:

*Harris*

*vs*

***City of Phoenix***

---

*Diane Meshkowitz*

*December 21, 2021*

---



GRIFFIN GROUP
INTERNATIONAL

3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Roland G. Harris, et al.,                )
                                         )
        Plaintiffs,                      )
                                         )
vs.                                      ) Case No.
                                         ) 2:20-cv-00078-PHX-
City of Phoenix, et al.,                 ) DLR
                                         )
        Defendants.                      )
_____  )

VIDEOCONFERENCE DEPOSITION OF DIANE MESHKOWITZ

Phoenix, Arizona
December 21, 2021
2:30 p.m.

REPORTED BY:
Kellie L. Konicke, RPR
AZ Certified Reporter No. 50223

PREPARED FOR:
The Court
(Original)

8

1  needed to be released.  And that is what I did.

2         Now, afterwards, we do also -- starting around

3  that time, possibly in '18, we began hashing the

4  contents of the card upon receipt.  So that is also

5  archived with the video files.

6         At some point later, Detective Winter, the case

7  agent, wanted a section of the video that was zoomed in

8  and cropped and slowed down, that he needed it, I

9  assume, for presentation or training purposes.  And so I

10  created that clip for him.

11         I did nothing else other than kind of zoom in,

12  crop, and slow it down.  And that is all that I did

13  involving this case was just handling the air support

14  video.

15     Q.  Can you explain what you mean by "hashing"?

16     A.  We use the FTK Imager program, which is a

17  forensic program.  And it -- when you create the hash

18  value of a file, it uses a random algorithm to create a

19  unique identifier for that file or group of files.  It's

20  like creating a digital fingerprint.

21         So say we make -- you know, I provide a copy to

22  somebody, they make a copy, and they make a copy.  12

23  copies down the road, somebody could hash those files,

24  and the values should match.  If they do, that means it

25  wasn't changed.

21

1        I just remember some time ago that County

2  needed an unredacted version for the defense expert.  So

3  I know we gave them a copy.

4        Whether we did it directly or through the case

5  agent, I couldn't tell you, but I know we had to provide

6  it.

7     Q.  If you gave it to the case agent, would that

8  have been noted in the log?

9     A.  It should have been.  But again, it's past that

10  year point, so --

11     Q.  Yeah.

12        Last couple questions.  When you redact the

13  metadata -- and that's essentially you're creating a new

14  file at this point, right?

15     A.  Correct.

16     Q.  It would have different hash values than the

17  original, right?

18     A.  Absolutely.

19     Q.  I imagine it's also going to have a different

20  file size even if the video itself is the same length,

21  correct?

22     A.  Correct.

23        MS. RETTS:  Form.  Foundation.

24     Q.  BY MR. KNIGHT:  That is correct?

25     A.  Yes.  You're removing some of the video, and

1 there is a certain amount of compression that was done

2 at that time, so you're going to lose a little bit of

3 data.

4    Q.  Can you explain what you mean by "compression"?

5    A.  It's common in digital files when the file's

6 rendering, it looks for similar areas to save on data.

7 Like an area of white, instead of representing --

8 reproducing every single white pixel, it is going to say

9 this area is white and, you know, compress certain areas

10 with similar or the same pixel values to try and save

11 space.

12    Q.  And that results in some loss of the visual

13 quality?

14      MS. RETTS:  Form.  Foundation.

15      THE WITNESS:  A little bit.

16    Q.  BY MR. KNIGHT:  Okay.  A little bit?

17    A.  Yeah.

18    Q.  Okay.  And just to be clear, the original

19 unredacted version of the aerial surveillance footage in

20 this case has been on your secure server since it was

21 first uploaded?

22    A.  That is correct.

23    Q.  And that would have been in January of 2019?

24    A.  Correct.  In fact, January 14th is when we

25 received it and I archived it.