# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roland G Harris, et al., | NO. CV-20-00078-PHX-DLR |
| Plaintiffs, | |
| v. | JUDGMENT IN A CIVIL CASE |
| City of Phoenix, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed August 25, 2022, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. This matter is hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

August 25, 2022

By s/ C. Marr
Deputy Clerk