IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roland G. Harris, et al., <br> Plaintiffs <br> v. <br> City of Phoenix, et al., <br> Defendants | No. CV-20-00078-PHX-DLR <br><br> JUDGMENT ON TAXATION OF COSTS |

Final Judgment having been entered, defendant Kristopher Bertz filed a Bill of Costs, seeking the taxation of $4,799.96. Plaintiffs Roland Harris, Jessica Perez, and Rodaisa White filed an objection to the Bill of Costs. The matter has been reviewed and taxable costs have been awarded.

**Fees of the Clerk**

The **$400.00** requested is approved.

**Fees for Deposition Transcripts**

Pursuant to LRCiv 54.1(e)(3), the reporter's charge for an original and a copy of a stenographic transcript of a deposition is taxable.

Invoice #1666 in the amount of $348.10 is reduced to **$306.70**. Exhibit copies, Assembly, and Handling are not taxable.

Invoice #1833 in the amount of $601.80 is reduced to **$508.00**. The costs of E-Tran/E-File, and Exhibit copies are not taxable.

Invoice #2168 in the amount of $272.70 is reduced to **$225.70**. The costs of E-Tran/E-File, Exhibit copies, Assembly, and Handling are not taxable.

Invoice #2405 in the amount of $319.50 is reduced to **$274.50**. The costs of E-Tran/E-File, Exhibit copies, Assembly, and Handling are not taxable.

Invoice #2407 in the amount of **$103.70** is approved.

Invoice #2458 in the amount of $581.80 is reduced to **$536.80**. The costs of E-Tran/E-File, Assembly, and Handling are not taxable.

Invoice #3238 in the amount of $176.15 is reduced to **$131.15**. The costs of E-Tran/E-File, Assembly, and Handling are not taxable.

Invoice #4220 in the amount of $1,120.00 is reduced to **$1,030.20**. The costs of E-Tran/E-File, Assembly, and Handling are not taxable.

Invoice #4276 in the amount of $573.95 is reduced to **$503.95**. The costs of E-Tran/E-File, Assembly, and Handling are not taxable.

The reduced amount of **$3,620.70** is approved for Fees for Deposition Transcripts.

**Fees for exemplification and the costs of making copies of materials necessarily obtained for use in the case**

The **$302.25** requested is approved.

    Costs are hereby taxed for Defendant Kristopher Bertz and against the Plaintiffs in the reduced amount of **$4,322.95**.

DATED this 19th day of September 2022
DEBRA D. LUCAS, CLERK

By: _____
Michael O'Brien
Chief Deputy Clerk